# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM, | : | CIVIL ACTION NO.: 19-5697 |
| *Plaintiff* | : | Hon. Juan R. Sánchez |
| v. | : | |
| LISA REYNOLDS-BARBOUNIS, | : | |
| *Defendant* | : | JURY TRIAL DEMANDED |

## ORDER

**AND NOW**, this _____ day of _____ 2019, that upon consideration of Plaintiff's Motion to Exceed Page Limit and any response thereto, it is hereby

**ORDERED** and **DECREED** that Plaintiff's Motion is **GRANTED**.

                                              **BY THE COURT:**

                                              _____
                                              Hon. Juan R. Sánchez

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM, | : | CIVIL ACTION NO.: 19-5697 |
| *Plaintiff* | : | Hon. Juan R. Sánchez |
| v. | : | |
| LISA REYNOLDS-BARBOUNIS, | : | |
| *Defendant* | : | JURY TRIAL DEMANDED |

### PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT

Plaintiff, by and through its undersigned counsel, files the within Motion to Exceed Page Limit, as follows:

1. Plaintiff intends to file a Motion for Preliminary Injunction.

2. At the same time, Plaintiff will file its brief in support of the motion.

3. Pursuant to the Honorable Juan R. Sánchez's current policies and procedures, any motion and its supporting memorandum of law **shall not total more than 15 pages** in length without prior authorization.

4. Since there are multiple issues and claims that need to be addressed, Plaintiff seeks an Order permitting them to file a Motion and Brief in Support of said Motion that does not exceed twenty-two (22) pages.

**WHEREFORE**, Plaintiff respectfully request that their Motion to Exceed Page Limit be granted.

Dated:  December 5, 2019                               THE MIDDLE EAST FORUM

                                                       By counsel,


                                                       /s/ Sidney L. Gold
                                                       Sidney L. Gold, Esquire
                                                       I.D. No.: 21374
                                                       sgold@discrimlaw.net
                                                       Sidney L. Gold & Associates P.C.
                                                       1835 Market Street, Suite 515
                                                       Philadelphia, PA 19103
                                                       Tel: (215) 569-1999
                                                       Fax: (215) 569-3870
                                                       *Counsel for Plaintiff The Middle East Forum*

## CERTIFICATE OF SERVICE

I hereby certify that, on December 5, 2019, a true and correct copy of the foregoing was filed and served electronically through the Court's CM/ECF system.

Seth D. Carson, Esquire
DEREK SMITH LAW GROUP PLLC
1835 Market Street, Suite 2950
Philadelphia, PA 19103
seth@dereksmithlaw.com
Counsel for Defendant Lisa Reynolds-Barbounis

/s/ Sidney L. Gold
Sidney L. Gold
sgold@discrimlaw.net
Sidney L. Gold & Associates P.C.
1835 Market Street, Suite 515
Philadelphia, PA 19103
Tel: (215) 569-1999
Fax: (215) 569-3870
*Counsel for The Middle East Forum*