IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FOREM, | : | CIVIL ACTION NO.: 19-5697 |
| *Plaintiff* | : | Hon. Juan R. Sánchez |
| v. | : | |
| LISA REYNOLDS-BARBOUNIS, | : | |
| *Defendant* | : | JURY TRIAL DEMANDED |

## JOINT ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter our appearance on behalf of Plaintiff The Middle East Forum as co-counsel in the above-captioned matter.

SIDNEY L. GOLD & ASSOCIATES, P.C.

/s/Traci M. Greenberg, Esquire
_____
TRACI M. GREENBERG, ESQUIRE
I.D. NO.: 86396

/s/William Rieser, Esquire
_____
WILLIAM RIESER, ESQUIRE
I.D. NO.: 312442
1835 Market Street, Suite 515
Philadelphia, PA 19103
(215) 569-1999
tgreenberg@discrimlaw.net
brieser@discrimlaw.net
Attorneys for Plaintiff

Dated: 12/05/19