# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM, | : | CIVIL ACTION NO.: 19-5697 |
| *Plaintiff* | : | Hon. Juan R. Sánchez |
| v. | : | |
| LISA REYNOLDS-BARBOUNIS, | : | |
| *Defendant* | : | JURY TRIAL DEMANDED |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for Plaintiff The Middle East Forum certifies that Plaintiff is a non-governmental party and is a 501(c)(3) nonprofit corporation. Undersigned counsel further certifies that The Middle East Forum has no parent or affiliate company and no stock issued to the public.

Dated: December 5, 2019                    THE MIDDLE EAST FORUM
                                           By counsel,


                                           /s/ Sidney L. Gold
                                           Sidney L. Gold
                                           sgold@discrimlaw.net
                                           Sidney L. Gold & Associates P.C.
                                           1835 Market Street, Suite 515
                                           Philadelphia, PA 19103
                                           Tel: (215) 569-1999
                                           Fax: (215) 569-3870

                                           *Counsel for Plaintiff The Middle East Forum*