IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM, | : | CIVIL ACTION NO.: 19-5697 |
| *Plaintiff* | : | Hon. Juan R. Sánchez |
| v. | : | |
| LISA REYNOLDS-BARBOUNIS, | : | |
| *Defendant* | : | JURY TRIAL DEMANDED |

## ORDER

**AND NOW**, this 5th day of December 2019, that upon consideration of Plaintiff's Motion to Exceed Page Limit and any response thereto, it is hereby

**ORDERED** and **DECREED** that Plaintiff's Motion is **GRANTED**.

BY THE COURT:

_____
Hon. Juan R. Sánchez

ENT'D DEC 06 2019

12/6/19 mail:
Reynolds Barbounis