APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LISA REYNOLDS-BARBOUNIS | : | NO. 2:19-cv-05697-JS |

ORDER

AND NOW, this          Day of                    ,          , it is hereby

ORDERED that the application of __Attison L. Barnes III__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                                                                                J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:19-cv-05697-JS

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, _____Attison L. Barnes III_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.  I state that I am currently admitted to practice in the following state jurisdictions:

| Virginia | 10/12/1989 | 30458 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| District of Columbia | 03/15/1991 | 427754 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.  I state that I am currently admitted to practice in the following federal jurisdictions:

| See Attachment A |  |  |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.  I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    The Middle East Forum

_____
(Applicant's Signature)

12/10/19
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Wiley Rein LLP

1776 K Street NW, Washington, D.C. 20006

Tel: (202) 719-7385

Sworn and subscribed before me this

10 Day of December 2019

Oretha N Gray    exp: 6/30/23

Notary Public

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Attison L. Barnes III____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Sidney L. Gold | _[signature]_ | 10/25/75 | 21374 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Sidney L. Gold & Associates P.C.

1835 Market Street, Suite 515, Philadelphia, PA 19103

Tel: (215) 569-1999

Sworn and subscribed before me this

10th Day of December 2019

_[signature]_ Christine M. Pashley
Notary Public

Commonwealth of Pennsylvania - Notary Seal
CHRISTINE M. PASHLEY, Notary Public
Philadelphia County
My Commission Expires November 8, 2023
Commission Number 1125940

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LISA REYNOLDS-BARBOUNIS | : | |
| | : | NO.   2:19-cv-05697-JS |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___Attison L. Barnes III___

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was served as follows:

Service was generated by the Courts ECF's system which automatically sent

notice to all parties of record.


/s/ Sidney L. Gold
Signature of Attorney

Sidney L. Gold
Name of Attorney

Middle East Forum
Name of Moving Party

12-10-19
Date

## Attachment A

| Title of Court | Admission Date | Attorney Identification Number |
|---|---|---|
| Supreme Court of the United States | 6/1/2004 | |
| U.S. Court of Appeals for the District of Columbia Circuit | 7/31/1996 | |
| U.S. Court of Appeals for the Fourth Circuit | 11/6/1989 | |
| U.S. Court of Appeals for the Tenth Circuit | 2/22/1996 | |
| U.S. Court of Appeals for the Ninth Circuit | 11/06/2019 | |
| U.S. District Court for the District of Columbia | 7/1/1991 | 427754 |
| U.S. District Court for the District of Maryland | 12/17/2001 | 15198 |
| U.S. District Court for the Eastern District of Virginia | 8/19/1990 | |
| U.S. District Court for the Western District of Virginia | 03/08/1995 | |