APPENDIX  X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE MIDDLE EAST FORUM                   :          CIVIL ACTION
                                        :
                                        :
          v.                            :
                                        :
LISA REYNOLDS-BARBOUNIS                  :
                                        :          NO.   2:19-cv-05697-JS

ORDER

AND NOW, this  18th  Day of  December, 2019 it is hereby

ORDERED that the application of _Attison L. Barnes III_____, Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

   ☒   GRANTED.

   ☐   DENIED.

_____ J.