IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-5697 |
| | : | |
| REYNOLDS-BARBOUNIS | : | |

## **ORDER**

AND NOW, this 19th day of December, 2019, upon consideration of Plaintiff's December 18, 2019, letter request for a telephone conference, it is ORDERED a telephone conference will be held in the above-captioned matter on December 20, 2019, at 11:00 a.m. Counsel for Plaintiff is to initiate the call to chambers at 267-299-7780

It is further ORDERED Plaintiff shall serve a copy of this Order on Defendant prior to the telephone conference.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.