

235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE (215) 546-7400
FAX: (215) 985-0169

Services for Professionals Inc.



National Association of
Professional Process Servers

The Middle East Forum

**COURT**  United States District Court
Eastern District of Pennsylvania

-VS-

Lisa Reynolds-Barbounis

**CASE NUMBER**  19-5697

# AFFIDAVIT

State of  Pennsylvania
County of  Philadelphia

**B&R Control #**  PS169734 01

**Reference Number**

James Davis, being duly sworn according to law, deposes and says that he/she is the process server/sheriff herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief

On 12/11/2019 we received the **Summons, Civil Cover Sheet, Case Management Track Designation Form and Complaint** and that service was effected upon: **Lisa Reynolds-Barbounis** at **2601 PENNSYLVANIA AVE., STE 1153, PHILADELPHIA, PA 19130**  on  **12/11/2019** at **7:42 PM** ,  in the manner described below:

**By service upon:** Vasli Barbounis, husband an adult in charge of residence

**Description:**
Gender. **MALE**   Race/Skin. **OLIVE**   Age.   Weight:   Height **6ft1in - 6ft5in**   Hair. **BLACK**   Glasses: **No**
Other

Service Notes:



Commonwealth of Pennsylvania - Notary Seal
BRENDA M. RAVENELL, Notary Public
Philadelphia County
My Commission Expires December 16, 2023
Commission Number 1266310

**Sworn to and subscribed before me this**

16th day of Dec 2019

**Process Server/Sheriff** _____

**Notary Public**

ATTEMPTS
12/11/2019 03 35 PM 2601 PENNSYLVANIA AVE , STE 1153, PHILADELPHIA, PA 19130 NO RESPONSE
12/11/2019 03 35 PM 2601 PENNSYLVANIA AVE , STE 1153, PHILADELPHIA, PA 19130 NO RESPONSE

Client   Phone (215) 569-1999   :   **Filed Date:** 12/03/2019  **BR Serve By:** 12/16/2019

Denise Dragas, Legal Assistant
Sidney L  Gold & Associates, P C
Eleven Penn Center
1835 Market Street  - Suite 515
Philadelphia, PA 19103

ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| THE MIDDLE EAST FORUM<br>*Plaintiff(s)*<br>v.<br><br>LISA REYNOLDS-BARBOUNIS<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.    19-5697 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Defendant, Lisa Reynolds-Barbounis
> 2601 Pennsylvania Ave. Ste. 1153
> Philadelphia, PA 19130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
SIDNEY L. GOLD
SIDNEY L. GOLD & ASSOCIATES, PC
ELEVEN PENN CTR SUITE 515
1835 MARKET ST
PHILADELPHIA, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____12/4/2019_____

_____
*Signature of Clerk or Deputy Clerk*

PS169734.01

AO 440 (Rev 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lisa Reynolds - Barbounis
was received by me on *(date)* 12·11·19

❒ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Vasli Barbouni
_____ , a person of suitable age and discretion who resides there,
on *(date)* 12·11·19 , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12·13·19

_____
Server's signature

James Davis  Process Server
Printed name and title

235 S 13th St  Philadelphia Pa 19107
Server's address

Additional information regarding attempted service, etc: