IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-5697 |
| | : | |
| REYNOLDS-BARBOUNIS | : | |

## **ORDER**

AND NOW, this 26th day of December, 2019, it is ORDERED an in-person hearing on Plaintiff's Motion for Preliminary Injunction (Document 5) will be held in the above-captioned matter on January 27, 2020, at 9:30 a.m. in Courtroom 14B.

It is further ORDERED Plaintiff shall serve a copy of this Order on Defendant prior to the hearing.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.