**IN THE UNITED STATES DISTRICT COURT**
**FOR EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
|  | : | NO.   2:19-cv-05697-JS |
| Plaintiff, | : |  |
| v. | : |  |
|  | : |  |
| LISA REYNOLDS-BARBOUNIS | : | MOTION FOR SANCTIONS |
|  | : |  |
| Defendant. | : |  |

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 1, 2020, a true and correct copy of the foregoing Motion to Dismiss Plaintiff's Complaint was filed and served electronically through the Court's CM/ECF system.

> David J. Walton Leigh Ann Benson
> COZEN O'CONNOR
> One Liberty Place 1650 Market Street
> Philadelphia, PA 19103
> Phone: (215) 665-2000

> **DEREK SMITH LAW GROUP, PLLC**

> By:      /s/ Seth D. Carson
>           Seth D. Carson, Esquire
>           1835 Market Street, Suite 2950
>           Philadelphia, Pennsylvania 19103
>           Phone: 215.391.4790
>           Email: seth@dereksmithlaw.com

DATED:  January 1, 2020