**IN THE UNITED STATES DISTRICT COURT**
**FOR EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
|  | : | NO.   2:19-cv-05697-JS |
| Plaintiff, | : |  |
| v. | : |  |
|  | : |  |
| LISA REYNOLDS-BARBOUNIS | : | MOTION FOR SANCTIONS |
|  | : |  |
| Defendant. | : |  |

## ORDER

It is hereby **ORDERED AND DECREED** that Plaintiff's Civil Action Compliant is dismissed in its entirety with prejudice.

_____
**Honorable Juan R. Sánchez**

DATED