**IN THE UNITED STATES DISTRICT COURT**
**FOR EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
|  | : | NO.   2:19-cv-05697-JS |
| Plaintiff, | : |  |
| v. | : |  |
|  | : |  |
| LISA REYNOLDS-BARBOUNIS | : | MOTION FOR SANCTIONS |
|  | : |  |
| Defendant. | : |  |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter our appearance on behalf of Defendant Gregg Roman in the above captioned matter

**DEREK SMITH LAW GROUP, PLLC**

By:      /s/ Seth D. Carson
Seth D. Carson, Esquire
1835 Market Street, Suite 2950
Philadelphia, Pennsylvania 19103
Phone: 215.391.4790
PA ID 319886
Email: seth@dereksmithlaw.com

DATED:  January 1, 2020