**B&R Services for Professionals Inc.**
235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE (215) 546-7400
FAX (215) 985-0169

NAPPS
National Association of Professional Process Servers

The Middle East Forum

-VS-

Lisa Reynolds-Barbounis

State of District of Columbia
County of Washington

: COURT United States District Court
Eastern District of Pennsylvania

: CASE NUMBER 19-5697

**AFFIDAVIT**

B&R Control # PS169743.01
Reference Number

**SERVICE INFORMATION**

On 12/11/2019, we received the **Summons and Complaint**
For service upon: Lisa Reynolds-Barbounis c/o Office of Congressman Randy Weber
At 27 Independence Avenue SE, Washington, DC 20024

☒ Served  Date 12/12/19  Time 12:15 PM  Accepted By: Arthur Speck

In the manner described below.
☐ Personally served.
☐ Adult in charge of residence, relationship is _____
☐ Adult in charge of residence who refused to give name and/or relationship.
☐ Manager/Clerk of place of residence lodging _____
☒ Agent or person in charge of office or usual place of business  Legislative Correspondent
☐ Other

**Description of Person**  Age 30  Height 6'2"  Weight 185  Race White  Sex Male
Other _____

☐ Not Served  Date _____  Time _____  ☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant
☐ Other _____

The Process Server, being duly sworn, deposes and says that the facts set forth herein are true and correct to the best of their knowledge, information and belief.

Process Server/Sheriff  /s/ Vance M. Warren, Sr.

Sworn to and subscribed before me this 16th day of December, 2019
Notary Public  Angela H. Cruson
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2024

Client  Phone (215) 569-1999
Filed Date: 12/03/2019  BR Served By: 12/24/2019

Denise Drages, L.A.
Sidney L Gold & Associates, P C
Eleven Penn Center
1835 Market Street - Suite 515
Philadelphia, PA 19103

OFFICE