# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
| | : | NO.   2:19-cv-05697-JS |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| LISA REYNOLDS-BARBOUNIS | : | |
| | : | |
| Defendant. | : | |

## DECLARATION OF SETH CARSON

I Seth Carson am the attorney representing Defendant, Lisa Reynolds-Barbounis in above captioned matter.

1. My name is Seth Carson.

2. I am an attorney licensed to practice law in the Commonwealth of Pennsylvania.

3. I represent, Defendant, Lisa Reynolds-Barbounis in the above captioned matter.

4. I have reviewed Plaintiff's Exhibit C attached to Document 6 filed December 5, 2019 on the court's ECF system.

5. Document 6 is correspondence by email that I sent to the attorney representing the Middle East Forum in this matter.

6. My reference to information that no longer exists on the devices of my clients: this in no way related to Defendant, Lisa Barbounis.

7. I was referring to information which other clients had properly made certain was not retained, stored, or preserved on any of their personal electronic devices.

8. I swear under penalty of perjury that the foregoing is accurate, true and correct.

Signature of Affiant: _____

Name of Affiant: Seth Carson

Date: January 20, 2020