## CERTIFICATE OF SERVICE

I hereby certify that, on January 20, 2020, a true and correct copy of the foregoing Motion to Dismiss Plaintiff's Complaint was filed and served electronically through the Court's CM/ECF system.

        Sidney L. Gold sgold@discrimlaw.rf t
        Sidney L. Gold & Associates P.C.
        1835 Market Street, Suite 515
        Philadelphia, PA  19103
        Tel: (215) 569-1999
        Fax: (215) 569-3870
        Counsel for  The Middle East Forum

**DEREK SMITH LAW GROUP, PLLC**

By:    /s/ Seth D. Carson
        Seth D. Carson, Esquire
        1835 Market Street, Suite 2950
        Philadelphia, Pennsylvania 19103
        Phone: 215.391.4790
        Email: seth@dereksmithlaw.com

DATED: January 20, 2020