IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-5697 |
| | : | |
| LISA REYNOLDS-BARBOUNIS | : | |

## **ORDER**

AND NOW, this 21st day of January, 2020, Plaintiff the Middle East Forum having filed an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), it is ORDERED Defendant Lisa Reynolds-Barbounis's Motion to Dismiss (Document 16) is DISMISSED as moot. Pursuant to Federal Rule of Civil Procedure 15(a)(3), Reynolds-Barbounis has until January 29, 2020 to respond to the Middle East Forum's Amended Complaint.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.