IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-5697 |
| | : | |
| LISA REYNOLDS-BARBOUNIS | : | |

## **ORDER**

AND NOW, this 21st day of January, 2020, it is ORDERED:

- Plaintiff the Middle East Forum shall respond to Defendant Lisa Reynolds-Barbounis's Motion for Reconsideration by January 28, 2020

- The hearing scheduled for January 27, 2020, is CONTINUED; and

- The Court's January 15, 2020, Order (Document 21) is VACATED pending the resolution of the Motion to Reconsider.[1]

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.

---

[1] The Court signed the January 15, 2020, Order under the mistaken impression that both parties had agreed to this Order following the Court's instructions at the January 15 hearing. Now that the Court understands the parties have not agreed, the Court will accept written submissions from both parties regarding whether it should reconsider this Order. After it receives those submissions, the Court will decide how, if at all, the Order should be modified. In light of this procedure, the Court will not schedule a hearing in response to the Middle East Forum's January 21, 2020, letter.