UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

THE MIDDLE EAST FORUM,  :
      Plaintiff,  :
        :
v.  :
        :
LISA REYNOLDS-BARBOUNIS,  :  Civil Action No.: 2:19-cv-5697
      Defendant.  :

## ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF AGREED ORDER

It appearing to the Court that it is just and proper to do so and that good cause has been shown, it is hereby

ORDERED that Defendant's Motion for Reconsideration of an Agreed Order shall be, and hereby is, DENIED; and it is further

ORDERED that the Court's Order of January 15, 2020 shall be, and hereby is, reinstated in full; and it is further

ORDERED that Defendant shall fully comply with the Court's January 15, 2020 Order for Expedited Discovery within 24 hours of the issuance of this Order, as well as pay coercive sanctions in the amount of $1,500 per day that Barbounis remains in contempt for failing to turn over her devices as agreed in the Order for Expedited Discovery; and it is further

ORDERED that Defendant shall pay MEF's attorneys' fees and costs associated with the present motion for reconsideration of an Agreed Order, including the costs of attending all related hearings.

SO ORDERED this _____ day of January, 2020.

_____
The Honorable Juan R. Sánchez
United States District Court