## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM, | : | CIVIL ACTION NO.: 19-5697 |
| *Plaintiff* | : | Hon. Juan R. Sánchez |
| v. | : | |
| LISA REYNOLDS-BARBOUNIS, | : | |
| *Defendant* | : | JURY TRIAL DEMANDED |

### PRAECIPE TO ENTER DEFAULT

Kindly enter a default against Defendant Lisa Reynold-Barbounis pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to respond to Plaintiff's Amended Complaint, in the above-captioned matter.

        SIDNEY L. GOLD & ASSOC., P.C.

        */s/Sidney L. Gold, Esquire*

        _____
        SIDNEY L. GOLD, ESQUIRE
        I.D. NO: 21374
        1835 Market Street, Ste. 515
        Philadelphia, PA 19103
        215.569.1999
        sgold@discrimlaw.net
        Attorneys for Plaintiff, The Middle East Forum

DATED:   January 30, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing to be served via e-mail only upon the following:

Seth D. Carson, Esquire
DEREK SMITH LAW GROUP PLLC
1835 Market Street, Suite 2950
Philadelphia, PA 19103
Attorney for Defendant
seth@dereksmithlaw.com

SIDNEY L. GOLD & ASSOC., P.C.

*/s/Sidney L. Gold, Esquire*

_____
SIDNEY L. GOLD, ESQUIRE
I.D. NO: 21374
1835 Market Street, Ste. 515
Philadelphia, PA 19103
215.569.1999
sgold@discrimlaw.net
Attorneys for Plaintiff, The Middle East Forum

DATED:   January 30, 2020