IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-5697 |
| | : | |
| REYNOLDS-BARBOUNIS | : | |

# **ORDER**

AND NOW, this 31st day of January, 2020, upon consideration of Defendant's letter request to submit a reply brief to Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Reconsideration, it is ORDERED the request is GRANTED. Defendant shall file their reply on or before February 3, 2020.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.