**CERTIFICATE OF SERVICE**

I hereby certify that, on February 2, 2020, a true and correct copy of the foregoing Answer to Plaintiff's First Amended Complaint was filed and served electronically through the Court's CM/ECF system.

>Sidney L. Gold sgold@discrimlaw.
>Sidney L. Gold & Associates P.C.
>1835 Market Street, Suite 515
>Philadelphia, PA  19103
>Tel: (215) 569-1999
>Fax: (215) 569-3870
>Counsel for  The Middle East Forum

>**DEREK SMITH LAW GROUP, PLLC**

>By:      /s/ Seth D. Carson
>Seth D. Carson, Esquire
>1835 Market Street, Suite 2950
>Philadelphia, Pennsylvania 19103
>Phone: 215.391.4790
>Email: seth@dereksmithlaw.com

DATED:  February 2, 2020