IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
|  | : | NO.   2:19-cv-05697-JS |
| Plaintiff, | : |  |
| v. | : |  |
|  | : |  |
| LISA REYNOLDS-BARBOUNIS | : | MOTION FOR SANCTIONS |
|  | : |  |
| Defendant. | : |  |

**MOTION IN OPPOSITION TO PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION**

Defendant, Lisa Reynolds-Barbounis hereby moves the Court to deny Plaintiff, The Middle East Forum's Motion for Preliminary Injunction. Plaintiff's argument in support of this Motion is more fully set fourth in the accompanying Memorandum of Law and Fact.

RESPECTFULLY SUBMITTED

By: _____
Seth D. Carson, Esquire
Derek Smith Law Group, PLLC
1835 Market Street
Suite 2950
Philadelphia, PA 19103
Phone: 215.391.4790
Facsimile: 215.893.5288
Email: Seth@DerekSmithLaw.com
*Attorney for Defendant, Lisa Reynolds-Barbounis*

DATED: February 28, 2020