# EXHIBIT A

## Lisa Barbounis

3/13/2019

try an incognito window 19:22 ✓✓

Something weird in mailchimp 19:25 ✓✓

I did that 19:25

18 minutes ago someone exported the contacts 19:26 ✓✓

It's for cause match 19:26

Me. 19:26

You regained access to the account?? 19:26 ✓✓

The campaign that was approved to do cause Match needed the list so I exported to contacts 19:26

Yeah I thought Tricia just told you that 19:26

Type a message