## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM, | : | CIVIL ACTION NO.: 19-5697 |
| *Plaintiff* | : | Hon. Juan R. Sánchez |
| v. | : | |
| LISA REYNOLDS-BARBOUNIS, | : | |
| *Defendant* | : | JURY TRIAL DEMANDED |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance on behalf of Plaintiff The Middle East Forum as co-counsel in the above-captioned matter.

SIDNEY L. GOLD & ASSOCIATES, P.C.

/s/Leanne Lane Coyle, Esquire
_____
LEANNE LANE COYLE, ESQUIRE
I.D. NO.: 322942
1835 Market Street, Suite 515
Philadelphia, PA 19103
(215) 569-1999
lcoyle@discrimlaw.net
Attorneys for Plaintiff

Dated: 03/02/2020