IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM, | : | CIVIL ACTION NO.: 19-5697 |
| *Plaintiff* | : | Hon. Juan R. Sánchez |
| v. | : | |
| LISA REYNOLDS-BARBOUNIS, | : | |
| *Defendant* | : | JURY TRIAL DEMANDED |

## ORDER

**AND NOW**, this 12th day of March, 2020, upon consideration of Plaintiff's Motion for Leave to File a Reply Brief in Further Support of its Motion for a Preliminary Injunction (attached hereto as Exhibit A), and any response thereto, it is hereby **ORDERED and DECREED** that Plaintiff's Motion for Leave is **GRANTED**.

It is further **ORDERED** that Plaintiff's Reply Brief attached to Plaintiff's Motion for Leave as Exhibit A is deemed filed as of the date of this Order.

ENT'D MAR 1 2 2020

BY THE COURT:

_____
Honorable Juan R. Sanchez