IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-5697 |
| | : | |
| LISA REYNOLDS-BARBOUNIS | : | |

## ORDER

AND NOW, this 20th day of March, 2020, upon consideration of Plaintiff the Middle East Forum's Emergency Motion to Compel, and the parties' March 11, 2020, and March 13, 2020, letters, it is ORDERED the Motion (Document 44) is GRANTED in part as follows:

1. The March 20, 2020, discovery deadline for preliminary injunction related discovery is extended. In light of the COVID-19 health crisis, the parties shall complete their discovery two weeks from the date Governor Wolf lifts the March 19, 2020, order closing all non-life sustaining businesses. However, the parties are expected to make reasonable efforts to continue conducting any discovery that can be conducted remotely.

2. Given the restrictions affecting discovery due to COVID-19, the April 8, 2020, preliminary injunction hearing is CONTINUED. A new date will be set after Governor Wolf's order is lifted.

3. The parties shall submit a joint proposed protective order by March 27, 2020. If the parties are unable to agree on a protective order, they shall submit a proposed order which clearly indicates those provisions they do not agree on, and submit short explanations of the basis for their disagreements.

4. Defendant Lisa Reynolds-Barbounis shall respond to Middle East's request for attorney's fees and costs associated with the Emergency Motion by April 3, 2020.

5.  All provisions of the Court's February 19, 2020, Order not explicitly addressed above remain in effect, including Barbounis's obligations to respond to written discovery requests, and produce relevant documents.[1]

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.

---

[1] Middle East asks the Court to compel Barbounis to produce documents pursuant to the Court's February 19, 2020, Order. Barbounis is already compelled to produce documents under that Order. She must produce all relevant documents, including metadata, from all electronic devices in her control. If Barbounis has not complied with this Order, the Court will seriously consider Middle East's request for costs and attorney's fees associated with its Emergency Motion. However, because Governor Wolf's order closing non-life sustaining businesses is likely to affect the availability of discovery vendors and imaging services, the Court will not impose Middle East's suggested five-day deadline for Barbounis to produce relevant documents.