# Exhibit B

## Re: Stipulated Order

**Seth Carson** <seth@dereksmithlaw.com>
Tue 3/10/2020 1:59 PM

**To:** Barnes III, Attison <ABarnes@wiley.law>
**Cc:** Sidney Gold <sgold@discrimlaw.net>

I received the attached proposed stipulated injunction order. I will review with my client and respond.

I just spoke with Sidney regarding a discussion about the keywords and searches of the imaged information. I am available all afternoon today except from 3:00 to 3:30 P.M.

Seth D. Carson, Esquire
Derek Smith Law Group, PLLC
1835 Market Street
Suite 2950
Philadelphia, PA 19103
Phone: 215.391.4790
Facsimile: 215.893.5288
Direct: 484.678.2210
Email: Seth@DerekSmithLaw.com

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Barnes III, Attison <ABarnes@wiley.law>
**Sent:** Monday, March 9, 2020 7:21 PM
**To:** Seth Carson <seth@dereksmithlaw.com>
**Cc:** Sidney Gold <sgold@discrimlaw.net>
**Subject:** Stipulated Order

Seth –

Upon review of your revised version of our proposed Stipulated Injunction Order, we only have a few comments.  Please see the attached redlines.  If this Order is acceptable, we can jointly request entry by the Court and removal of the injunction hearing from the docket.  Please let me know by the end of the day Wednesday (sooner if you are able), as I will be tied up with a hearing in another case later this week.  Thanks.



Attison L. Barnes, III
Attorney at Law
abarnes@wiley.law

Wiley Rein LLP • 1776 K Street NW • Washington, DC 20006
o:  202.719.7385

Download V-Card | wiley.law | Bio

Note: The firm's domain has changed to wiley.law. To update my contact information, please download my vCard