**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM, | : | CIVIL ACTION NO.: 19-5697 |
| *Plaintiff* | : | Hon. Juan R. Sánchez |
| v. | : | |
| LISA REYNOLDS-BARBOUNIS, | : | |
| *Defendant* | : | JURY TRIAL DEMANDED |

## ORDER

**AND NOW**, this            day of                  , 2020, upon consideration of

Plaintiff's Motion for Leave to File a Reply Brief in Further Support of its Second Motion for a

Protective Order (attached hereto as Exhibit A), and any response thereto, it is hereby

**ORDERED and DECREED** that Plaintiff's Motion for Leave is **GRANTED**.

It is further **ORDERED** that Plaintiff's Reply Brief attached to Plaintiff's Motion for

Leave as Exhibit A is deemed filed as of the date of this Order.

BY THE COURT:

_____

**Honorable Juan R. Sanchez**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM, | : | CIVIL ACTION NO.: 19-5697 |
| *Plaintiff* | : | Hon. Juan R. Sánchez |
| v. | : | |
| LISA REYNOLDS-BARBOUNIS, | : | |
| *Defendant* | : | JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY BRIEF IN FURTHER**
**SUPPORT OF PLAINTIFF'S SECOND MOTION FOR A PROTECTIVE ORDER**

Plaintiff, The Middle East Forum, by their undersigned counsel, respectfully requests

leave of Court to file a Reply, in further support of Plaintiff's Second Motion for a Protective

Order.  Plaintiff seeks leave to file the Reply Brief, attached hereto as Exhibit A, to briefly

address the arguments contained in Defendant's Opposition to Plaintiff's Second Motion for a

Protective Order.

WHEREFORE, Plaintiff respectfully requests that this Court GRANT Plaintiff's Motion

for Leave to File a Reply Brief.

SIDNEY L. GOLD & ASSOC., P.C.

By:   /s/ Sidney L. Gold, Esquire
       SIDNEY L. GOLD, ESQUIRE
       WILLIAM RIESER, ESQUIRE
       1835 Market Street, Suite 515
       Philadelphia, PA 19103
       Attorneys for Plaintiff

DATED:  April 6, 2020

## CERTIFICATE OF SERVICE

I hereby certify that, on April 6, 2020, a true and correct copy of the foregoing was filed

and served electronically through the Court's CM/ECF system.

Seth D. Carson, Esquire
DEREK SMITH LAW GROUP PLLC
1835 Market Street, Suite 2950
Philadelphia, PA 19103
seth@dereksmithlaw.com
Counsel for Defendant Lisa Reynolds-Barbounis

/s/ Sidney L. Gold
Sidney L. Gold
sgold@discrimlaw.net
Sidney L. Gold & Associates P.C.
1835 Market Street, Suite 515
Philadelphia, PA 19103
Tel: (215) 569-1999
Fax: (215) 569-3870
*Counsel for The Middle East Forum*