IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-5697 |
| | : | |
| LISA REYNOLDS-BARBOUNIS | : | |

**ORDER**

AND NOW, this 12th day of June, 2020, following a teleconference with the parties today regarding their outstanding discovery disputes, it is ORDERED:

1. Documents and other materials responsive to any outstanding subpoenas issued by Plaintiff The Middle East Forum to any third parties represented by counsel for Defendant Lisa Reynolds-Barbounis shall be produced to Middle East Forum on or before June 19, 2020.

2. The parties shall participate in a telephone conference with Capsicum Group on or before June 15, 2020, to resolve any outstanding issues necessary to facilitate the production of all relevant, nonprivileged documents from Reynolds-Barbounis's devices pursuant to this Court's February 19, 2020, Order.

3. A further teleconference to discuss any outstanding discovery issues will be scheduled separately.

BY THE COURT:


  /s/ Juan R. Sánchez  
Juan R. Sánchez, C.J.