IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-5697 |
| | : | |
| REYNOLDS-BARBOUNIS | : | |

**MINUTE ENTRY/REPORT OF CONFERENCE**

On this 12th day of June, 2020, a telephone conference was held.

TOTAL TIME: 45 MINUTES

<u>/s/ Stacy Wertz</u><br>
Stacy Wertz<br>
Deputy Clerk to Chief Judge Sánchez