IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-5697 |
| | : | |
| LISA REYNOLDS-BARBOUNIS | : | |

# **ORDER**

AND NOW, this 26th day of June, 2020, upon consideration of Plaintiff's June 22, 2020, letter requesting an emergency call with the Court to discuss defense counsel's failure to comply with certain discovery obligations pursuant to the Court's June 12, 2020, Order, and defense counsel's June 25, 2020, email response, it is ORDERED the parties are directed to confer regarding this discovery dispute in an effort to resolve it, as outlined in Section II.C. of the Court's Policies and Procedures. If the parties remain unable to resolve this dispute, Plaintiff may renew its request for a telephone conference.

BY THE COURT:

  /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.