IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-5697 |
| | : | |
| LISA REYNOLDS-BARBOUNIS | : | |

## **ORDER**

AND NOW, this 1st day of July, 2020, upon consideration of Defendant's June 25, 2020, letter to the Court, which was not received by the Court until June 29, 2020,[1] it is ORDERED as follows:

- The Court will construe Defendant's June 25 letter as a request for reconsideration of the discovery Order issued on June 25, 2020;

- Plaintiff shall submit a response to Defendant's June 25 letter, including the privilege concerns raised therein, on or before July 2, 2020.  The response may be submitted by fax or by email to sanchezdocs@paed.uscourts.gov.

BY THE COURT:


  /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.

---

[1]  Defendant's June 25 letter was emailed to the Court using the email address sanchezdocs@paed.uscourts.gov.  The sanchezdocs email address is used by the Court to receive materials the Court has specifically requested or permitted a party to submit by email and is not monitored on a daily basis.  It is not clear whether the June 25 letter was sent before or after the June 25 Order was submitted for docketing.  The Court, however, was unaware of the letter until the evening of June 29.