IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-5697 |
| | : | |
| LISA REYNOLDS-BARBOUNIS | : | |

# **ORDER**

AND NOW, this 16th day of July, 2020, upon consideration of Defendant's June 25, 2020, letter to the Court, which the Court previously indicated it would construe as a request for reconsideration of the June 25, 2020, discovery Order, and Plaintiff's July 2, 2020, response thereto, it is ORDERED the request for reconsideration is DISMISSED as moot.

BY THE COURT:

　　/s/ Juan R. Sánchez　　
Juan R. Sánchez, C.J.