# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
| | : | NO.    2:19-cv-05697-JS |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| LISA REYNOLDS-BARBOUNIS | : | MOTION FOR SANCTIONS |
| | : | |
| Defendant. | : | |
| | : | |

## DECLARATION OF LISA REYNOLDS-BARBOUNIS

I Lisa Reynolds-Barbounis who resides at 1820 Kilbourne Place, Northwest, Washington

D.C. 20010, in the United States of America do hereby make OATH and say at follows:

1. My name is Lisa Reynolds-Barbounis.

2. From October 2017 until August 2019, I was an employee of the Middle East Forum ("MEF") and held two positions. They were (1) Executive Liaison and (2) Director of Communications.

3. When my employment for MEF began, my cellular telephone was an iPhone which I believe was an iPhone 8. My cell phone carrier at that time was Verizon Wireless.

4. Since she was married in 2012, Declarant, Lisa Barbounis has never owned or operated a cell phone that was not part of a family plan and in the name of her husband, Visili Barbounis.

5. All phones and devices connected with the Verizon Account and Sprint Account, referenced within this Declaration, including all devices referenced in this Declaration, are or were in the name of Visili Barbounis and were part of a family plan.

6. According, all electrically stored information contained in Declarant's personal devices relates to both Declarant, Lisa Barbounis and Visili Barbounis. All devices are provided for and paid for connected with a family plan in the name of Visili Barbounis only.

7. During the time period when I was employed by MEF, I also owned a Microsoft Surface laptop computer.

8. I used the Microsoft Surface primarily for school and as a personal computer, however, I was required to use this device in order to work remotely for MEF.

9. During the time period when I was employed by MEF, it was required that I brought the Microsoft Surface laptop computer to work.

10. During my employment for MEF, I was required to work from home and work remotely and during these times I utilized my personal laptop, identified above as a Microsoft Surface.

11. During a trip to England that occurred December 2018, I opened the Microsoft Surface and discovered that the screen had cracked.  The device was no longer usable.

12. The Microsoft Surface was purchased for school sometime around 2016 and it did not make sense economically to spend the money to repair the screen.

13. Accordingly, since December 2018, I have not used the Microsoft Surface.

14. Sometime between December 2018 and January 2019, my husband, Visili Barbounis, disposed of by recycling, the Microsoft Surface.

15. The image that MEF has produced where I am using the Microsoft Surface with MEF information on the screen was taken sometime in 2018 or 2017.  I do not know when the image was taken, however, it could not have been taken in 2019, because I no longer had access to the device after it was disposed of by my husband.

16. The image that MEF has produced where I am using the Microsoft Surface with a hoagie wrapper from Wawa next to it was taken November 22, 2018.

17. I no longer have access to, possession of, or the ability to recover any of the hardware connected with the Microsoft Surface including the Microsoft Surface itself.

18. On January 8, 2019, I signed a Bring Your Own Device Agreement in connection with my employment with the Middle East Forum.

19. Pursuant to this agreement, MEF provided me with a new Apple MacBook Pro laptop computer which I was expected to use as a replacement for my recently damaged Microsoft Surface.

20. Beginning January 2019, the only laptop that I had access to was the Apple MacBook Pro laptop ("Apple laptop") that was purchased for me by MEF.

21. According to the Bring Your Own Device Agreement, if my employment with MEF discontinued, I was expected to either purchase the Apple laptop which would be valued

according to a balance amount determined by depreciation, or, I was required to return the device.

22. When my employment with MEF ended, I opted to return the Apple laptop to MEF.

23. Marnie Meyer is an employee for MEF who holds the position of Chief Financial Officer ("CFO").  In her position as CFO, Marnie Meyer oversees all human recourses operations for MEF.

24. When my employment with MEF ended, I informed Marnie Meyer that I would be returning the Apple laptop.  Marnie Meyer instructed me to return the device to its original condition by resetting the device to its original factory settings.

25. I followed the instructions of MEF's CFO, Marnie Meyer, and performed a factory reset and returned the Apple laptop to Marnie Meyer within a day or two of my last day working at MEF.

26. I did not perform any other function with the Apple laptop before returning it to MEF when my employment with MEF ended.

27. I did not copy, download, extract, or attempt to retrieve in any way any of the information contained in the MEF Apple laptop computer prior to returning the Apple laptop to MEF through MEF's CFO, Marnie Meyer.

28. Since the Apple laptop was retuned to MEF, sometime around August 2019, I have not had the ability to use or access the Apple laptop because it was no longer in my possession.

29. November 27, 2019, I took a photo of three electronic devices and posted the photo on Instagram ("Instagram photo") along with a message that read: "This phone situation is out of control."

30. The three devices depicted in the Instagram photo are all connected to the same account which is my Verizon Wireless cell phone account which is attached to the phone number of 215.910.2154.

31. In August 2019, I only owned one iPhone which was connected to my Verizon Wireless account which was an iPhone XS.

32. Sometime around August 2019, I cracked the front and back screen of the one iPhone that I owned connected to my Verizon Wireless account, phone number listed above in Paragraph 27.

33. After cracking the front and back screen on the one iPhone that I owned, I began the process of replacing the phone through my insurance provider: Asurion.

34. Asurion maintains a policy that if the device is cracked on the back, they will immediately send an iPhone replacement.

35. When Asurion provides the user with an iPhone replacement, the broken iPhone must be returned to Asurion.  If a Claimant does not return the device, Asurion charges the Claimant the full value of the iPhone.

36. I initiated an iPhone claim for the one iPhone that I owned which was connected with my Verizon Wireless account through Asurion August 10, 2019.  A new device was shipped on August 30, 2019.

37. I received a replacement iPhone from Asurion in connection with my August 2019 claim sometime around September 2, 2019.

38. My daughter then dropped my new iPhone replacement and cracked the screen.

39. I submitted a second claim to Asurion for the replacement phone that my daughter dropped. This time only the front screen was damaged.  Therefore, Asurion sent a technician to my office in Washington D.C., to repair the replacement iPhone that my daughter dropped.

40. I submitted the claim for screen repair for the device my daughter dropped to Asurion on November 13, 2019.

41. By November 13, 2019, I had already returned the original iPhone which was damaged in August 2019 to Asurion.  Accordingly by November 13, 2019, I still had only one iPhone in my possession, which is the iPhone that Asurion repaired at my office.

42. Sometime after November 13, 2019, the screen connected with the repaired device began to malfunction after the repair.

43. Accordingly, I contacted Asurion and a brand new replacement device was shipped to my home November 19, 2019.

44. I received the replacement device sometime around November 21, 2019.  Accordingly by November 21, 2019, I had two iPhones in my possession.  They were (1) the device that was repaired by Asurion at my office and (2) its replacement device which was shipped November 19, 2019.

45. The brand new iPhone that was shipped November 19, 2019, which was intended to replace the damaged iPhone that was repaired at my office, malfunctioned.  I therefore contacted Asurion and a new iPhone was shipped November 25, 2019.

46. Accordingly, by November 27, 2019, I had three iPhones in my possession.  They were the (1) iPhone replacement repaired at my office, (2) iPhone replacement shipped November 19, 2019, and (3) iPhone replacement shipped November 25, 2019.

47. The iPhone that was shipped by Asurion November 25, 2019 was received November 27, 2019.

48. The iPhone that was shipped November 25, 2019 and received November 27, 2019, had the same problem as the iPhone that was shipped November 19, 2019.

49. Therefore, on November 27, 2019, I took a photo of all three iPhones and posted the image to Instagram with the caption, "This phone situation is out of control."

50. According to Asurion policies, I was required to return the iPhone devices that were replaced. I returned two of the three iPhones to Asurion and retained one of them.

51. The iPhones that were returned to Asurion did not contain any information related to MEF because I was unable to connect to cellular or wireless data. I would have been charged over two thousand dollars if I did not return the devices. In order to avoid these charges and because there was no information stored on these two iPhones, I returned them to Asurion.

52. I still possess an iPhone that I am required to return to Asurion. I have not retuned this device because of my obligations connected with the instant matter.

53. Presently, there are only two iPhones in my possession. They are (1) one of the iPhones from Asurion which I was able to use in a limited capacity and (2) an iPhone 11 which I received from Sprint when transferred by account from Version Wireless to Sprint.

54. The image that was taken November 27, 2019, posted on Instagram depicts three iPhones. They are the (1) iPhone replacement repaired at my office, (2) iPhone replacement shipped November 19, 2019, and (3) iPhone replacement shipped November 25, 2019.

55. All three iPhones depicted in the image that was taken November 27, 2019, posted to Instagram, were connected to my Verizon Wireless Account, phone number listed above in Paragraph 27.

56. I no longer maintain an account with Verizon Wireless. On January 10, 2020, I moved my account connected with phone number 215.910.2154 to Sprint. The transfer of my wireless account from Verizon to Sprint in no way implicates my obligations to preserve potential evidence connected with the instant matter.

57. Other than the two iPhones identified above in Paragraph 50, I do not own any other phones.

58. All of the phones depicted in the images produced by MEF were connected with my Verizon Wireless account.

59. Attached to this Declaration is information connected with the above referenced claims and provides relevant supporting documentation. Exhibit A.

60. I swear under penalty of perjury that the foregoing is accurate, true and correct.

Signature of Affiant: _Lisa Reynolds Barbounis_

Name of Affiant: _Lisa Reynolds Barbounis_

Date: _1/17/_ _____, 2020

# Exhibit A

 Gmail

Lisa Reynolds Barbounis <lisabarbounis@gmail.com>

---

## Your Claim Has Been Started

1 message

**Asurion for AT&T** <asurion-reply@et-notifications.asurion.com>   Sat, Aug 10, 2019 at 11:13 AM
To: lisabarbounis@gmail.com

---

asurion

Thanks for using your AT&T Device Protection Plan!
### Your claim has been started
Wireless Number: 2159102154
Claim ID: 301121768547

**Hi Vasili,**

Your claim has been started and you can <u>resume it online anytime</u>
until it is successfully completed.

There may be additional steps required if you have not completed
your claim. Please finish all steps within 60 days. After this period,
your claim will be cancelled and you may not be able to refile your
claim.

*Thanks for choosing AT&T*



**Please note:** This is an auto-generated email that is unable to receive replies.

This email was sent by: Asurion Protection Services, LLC.
648 Grassmere Park Drive, Suite 300 Nashville, TN 37211, USA

Privacy Policy | Contact Us

 **Gmail**

Lisa Reynolds Barbounis <lisabarbounis@gmail.com>

---

## Documentation Required
1 message

---

**Asurion for AT&T** <asurion-reply@et-notifications.asurion.com>    Sat, Aug 10, 2019 at 11:09 AM
To: lisabarbounis@gmail.com

---

## asurion

The next step for your Insurance claim is to
### Print, complete and return an affidavit
(a sworn statement)
Wireless Number: 2159102154

Complete Documentation

**Hi Vasili,**

Please take the following actions:

1. <u>Download</u>, print, and complete the claim affidavit.
2. Scan or take a photo of the completed affidavit along with an approved photo ID.
3. <u>Upload</u> the completed affidavit and photo ID to get immediate confirmation that we received your documents or fax them to 1-888-429-7719.

**Questions?** Once you've uploaded your completed affidavit, you can <u>track your claim status</u>.

We'll review your documents and contact you within 24 hours with next steps.

Don't forget to complete any necessary steps within 60 days to avoid claim cancellation. After this period, you may not be able to refile your claim.

### *Thanks for choosing AT&T*



 Gmail

Lisa Reynolds Barbounis <lisabarbounis@gmail.com>

---

## Please Complete Your Claim

**Asurion for AT&T** <asurion-reply@et-notifications.asurion.com>
To: lisabarbounis@gmail.com

Wed, Aug 28, 2019 at 9:44 AM

---

### asurion

The next step for your Asurion claim is to

# Please complete your claim
Wireless Number: 2159102154

Complete your claim

**Hi Vasili,**

To complete your claim, you will need your:

- Wireless Number
- Shipping Address

Please finish this step and complete your claim within 60 days. After this period, your claim will be cancelled and you may not be able to refile your claim.

*Thanks for choosing AT&T*



**Please note:** This is an auto-generated email that is unable to receive replies.

This email was sent by: Asurion Protection Services, LLC.
648 Grassmere Park Drive, Suite 300 Nashville, TN 37211, USA

Privacy Policy | Contact Us

 Gmail

Lisa Reynolds Barbounis <lisabarbounis@gmail.com>

---

## Your device will ship soon

---

**Asurion for AT&T** <asurion-reply@et-notifications.asurion.com>
To: lisabarbounis@gmail.com

Thu, Aug 29, 2019 at 9:19 PM

---



# Hi VASILI, your
# Apple iPhone XS 64GB will ship soon.

Please call a ProTech expert to help activate your replacement device
once you receive it.

Call 800-598-4883 to
activate your device

Weekdays 8am to midnight EST, weekends 10am to 10pm EST

Please follow these important steps once you receive your replacement:

1. **Backup your original device if possible.**

2. **If you have your original device, erase any personal content.** For iPhones and iPads,
   tap Settings > General > Reset > Erase. For other devices, see <u>AT&T Device Support</u>.

3. **If your original device is an iPhone or iPad that is stolen, lost or not working**, please
   <u>turn off Find My iPhone</u>.

4. **If you have your original device, please send it to us within 10 days.** To avoid any
   possible additional charges follow the return shipping instructions enclosed with your
   replacement device.

In most cases you will receive your replacement device within 1-2 business days. Once it ships,
we'll send you an email with tracking information and additional details.

Please note, if your original device was lost or stolen AT&T will deactivate it.

 Gmail

Lisa Reynolds Barbounis <lisabarbounis@gmail.com>

---

## Your device has shipped
1 message

---

**Asurion for AT&T** <asurion-reply@et-notifications.asurion.com>
To: lisabarbounis@gmail.com

Fri, Aug 30, 2019 at 6:38 PM



## Good news VASILI!
## Your Apple iPhone XS 64GB has shipped.

Your device should arrive in 1-2 business days. Please call a ProTech
expert to help activate your replacement device once you receive it.

Track your shipment

**Sent to:**
Vasili Barbounis
2601 PENNSYLVANIA AVE
APT 1153
PHILADELPHIA, PA 19130

**Tracking number:** 647856100930
**Wireless number:** 2159102154
**Device shipped:** Apple iPhone XS 64GB

Shipping detail may not be immediately available on the website.

Once your device arrives, please call a ProTech expert at 1-888-562-8662 to
activate it, transfer your content and more.
Weekdays 8am to midnight EST, weekends 10am to 10pm EST





Your replacement device comes with a 12-
month warranty.

 Gmail

Lisa Reynolds Barbounis <lisabarbounis@gmail.com>

---

## FW: Your Claim Has Been Started
1 message

---

**Vasili Barbounis** <vasiligb@hotmail.com>
To: Lisa Barbounis <lisabarbounis@gmail.com>

Tue, Nov 19, 2019 at 11:22 AM

---

Thanks,

Vasili

KW | **KELLER**WILLIAMS **PHILLY** | THE CENTER CITY LISTINGS TEAM | 728 S BROAD ST, 4TH FLR | PHILADELPHIA, PA 19146

*M* 215.439.1002 (preferred) | *O* 215.607.6007 | *eFax* 866.441.4957 | vasili@CenterCityListings.com | CenterCityListings.com

**From:** Asurion for AT&T <asurion-reply@et-notifications.asurion.com>
**Sent:** Tuesday, November 19, 2019 10:41 AM
**To:** vasiligb@hotmail.com
**Subject:** Your Claim Has Been Started





# You're well on your way!

You've started a claim for 2159102154.

Check or resume your claim

Here's your Claim ID: **309403805833**

Please complete your claim within 60 days. After this period, your claim will
be canceled and you may not be able to refile your claim.

Privacy Policy | Contact Us

Asurion® is the property of Asurion, LLC. All rights reserved. Apple® and iPhone® are registered trademarks of Apple Inc. All
other trademarks, service marks, and product brands that appear on this website are not owned by Asurion and are the
property of their respective owners. Asurion is not affiliated with, sponsored by, or endorsed by Apple or any of the respective
owners of the other trademarks, service marks and/or product brands cited herein.

 Gmail

Lisa Reynolds Barbounis <lisabarbounis@gmail.com>

---

## FW: Your device will ship soon
1 message

**Vasili Barbounis** <vasiligb@hotmail.com>
To: Lisa Barbounis <lisabarbounis@gmail.com>

Tue, Nov 19, 2019 at 11:22 AM

---

Thanks,

Vasili

**KW | KELLER**WILLIAMS **PHILLY** | THE CENTER CITY LISTINGS TEAM | 728 S BROAD ST, 4TH FLR | PHILADELPHIA, PA 19146

*M* 215.439.1002 (preferred) | *O* 215.607.6007 | *eFax* 866.441.4957 | vasili@CenterCityListings.com | CenterCityListings.com

**From:** Asurion for AT&T <asurion-reply@et-notifications.asurion.com>
**Sent:** Tuesday, November 19, 2019 10:43 AM
**To:** vasiligb@hotmail.com
**Subject:** Your device will ship soon



# Hi VASILI, your
# Apple iPhone XS 64GB will ship soon.

Please call a ProTech expert to help activate your replacement device
once you receive it.



Call 800-598-4883 to
activate your device

Weekdays 8am to midnight EST, weekends 10am to 10pm EST

Please follow these important steps once you receive your replacement:

1. **Backup your original device if possible.**

2. **If you have your original device, erase any personal content.** For iPhones and iPads,
   tap Settings > General > Reset > Erase. For other devices, see AT&T Device Support.

3. **If your original device is an iPhone or iPad that is stolen, lost or not working,** please
   turn off Find My iPhone.

4. **If you have your original device, please send it to us within 10 days.** To avoid any
   possible additional charges follow the return shipping instructions enclosed with your
   replacement device.

In most cases you will receive your replacement device within 1-2 business days. Once it ships,
we'll send you an email with tracking information and additional details.

Please note, if your original device was lost or stolen AT&T will deactivate it.





Questions about your claim?

You can visit us online anytime, or call
us at 888-562-8662. We're happy to
help.

Weekdays 8am to 10pm EST
Weekends 9am to 9pm EST

ProTech support is available for AT&T Mobile Protection Pack and AT&T Multi-Device Protection Pack
customers. AT&T Mobile Insurance customers can call ProTech support as a one-time courtesy for
assistance with device setup.

 Gmail

Lisa Reynolds Barbounis <lisabarbounis@gmail.com>

---

## FW: Your device has shipped
1 message

---

**Vasili Barbounis** <vasiligb@hotmail.com>
To: Lisa Barbounis <lisabarbounis@gmail.com>

Wed, Nov 20, 2019 at 1:50 PM

Thanks,

Vasili

KW | **KELLER**WILLIAMS **PHILLY** | THE CENTER CITY LISTINGS TEAM | 728 S BROAD ST, 4TH FLR | PHILADELPHIA, PA 19146

*M* 215.439.1002 (preferred) | *O* 215.607.6007 | *eFax* 866.441.4957 | vasili@CenterCityListings.com | CenterCityListings.com

**From:** Asurion for AT&T <asurion-reply@et-notifications.asurion.com>
**Sent:** Wednesday, November 20, 2019 3:21 AM
**To:** vasiligb@hotmail.com
**Subject:** Your device has shipped



## Good news VASILI!
## Your Apple iPhone XS 64GB has shipped.

Your device should arrive in 1-2 business days. Please call a ProTech
expert to help activate your replacement device once you receive it.

Track your shipment

**Sent to:**
LISA REYNOLDS
1820 Kilbourne Pl NW
Washington, DC 20010-2623

**Tracking number:** 647860227574
**Wireless number:** 2159102154
**Device shipped:** Apple iPhone XS 64GB

Shipping detail may not be immediately available on the Fedex website.

Once your device arrives, please call a ProTech expert at 1-888-562-8662 to activate it, transfer your content and more.
Weekdays 8am to midnight EST, weekends 10am to 10pm EST





Your replacement device comes with a 12-month limited warranty.

For device issues within the first 30 days contact Asurion Claims at 888-562-8662.
Weekdays 8am to 10pm EST
Weekends 9am to 9pm EST

After 30 days, contact AT&T Warranty at 800-331-0500.
Weekdays 8am to 11pm EST
Weekends 7am to 7pm EST

ProTech support is available for AT&T Mobile Protection Pack and AT&T Multi-Device Protection Pack customers. AT&T Mobile Insurance customers can call ProTech support as a one-time courtesy for assistance with device setup.

AT&T Mobile Insurance and AT&T Multi-Device Insurance are underwritten by Continental Casualty Company, Chicago, IL, a CNA Company, and administered by Asurion Protection Services, LLC (in Iowa, Lic. #1001002300; in California, Asurion Protection Services Insurance Agency, LLC, CA Lic. #0D63161; in Puerto Rico, Asurion Protection Services of Puerto Rico, Inc.), a licensed agent of CNA.

Gmail - FW: Your device has shipped.

©2018 AT&T Intellectual Property. All rights reserved. AT&T and Globe logo are registered trademarks of AT&T Intellectual Property.

Please note: This is an auto-generated email that is unable to receive replies. This email was sent by: Asurion Protection Services, LLC.
648 Grassmere Park Drive, Suite 300 Nashville, TN 37211, USA

Privacy Policy | Contact Us

 Gmail

Lisa Reynolds Barbounis <lisabarbounis@gmail.com>

## Fwd: Your Claim Has Been Started
1 message

**Vasili Barbounis** <vasiligb@hotmail.com>
To: Lisa Barbounis <lisabarbounis@gmail.com>

Fri, Jan 17, 2020 at 1:50 PM

Thank You,

VASILI barbounis • KW PHILLY
m 215.439.1002 • o 215.607.6007
a 728 broad street, Philadelphia
I'm never too busy for your referrals!

Begin forwarded message:

**From:** Asurion for AT&T <asurion-reply@et-notifications.asurion.com>
**Date:** November 25, 2019 at 8:59:55 AM EST
**To:** vasiligb@hotmail.com
**Subject: Your Claim Has Been Started**



# You're well on your way!

You've started a claim for 2159102154.

Check or resume your claim

Here's your Claim ID: **309403805833**

Please complete your claim within 60 days. After this period, your claim will
be canceled and you may not be able to refile your claim.

Privacy Policy | Contact Us

Asurion® is the property of Asurion, LLC. All rights reserved. Apple® and iPhone® are registered trademarks of Apple Inc. All
other trademarks, service marks, and product brands that appear on this website are not owned by Asurion and are the
property of their respective owners. Asurion is not affiliated with, sponsored by, or endorsed by Apple or any of the respective
owners of the other trademarks, service marks and/or product brands cited herein.

 Gmail

Lisa Reynolds Barbounis <lisabarbounis@gmail.com>

---

## Fwd: Your device has shipped
2 messages

---

**Vasili Barbounis** <vasiligb@hotmail.com>
To: Lisa Barbounis <lisabarbounis@gmail.com>

Fri, Jan 17, 2020 at 1:50 PM

---

Thank You,

VASILI barbounis • KW PHILLY
m 215.439.1002 • o 215.607.6007
a 728 broad street, Philadelphia
I'm never too busy for your referrals!


Begin forwarded message:

**From:** Asurion for AT&T <asurion-reply@et-notifications.asurion.com>
**Date:** November 25, 2019 at 9:33:38 PM EST
**To:** vasiligb@hotmail.com
**Subject: Your device has shipped**



## Good news VASILI!
## Your Apple iPhone XS 64GB has shipped.

Your device should arrive in 1-2 business days. Please call a ProTech
expert to help activate your replacement device once you receive it.


Track your shipment


**Sent to:**                          **Tracking number:** 133795349275
VASILI BARBOUNIS            **Wireless number:** 2159102154
2601 Pennsylvnia Ave Apt 1153 **Device shipped:** Apple iPhone XS 64GB
Philadelphia, PA 19130-2306

Shipping detail may not be immediately available on the Fedex

Subject: Fwd: Your device has shipped

website.

Once your device arrives, please call a ProTech expert at 1-888-562-8662 to
activate it, transfer your content and more.
Weekdays 8am to midnight EST, weekends 10am to 10pm EST





Your replacement device comes with a 12-
month limited warranty.

For device issues within the first 30 days contact
Asurion Claims at 888-562-8662.
Weekdays 8am to 10pm EST
Weekends 9am to 9pm EST

After 30 days, contact AT&T Warranty at 800-331-
0500.
Weekdays 8am to 11pm EST
Weekends 7am to 7pm EST

ProTech support is available for AT&T Mobile Protection Pack and AT&T Multi-Device Protection Pack
customers. AT&T Mobile Insurance customers can call ProTech support as a one-time courtesy for
assistance with device setup.

AT&T Mobile Insurance and AT&T Multi-Device Insurance are underwritten by Continental Casualty
Company, Chicago, IL, a CNA Company, and administered by Asurion Protection Services, LLC (in Iowa,
Lic. #1001002300; in California, Asurion Protection Services Insurance Agency, LLC, CA Lic. #0D63161; in
Puerto Rico, Asurion Protection Services of Puerto Rico, Inc.), a licensed agent of CNA.

©2018 AT&T Intellectual Property. All rights reserved. AT&T and Globe logo are registered trademarks of
AT&T Intellectual Property.

Please note: This is an auto-generated email that is unable to receive replies. This email was sent by:
Asurion Protection Services, LLC.
648 Grassmere Park Drive, Suite 300 Nashville, TN 37211, USA

Privacy Policy | Contact Us

---

**Vasili Barbounis** <vasiligb@hotmail.com>　　　　　　　　　　　　　　Fri, Jan 17, 2020 at 1:52 PM
To: Lisa Barbounis <lisabarbounis@gmail.com>

Thank You,

VASILI barbounis • KW PHILLY
m 215.439.1002 • o 215.607.6007
a 728 broad street, Philadelphia
I'm never too busy for your referrals!

Begin forwarded message: