IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
| | : | NO. 2:19-cv-05697-JS |
| Plaintiff, | : | |
| v. | : | |
| LISA BARBOUNIS | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Samuel Wilson ( Pa Bar Id. 315750) on behalf of Defendant, Lisa Barbounis in the above captioned matter.

**DEREK SMITH LAW GROUP, PLLC**

By: _____/s/ Samuel Wilson_____
Samuel C. Wilson, Esquire
1835 Market Street, Suite 2950
Philadelphia, Pennsylvania 19103
Phone: 215.391.4790
PA ID 315750
Email: samuel@dereksmithlaw.com

DATED:  September 18, 2020