IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-5697 |
| | : | |
| LISA REYNOLDS-BARBOUNIS | : | |

## ORDER

AND NOW, this 6th day of October, 2020, Plaintiff The Middle East Forum having filed

two Motions to Compel on August 31, 2020, it is ORDERED Defendant Lisa Reynolds-Barbounis

is directed to file a response to the motions on or before October 20, 2020.[1]

BY THE COURT:

___/s/ Juan R. Sánchez_____
Juan R. Sánchez, C.J.

---

[1] Although Defendant responded to the motions to assert a teleconference was needed, the Court intends to address these motions on the merits. Therefore, Defendant shall have 14 days to file a response to the motions.