# Exhibit A

## Re: Lisa Barbounis Cloud Accounts

**Kyle McArdle** <kmcardle@cornerstonediscovery.com>
Mon 7/13/2020 11:35 AM

**To:** Seth Carson <seth@dereksmithlaw.com>
**Cc:** Forensics <Forensics@cornerstonediscovery.com>; Robert Centofanti <rcentofanti@cornerstonediscovery.com>

Hey Seth,
I just wanted to let you know that all the collections are finished.

Everything seems to have completed successfully with the exception of the Facebook account. From my understanding, this account is set to manage what Facebook calls a "Business Page", which does not appear to have been pulled down with the standard Facebook collection I did.

I am going to have to do a separate process to collect the business Facebook pages, so if we could set up another quick call with Lisa to relay the Facebook two-factor code at your convenience that would be great.

Thanks a lot,

On Wed, Jul 8, 2020 at 3:44 PM Kyle McArdle <kmcardle@cornerstonediscovery.com> wrote:
> Mr. Carson,
> Just following up on this matter. Please let me know a day and time that works for you so we can set up a call to collect these cloud accounts.
>
> Thanks,
>
> On Tue, Jul 7, 2020 at 10:39 AM Kyle McArdle <kmcardle@cornerstonediscovery.com> wrote:
>> I'm in the office all day.
>> 267-639-6900.
>>
>> Thanks,
>>
>> On Tue, Jul 7, 2020 at 12:37 AM Seth Carson <seth@dereksmithlaw.com> wrote:
>>> I think Lisa would prefer if I am on the call. Can you give me a phone number to call and I will get Lisa on the phone tomorrow and then call you.
>>>
>>> I do not know what time it will be because I have to work around Lisa and my schedule but it will certainly be after 10:00 A.M.
>>>
>>> Thank you.
>>>
>>>
>>> Seth D. Carson, Esquire
>>> Derek Smith Law Group, PLLC
>>> 1835 Market Street
>>> Suite 2950

Philadelphia, PA 19103
Phone: 215.391.4790
Facsimile: 215.893.5288
Direct: 484.678.2210
Email: Seth@DerekSmithLaw.com

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

---

**From:** Kyle McArdle <kmcardle@cornerstonediscovery.com>
**Sent:** Monday, July 6, 2020 2:09 PM
**To:** Seth Carson <seth@dereksmithlaw.com>; Forensics <Forensics@cornerstonediscovery.com>; Robert Centofanti <rcentofanti@cornerstonediscovery.com>
**Subject:** Lisa Barbounis Cloud Accounts

Hello Mr. Carson,
Rob gave me the list of cloud accounts to preserve. I was able to collect a few of them, but most have two-factor authentication enabled, linked to a device ending in 2154.

I'd like to set up a time to do a quick call with Ms. Barbounis so she can relay the two-factor challenge codes to me as needed. The process should only take about 15-20 minutes, and you are more than welcome to be on the call.

I am wide open all day tomorrow (Tuesday) anytime after 10am.

Or if you prefer, you can just send me her contact information and I can reach out to Ms. Barbounis directly to coordinate.

Thanks a lot,
--

**Kyle McArdle** / Digital Forensic Examiner
kmcardle@cornerstonediscovery.com
Office: 267.639.6900 | Cell: 609.784.3957

**Cornerstone Discovery**
4775 League Island Blvd. Philadelphia, PA 19112
http://cornerstonediscovery.com

Facebook  Twitter

---

Don't miss this latest news from Cornerstone:

> Case Study: How a Litigation Support Partner Can Help Grow Your Firm

--

 **Kyle McArdle** / Digital Forensic Examiner
kmcardle@cornerstonediscovery.com
Office: 267.639.6900 | Cell: 609.784.3957

**Cornerstone Discovery**
4775 League Island Blvd. Philadelphia, PA 19112
http://cornerstonediscovery.com



--

 **Kyle McArdle** / Digital Forensic Examiner
kmcardle@cornerstonediscovery.com
Office: 267.639.6900 | Cell: 609.784.3957

**Cornerstone Discovery**
4775 League Island Blvd. Philadelphia, PA 19112
http://cornerstonediscovery.com



--

 **Kyle McArdle** / Digital Forensic Examiner
kmcardle@cornerstonediscovery.com
Office: 267.639.6900 | Cell: 609.784.3957

**Cornerstone Discovery**
4775 League Island Blvd. Philadelphia, PA 19112
http://cornerstonediscovery.com



Don't miss this latest news from Cornerstone:
Case Study: How a Litigation Support Partner Can Help Grow Your Firm