# Exhibit C

## Re: Rob from Cornerstone

**Seth Carson** <seth@dereksmithlaw.com>
Mon 7/6/2020 12:15 PM

To: Robert Centofanti <rcentofanti@cornerstonediscovery.com>
Cc: John Angelone <jangelone@cornerstonediscovery.com>

Rob,

I am sending you the usernames and passcodes for Lisa Barbounis's social media accounts. Also, I am writing to the Court today because I want to argue for a more limited production of information. I know you can't change anything unless you hear it directly from the Court. For that reason, can you please give me an ETA for when you think information will be available to the parties? I want to let the Court know what the time-frame looks like.

lisa.e.reynolds@gmail.com
[REDACTED]

lisabarbounis@gmail.com
[REDACTED]


Facebook (including but not limited to Facebook Messenger)
Lisa.reynolds@mail.house.gov
[REDACTED]
Warning this account is set up to monitor to congressional campaign pages.


Twitter
@lisaelizabeth
[REDACTED]

Instagram
 lisabeth
[REDACTED]

WhatsApp
Doesn't have a login. It's just associated with my phone number.


Signal
Again this app doesn't have a login.

It's associated with my phone number on my phone additionally I never use it I only talk to one person on there not related to MEF It's associated with my phone number on my phone additionally I almost never use it I only talk to one person on there not related to MEF at all

Telegram
Haven't use my Telegram in ages. Again no login just associated with my phone number.

Wickr
Don't even have this app installed

iCloud
Lisarey@sas.upenn.edu

Dropbox
Lisa.e.reynolds@gmail.com

Seth D. Carson, Esquire
Derek Smith Law Group, PLLC
1835 Market Street
Suite 2950
Philadelphia, PA 19103
Phone: 215.391.4790
Facsimile: 215.893.5288
Direct: 484.678.2210
Email: Seth@DerekSmithLaw.com

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Robert Centofanti <rcentofanti@cornerstonediscovery.com>
**Sent:** Thursday, July 2, 2020 4:47 PM
**To:** Seth Carson <seth@dereksmithlaw.com>
**Cc:** John Angelone <jangelone@cornerstonediscovery.com>
**Subject:** Rob from Cornerstone



**Robert Centofanti /** Director, Business Development
rcentofanti@cornerstonediscovery.com
Office: 267.639.6900 | Cell: 610.203.0686
**Cornerstone Discovery**
4775 League Island Blvd. Philadelphia, PA 19112
http://cornerstonediscovery.com




Don't miss this latest news from Cornerstone:
Case Study: How a Litigation Support Partner Can Help Grow Your Firm