IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-5697 |
| | : | |
| REYNOLDS-BARBOUNIS | : | |

## **ORDER**

AND NOW, this 10th day of December, 2020, it is ORDERED a hearing on Plaintiff's Motion for Preliminary Injunction (Document 5) shall be held by videoconference on December 17, 2020 at 9:30 a.m. To participate in the conference, the parties shall proceed as follows:

- To join the conference by video:
  https://join.uc.uscourts.gov/invited.sf?secret=ksh692NBCunPvTX0F.5C7w&id=406825371

    - Video system, Jabber or Lync: judge.sanchez@uc.uscourts.gov

- To join the conference by telephone:

    - Dial-in number: 571-353-2300
      Conference Code: 406825371#

The Court shall hold a test conference on December 16, 2020 at 9:30 a.m. in which the parties must participate using the above-stated instructions.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.