IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-5697 |
| | : | |
| LISA REYNOLDS-BARBOUNIS | : | |

## **ORDER**

AND NOW, this 17th day of December, 2020, the Court having entered a protective order in this case on June 12, 2020, Plaintiff The Middle East Forum's "Motion for Leave to File a Reply Brief in Further Support of Its Second Motion for a Protective Order" (Document 49) is DISMISSED as moot.

BY THE COURT:


  /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.