# Exhibit 1

| | |
|---|---|
| **From:** | Barnes III, Attison |
| **Sent:** | Tuesday, December 15, 2020 9:57 PM |
| **To:** | Sidney Gold; Seth Carson |
| **Subject:** | Authentication/Sealing |

Seth –

Confirming our discussion this evening that we agree to sealing the proceedings on Thursday to protect the parties' information from the public, and we agree to authentication of the files in Junto as documents from Defendant's phones.  We will prepare joint motion/stipulation to file.



Attison L. Barnes, III
Attorney at Law
abarnes@wiley.law

Wiley Rein LLP • 1776 K Street NW • Washington, DC 20006
o:  202.719.7385
Download V-Card | wiley.law | Bio

Note: The firm's domain has changed to wiley.law. To update my contact information, please download my vCard

1