IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-5697 |
| | : | |
| LISA REYNOLDS-BARBOUNIS | : | |

**ORDER**

AND NOW, this 8th day of January, 2021, upon consideration of Plaintiff The Middle East Forum's Motion for Preliminary Injunction, Defendant Lisa Reynolds-Barbounis's response, Middle East Forum's reply, the parties' presentations at the December 17 and December 23, 2020, hearings on the motions, and the parties' proposed findings of fact and conclusions of law, and for the reasons stated in the accompanying Memorandum, it is ORDERED Middle East Forum's Motion (Document 5) is DENIED.

BY THE COURT:

　　/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.