IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-5697 |
| | : | |
| LISA REYNOLDS-BARBOUNIS | : | |

**ORDER**

AND NOW, this 3rd day of February, 2021, upon consideration of Plaintiff The Middle East Forum's January 19, 2020, Status Report regarding Defendant Lisa Reynolds-Barbounis's discovery deficiencies, and following a January 20, 2021, teleconference with the parties, and a February 2, 2021, teleconference with Robert Centofanti of Cornerstone Discovery, it is ORDERED that on or before February 16, 2021, Barbounis shall provide a declaration stating (1) whether she ever possessed a Wickr account, and (2) if so, whether she has access or can re-gain access to that account. If Barbounis did once possess a Wickr account but can no longer access it, Barbounis is directed to promptly cooperate with Cornerstone to attempt an alternate collection method.[1]

BY THE COURT:

　　/s/ Juan R. Sánchez　　
Juan R. Sánchez, C.J.

---

[1] Middle East Forum maintains that, in addition to failing to provide data from Wickr, Barbounis has not complied with the Court's June 25, 2020, and November 25, 2020, Orders directing her to provide data from her Signal and Proton Mail accounts. Following the Court's discussion with Robert Centofanti of Cornerstone, the Court finds these issues to be moot. With respect to Signal, the Court is persuaded that there is no additional data to collect. As for Barbounis's Proton Mail account, Barbounis has provided a sworn declaration stating the account Middle East Forum seeks does not belong to her, and she no longer has access to the account and does not have permission to provide its credentials. The Court will therefore not order Barbounis to provide access to that account.