**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THE MIDDLE EAST FORUM,  :<br>  :<br>Plaintiff,  :<br>  :  CIVIL ACTION<br>-vs-  :  NO. 2:19-cv-05697-JS<br>  :<br>LISA REYNOLDS-BARBOUNIS,  :<br>  :<br>Defendant.  :<br>  : | |

**ENTRY OF APPEARANCE**

Kindly enter the appearance of Jonathan R. Cavalier as counsel for Plaintiff, The Middle East Forum, in the above-captioned matter.

          COZEN O'CONNOR, P.C.

          By: */s/ Jonathan R. Cavalier*
             Jonathan R. Cavalier, Esq. (#206063)
             1650 Market Street, Suite 2800
             Philadelphia, PA 19103
             P: 215.665.2776
             F: 215.701.2112
             jcavalier@cozen.com

             *Attorney for Plaintiff*
             *The Middle East Forum*

Dated:  May 19, 2021

## **CERTIFICATE OF SERVICE**

I, Jonathan R. Cavalier, hereby certify that on May 19, 2021, I served a true and correct copy of my Entry of Appearance via electronic filing, addressed as follows:

Seth D. Carson, Esquire
Samuel C. Wilson, Esquire
Derek Smith Law Group, PLLC
1835 Market Street, Suite 2950
Philadelphia, PA  19103
seth@dereksmithlaw.com
samuel@dereksmithlaw.com

　　　　　　　　　　　　　　　　　　　　　　*/s/ Jonathan R. Cavalier*
　　　　　　　　　　　　　　　　　　　　　　Jonathan R. Cavalier