IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-5697 |
| | : | |
| LISA REYNOLDS-BARBOUNIS | : | |

## **ORDER**

AND NOW, this 18th day of August, 2021, upon consideration of Plaintiff The Middle East Forum's Motion to Compel Subpoenas to Marnie O'Brien, and Ms. O'Brien's letter opposing the Motion, it is ORDERED the Motion (Document 98) is GRANTED insofar as Ms. O'Brien is ordered to produce all documents and information responsive to Middle East Forum's prior subpoenas on or before August 27, 2020. To the extent Ms. O'Brien believes she has already produced all responsive material, she shall provide a declaration so stating.

It is further ORDERED counsel for Plaintiff and counsel for Ms. O'Brien shall meet and confer to promptly schedule Ms. O'Brien's deposition. The deposition should occur after Ms. O'Brien has corrected any deficiencies in her production or provided a declaration stating she has no additional responsive material to produce.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.