## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE MIDDLE EAST FORUM, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 2:19-cv-05697-JS |
| LISA REYNOLDS-BARBOUNIS, | : **WITHDRAWAL OF APPEARANCE** |
| Defendant. | : |

TO THE CLERK:

Please withdraw my appearance as counsel for Defendant Lisa Reynolds-Barbounis. I do not represent Ms. Reynolds-Barbounis in this matter.

Respectfully submitted,

**DEREK SMITH LAW GROUP, PLLC**

By:     /s/ *Erica A. Shikunov*
        Erica A. Shikunov, Esquire
        1835 Market Street, Suite 2950
        Philadelphia, Pennsylvania 19103
        Phone: 215.391.4790
        Email: erica@dereksmithlaw.com

DATED: September 7, 2021

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing document to be filed and served upon all counsel of record via the Court's ECF system.

**DEREK SMITH LAW GROUP, PLLC**

DATED: September 7, 2021          By: /s/ *Erica A. Shikunov*
                                                                                     Erica A. Shikunov, Esq.
                                                                                     1835 Market Street, Suite 2950
                                                                                     Philadelphia, PA 19103
                                                                                     Tel.: (215) 391-4790
                                                                                     Fax: (215) 893-5288
                                                                                     erica@dereksmithlaw.com
                                                                                     *Attorneys for Plaintiff*