UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE MIDDLE EAST FORUM : | |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | Civil Action No.: 2:19-cv-5697 |
| LISA REYNOLDS-BARBOUNIS : | |
| Defendant. : | |
| : | |

**ORDER FINDING DEFENDANT LISA BARBOUNIS AND HER COUNSEL IN CONTEMPT, DEFAULT, AND SUBJECT TO OTHER SANCTIONS**

It appearing to the Court that it is just and proper to do so and that good cause has been shown, Plaintiff's Motion for Contempt and Sanctions for Violation of Multiple Court Orders, for Unlawful Disclosure of Trade Secrets on the Public Docket, and for Filing False Pleadings with this Court ("Plaintiff's Motion") shall be, and hereby is, GRANTED and it is hereby ORDERED as follows:

1. This Court finds Defendant Barbounis and her counsel, Seth Carson, in civil contempt for violating multiple orders of this Court, including the Protective Order (ECF No. 53) entered in this case;

2. This Court finds Defendant Barbounis and her counsel, Seth Carson, in civil contempt for submitting false statements to this Court in their motion to strike (ECF No. 108);

3. This Court finds it is appropriate to strike Defendant Barbounis' defenses and to enter a default judgment on liability against Defendant Barbounis;

1

4. This Court also orders Defendant Barbounis and her counsel, Seth Carson, to pay MEF's attorneys' fees and costs incurred as a result of Defendant's motion to strike (ECF No. 108), including but not limited to Plaintiff's Motion.  Plaintiff shall submit documentation of all attorneys' fees and expenses for which it seeks reimbursement within fourteen (14) days of the entry of this order; and

5. This Court further sets this matter for a hearing on a determination of attorneys' fees and costs, as well as damages on a default judgment, at \_\_\_\_\_ a.m./p.m. on _____, 2021.

SO ORDERED this _____ day of October 2021

_____
United States District Court Judge Juan Sánchez