# Exhibit 1

| | |
|---|---|
| **From:** | Briscoe, Adam |
| **Sent:** | Thursday, September 23, 2021 10:47 PM |
| **To:** | seth@dereksmithlaw.com |
| **Cc:** | Barnes III, Attison; Sidney Gold; Bill Rieser |
| **Subject:** | MEF Expert Designation and Report - CONTAINS ATTORNEY'S EYES ONLY MATERIAL |
| **Attachments:** | MEF Rule 26 Expert Designation (ATTORNEY'S EYES ONLY).pdf |

ATTACHMENT CONTAINS ATTORNEY'S EYES ONLY MATERIAL PURSUANT TO TERMS OF PROTECTIVE ORDER

Seth,

Pursuant to Fed. R. Civ. P. 26(a)(2) and the Court's Scheduling Order (Dkt. No. 101), attached is Plaintiff's expert designation and report. Please note that this report in its entirety has been designated as "Attorney's Eyes Only" pursuant to the terms of the protective order.

Best,
Adam



Adam R. Briscoe
Attorney at Law
abriscoe@wiley.law

Wiley Rein LLP • 1776 K Street NW • Washington, DC 20006
o:  202.719.4570
Download V-Card | wiley.law | Bio

1

MEF Expert Designation and Report - CONTAINS ATTORNEY'S EYES ONLY MATERIAL

Briscoe, Adam
To: seth@dereksmithlaw.com
Cc: Barnes III, Attison; Sidney Gold; Bill Rieser

Thu 9/23/2021 10:47 PM

MEF Rule 26 Expert Designation (ATTORNEY'S EYES ONLY).pdf
4 MB

ATTACHMENT CONTAINS ATTORNEY'S EYES ONLY MATERIAL PURSUANT TO TERMS OF PROTECTIVE ORDER

Seth,

Pursuant to Fed. R. Civ. P. 26(a)(2) and the Court's Scheduling Order (Dkt. No. 101), attached is Plaintiff's expert designation as "Attorney's Eyes Only" pursuant to the terms of the protective order.

Best,
Adam



Adam R. Briscoe
Attorney at Law
abriscoe@wiley.law

Wiley Rein LLP • 1776 K Street NW • Washington, DC 20006
o: 202.719.4570
Download V-Card | wiley.law | Bio

