# Exhibit 3

## FW: The MEF v. Lisa Reynolds-Barbounis - Lisa Reynolds-Barbounis Day 2 Deposition on Monday

Briscoe, Adam <ABriscoe@wiley.law>
Fri 9/24/2021 4:06 PM
To: Seth Carson <seth@dereksmithlaw.com>
Cc: Barnes III, Attison <ABarnes@wiley.law>; Sidney Gold <sgold@discrimlaw.net>; Bill Rieser <brieser@discrimlaw.net>

Seth,

Please find information below regarding the continuation of Defendant's deposition on Monday morning.

Thanks,
Adam

 Adam R. Briscoe
Attorney at Law
abriscoe@wiley.law

Wiley Rein LLP • 1776 K Street NW • Washington, DC 20006
o: 202.719.4570
Download V-Card | wiley.law | Bio

---

**From:** Jennifer Ruszala <jruszala@digitalevidencegroup.com>
**Sent:** Friday, September 24, 2021 12:02 PM
**To:** Briscoe, Adam <ABriscoe@wiley.law>
**Subject:** The MEF v. Lisa Reynolds-Barbounis - Lisa Reynolds-Barbounis Day 2 Deposition on Monday

External Email

---

Hello,

Please find below some details for the continued Reynolds-Barbounis deposition on Monday. Please let me know if you have any questions.

**Start Time**
8:30 AM EDT

**Exhibit Link**
Reynolds-Barbounis092721 – Marked exhibits download link:
https://deglit.box.com/s/ydd313ckt4fvzonqt6om5fli4386lfff

**Zoom Credentials**
Join Zoom Meeting
https://digitalevidencegroup.zoom.us/j/89880824155
Meeting ID: 898 8082 4155
Passcode: 232752

Thank you and have a nice day/weekend!



**Jennifer Ruszala**

**DIGITAL EVIDENCE GROUP**
COURT REPORTING • LEGAL GRAPHICS • TRIAL PRESENTATION

1730 M St., NW, 8th Floor
Washington, D.C. 20036
202.232.0646 Main
732.535.4092 Mobile
digitalevidencegroup.com

NOTICE: This message (including any attachments) from Wiley Rein LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to Information@wiley.law