# Exhibit 4

```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2                         - - -

 3    THE MIDDLE EAST FORUM,    :    CIVIL ACTION NO.
                                     2:19-cv-05697-JS
 4            Plaintiff,        :
         vs.
 5                              :
      LISA REYNOLDS-BARBOUNIS,
 6                              :
              Defendant.
 7                              :    - - -

 8                    Videotaped deposition of

 9    DANIEL PIPES, taken via Zoom Conference on Thursday,

10    September 2, 2021, commencing at approximately 12:08

11    p.m., before Kori Skinner, Professional Court Reporter -

12    Notary Public, there being present:

13

14          **CONFIDENTIAL - ATTORNEY'S EYES ONLY**
```

```
 1    [REDACTED]
 2    [REDACTED]
 3    [REDACTED]
 4    [REDACTED]
 5    [REDACTED]
 6    [REDACTED]
 7    [REDACTED]
 8    [REDACTED]
 9    [REDACTED]
10    [REDACTED]
11    [REDACTED]
12    Q    Okay. So is that the only way that you can think
13    of that -- that the Middle East Forum was affected
14    because you hired a lawyer to find out if you were
15    affected?
16    A    No. We hired experts to look at the economic
17    damage that your client caused us. I'm not in a
18    position to explain that to you. She stole our
19    information, I know that. The impact of the stealing of
20    that information I cannot tell you.
21    Q    Okay. You said the impact. You don't know what
22    the impact was, is that what you just said?
23    A    I told you that that is not my domain.
24    Q    Okay.
```

```
 1  A    We have an expert who is investigating this for us.
 2  Q    Who's the expert that you're talking about?
 3  A    You'll have to ask Mr. Roman.
 4  Q    Do you know who it is?
 5  A    I have seen the name, I can't tell you the name.
 6  Q    Well, what kind of expert are they?
 7  A    Now that I think about it, her name is Stout.
 8  She's an expert on economic damages in cases like this,
 9  and she's reviewing the materials.
10  Q    An expert on economic damages?
11  A    I believe so.
12  Q    What's her name?
13  A    Stout.
14  Q    Stout?
15  A    S-T-O-U-T.
16  Q    Is that Ms. Stout or Mr. Stout?
17  A    Ms., I believe.
18  Q    When was she retained?
19  A    Some weeks ago.
20  Q    Sorry?
21  A    Some weeks ago.
22  Q    Okay.  So you retained her in -- sometime around
23  August of 2021?
24  A    I believe so.
```

1      CERTIFICATION

2

3      I hereby certify that the proceedings and

4 evidence are contained fully and accurately in the

5 stenographic notes taken by me upon the foregoing matter

6 and that this is a correct transcript of the same.

7

8

9

10

11                              _Kori Skinner_

12                              Kori Skinner

13                              Court Reporter-Notary Public