# Exhibit 5

1          IN THE UNITED STATES DISTRICT COURT

2        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3                     -    -    -

4    THE MIDDLE EAST FORUM,             :

5         Plaintiff,                    : Civil Action No.

6             vs.                       : 2:19-cv-05697-JS

7    LISA REYNOLDS-BARBOUNIS,           :

8         Defendant.                    :

9                     -    -    -

10                   September 3, 2021

11                    -    -    -

12

13   ***CONFIDENTIAL -- Attorney's Eyes Only***
            SUBJECT TO PROTECTIVE ORDER
14

15               Remote deposition of GREGG ROMAN

16   was taken pursuant to notice, beginning at 9:22

17   a.m. Pacific time, on the above date before Gail

18   L. Inghram Verbano, Registered Diplomate

19   Reporter, Certified Realtime Reporter, Certified

20   Shorthand Reporter-CA (No. 8635)and Notary

21   Public, there being present via

22   videoconferencing:

23                    -    -    -

24

 1   we have not discussed today that you think

 2   indicates that Lisa Barbounis breached any of her

 3   contracts?

 4          A.      Can you show me the count?

 5          Q.      Yes.  I can give you access to the

 6   entire complaint.  Hang on.  I'll share remote

 7   control.  Great.  You can control it too.

 8          A.      I think I went over most of it.

 9   If there's anything that I remember, I'd be glad

10   to have the lawyers tell you.

11          Q.      All right.  Let's -- let's -- I'm

12   just going to ask the same question.

13          A.      I'll do the same thing.  I'll go

14   through each one.

15                  The best of my knowledge, I think

16   we went over all the BYOD stuff.

17                  We talked about this with her

18   access to our cloud systems.  That would be the

19   Computer Fraud and Abuse Act.

20                  I think we talked about this with

21   donor lists.  Contacts.  Data.

22                  All this stuff on value could be

23   answered by our expert.

24                  Same thing with the DTSA.

```
 1              CERTIFICATE OF SHORTHAND REPORTER

 2

 3              I, Gail Inghram Verbano,

 4    Registered Diplomate Reporter, Certified Realtime

 5    Reporter, Certified Shorthand Reporter (CA) and

 6    Notary Public, the officer before whom the

 7    foregoing proceedings were taken, do hereby

 8    certify that the foregoing transcript is a true

 9    and correct record of the proceedings; that said

10    proceedings were taken by me stenographically and

11    thereafter reduced to typewriting under my

12    supervision; and that I am neither counsel for,

13    related to, nor employed by any of the parties to

14    this case and have no interest, financial or

15    otherwise, in its outcome.

16

17

18

19    Gail Inghram Verbano, CSR, RDR, CRR
      CA-CSR No. 8635
20

21

22

23

24
```