# Re: MEF v. Barbounis

✗ DELETE    ← REPLY    ⇐ REPLY ALL    → FORWARD    ···



Seth Carson <seth@dereksmithlaw.com>    Mark as unread
Wed 10/13/2021 9:21 AM

**To:** Bill Rieser;

**Cc:** Sidney Gold;

You replied on 10/13/2021 9:47 AM.

If your client wants something from me than counsel them to stop acting in the way that led them to consider filing a motion for sanctions.

There is no reason to file MSJs under seal.

Get Outlook for iOS

---

**From:** Seth Carson <seth@dereksmithlaw.com>
**Sent:** Wednesday, October 13, 2021 9:17:53 AM
**To:** Bill Rieser <brieser@discrimlaw.net>
**Cc:** Sidney Gold <sgold@discrimlaw.net>
**Subject:** Re: MEF v. Barbounis

No

Get Outlook for iOS

---

**From:** Bill Rieser <brieser@discrimlaw.net>
**Sent:** Wednesday, October 13, 2021 9:17:07 AM
**To:** Seth Carson <seth@dereksmithlaw.com>
**Cc:** Sidney Gold <sgold@discrimlaw.net>
**Subject:** MEF v. Barbounis

Seth,

Will you stipulate to a motion for the parties to file their MSJ papers and exhibits under seal?

Thanks