IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-5697 |
| | : | |
| REYNOLDS-BARBOUNIS | : | |

## **ORDER**

AND NOW, this 21st day of October, 2021, it is ORDERED an in-person hearing on Plaintiff's Motion for Sanctions (Document 110) will be held in the above-captioned matter on October 26, 2021, at 2:00 p.m. in Courtroom 14B.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.