IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MIDDLE EAST FORUM, | : <br> : <br> : <br> : CIVIL ACTION <br> : NO. 2:19-cv-05697-JS |
| Plaintiff, |  |
| v. |  |
| LISA BARBOUNIS, |  |
| Defendant. |  |

## **MOTION FOR EXTENTION OF 8 DAYS TO RESPOND TO DISPOSITIVE MOTIONS**

Defendant, Lisa Reynolds-Barbounis hereby moves the Court for an extension an eight (8) day to respond to dispositive motions.

1. Plaintiff and Defendants filed respective motions for summary judgment on October 14, 2021.

2. This Court's ORDER ( Case 2:19-cv-05697-JS Document 101) required that responses to disposition motions were due within 6 days after filing, or today, October 21, 2021.

3. Defendant, Lisa Barbounis requests that the date for responses to dispositive motions be moved to October 29, 2021. This would provide the parties with 2 weeks to fashion their responses to motions for summary judgment.

4. Defendant has informed Plaintiffs regarding this request. Plaintiffs did not agree.

5. Defendant makes this request pursuant to the complex issues this case poses and asks for the request so that Defendant has time to adequately respond to Plaintiff's Motion.

6. Defendant seeks this extension to finalize her response to Plaintiffs' Motion for Summary Judgment.

7. Plaintiff presented a seventeen-page fact statement.  It is an extremely lengthy process to add all citations to Defendant's response to Plaintiff's statement of proposed facts.

8. Should the Court grant this request, the parties responses to dispositive motions will be due one week from tomorrow, or Friday, October 29, 2021.

9. This request will not alter or effect any other deadline in this case.


**WHEREFORE**, Defendant respectfully requests that the Court grant Defendant's Motion for an extension of eight (8) days to for the parties to file responses to dispositive motions.


                                              BY:  \_\_\_\_/s/ Seth D. Carson_____
                                                          Seth D. Carson, Esquire
                                                          Derek Smith Law Group, PLLC
                                                          1835 Market Street, Suite 2950
                                                          Philadelphia, PA 19103
                                                          Phone: 215.391.4790
                                                          Email: Seth@ DerekSmithLaw.com
                                                          Counsel for Plaintiff

DATED: October 21, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on this date that I caused a true and correct copy of Defendant's Motion to be served via ECF.

        Sidney L. Gold sgold@discrimlaw.
        Sidney L. Gold & Associates P.C.
        1835 Market Street, Suite 515
        Philadelphia, PA 19103
        Tel: (215) 569-1999
        Fax: (215) 569-3870
        Counsel for The Middle East Forum

**DEREK SMITH LAW GROUP, PLLC**

BY: /s/ Seth D. Carson
      SETH D. CARSON
      Derek Smith Law Group, PLLC
      1835 Market Street
      Suite 2950
      Philadelphia, PA 19103
      Phone: 215.391.4790
      Facsimile: 215.893.5288
      Email: Seth@DerekSmithLaw.com

DATED: October 21, 2021