IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EASTERN FORUM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-5697 |
| | : | |
| LISA REYNOLDS-BARBOUNIS | : | |

**ORDER**

AND NOW, this 5th day of November, 2021, it is ORDERED that the Middle Eastern Forum is required to submit a supplement to the Estimate of Attorneys' Fees and Costs (Document No. 130), on Monday, November 8, 2021 at 11:59 p.m.[1]

It is FURTHER ORDERED that Mr. Carson's deadline is EXTENDED and he must submit his response to the original and supplemental Estimate of Attorneys' Fees and Costs no later than Wednesday, November 10, 2021 by 11:59 p.m.[2]

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.

---

[1] The Court agrees with Mr. Seth Carson (Doc. No. 131) that more specificity is required to allow Mr. Carson and Ms. Reynolds-Barbounis to respond adequately. The court directs Middle Eastern Forum to provide either the actual timesheets, or at minimum detail with significantly more specificity what was done to accrue the number of estimated hours of work. Summary for the sake of brevity is not required.

[2] While the Court has granted Mr. Carson an extension, the Court does not agree with Mr. Carson's Letter (Doc. No. 131) in so far as it states that the Court granted Mr. Carson only one day to respond to the Plaintiff's Estimate. As is clearly stated in the Order (Doc. No. 128) docketed after the second hearing, Middle Eastern Forum was required to submit their Estimate no later than Wednesday, November 3, 2021 at 12:00 p.m. Mr. Carson's response was not due until Friday, November 5, 2021 at 5 P.M., giving him 2.5 days to respond.