**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

THE MIDDLE EAST FORUM,                    :

      Plaintiff,                                    :

                                                          :

v.                                                      :

                                                          :

LISA REYNOLDS-BARBOUNIS,            :        Civil Action No.: 19-5697

                                                          :

      Defendant.                                  :

                                                          :

## ORDER

Upon consideration of Plaintiff's Motion *in Limine* to Exclude Evidence Relating to Other Litigation, and any opposition thereto, it is hereby

ORDERED that the Motion shall be, and hereby is, GRANTED, and Defendant is hereby prohibited from introducing evidence or testimony, or from making reference, arguments, or comments before the jury, regarding other lawsuits involving Plaintiff and/or Defendant, including but not limited to claims and defenses asserted in those other lawsuits.

ENTERED this _____ day of _____, 2021.

_____

The Hon. Juan R. Sánchez
United States District Judge