# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE MIDDLE EAST FORUM, : | |
| Plaintiff, : | |
| v. : | |
| LISA REYNOLDS-BARBOUNIS, : | Civil Action No.: 19-5697 |
| Defendant. : | |

## ORDER

Upon consideration of Plaintiff's Motion *in Limine* to Exclude Evidence of Retaliation, and any opposition thereto, it is hereby

ORDERED that the Motion shall be, and hereby is, GRANTED, and Defendant is hereby prohibited from introducing evidence or testimony, or from making reference, arguments, or comments before the jury, referencing or suggesting in any way that this litigation constitutes retaliation against Defendant, including but not limited to for her claims of hostile work environment, harassment, and related allegations in *Barbounis v. The Middle East Forum*, No. 19-cv-5030 (E.D. Pa).

ENTERED this _____ day of _____, 2021.

_____
The Hon. Juan R. Sánchez
United States District Judge