UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE MIDDLE EAST FORUM, | : |
| Plaintiff, | : |
| v. | : |
| LISA REYNOLDS-BARBOUNIS, | : Civil Action No.: 19-5697 |
| Defendant. | : |

**ORDER**

Upon consideration of Plaintiff's Motion *in Limine* to Exclude Unauthenticated Hearsay Evidence Regarding Plaintiff's Donors, and any opposition thereto, it is hereby

ORDERED that the Motion shall be, and hereby is, GRANTED, and Defendant is prohibited from introducing unauthenticated hearsay evidence or testimony, or from making reference, arguments, or comments before the jury, regarding Plaintiff's donors and purported donations, including but not limited to information from Google searches, internet screenshots, and website articles.

ENTERED this _____ day of _____, 2021.

_____
The Hon. Juan R. Sánchez
United States District Judge