UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE MIDDLE EAST FORUM, | : |
| Plaintiff, | : |
| v. | : |
| LISA REYNOLDS-BARBOUNIS, | : Civil Action No.: 19-5697 |
| Defendant. | : |

## ORDER

Upon consideration of Plaintiff's Motion *in Limine* to Exclude Defendant's Misrepresentation of "Lawfare" or Similar Practices, and any opposition thereto, it is hereby

ORDERED that the Motion shall be, and hereby is, GRANTED, and Defendant is prohibited from introducing evidence or testimony, or from making reference, arguments, or comments before the jury, suggesting that Plaintiff engages in "Lawfare" or anything similar in nature.

ENTERED this _____ day of _____, 2021.

_____
The Hon. Juan R. Sánchez
United States District Judge