# EXHIBIT A

IN THE UNITED STATES DISTRICT FOR THE EASTERN

DISTRICT OF PENNSYLVANIA


\*   \*   \*

| | |
|---|---|
| LISA BARBOUNIS, | : CIVIL ACTION - LAW |
| Plaintiff | : |
| | : |
| vs | : |
| | : |
| MIDDLE EASTERN FORUM, | : |
| et al., | : |
| Defendants | : NO. 2:19-cv-05030 |


\*   \*   \*


Videotaped deposition of MARC FINK, via
video conference, taken on Tuesday, November 24, 2020,
beginning at 3:03 p.m. before Pamela Pratt, via video
conference, Court Reporter and Notary Public in and for
the Commonwealth of Pennsylvania.


\*   \*   \*

APPEARANCES:

               SETH D. CARSON, ESQUIRE
               (Via video conference)
               DEREK SMITH LAW GROUP, PLLC
               1835 Market Street, Suite 2950
               Philadelphia, Pennsylvania 19103
               (215)391-4790
               seth@dereksmithlaw.com

               -- Representing the Plaintiff


               JONATHAN R. CAVALIER, ESQUIRE
               DAVID J. WALTON, ESQUIRE
               (Via video conference)
               COZEN O'CONNOR
               One Liberty Place
               1650 Market Street
               Philadelphia, Pennsylvania 19103
               (215)665-2000
               dwalton@cozen.com

               -- Representing the Defendant
                  Middle Eastern Forum


               SIDNEY L. GOLD, ESQUIRE
               WILLIAM RIESER, ESQUIRE
               (Via video conference)
               SIDNEY L. GOLD & ASSOCIATES, P.C.
               Eleven Penn Center, Suite 515
               1835 Market Street
               Philadelphia, Pennsylvania 19103
               (215)569-1999
               sgold@discrimlaw.net

               -- Representing the Defendant Gregg Roman


ALSO PRESENT:

               Mike Gannone - Videographer
               Steven Levy
               Gregg Roman
               Daniel Pipes

Deposition of Marc Fink                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page   6



11  Q.      Can you, kind of, just briefly describe the
12  roles you have with Middle East Forum?
13  A.      Yes.  So I am in-house counsel, as you know.
14  I am also chief editor which involves a lot of
15  fundraising materials.  I am also director of the Legal
16  Project, it's an external project that assists people
17  around the world who are victims of lawfare.
18  Q.      Victims of what?
19  A.      Lawfare.
20  Q.      Lawfare.  What's lawfare?
21  A.      The offensive use of legal action to harass
22  or bankrupt people.