Contact Gregg if you have any questions or concerns.　　**Exhibit B**

---------- Forwarded message ----------
From: Gregg Roman <Roman@meforum.org>
To: AllStaff <Staff@meforum.org>, "samwestrop@standforpeace.org.uk" <samwestrop@standforpeace.org.uk>, EJ Kimball <Kimball@meforum.org>, Ashley Perry <perry@meforum.org>, "Philip M.Peck CFP" <strong19@rcn.com>, Laura Frank <Frank@meforum.org>
Cc: Lara Szott <szott@meforum.org>, Daniel Pipes <pipes@meforum.org>
Bcc:
Date: Fri, 27 Jan 2017 17:47:14 +0000
Subject: Using the "MEF Calendar" at Google

# Middle East Forum

## Memorandum

**TO:**　　All Staff

**FROM:**　　Gregg Roman, Director

**DATE:**　　January 27, 2017

**SUBJECT:** Using the "MEF Calendar" at Google

As MEF continues to grow, we need to have clear internal communications. One part of this is keeping a calendar to keep everyone informed of important information.

We use the "MEF Calendar" at Google for this purpose. Please note down there what you are doing: important events, meetings, deadlines, as well as vacation time and paid time off. Please add your activities in a clear and concise manner. Do refer to the calendar to find out what's going on.

You can access it by logging into Google and going to https://calendar.google.com. There, on the left-hand side of the page, you will see "MEF Calendar". (If you do not see it, email me.) Selecting "MEF Calendar" will make it appear alongside other calendars you might have in your Google account.

If you have any questions or concerns, please contact me.

Gregg Roman

Director

Middle East Forum

www.meforum.org

P: 215-546-5406

Twitter: @greggroman

---------- Forwarded message ----------
From: Marnie Meyer <meyer@meforum.org>
To: Marnie Meyer <meyer@meforum.org>
Cc:
Bcc:
Date: Fri, 13 Oct 2017 20:39:10 +0000
Subject: Joining 1601Run

Instructions on joining the gym at 1601 are attached.


Please be sure to use your personal email.  Your MEF email should not be associated with anything related to our physical footprint.



--
Lisa Reynolds

**14 attachments**

**noname.eml**
94K

**403(b) Authorization Form.docx**
293K

**noname.eml**
441K

**noname.eml**
17K

**paclassiccancer.pdf**
3178K

**PAhospital.pdf**
545K

**monthlyaratespa.pdf**
150K

**paaccident3.pdf**
854K

**noname.eml**
6475K

**noname.eml**
39K

**noname.eml**
24K

**noname.eml**
12K

**How to Join Sixteen-O-Run Fitness Center.doc**
106K

**noname.eml**
151K