# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE MIDDLE EAST FORUM,<br>　　　　Plaintiff,<br><br>v.<br><br>LISA REYNOLDS-BARBOUNIS,<br>　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:   Civil Action No.: 2:19-cv-5697 |

## ORDER

It appearing to the Court that it is just and proper to do so and that good cause has been shown, it is hereby:

ORDERED that the Clerk of Court is DIRECTED to provide copies of the transcripts of the Hearings conducted in this case on October 26, 2021 and November 1, 2021 to only counsel of record.  However, the transcripts shall reflect that the transcripts have been sealed by the Court and shall remain sealed to everyone except counsel of record.

SO ORDERED this 30th day of November, 2021.

　　　　　　　　　　　　　　　　　　/s/ Juan R. Sánchez
　　　　　　　　　　　　　　　　　　The Honorable Juan R. Sánchez
　　　　　　　　　　　　　　　　　　United States District Court