## POINTS FOR CHARGE

**25. Trade Secret Misappropriation—Compilation Entitled to Trade Secret Protection Even If Information Exists in Public Domain**

The compilation of confidential information—especially where that information is aggregated and organized into spreadsheets—can be a protected trade secret, even if some information in that compilation is publicly available.[1]

A confidential compilation and organization of public information can amount to a trade secret. This is because a trade secret can exist in a combination of characteristics and components, each of which, by itself is in the public domain, but the unified process, design and operation of which, in unique combination, affords a competitive advantage and is a protectable trade secret.[2]

---

[1] *Freedom Med. Inc. v. Whitman*, 343 F. Supp. 3d 509, 519 (E.D. Pa. 2018) (quoting *Amerisourcebergen Drug Corp. v. Am. Associated Druggists, Inc.*, No. 05-5927, 2008 WL 248933, at *25 (E.D. Pa. Jan. 29, 2008)).

[2] *Mallet & Co. v. Lacayo*, 16 F.4th 364, 386 (3d Cir. Sept. 24, 2021).