IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-5697 |
| | : | |
| REYNOLDS-BARBOUNIS | : | |

**ORDER**

AND NOW, this 2nd day of December, 2021, it is ORDERED the final pretrial conference will be held in Courtroom 14B on December 6, 2021 at 2:00 p.m..

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.