# Exhibit 2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE MIDDLE EAST FORUM, | : |
| Plaintiff, | : |
| v. | : |
| LISA REYNOLDS-BARBOUNIS, | : Civil Action No.: 19-5697 |
| Defendant. | : |

AND NOW, this 23rd day of December, 2020, upon consideration of Plaintiff's "Motion to Seal Documents and Testimony Presented at Preliminary Injunction Hearings," it is ORDERED the Motion (Document 83) is GRANTED. All exhibits and testimony presented at the Preliminary Injunction proceedings on December 17 and 23, 2020, shall be sealed from the public record, until further order from the Court.

/s/ Juan R. Sánchez
The Honorable Juan R. Sánchez
United States District Court

1