# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM, | : | NO. 2:19-cv-5697 |
| Plaintiff, | : | |
| | : | Hon. Juan R. Sanchez |
| vs. | : | |
| | : | |
| LISA BARBOUNIS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of Defendant, Lisa Barbounis in the above-captioned matter.

**DEREK SMITH LAW GROUP, PLLC**

By: */s/ Scott E. Diamond*
Scott E. Diamond, Esquire
1835 Market Street, Suite 2950
Philadelphia, Pennsylvania 19103
Phone: 215.391.4790
PA ID 44449
Email: scott@dereksmithlaw.com

DATED: December 7, 2021