# Exhibit 1

| | |
|---|---|
| **From:** | Seth Carson <seth@dereksmithlaw.com> |
| **Sent:** | Tuesday, December 7, 2021 3:41 PM |
| **To:** | Barnes III, Attison; Sidney Gold; Bill Rieser; Briscoe, Adam; Jason Brockman; Scott Diamond |
| **Subject:** | Middle East Forum v. Lisa Barbounis Public Records |

**External Email**

Counsel,

As per the Court's instructions during the pre-trial conference yesterday, I am sharing documents with you that are public records that Defendant plans to use during the trial next week.

Most (if not all) of the documents that are shared have been produced to Plaintiff already in paper format.  These documents were attached as exhibits to Defendant's Motion for Summary Judgment.

Still, I have created a folder on Dropbox, that you can access with the link and password below:

I will begin placing the relevant document into this folder now so that you have them all today.   If you would like to discuss the joint exhibit list or demonstrative aids or anything else, please let me know.  I believe the parties are required to submit a single list of exhibits.  Please let me know when you would like to finish that?

https://www.dropbox.com/sh/fu8w0icqyhog9cw/AABQuevpRKIRTPls4ad-o-iha?dl=0



### Dropbox - Password Required

Dropbox is a free service that lets you bring your photos, docs, and videos anywhere and share them easily. Never email yourself a file again!

www.dropbox.com

Password:  MEF1234