Exhibit 2

# MEF v. Lisa Reynolds-Barbounis, Trial Exhibits Exchange - CONTAINS ATTORNEY'S EYES ONLY AND CONFIDENTIAL MATERIAL

| | |
|---|---|
| **To** | seth@dereksmithlaw.com |
| **Cc** | Barnes III, Attison; brieser@discrimlaw.net; Sid Gold |
| **Cc** | legal@meforum.org; roman@meforum.org; rsaitta@wiley.law; Roberts, Shane |
| **Date available** | 11/24/2021 02:30 PM |
| **Date expires** | 12/08/2021 11:59 PM |
| **Password assigned** | No |
| **Notify when recipients access this delivery** | First time |
| **Notify when recipients download files** | Do not notify |
| **Notify when recipient deletes** | No |
| **Access status** | 6 recipient(s) have not accessed the delivery |

**Secure message**
**ATTACHMENT CONTAINS ATTORNEY'S EYES ONLY AND CONFIDENTIAL MATERIAL PURSUANT TO THE TERMS OF THE PROTECTIVE ORDER**

Mr. Carson,

Pursuant to EDPA Local Rule of Civil Procedure 16.1(d)(1)(a), counsel for Plaintiff The Middle East Forum provides Defendant a copy of all exhibits to be offered as evidence during MEF's case in chief. Please note that many of these documents are marked "Attorney's Eyes Only" or "Confidential" pursuant to the terms of the protective order. Plaintiff awaits a similar exchange of all exhibits to be used in Defendant's case in chief in accordance with the terms of EDPA R. Civ. P. 16.1(d)(1)(a).

Best,
Adam

Adam R. Briscoe
Attorney at Law
abriscoe@wiley.law
Wiley Rein LLP • 1776 K Street NW • Washington, DC 20006
o: 202.719.4570
**Email notification message**
[No message]

**Package name**        MEF v. Lisa Reynolds-Barbounis, Trial Exhibits Exchange -
                        CONTAINS ATTORNEY'S EYES ONLY AND CONFIDEN

**Tags**

**Description**

## Files

MEF Trial Exhibits 11.24.21.zip                                              252.4 MB