Exhibit 7-1





# Middle East Forum

last updated: November 2, 2015

---

**Share:**



**Please note: The Militarist Monitor neither represents nor endorses any of the individuals or groups profiled on this site.**

The Middle East Forum (MEF) is a controversial Philadelphia-based policy institute founded by <u>Daniel Pipes</u> that employs extremist rhetoric regarding Islam and attacks academics who disagree with its militaristic views on Israeli security and Middle East politics. MEF promotes its agenda through a number of programs, including Campus Watch, Islamist Watch, and the quasi-academic *Middle East Quarterly* journal.

Claiming to advocate "American interests in the Middle East and protect Western values from Middle Eastern threats," MEF aims to "to defeat radical Islam; work for Palestinian acceptance of Israel; develop strategies to contain Iran; and deal with the great advances of anarchy." The group works to "combat lawful Islamism" and to protect "the freedom of public speech of anti-Islamist" figures.[1] Pipes has said that MEF also focuses "heavily on Middle Easterners living in the West" in order to "contribute to an understanding of these new populations and the issues they raise."[2]

MEF revised its mission statement in 2014 to remove mention of "robustly asserting U.S. interests vis-à-vis Saudi Arabia." A reason for this change could be that Israel and Saudi Arabia are strategically moving closer together, united by a common desire to maintain status quo in the region and counter a rising Iran.[3]



MEF has lamented what it sees as the declining influence of the United States in the Middle East during the presidency of Barack Obama. "With Barack Obama, the United States has slid into shocking irrelevance in the Middle East, the world's most turbulent region. Inconstancy, incompetence, and inaction have rendered the Obama administration impotent," Pipes complained in an August 2013 editorial. "Obama acts as though he would rather be the prime minister of Belgium, a small country that usually copies the decisions of its larger neighbors when casting votes at the United Nations or preening morally about distant troubles. Belgians naturally 'lead from behind,' to use the famed phrase emanating from Obama's White House."[4]

In 2013, Pipes broke with many of his fellow neoconservatives—and much of his own prior work—in arguing that instead of ousting Syrian president Bashar al-Assad, Washington should seek to ensure that the stalemated Syrian civil war goes on as long as possible to maximize the damage the various sides inflict on each other. Citing both the U.S.-Soviet alliance in World War II and Washington's double-sided intrigue during the destructive Iran-Iraq War in the 1980s, Pipes wrote: "Evil forces pose less danger to us when they make war on each other. This (1) keeps them focused locally and (2) prevents either one from emerging victorious (and thereby posing a yet-greater danger). Western powers should guide enemies to stalemate by helping whichever side is losing, so as to prolong the conflict."[5]

In September 2013—after calls for the United States to intervene in Syria after its alleged use of chemical weapons—Pipes argued that "the methods by which Syrians kill each other [are] a decidedly less vital matter for Congress than Iranian plans to bring the United States to its knees." Echoing an oft-repeated neoconservative claim—one disputed by U.S. intelligence agencies—that "the mullahs in Tehran are getting ever closer to the point where they at will can order nuclear bombs to be made and readied for use," Pipes argued that instead of bothering with Syria, Congress should "pass a resolution endorsing and encouraging force against the Iranian nuclear infrastructure."[6]

On the domestic front, MEF's attacks on "lawful Islamism" have led observers to associate the group with a burgeoning U.S. "Islamophobia network," a patchwork of prominent rightwing U.S. foundations, opinion makers, and media personalities who spread negative impressions about Islam and Muslims in the United States.[7]

In a widely noted 2011 report about the network, the Center for American Progress listed MEF as one of "five key think tanks led by scholars who are primarily responsible for orchestrating the majority of anti-Islam messages polluting our national discourse today." The report argued that Pipes, who has a doctorate in medieval Islamic history, "has parlayed his prestigious academic credentials to great effect," but has "become increasingly out of touch with the realities of the Muslim world at home and abroad, making more extreme and unfounded observations about Islam in the United States." The report noted that Anders Breivik, the Norwegian terrorist who in July 2011 murdered 77 people in a protest against "cultural Marxism," cited the work of Pipes and MEF 18 times in his xenophobic manifesto.[8]

Pipes has attempted to draw a distinction between himself and more recent Islamophobes like Pamela Geller. "This anti-Islamic agitation has been growing over time, and it's much stronger than in 2001," he told Michelle Boorstein of the *Washington Post* in 2010. According to Boorstein, "Pipes says while he shares a concern about radical Islam with today's crop of bloggers, he considers them 'anti-Islam' because in his view they see the faith and it[s] scripture as fundamentally problematic for a pluralistic, democratic society like the United States and unchangeable." Pipes told Boorstein, "We're in the same trench but we have different views of what the problem is. We both see an attempt to impose Islamic law, sharia, in the West. We are both against it, and want to maintain Western civilization." However, Pipes claimed that he understood "the nature of the problem differently."[9]

MEF fellows have argued that the primary factor motivating suicide terrorism is the Islamic religion and not foreign military interventions or occupations in the Muslim world. In a summer 2015 report for MEF's *Middle East Quarterly*, MEF fellow A.J. Caschetta stated that "far too often" Western scholars suggest that the "causes of suicide terrorism are … the policies of the West." Caschetta claimed that the "post-1979 bloom of suicide bombings is all but unthinkable without Islamic tradition."[10]

After the takeover of swathes of territory in Iraq and Syria by the so-called Islamic State group (IS or ISIS) in 2014, Pipes criticized President Obama in a *National Review* article for arguing that the group was "not Islamic." Pipes claimed that "moderate Islam does not

presently exist" and that "neither U.S. Presidents nor Islamist apologists fool people. Anyone with eyes and ears realizes that the Islamic State, like the Taliban and al-Qaeda before it, is 100 percent Islamic."[11]

MEF also strongly opposed the July 2015 Iran nuclear deal. One MEF fellow called it "horrendous" and disparaged the U.S. diplomats who negotiated the agreement. "Clownish performance by the chief negotiator, Secretary of State John Kerry, a man driven equally by incompetence, ego, and pacifism, has long been the norm," MEF fellow Alexander Joffe wrote in the *Times of Israel* in August 2015. Joffe added that because the Obama administration was supposedly "Led by social justice ideologues," it was "fated to understand nothing about a revolutionary Islamist regime."[12]

## Activities

According to its website, MEF "works to define and promote American interests in the Middle East and protect the Constitutional order from Middle Eastern threats" in "three main ways: 1) Intellectually: Through the *Middle East Quarterly*, staff writings, lectures and conference calls, the Forum provides context, insights, and policy recommendations. 2) Operationally: The Forum exerts an active influence through its projects, including Campus Watch, Islamist Watch, the Legal Project, and the Washington Project. 3) Philanthropically: The Forum distributes nearly $2 million annually through its Education Fund, helping researchers, writers, investigators, and activists around the world."[13]

MEF's flagship publication is the *Middle East Quarterly* (MEQ), currently edited by Efraim Karsh. Describing itself as "a policy-oriented journal aimed to provide cutting-edge information for specialists and absorbing information for a general readership" and the "only journal on the Middle East consistent with mainstream American opinion,"[14] the MEQ publishes analyses and diatribes typically covering Mideast politics, national security, and the supposed spread of Islamism. Senior editors of the journal include Michael Rubin of the American Enterprise Institute (AEI) and Patrick Clawson of the Washington Institute for Near East Policy (WINEP). Robert Satloff and Lee Smith sit on MEQ's Board of Editors, along with Fouad Ajami of Johns Hopkins, James Phillips of the Heritage Foundation, and Steven Plaut of the University of Haifa. Also on the board is Dennis Ross, a hawkish former Middle East adviser to President Obama who left the administration to rejoin WINEP.[15]

MEF also works in Washington through its Washington Project. Led by former AIPAC foreign policy director Steven J. Rosen, the program aims to place op-eds in outlets like the *Washington Post* and lobby policymakers directly. Among other things, the project has

claimed credit for encouraging the Obama administration to oppose the Palestinian Authority's statehood bid at the UN, for "alerting policy-makers and policy-influencers" about "the Obama administration's relentless pressure on Israel to stop all construction activities in the settlements," and for leading the opposition to Chas Freeman, a diplomat who withdrew from consideration to lead the National Intelligence Council after hardline groups attacked comments he had made that were critical of Israel.[16]

One of MEF's most controversial programs has been Campus Watch, an initiative aimed at monitoring what MEF claims are the "often erroneous and biased teachings and writings of U.S. professors specializing in the Middle East." In the early 2000s, Joel Benin, a former professor of Middle East studies at Stanford University, said of the program: "Campus Watch … compiles dossiers on professors and universities that do not meet its standard of uncritical support for the policies of George Bush and Ariel Sharon. … The efforts to stifle public debate about U.S. Middle East policy and criticism of Israel are being promoted by a network of neoconservative true believers with strong links to the Israeli far right. They are enthusiastic supporters of the Bush administration's hands off approach to Ariel Sharon's suppression of the Palestinian uprising. And they are aggressive proponents of a preemptive U.S. strike against Iraq."[17]

The international relations scholars John Mearsheimer and Stephen Walt wrote in their controversial 2006 critique of the influence of the "pro-Israel lobby" on U.S. foreign policy that Campus Watch was founded by "passionately pro-Israel neoconservatives" with the intention of "encourag[ing] students to report comments or behavior that might be considered hostile to Israel" in a "transparent attempt to blacklist and intimidate scholars."[18]

Since 2008, MEF has also run a project called "Islamist Watch," which bills itself as an outfit to combat "the ideas and institutions of nonviolent, radical Islam in the United States and other Western countries." A press release on MEF's website explained that "nonviolent radical Islam is more likely to alter the makeup of Western society over time than is terrorism," and quotes Daniel Pipes: "Quietly, lawfully, peacefully, Islamists do their work throughout the West to impose aspects of Islamic law, win special privileges for themselves, shut down criticism of Islam, create Muslim-only zones, and deprive women and non-Muslims of their full civil rights."[19] Noting that its interest is not in "counterterrorism" but rather the "political, educational, cultural, and legal activities of Islamists" in the West, the

Islamist Watch website chronicles articles in a database called "Creeping Dhimmitude," which attempts to show the "special accommodations" made for Muslims in non-Muslim countries.[20]

A related campaign is MEF's Legal Project, which aims to provide legal resources to defendants facing libel lawsuits from Muslims and Islamic activists. "Such lawsuits are often predatory, filed without a serious expectation of winning, but undertaken as a means to bankrupt, distract, intimidate, and demoralize defendants," claims a statement on the Legal Project website.[21] The campaign has taken special aim at internationally orchestrated anti-Islamophobic campaigns. Commenting on an anti-Islamophobia conference convened by the Turkish government in 2013, Legal Watch leaders Andrew Harrod and Sam Nunberg called such efforts "yet another example of Islamists seeking to internally codify blasphemy under Sharia."[22]

A website launched in February 2015, Canary Mission, has very similar tactics to MEF projects like Campus Watch, although it is unclear if there is an explicit connection between these initiatives. Canary has been described by *Forward* as "publicizing the identities of pro-Palestinian student activists to prevent them from getting jobs after they graduate from college."[23] Canary claims to "expose individuals and groups that are anti-Freedom, anti-American and anti-Semitic in order to protect the public and our democratic values."[24]

While MEF and other hawkish "pro-Israel" groups like the David Horowitz Freedom Center have denied they have a relationship with Canary, MEF founder and president Daniel Pipes has defended the website. "Factually documenting who one's adversaries are and making this information available is a perfectly legitimate undertaking. Collecting information on students has particular value because it signals them that attacking Israel is serious business, not some inconsequential game, and that their actions can damage both Israel and their future careers," Pipes has said.[25]

In May 2015, MEF launched "Jihad Intel," a project that claims to educate "law enforcement and the general public with intelligence on radical Islam and Islamic terrorist groups." Jihad Intel claims to provide a database housing "visual identifiers" of "over 125 Islamic terrorist groups" and background information about each of these groups. According to an MEF press release announcing the project, Jihad Intel "also responds to the Obama administration's removal of references to Islam from law enforcement and national security training materials."[26]

On its website, Jihad Intel states its research fellow is Aymenn Jawad Al-Tamimi, who, the website says, "has become the go-to source for intelligence on jihadists in Syria, Iraq and beyond."[27] Al-Tamimi is also a researcher at the Israel-based IDC Herzliya.[28]

MEF's Education Fund "disburses close to $2 million annually to researchers, writers, moderate Muslims, investigators, and activists whose work focuses on the Middle East and Islam." In practice, this has translated into substantial financial support for anti-Islamic groups like Americans for Peace and Tolerance, hardline "pro-Israel" organizations like NGO Monitor and the Middle East Media Research Institute, and hard-right neoconservative think tanks like the Center for Security Policy.[29]

Until 2004, MEF co-published with the now-defunct U.S. Committee for a Free Lebanon (USCFL) the *Middle East Intelligence Bulletin*, which described itself as "a monthly online publication focused on internal political developments in the Middle East, especially those that are thinly-covered in other English-language publications."[30]

In an earlier collaboration with Ziad Abdelnour and the USCFL, MEF and the Committee coauthored a jingoistic report that advocated U.S. military action to force Syria out of Lebanon and to disarm Syria of its alleged weapons of mass destruction.[31] Virtually all 31 signatories of the MEF report, which was used to persuade Congress to introduce and pass the 2003 Syria Accountability and Lebanese Sovereignty Restoration Act, were USCFL members, and several became high officials or advisers in the Bush foreign policy team, including Elliott Abrams, Paula Dobriansky, Richard Perle, Douglas Feith, and David Wurmser. Other high-profile USCFL signatories were Frank Gaffney, director of the Center for Security Policy, David Steinmann of the Jewish Institute for National Security Affairs (JINSA), and Michael Ledeen of AEI.

Passed in the House of Representatives on October 15, 2003, and signed by Bush on December 12, 2003, the Syria Accountability and Lebanese Sovereignty Restoration Act enumerated several reasons—support for terrorism, possession of weapons of mass destruction, and harboring Iraqi Ba'athists—that laid the groundwork to justify another "regime change" invasion in the region. The appointment of David Wurmser, a longtime advocate of U.S. military action against Syria, to the staff of Vice President Dick Cheney in September 2003 was widely regarded as another signal that the U.S. regional restructuring crusade might soon be taking the road to Damascus.[32]

**Leadership**

Pipes, son of the anti-Soviet crusader Richard Pipes (who was both a Team B and Committee on the Present Danger member in the 1970s), frequently lambasts Arab politics, urges militarist polices aimed at overthrowing Mideast regimes, and pushes a hawkish "pro-Israel" agenda. He has stirred controversy in the past with seemingly anti-Arab remarks that have bordered on racism, once referring to Muslim immigrants to Europe as "brown-skinned peoples cooking strange foods and not exactly maintaining Germanic standards of hygiene."[33] He has also expressed support for anti-Islamic politicians like Geert Wilders in the Netherlands, and served a controversial term at the U.S. Institute for Peace under President George W. Bush, which was marked by his friction with the administration over its supposed "legitimization" of U.S.-based Arab and Islamic groups.[34]

Other notable MEF staff include Efraim Karsh, MEF director and editor of the organization's journal *Middle East Quarterly*, and Steven Rosen, a former lobbyist for the American Israel Public Affairs Committee (AIPAC) who works as director of MEF's "Washington Project." According to his MEF bio, Karsh is an academic who has authored 15 books and "has held various academic posts at Harvard and Columbia universities, the Sorbonne, the London School of Economics, the International Institute for Strategic Studies in London, the Kennan Institute for Advanced Russian Studies in Washington D.C., and the Jaffee Center for Strategic Studies at Tel-Aviv University."[35] Rosen is a controversial "pro-Israel" ideologue who was indicted by the U.S. Justice Department as part of a federal investigation into the alleged passing of sensitive U.S. information to Israel. The charges were eventually dropped. [36]

Unlike other neoconservative groups to which it is sometimes compared—including the Center for Security Policy and the Foundation for Defense of Democracies—MEF's various boards are not brimming with well known ideological wonks and former politicians. Some critics have suggested that the entire organization acts as a vehicle for Pipes and his diatribes against those with whom he disagrees. In 2002, Juan Cole, a University of Michigan professor whose criticism of one-sided U.S. support for Israel and other U.S. "war on terror" policies has made him a target of MEF's "Campus Watch" project, argued that the "Middle East Forum is not really a forum. Somebody rich in the community has set [Pipes] up with a couple of offices and a fax machine and calls him a director. ... They put out this *Middle East Quarterly*. It publishes scurrilous attacks on people. There's no scholarship. It's a put-up job. As for Pipes himself, let's just say that he's not a full professor at a major university."[37]

**Funding**

In 2012, MEG reported nearly $4.7 million in revenues.[38]

A non-exhaustive Right Web investigation of MEF's Form 990 tax records from 2000-2009 revealed that the organization's coffers have been replete with funds from foundations identified by CAP as top funders of the Islamophobia network. During this period, MEF received at least $325,000 from the Russell Berrie Foundation, $240,000 from the Lynde and Harry Bradley Foundation, $200,000 from the Newton and Rochelle Becker Charitable Trust, and over $2 million from both the Donors Capital Fund and the William Rosenwald Family Fund. All told, Right Web identified at least $8,801,450 raised by MEF in this period, primarily coming from "pro-Israel" organizations and other right-wing outfits. (See our findings here).

Between 1996 and 2005, according to Media Transparency, the Middle East Forum received nearly $300,000 from the Lynde and Harry Bradley Foundation, much of it to support Campus Watch.[39] According to its 2004 Form 990, MEF received $1,800,000 in 2003 in the form of gifts, grants, and contributions. In 2001 Norman Hascoe's Hascoe Family Foundation gave MEF $20,000, and in 2003 the Hascoe Charitable Foundation gave MEF $10,000.[40] Hascoe served as president of JINSA.

---

**Share:**





**Officers** (as of 2015)

- **Daniel Pipes**: President
- **Steven Levy**: Chairman
- **Joshua Katzen**: Vice Chairman

- **Lawrence Hollin**: Treasurer

- **Amy Shargel**: Secretary

**Executive Committee** (as of 2015)

- Steven Levy: Chairman

- Lawrence Gould

- Irwin Hochberg

- Lawrence Hollin

- Joshua Katzen

- Andrew Lappin

- Harley Lippman

- Daniel Pipes

- Scott Rosenblum

- James H.M. Sprayregen

- David P. Steinmann

- Judith Friedman Rosen

**National Board of Governors** (as of 2015)

- Robert Abrams

- Wilma G. Aeder

- Yehuda Baskin

- Sam E. Beller

- Jack Bershad

- Howard Bleich

- Susan Gardos Bleich

- Marc Paul Blum

- Richard Calmas

- Howard M. Casper

- Patrick Clawson

- Brian T. Decker

- Janet Doerflinger

- David E. Edman

- Georgette Gelbard

- Roger A. Gerber

- Donald G. Ginsberg

- Stanley D. Ginsburg

- Edward Glickman

- Benjamin H. Gordon

- Brian Grodman

- Lawrence K. Grodman

- Martin Gross

- Robert Guzzardi

- Robert Immerman

- Ira M. Ingerman

- Arthur Karafin

- Leon Korngold

- David Kudish

- Joshua Landes

- Murray S. Levin

- Robert J. Levine

- David N. Levinson

- Peter B. Levy

- Michael Mooreville

- Herbert Nevyas

- Irene Pipes

- James Pollack

- Adrienne Price

- Pamela Rose

- Howard Rosenbloom

- Jeremy T. Rosenblum

- Henry Rosenfeld

- Josiah Rotenberg

- Mark H. Rubin

- Melvin Salberg

- Milton S. Schneider

- Ed Seave

- William Seltzer

- Joseph Shafran

- David Shifrin

- Orna Shulman

- Murray H. Shusterman

- Lindy Snider

- Marilyn Stern

- Leonard A. Sylk

- Jonathan Torop

- Margot Marbut Train

- George A. Violin

- David V. Wachs

- Harry C. Wechsler

- Carroll A. Weinberg

- Michael Weiss

- Maxine Wolf

- Ele Wood

- Joseph S. Zuritsky

## MEF 501c(3) Donors, 2000-2009

- Abraham Kamber Foundation: $108,000

- Abramowitz Family Foundation: $20,000

- Abstraction Fund: $94,500

- Aimee & Frank Batten, Jr. Foundation: $25,000

- Anchorage Charitable Fund:**$252,230**

- American Philanthropic Foundation: $151,000

- Blum-Kovler Foundation: $85,000

- Bodman Foundation:**$177,000**

- Combined Jewish Philanthropies of Greater Boston:**$21,500**

- Dian & Morton Goldin Foundation: $25,000

- Dextra Baldwin McGonagle Foundation, Inc.:**$30,000**

- Donors Capital Fund: $2,300,000

- Ed Snider Foundation:**$15,000**

- Edgerly Foundation:**$75,000**

- Eleanor, Adam, & Mel Dubin Foundation:**$35,000**

- Fairbrook Foundation: **$135,000**

- Fidelity Investments Charitable Gift Fund:**$20,000**

- FIMF, Inc.: **$40,000**

- GBRB, Inc.:**$20,000**

- Hochberg Family Foundation: $30,000

- Houston Jewish Community Foundation: $17,000

- Irving I. Moskowitz Foundation: $25,000

- Jack N. & Lilyan Mandel Foundation:**$25,800**

- James E. & Patricia D. Cayne Charitable Trust:**$236,000**

- Jewish Communal Fund:**$387,940**

- Jewish Community Federation of Cleveland: **$26,500**

- Jewish Community Foundation of Greater Los Angeles:**$21,780**

- JJG Foundation, Inc.:**$150,000**

- JLRJ, Inc.:**$15,000**

- Joseph & Florence Mandel Family Foundation:**$50,000**

- Legacy Heritage Fund Limited:**$45,000**

- Lewis B. & Dorothy Cullman Foundation:**$25,000**

- LMCL, Inc.:**$15,000**

- Lynde & Henry Bradley Foundation, Inc.: **$240,000**

- Kimmel Foundations:**$170,000**

- Klarman Family Foundation: **$125,000**

- Koret Foundation:**$145,000**

- Mandel Supporting Foundations (Joseph & Barbara Mandel Fund)**: $175,000**

- Metropolitan Philanthropic Fund, Inc.:**$50,000**

- Meyer & Jean Steinberg Family Foundation, Inc**.: $20,000**

- Morton & Barbara Mandel Family Foundation**: $25,000**

- Newton & Rochelle Becker Charitable Trust**: $200,000**

- PBHP, Inc.:**$30,000**

- Pechter Foundation**: $45,000**

- Price Family Foundation: **$110,000**

- Quadrangle Group Foundation, Inc.:**$15,000**

- Randolph Foundation:**$70,000**

- Russel Berrie Foundation:**$325,000**

- Samuel & Helene Soref Foundation:**$15,000**

- Schusterman-JD Support Foundation, Inc.:**$21,700**

- Scientific Research Foundation, Inc.:**$22,500**

- Sunrise Foundation Trust:**$68,000**

- Svetlana & Herbet M. Wachtell Foundation: **$180,000**

- Wechsler Family Foundation:**$15,000**

- William Rosenwald Family Fund, Inc.: **$2,020,000**

- 1185 Park Foundation, Inc.:**$15,000**

## Related:

- **American Islamic Forum for Democracy**
- **Can Russia Succeed Where America Failed In The Middle East?**
- **"Mad Dog" Mattis: Trump's Least Belligerent Foreign Policy Advisor?**
- **Independent Women's Forum**
- **Setbacks Push Mideast Peace to Back Burner**
- **Middle East Media Research Institute**
- **Mideast Peace Key to Countering Iran, Arabs Told US Diplomats**
- **The Real Middle East Lobby**
- **Bush in the Middle East**
- **Quitting the Mideast?; Daniel Pipes; the Al-Qaida Gambit**

# Sources

[1] MEF, "About," http://www.meforum.org/about.php.

[2] Daniel Pipes, "The Middle East Forum Reaches Twenty Years," National Review, January 24, 2014, http://www.nationalreview.com/article/369293/middle-east-forum-reaches-twenty-years-daniel-pipes.

[3] Yoel Guzansky and Sigurd Neubauer, "Israel and Saudi Arabia: A Changing Region, a Possible Partnership?" The National Interest, July 24, 2014,http://nationalinterest.org/feature/israel-saudi-arabia-changing-region-possible-partnership-10940.

[4] Daniel Pipes, "Obama's Foreign Fiasco," Washington Times, August 21, 2013, http://www.washingtontimes.com/news/2013/aug/21/pipes-obamas-foreign-fiasco/.

[5] Daniel Pipes, "The Case for Supporting Assad," National Review Online, April 12, 2013, http://www.nationalreview.com/articles/345338/case-supporting-assad-daniel-pipes.

[6] Daniel Pipes, "Forget Syria, Target Iran," Washington Times, September 8, 2013, http://www.washingtontimes.com/news/2013/sep/8/pipes-forget-syria-target-iran/.

[7] CAP, "Fear, Inc.: The Roots of the Islamophobia Network in America," August 2011,http://www.americanprogress.org/issues/religion/report/2011/08/26/10165/fear-inc/.

[8] CAP, "Fear, Inc.: The Roots of the Islamophobia Network in America," August 2011,http://www.americanprogress.org/issues/religion/report/2011/08/26/10165/fear-inc/.

[9] Michelle Boorstein, "Controversial Islam scholar says he's now in the middle," Washington Post, "On Faith," August 18, 2010,http://newsweek.washingtonpost.com/onfaith/undergod/2010/08/once_considered_anti-islam_senior_scholar_says_hes_now_in_the_middle.html.

[10] A.J. Caschetta, "Does Islam Have a Role in Suicide Bombing?" Middle East Quarterly, Summer 2015, http://www.meforum.org/5320/islam-suicide-bombings.

[11] Daniel Pipes, "Sorry Mr. President, ISIS Is 100 Percent Islamic," National Review, September 10, 2014,http://www.nationalreview.com/corner/387675/sorry-mr-president-isis-100-percent-islamic-daniel-pipes.

[12] Alexander Joffe, "Why Empower Iran?" Middle East Forum, August 3, 2015, http://www.meforum.org/5417/why-empower-iran.

[13] Middle East Forum, home page, http://www.meforum.org/.

[14] Middle East Forum, Facebook Profile, Facebook.com, undated, http://www.facebook.com/Middle.East.Forum?sk=info.

[15] Middle East Quarterly, "Board of Editors," http://www.meforum.org/meq/editors.php.

[16] MEF, "The Washington Project," http://www.meforum.org/washington-project.php.

[17] Joel Benin, "The Israelization of American Middle East Policy Discourse," Department of History, Stanford University, undated,http://www.stanford.edu/~beinin/Israelization.html.

[18] John Mearsheimer and Stephen Walt, "The Israel Lobby and U.S. Foreign Policy," Harvard Kennedy School Working Paper, March 2006.

[19] MEF, "Middle East Forum Launches 'Islamist Watch' Website," March 5, 2008, http://www.meforum.org/1869/middle-east-forum-launches-islamist-watch-website.

[20] Islamist Watch, http://www.islamist-watch.org/.

[21] The Legal Project, http://www.legal-project.org/.

[22] Andrew Harrod and Sam Nunberg, "International 'Islamophobia' Conference Promotes Sharia Agenda," Breitbart, September 28, 2013,http://www.meforum.org/3621/islamophobia-conference.

[23] Josh Nathan-Kazis, "Shadowy Web Site Creates Blacklist of Pro-Palestinian Activists," Forward, May 27, 2015,http://forward.com/news/308902/shadowy-web-site-creates-black-list-of-pro-palestinian-activists/.

[24] Canary Mission, "About," http://www.canarymission.org/about/.

[25] Josh Nathan-Kazis, "Shadowy Web Site Creates Blacklist of Pro-Palestinian Activists," Forward, May 27, 2015, http://forward.com/news/308902/shadowy-web-site-creates-black-list-of-pro-palestinian-activists/.

[26] Middle East Forum, "Jihad Intel Launched by the Middle East Forum," May 6, 2015, http://www.meforum.org/5223/jihad-intel-launched-by-the-middle-east-forum.

[27] Jihad Intel, "About Jihad Intel," http://jihadintel.meforum.org/about/.

[28] Ben Bryant, "The British 22-Year-Old Making His Name as an Online Jihadi Hunter," Vice News, October 23, 2014, https://news.vice.com/article/the-british-22-year-old-making-his-name-as-an-online-jihadi-hunter.

[29] MEF, "Middle East Forum Education Fund," http://www.meforum.org/mefef.php. Funding information derived from a Right Web examination of various MEF 990s.

[30] Middle East Intelligence Bulletin, "About," http://www.meforum.org/meib/about.htm.

[31] Middle East Forum, "Ending Syria's Occupation of Lebanon: The U.S. Role?" Press Release, June 12, 2000, http://www.meforum.org/press/440.

[32] Jim Lobe, "Calls to Attack Syria Come from a Familiar Choir of Hawks," Foreign Policy In Focus, April 16, 2003, available athttp://www.buzzflash.com/mediawatch/03/04/21.html.

[33] Jim Lobe, "Calls to Attack Syria Come from a Familiar Choir of Hawks," Foreign Policy In Focus, April 16, 2003, available athttp://www.buzzflash.com/mediawatch/03/04/21.html.

[34] Right Web, "Daniel Pipes," http://www.rightweb.irc-online.org/profile/pipes_daniel.

[35] MEF, Staff, http://www.meforum.org/staff.php.

[36] Daniel Luban and Jim Lobe, "Freeman Withdrawal Marks Victory for Israel Lobby," Right Web, March 12, 2009.

[37] Michelle Goldberg, "Mau-mauing the Middle East," Salon.com, Sept. 30, 2002, http://www.salon.com/2002/09/30/campus_2/singleton/.

[38] Guidestar.org, MEF profile, 2012 990, http://www.guidestar.org/FinDocuments/2012/237/749/2012-237749796-096293ad-9.pdf.

[39] Media Transparency, Middle East Forum Profile, http://mediamattersaction.org/transparency/organization/Middle_East_Forum/funders.

[40] GuideStar, Nonprofit Report for the Middle East Forum, http://www2.guidestar.org/organizations/23-7749796/middle-east-forum.aspx#.

**Please note: The Militarist Monitor neither represents nor endorses any of the individuals or groups profiled on this site.**

# Featured Content

### Zalmay Khalilzad

Zalmay Khalilzad, the Trump administration's special representative to the Afghan peace process, brokered a so-called peace deal with…

→

### Richard Grenell

Richard Grenell, a Republican operative known for his polarizing views and controversial work for foreign governments, is an outspoken Trump…

→

### William Barr

Donald Trump's second attorney general, William Barr has been an extreme Trump loyalist, going to extraordinary lengths to shield…

→

## From the Wires

## What ails Libya's peace process?

March 02, 2020                                                                    **READ →**

## The Paradox of America's Endless Wars

February 26, 2020                                                                 **READ →**

## Neocons in the Age of Trump? The Case of the FDD and Iran's "Fake Opposition"

February 19, 2020                                                                 **READ →**

## The American Chaos Machine: U.S. Foreign Policy Goes Off the Rails

January 25, 2020                                                                  **READ →**

Tracking militarists' efforts to influence U.S. foreign policy.

Don't miss a thing, subscribe to stay updated...

Email Address

SUBSCRIBE

We will NEVER share your details



Profiles

Articles

About

Follow Us

 

Except where otherwise noted, content on this site is licensed under a Creative Commons Attribution 3.0 License

# Middle East Forum

The **Middle East Forum (MEF)** is a right-wing Zionist think-tank based in Philadelphia, USA. It was founded by Daniel Pipes in 1990.



Middle East Forum logo, Screengrab from Middle East Forum (http://www.meforum.org/)

## Contents

**Politics and ideology**

**Activities**
    Public outreach
    Intimidation of opponents
    Legal Project
        Conferences

**Funding and finances**
    Funders
        Increasing use of secretive donor slush funds
        Known funders over time
        2013 filings
        2012
    Organisations that MEF funds
        2014
        2013
        2012
        2011
        2010
    Overseas donations declared
        2012
    2013
        2014
        Recent tax filings grant amounts known/declared for US-based organisations
            2014
            2013
    Circa 2011
    Summary from the Economic Research Institute
    Tax returns
    Donations received 2001-09
    Conferences

**Personnel and Board Members**
    Middle East Quarterly
    List of Experts
    Board Members
    2013-14

**Affiliations**

**Contact**

**Notes**

# Politics and ideology

MEF reflects the extreme politics of its founder and has an explicitly right-wing and Zionist agenda. Its homepage states:

> **The Middle East Forum**, a think tank, seeks to define and promote American interests in the Middle East. It defines U.S. interests to include fighting radical Islam, whether terroristic or lawful; working for Palestinian acceptance of Israel; improving the management of U.S. democracy efforts; reducing energy dependence on the Middle East; more robustly asserting U.S. interests vis-à-vis Saudi Arabia; and countering the Iranian threat. The Forum also works to improve Middle East studies in North America.[1]

MEF's declared **Mission** restates the above and adds that:

> MEF sees the region, with its profusion of dictatorships, radical ideologies, existential conflicts, border disagreements, political violence, and weapons of mass destruction as a major source of problems for the United States. Accordingly, it urges active measures to protect Americans and their allies.[2]

In 2014 MEF revised its mission statement to remove mention of 'robustly asserting US interests vis-à-vis Saudi Arabia'. Analysis by Rightweb surmises that the reason for this change 'could be that Israel and Saudi Arabia are strategically moving closer together, united by a common desire to maintain status quo in the region and counter a rising Iran'.[3]

# Activities

On its website MEF declares it seeks to 'help shape the intellectual climate in which U.S. foreign policy is made'.[4]This is achieved through "public outreach" to US and foreign media, and through programmes seeking to intimidate opponents of its ideology.

## Public outreach

MEF's public outreach is directed primarily at US intellectual elites through articles in influential newspapers such as the *Los Angeles Times*, *New York Times*, *Wall Street Journal* and *Washington Post*; and through lectures and speaking tours in Philadelphia, New York City, Seattle, and Boston. MEF scholars produce a weekly newspaper column which runs in the *New York Post* and the *Jerusalem Post*, and they appear regularly on US and foreign television and radio.[5]MEF also publishes the *Middle East Quarterly* which it declares to be "the only journal on the Middle East consistent with mainstream American opinion."[6]

## Intimidation of opponents

MEF founder Daniel Pipes is notorious for smearing and bullying his opponents. The pro-war journalist Christopher Hitchens writes that Pipes "confuses scholarship with propaganda" and "pursues petty vendettas with scant regard for objectivity."[7] Two MEF projects pursue Pipe's "propaganda" and "petty vendettas"; Campus Watch focuses on US academia whilst Islamist Watch "combats the ideas and institutions of lawful Islamism".[8]

## Legal Project

The Middle East Forum's Legal Project was reportedly established to 'protect the right in the West to freely discuss Islam, radical Islam, terrorism, and terrorist funding'.[9] It has provided financial support to 'critics' of Islam and Counterjihad activists facing prosecution and those convicted to facilitate appeals. Dutch Party for Freedom leader Geert Wilders and French anti-Muslim activist Christine Tasin are among those who have received funds, according to right-wing news site Breitbart.[9]

Daniel Pipes however reportedly told Dutch daily newspaper NRC in 2015 that he was withdrawing financial backing of the Dutch populist politician following Wilders' 'fewer Moroccans' chant and court case,[10] which he has since been found guilty of (although is appealing). Dutch records to Wilders' PVV political party show only one donor for the past three years, the David Horowitz Freedom Center.

### Conferences

In May 2009 the Legal Project presented a Washington DC conference on 'Islamist lawfare', in collaboration with the Federalist Society Center for National Security Law, and the Thomas Jefferson Center for the Protection of Free Expression. [11]

The director of the Legal Project during this period was Brooke Goldstein.

# Funding and finances

Middle East Forum's IRS approval was granted in January 1995. According to its latest available tax filings ( reviewed in 2016) it had an income of $4,126,021 and assets of $3,723,479 in 2014.

This was a decrease on the previous year's income, which showed an income of $5,907,628 in year ending 2013/12, and assets of $3,237,739.

MEF's business is described as: 'International, Foreign Affairs and National Security : Promotion of International Understanding'and Other Instructions and Training Activities: Publishing activities' [12]

## Funders

### Increasing use of secretive donor slush funds

Much of the think tank's income in recent years has been channelled through the opaque conservative vehicle Donors Capital Fund. In 2014 this totalled USD $1.95million. A smaller amount of $30,000 for the same year came via the affiliated Donors Trust. Our analysis of past donations to MEF indicates that recent big funders such as Sears Roebuck heiress Nina Rosenwald's Abstraction Fund, among others, is possibly now using the DCF as a conduit. Rosenwald sits on MEF's executive committee.

In total, MEF has received USD $10,365,000 of unspecified grants via the Donors Capital Fund according to a search on the Conservative Transparency Database. [13]

**Known funders over time**

- Bradley Foundation aka The Lynde and Harry Bradley Foundation Inc
- Chisholm Foundation
- Combined Jewish Philanthropies of Greater Boston
- Dextra Baldwin McGonagle Foundation
- Edgerly Foundation: gave $255,000 from 2000-2015.
- Federation Foundation of Greater Philadelphia
- Fairbrook Foundation
- GBRG Inc
- Klarman Family Foundation: $25,000 in 2012 [14], $50,000 in 2011 [15], $125,000 between 2000 and 2009.[16]
- Koret Foundation
- Metropolitan Philanthropic Fund
- The Milstein Family Foundation: $10,000 in 2012 [17]
- The Shillman Foundation
- The Snider Foundation
- Svetlana and Herbert M Wachtell Foundation
- Vanguard Charitable Endowment Fund
- William H. Donner Foundation
- Abstraction Fund: $331,000 in 2014 [18] | $1,042,000 in 2013 [19] | 1,209,000 in 2012 [20] | $94,500 between 2000 and 2009 [21]
- The Newton and Rochelle Becker Charitable Trust [22]
- Education Foundation for Old Safed: gave $5,000 in 2009 and $1,500 in 2011. [23] [24]
- Jewish Communal Fund gave $24,250 in 2014, $31,150 in 2013, $17,880 in 2012 [25]
- Jewish Community Foundation of San Diego: $5,000 in 2013 [26]
- Lynde and Harry Bradley Foundation: $50,000 in 2011[27], $25,000 in 2012[28], $35,000 in 2013[29], $40,000 in 2014. [30]

**2013 filings**

Funders: Newton and Rochelle Becker Foundation, Mz Foundation, Jewish Federation Of Greater Philadelphia, Jewish Community Foundation Of The Jewish Fed Council Of Greater L A, Jewish Communal Fund, Fairbrook Foundation, Edgerly Foundation [31]

**2012**

Abstraction Fund, Edgerly Foundation [32]

# Organisations that MEF funds

**2014**

- Americans for Peace and Tolerance: $10,000
- CAMERA: $50,000
- Center for Islamic Pluralism: $20,000
- Center for Security Policy: $125,000

- Citizens for National Security: $15,000
- Center Democracy and Human Rights in Saudi Arabia: $20,000
- DAFKA: $22,500
- David Horowitz Freedom Center: $10,000
- El Medio: $10,000
- Endowment for Middle East Truth: $15,000
- Friends of Israel Initiative: $254,015
- Gatestone Institute: $13,500
- Honest Reporting: $10,000
- In Search of Truth: $10,000
- Investigative Project on Terrorism: $30,000
- Jewish News Service: $30,000
- Lela Gilbert Writing Service: $10,000
- University of Maryland: $12,500 [33]

## 2013

- American Friends of IDC: $6,000
- Citizens for National Security: $10,000
- DAFKA: $10,000
- Endowment for Middle East Truth: $10,000
- Friends of Elnet: $10,000
- Friends of Israel Initiative: $62,500
- Gatestone Institute: $1,383,471
- In Search of Truth: $10,000
- Jewish News Service: $30,000
- MEMRI: $7,500
- Phyllis Chesler Organisation: $23,750
- Report Inc: $10,000
- Sidley Austin LLP: $25,000
- Louis Brandeis Center: $51,000 [34]

## 2012

- Louis D Brandeis Center: $23,750
- Phyllis Chesler Organisation: $16,000
- Myths and Facts Inc: $10,000
- MEMRI: $50,000
- Jewish News Service: $157,000
- Investigative Project on Terrorism: $167,085
- Gatestone Institute: $1,098,878
- Friends of Israel Initiative: $31,250
- DAFKA: $7,000
- Center Democracy and Human Rights in Saudi Arabia: $10,000
- Center for Security Policy: $200,000
- CAMERA: $10,000
- Americans for Peace and Tolerance: $15,000 [35]

## 2011

- Phyllis Chesler Organisation: $38,000
- Myths and Facts Inc: $20,000
- Middle East Freedom Forum: $10,000
- MEMRI: $150,000
- Jewish News Service: $289,500
- Investigative Project on Terrorism: $512,500
- Center Democracy and Human Rights in Saudi Arabia: $10,000
- Christians for Fair Witness on the Middle East: $10,000
- CAMERA: $20,000
- Americans for Peace and Tolerance: $10,000
- American Friends of IDC: $18,000
- American Friends of NGO Monitor: $10,000 [36]

**2010**

- Phyllis Chesler Organisation: $24,000
- Myths and Facts Inc: $20,000
- MEMRI: $100,000
- Investigative Project on Terrorism: $480,000
- Gelbard Associates: $14,121
- Forcefield 521: $31,000
- Endowment for Middle East Truth: $75,000
- Dean Draznin: $10,000
- Center Democracy and Human Rights in Saudi Arabia: $10,000
- Christians for Fair Witness on the Middle East: $10,000
- American Jewish Congress: $50,000
- American Jewish Committee: $136,169
- American Islamic Forum for Democracy: $10,000
- American Friends of NGO Monitor: $100,000[37]

Through its Middle East Forum Education Fund (MEFEF) it states that it 'distributes about $2 million annually in separately earmarked funds to some 75 individuals and groups, all of them working to promote the Forum's goals of forwarding American interests and preserving Western civilization'. [38]

Although 'a number of MEFEF recipients work quietly behind the scenes', MEF's website cites recent funding 'public accomplishments' as:

- Americans for Peace and Tolerance – 'Released a video exposing an anti-Israel workshop used in 28 US high schools. In response, the school featured in the video said 'there are no plans for this program to return'.
- Louis Brandeis Center for Human Rights Under Law – Met with a senior aide to U.S. Education Secretary Arne Duncan to show that the law requiring 'diverse perspectives' in taxpayer-funded university Middle East Studies public outreach programs is not being followed. The following month, Harvard's Center for Middle Eastern Studies announced the end of its K-12 outreach program.'

- NGO Monitor – 'Exposed the Swiss government's multi-million dollar funding of non-governmental organizations that demonise Israel and support boycott, divestment, and sanctions against Israel. As a result, 10 Swiss MPs condemned an anti-Israel event in Zurich sponsored by the Swiss Foreign Ministry'.

- Shurat HaDin – Won a $655.5 million judgment in a US court against the Palestinian Authority, for its role in six terrorist attacks resulting in the deaths of American citizens.

**Other 'select recipients' are:**

Adi Schwartz | AMCHA Initiative | Algemeiner | Australia/Israel & Jewish Affairs Council (AIJAC, Australia) | Banafsheh Zand | Berlin International Center for the Study of Antisemitism (BICSA, Germany) | B'nai B'rith Moshe Dayan (France) | Committee for Accuracy in Middle East Reporting in America (CAMERA) | Center for Democracy and Human Rights in Saudi Arabia (CDHR) | Center for Security Policy (CSP) | Citizens For National Security | David Horowitz Freedom Center (DHFC) | Defending America For Knowledge and Action (DAFKA) | Danish Free Press Society (Denmark) | Discourse Institute (Great Britain) | Dispatch International (Denmark) | Emerson Vermaat (Netherlands) | Endowment for Middle East Truth (EMET) | European Coalition for Israel (ECI, Belgium) | Ezra Levant (Canada) | Friends of Israel Initiative (FOII, Spain) | Fuel for Truth (FFT) | Helle Merete Brix (Denmark) | Human Rights Voices | I Like Israel (ILI, Germany) | Im Tirtzu (Israel) | Independent Secular Movement (MIS/SIM) | Iranian-American Forum | Israel Institute for Strategic Studies | Israeli Christians Recruitment Forum (ICRF, Israel) | Jewish News Service Inc. | Joe Kaufman | Joshua Charles | JSS News (France) | Michael Mandelbaum | Morning Star News | Nima Gholam Ali Pour | NoBadDeal.com – Shraga Simmons | Patrick Poole | Philippe Karsenty (France) | Phyllis Chesler | Project Oasis | Raymond Stock | Richard Benkin | Research Institute for European and American Studies (RIEAS, Greece) | Shireen Qudosi | Stop Iran Rally | Tariq Ismail | Véronique Chemla (France) | William Mayer | Wolfgang G. Schwanitz |

## Overseas donations declared

### 2012

According to IRS filings from 2012, the Middle East Forum spent a total of $807,616 funding projects in the Middle East.

Although grantees receiving this funding are not declared, in that year the forum gave a total of $787,616 to overseas causes outside the Middle East as well. [39]

## 2013

Filings from 2013 show that the MEF spent a total of $1,134,898 in the Middle East for the purpose of research. [40]

### 2014

Filings from MEF's 2014 Form 990 declare that it spent $783,500 on 'program services' (research) for 20 organisations in the Middle East region and $454, 595 on research grants for 22 individuals. [41]

### Recent tax filings grant amounts known/declared for US-based organisations

### 2014

Paid out $192,634 in research grants to 'domestic' individuals in the US. These include:

- Americans for Peace and Tolerance - $10,000 (cited purpose: research)
- Committee for Accuracy in Middle East Reporting in America (CAMERA) - $50,000 (cited purpose: research)
- Center for Islamic Pluralism - $20,000 (cited purpose: research)
- Center for Security Policy - $125,000 (cited purpose: research)
- Citizens for NATL Security - $15,000 (cited purpose: research)
- Center Democracy and Human Rights in Saudi Arabia - $20,000 (cited purpose: research)
- Defending America for Knowledge and Action (DAFKA) - $22,500 (cited purpose: research)
- David Horowitz Freedom Center - $10,000 (cited purpose: research)
- El Medio - $10,000 (cited purpose: research)

- Endowment for Middle East Truth - $15,000 (cited purpose: research)
- Friends of Israel Initiative - $254,014 (cited purpose: research). NB this was paid to a Miami-registered office, not directly to the Spanish organisation.
- Gatestone Institute - $13,500 (cited purpose: research)
- HonestReporting - $10,000 (cited purpose: research)
- In Search of Truth - $10,000 (cited purpose: research)
- Investigative Project on Terrorism - $30,000 (cited purpose: research)
- Jewish News Service - $30,000 (cited purpose: research)
- Lela Gilbert Writing Services - $10,000 (cited purpose: research)
- University of Maryland - $12,500 (cited purpose: research)

**2013**

- American Friends of IDC - $6,000 in 2013
- Citizens For National Security - $10,000 in 2013
- Defending America for Knowledge and Action (DAFKA)- $10,000 in 2013
- Endowment for Middle East Truth - $10,000 in 2013 and 2012
- Friends Of Elnet - $10,000 in 2012
- Friends of Israel Initiative - $62,500 in 2013
- In Search of Truth - $10,000 in 2013
- Jewish News Service - $30,000 in 2013
- Middle East Media Research Institute - $7,500 in 2013
- Stresemann Stiftung - **overseas organisation** not specified on IRS 990s but cited by the foundation.
- The Phyllis Chesler Organization - $23,750 in 2013
- REPORT Inc - $10,000 in 2013
- The Louis D. Brandeis Center - $51,000 in 2013 for 'research'
- Sidney Austin LLP - $25,000 for 'research'

[42]

Various other payees: Taube Foundation For Jewish Life And Culture, Shalem Foundation Research - Eval - Promoting Org Respon & Transparency-Report-Inc | Investigative Project on Terrorism Foundation

## Circa 2011

- Citizen Times -MEF funds this online German political magazine, which publishes articles and interviews in German and English by counterjihad figures like Raymond Ibrahim, Ingrid Carlqvist and Soeren Kern and cross-posts from or publicises the websites of the Gatestone Institute, Dispatch International and Middle East Forum.[43]

## Summary from the Economic Research Institute

**Revenue**: $2,267,173
**Assets**: $1,029,240[44]

## Tax returns

Tax Returns 1999 | Tax Returns 2000 | Tax Returns 2001| Tax Returns 2002 | Tax Returns 2003 | Tax Returns 2004 | Tax Returns 2005 | Tax Returns 2006

## Donations received 2001-09

- The Russell Berrie Foundation gave $273,016.22 from 2001- 2009 [45]

## Conferences

MEF co-sponsored the 2008 Rome conference 'Identity Crisis: Can European civilization survive?, held under the auspices of the European Freedom Alliance in conjunction with the European University of Rome and the Lepanto Foundation. Panelists included counterjihad activists Robert Spencer and Bat Ye'or.

# Personnel and Board Members

## Middle East Quarterly

- Efraim Karsh - editor (as of 1 July 2010)
- Martin Kramer - former editor
- Michael Rubin - senior editor
- Denis MacEoin - senior editor

## List of Experts

- Ziad Abdelnour
- Mitchell G. Bard
- Ilan Berman
- Patrick Clawson
- Gil Elan
- Khalid Durán
- John Eibner
- Joseph Farah
- Gary Gambill

- Martin Kramer
- William Kristol
- Habib Malik, Professor of history, Lebanese American University; Bio (http://www.nationalg eographic.com/ngm/9709/forums/beirut_bio.ht ml).
- Laurent Murawiec, Analyst, Hudson Institute
- Daniel Pipes, Director, Middle East Forum; Bio (http://www.danielpipes.org/bios/).
- Robert Satloff
- Jonathan Schanzer, Soref Fellow, Washington Institute for Near East Policy; Bio (http://www. washingtoninstitute.org/senior/schanzer.htm).
- Tashbih Sayyed, Editor and Publisher, *Pakistan Today*; Bio (http://www.benadorassoc iates.com/sayyed.php).
- Meyrav Wurmser, Director, Center for Middle East Policy, Hudson Institute; Bio (https://ww w.hudson.org/learn/index.cfm?fuseaction=staff _bio&eid=Wurmser).

## Board Members

Source: Juan Cole, Informed Comment (http://www.juancole.com), Dec. 8, 2004. (Comments below by Cole)

- Daniel Pipes, President

- David P Steinmann (http://www.jinsa.org/about/adboard/adboard.html), chairman, Steinmann is also president of the Jewish Institute for National Security Affairs (JINSA), a pro-Likud warmongering organization that seeks "total" war against Syria, Iran, Saudi Arabia and the Palestinians, and which helped drag the United States into its current Iraq quagmire. The Pentagon's Douglas Feith is a long-time JINSA activist.
- Jack Bershad (http://64.233.167.104/search?q=cache:pRnqlOlVkE8J:www.jfpsnj.com/voiceonline.asp%3FintCategory ID%3D79%26intArticleID%3D101+%22Jack+Bershad%22+Israel&hl=en), (here identified as legal adviser to Israel's Ministry of Foreign Affairs).
- Irwin Hochberg, (Irwin Hochberg, national campaign chair of Israel Bonds, chairman of the International Commission of the Anti-Defamation League, and former chairman of the Jewish Federation of New York (http://www.zoa.org/pressr el2000/20000919b.htmthe); Board Member of the Zionist Organization of America, which has steadfastly supported Israeli colonization of the West Bank and the dispossession of its Palestinians. Of the recent proposed peace plan worked out by Israeli and Palestinian doves at Geneva, Morton A. Klein, the president of ZOA said: "It is outrageous for individuals acting in opposition to the democratically-elected government of Israel to negotiate an 'accord' that undermines Israel's security by putting pressure on Israel to retreat to indefensible borders and divide its own capital, Jerusalem.")
- Albert Wood, (Prominent philanthropist connected to the Zionist Organization of America)
- Steven Levy
- Scott Rosenblum, (Member, Golden Circle (http://www.lewrockwell.com/orig4/barry-tom2.html) of far rightwing U.S. Committee for a Free Lebanon (http://www.freelebanon.org/gc-f.htm) that unites Likud supporters and Phalangist brownshirts)
- Lawrence Gould
- Lawrence Grodman
- Jerry Sorkin
- Steven J. Rosen - director of the Forum's Washington Project (who is 'monitoring the personnel and policy development of the Obama Administration in the Middle East.')
- Supna Zaidi - former staff

## 2013-14

Executive committee includes:

- Nina Rosenwald

# Affiliations

- Robert Spencer [46]
- Haras Rafiq [47], now managing director of the Quilliam Foundation

# Contact

1500 Walnut Street

Suite 1050

Philadelphia, PA 19102

TEL: (215) 546-5406

FAX: (215) 546-5409

E-Mail: info@meforum.org

# Notes

1. Homepage (http://www.meforum.org) of the Middle East Forum website, (accessed 30 May 2008)
2. Middle East Forum website, About the Middle East Forum: Mission (http://www.meforum.org/about.php) (accessed 30 May 2008)

3. Yoel Guzansky and Sigurd Neubauer, Israel and Saudi Arabia: A Changing Region, a Possible Partnership? (http://na
tionalinterest.org/feature/israel-saudi-arabia-changing-region-possible-partnership-10940), The National Interest, July
24, 2014

4. Middle East Forum website, About the Middle East Forum: Mission (http://www.meforum.org/about.php) (accessed 30
May 2008)

5. Middle East Forum website, About the Middle East Forum: Mission (http://www.meforum.org/about.php) (accessed 30
May 2008)

6. Middle East Forum website, About the Middle East Forum: Activities (http://www.meforum.org/about.php) (accessed
30 May 2008)

7. Christopher Hitchens, 'Pipes the Propagandist' (http://www.slate.com/id/2086844/), Slate.com, 11 August 2003

8. Islamist Watch Homepage (http://www.islamist-watch.org/) (accessed 30 May 2008)

9. Oliver Lane, COURT OF APPEAL OVERTURNS CONVICTION OF WOMAN PROSECUTED FOR INSULTING
ISLAM (http://www.breitbart.com/london/2014/12/22/court-of-appeal-overturns-conviction-of-woman-prosecuted-for-in
sulting-islam/), Breitbart News, 22 December 2014, accessed 3 February 2015

10. DutchNews.nl, [ http://www.dutchnews.nl/news/archives/2016/12/us-anti-islam-campaigner-donated-e150000-to-the-
pvv-in-three-years/ US anti-Islam campaigner donated €150,000 to the PVV in three years], 28 December 2016

11. Conference on Islamist Lawfare - May 19, Washington DC (http://www.legal-project.org/309/conference-on-islamist-la
wfare-may-19th), The Legal Project, 8 May 2009, accessed October 2015

12. Citizen Audit:Middle East Forum (https://www.citizenaudit.org/237749796/), accessed 9 October 2015

13. Conservative Transparency Database (http://conservativetransparency.org/top/?recipient=29259&yr1=&yr2=&su
bmit=), latest search for MEF grants as of 12 October 2016

14. Klarman Family Foundation, 990 Form, 2012.

15. Klarman Family Foundation, 990 Form, 2011.

16. MEF Funding (http://www.rightweb.irc-online.org/images/uploads/Right_Web_Nov._2011_-_MEF_Funding_.pdf),
rightweb.irc, accessed 29 January 2016

17. Milstein Family Foundation, Form 990, 2012

18. Abstraction Fund, 990 Form, 2014

19. Abstraction Fund, 990 Form, 2013

20. Abstraction Fund grants (http://conservativetransparency.org/basic-search/6/?q=abstraction%20fund%20&order_t=ye
ar%20DESC&sf%5B0%5D=transaction), Conservative Transparency, accessed 12 October 2016.

21. Abstraction Fund, 990 Forms, 2000-2009

22. Newton and Rochelle Becker Charitable Trust Donations (http://conservativetransparency.org/donor/newton-and-roch
elle-becker-charitable-trust/), Conservative Transparency, accessed 20 October 2016.

23. Education Foundation for Old Safed, 990 Form, 2011.

24. Education Foundation for Old Safed, 990 Form, 2009.

25. Jewish Communal Fund, 990 Form, 2014. accessed 26 October 2016.

26. Jewish Community Foundation of San Diego, 990 Form, 2013

27. [Lynde and Harry Bradley Foundation, Form 990, 2011.

28. [Lynde and Harry Bradley Foundation, Form 990, 2012.

29. [Lynde and Harry Bradley Foundation, Form 990, 2013.

30. [Lynde and Harry Bradley Foundation, Form 990, 2014.

31. Edgerly Foundation, Form 990, 2013.

32. Edgerly Foundation, Form 990, 2012.

33. Middle East Forum, 990 form, 2014 (http://990.erieri.com/EINS/237749796/237749796_2014_0c2eb3fd.PDF),
accessed 02 November 2016.

34. Middle East Forum, 990 form, 2013 (http://990.erieri.com/EINS/237749796/237749796_2013_0ac176aa.PDF),
accessed 02 November 2016.

35. Middle East Forum, 990 form, 2012 (http://990.erieri.com/EINS/237749796/237749796_2012_096293ad.PDF),
accessed 02 November 2016.

36. Middle East Forum, 990 form, 2011.

37. Middle East Forum, 990 form, 2010.

38. As of 2015

39. Form 990 2012 (http://990finder.foundationcenter.org/990results.aspx?990_type=&fn=Middle+East+Forum&st=&zp=&
ei=&fy=&action=Find), Foundation Center, accessed 1 February 2016 DOUBLECHECK

40. Form 990 2013 (http://990finder.foundationcenter.org/990results.aspx?990_type=&fn=Middle+East+Forum&st=&zp=&ei=&fy=&action=Find), *Foundation Center*, accessed 1 February 2016- DOUBLECHECK

41. [Form 990 2014], *Foundation Center*, accessed 28 Sept 2016

42. Conservative Transparency database, Middle East Forum, accessed 27 May 2015

43. *The Counterjihad Movement: the global trend feeding anti-Muslim hate*, Hope Not Hate, 2011, p61.

44. Economic Research Institute, Middle East Forum Nonprofit Organization Information (http://www.eri-nonprofit-salaries.com/index.cfm?FuseAction=NPO.Summary&EIN=237749796&Cobrandid=0) (accessed 30 May 2008)

45. Source: CAP research based on the seven foundations' Form 990s files with the U.S. Internal Revenue Service from 2001 to 2009, Center for American Progress, Donors to the Islamophobia network (https://cdn.americanprogress.org/wp-content/uploads/issues/2011/08/pdf/islamophobia_chapter1.pdf), *Fear, Inc*, p.14

46. Robert Spencer,Resisting Stealth Jihad (http://www.meforum.org/2052/resisting-stealth-jihad), *Middle East Forum*, January 2009

47. Haras Rafiq, [Detoxifying Islamists], Middle East Forum, 27 January 2010

---

Retrieved from "https://powerbase.info/index.php?title=Middle_East_Forum&oldid=245757"

**This page was last edited on 22 March 2017, at 00:28.**

Content is available under Creative Commons Attribution-ShareAlike 3.0 Unported License unless otherwise noted.

 **ProPublica**

f  𝕏  ✉ **SIGN UP**

*Donate*

# Nonprofit Explorer

Research Tax-Exempt Organizations

---

# BIALKIN FAMILY FOUNDATION

NEW YORK, NY 10024-6054 | TAX-EXEMPT SINCE NOV. 1968

**EIN**: 23-7003181

**Nonprofit Tax Code Designation: 501(c)(3)**
Defined as: Organizations for any of the following purposes: religious, educational, charitable, scientific, literary, testing for public safety, fostering national or international amateur sports competition (as long as it doesn't provide athletic facilities or equipment), or the prevention of cruelty to children or animals.

**Donations to this organization are tax deductible.**

**More Resources:** ↖ GuideStar

**Get notifications:** Sign up for updates about our data.

---

## Tax Filings by Year

The IRS Form 990 is an annual information return that most organizations claiming federal tax-exempt status must file yearly. Read the IRS instructions for 990 forms.

If this organization has filed an amended return, it may not be reflected in the data below. Duplicated download links may be due to resubmissions or amendments to an organization's original return.

If you would like to download Form 990 document PDFs in bulk, the Internet Archive operates a mirror of the original bulk data.



FISCAL YEAR
ENDING DEC.
## 2019

PDF

[ 990-PF ]

[ 990-T ]

**Form 990 documents available**

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

---

**Help Keep Nonprofit Explorer Free!**

If you have used our data or site in your research or reporting, add credit and a link to Nonprofit Explorer in your story or publication and let us know.

---

FISCAL YEAR
ENDING DEC.

# 2018

PDF

[ 990-PF ]

[ 990-T ]

**Form 990 documents available**

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

---

FISCAL YEAR
ENDING DEC.

# 2017

PDF

[ 990-PF ]

[ 990-T ]

**Form 990 documents available**

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

---

FISCAL YEAR
ENDING DEC.

# 2015

PDF

[ 990-PF ]

[ 990-T ]

## Total Revenue          $1,656,343

**Total Expenses**          $1,042,896

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions received | $0 | |
| Interest revenue | $30,664 | 1.9% |
| Dividends | $202,073 | 12.2% |
| Sales of assets | $1,409,508 | 85.1% |
| Other income | $14,098 | 0.9% |

| Notable expenses | | Percent of total expenses* |
|---|---|---|
| Charitable disbursements | $905,375 | 86.8% |
| Compensation of officers* | $0 | |

**Other**

| Total Assets | $15,554,253 |
|---|---|
| Total Liabilities | $0 |

* Officer compensation may be included in charitable disbursements, so values may add up to greater than 100%.

FISCAL YEAR ENDING DEC.

# 2014

PDF

990-PF

990-T

## Total Revenue         **$983,514**

**Total Expenses**                    **$1,002,608**

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions received | $490,392 | 49.9% |
| Interest revenue | $34,027 | 3.5% |
| Dividends | $196,687 | 20.0% |
| Sales of assets | $262,408 | 26.7% |
| Other income | $0 | |

| Notable expenses | | Percent of total expenses* |
|---|---|---|
| Charitable disbursements | $839,645 | 83.7% |
| Compensation of officers* | $0 | |

| Other | |
|---|---|
| Total Assets | $14,941,342 |
| Total Liabilities | $0 |

* Officer compensation may be included in charitable disbursements, so values may add up to greater than 100%.

---

FISCAL YEAR ENDING DEC.

# 2013

PDF

990-PF

990-T

## Total Revenue         **$437,238**

**Total Expenses**                    **$929,580**

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions received | $0 | |
| Interest revenue | $34,587 | 7.9% |
| Dividends | $190,625 | 43.6% |
| Sales of assets | $204,163 | 46.7% |
| Other income | $7,863 | 1.8% |

| Notable expenses | | Percent of total expenses* |
|---|---|---|
| Charitable disbursements | $767,020 | 82.5% |
| Compensation of officers* | $0 | |

| Other | |
|---|---|
| Total Assets | $14,960,359 |
| Total Liabilities | $0 |

* Officer compensation may be included in charitable disbursements, so values may add up to greater than 100%.

---

FISCAL YEAR ENDING DEC.

# 2012

PDF

990-PF

990-T

## Total Revenue         **$1,278,974**

**Total Expenses**                    **$875,626**

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions received | $1,007,250 | 78.8% |
| Interest revenue | $32,936 | 2.6% |
| Dividends | $157,875 | 12.3% |
| Sales of assets | $66,397 | 5.2% |
| Other income | $14,516 | 1.1% |

Raw XML

990PF

# Total Revenue          **$1,278,974**

**Total Expenses**          **$875,626**

**Notable expenses**                    **Percent of total expenses***
Charitable disbursements      $690,005            78.8%
Compensation of officers*          $0

**Other**
Total Assets            $15,390,514
Total Liabilities                $1

* Officer compensation may be included in charitable disbursements,
so values may add up to greater than 100%.

---

FISCAL YEAR
ENDING DEC.

## 2011

PDF

990-PF

990-T

# Total Revenue          **$1,494,126**

**Total Expenses**          **$877,652**

**Notable sources of revenue**              **Percent of total revenue**
Contributions received      $1,023,935            68.5%
Interest revenue                $69,270    4.6%
Dividends                      $154,936      10.4%
Sales of assets                $245,985        16.5%
Other income                        $0

**Notable expenses**                    **Percent of total expenses***
Charitable disbursements      $640,130            72.9%
Compensation of officers*          $0

**Other**
Total Assets            $14,929,333
Total Liabilities                $0

* Officer compensation may be included in charitable disbursements,
so values may add up to greater than 100%.

---

FISCAL YEAR
ENDING DEC.

## 2010

PDF

990-PF

990-T

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

---

FISCAL YEAR
ENDING DEC.

**Form 990 documents available**

**2009**

PDF

990-PF

990-T

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

---

FISCAL YEAR
ENDING DEC.

**2008**

PDF

990-PF

990-T

**Form 990 documents available**

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

---

FISCAL YEAR
ENDING DEC.

**2007**

PDF

990-PF

**Form 990 documents available**

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

---

FISCAL YEAR
ENDING DEC.

**2006**

PDF

990-PF

**Form 990 documents available**

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

---

FISCAL YEAR
ENDING DEC.

**2005**

**Form 990 documents available**

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

PDF

990-PF

---

FISCAL YEAR
ENDING DEC.

## 2004

### Form 990 documents available

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

PDF

990-PF

---

FISCAL YEAR
ENDING DEC.

## 2003

### Form 990 documents available

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

PDF

990-PF

---

FISCAL YEAR
ENDING DEC.

## 2002

### Form 990 documents available

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

PDF

990-PF

---

FISCAL YEAR
ENDING DEC.

## 2001

### Form 990 documents available

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

PDF

990-PF

---

## Search for a Nonprofit

Enter a nonprofit's name, a keyword, or city

Examples: ProPublica, Research or Minneapolis

| Any State ⌄ |

| Any Category ⌄ |

| Any Type ⌄ |

**SEARCH**

Advanced Search | People Search

# Get Email Updates

Sign up to get ProPublica's biggest stories delivered straight to your inbox.

| you@example.com | SUBSCRIBE |

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

# About This Data

Nonprofit Explorer includes summary data for nonprofit tax returns and full Form 990 documents, in both PDF and digital formats.

The summary data contains information processed by the IRS during the 2012-2019 calendar years; this generally consists of filings for the 2011-2018 fiscal years, but may include older records. This data release includes only a subset of what can be found in the full Form 990s.

In addition to the raw summary data, we link to PDFs and digital copies of full Form 990 documents wherever possible. This consists of separate releases by the IRS of Form 990 documents processed by the agency, which we update regularly.

We also link to copies of audits nonprofit organizations that spent $750,000 or more in Federal grant money in a single fiscal year since 2016. These audits are copied from the Federal Audit Clearinghouse.

## Which Organizations Are Here?

Every organization that has been recognized as tax exempt by the IRS has to file Form 990 every year, unless they make less than $200,000 in revenue and have less than $500,000 in assets, in which case they have to file form 990-EZ. Organizations making less than $50,000 don't have to file either form but do have to let the IRS they're still in business via a Form 990N "e-Postcard."

Nonprofit Explorer has organizations claiming tax exemption in each of the 27 subsections of the 501(c) section of the tax code, and which have filed a Form 990, Form 990EZ or Form 990PF. Taxable trusts and private foundations that are required to file a form 990PF are also included. Small organizations filing a Form 990N "e-Postcard" are not included in this data.

## Types of Nonprofits

There are 27 nonprofit designations based on the numbered subsections of section 501(c) of the tax code. See the list »

## How to Research Tax-Exempt Organizations

We've created a guide for investigating nonprofits for those just getting started as well as for seasoned pros.

## API

The data powering this website is available programmatically, via an API. Read the API documentation »

## Get the Data

For those interested in acquiring the original data from the source, here's where our data comes from:

- Raw filing data. Includes EINs and summary financials as structured data.
- Exempt Organization profiles. Includes organization names, addresses, etc. You can merge this with the raw filing data using EIN numbers.
- Form 990 documents. Prior to 2017, these documents were obtained and processed by Public.Resource.org and ProPublica, and those older files are available at the Internet Archive. Bulk PDF downloads since 2017 are available from the IRS.
- Form 990 documents as XML files. Includes complete filing data (financial details, names of officers, tax schedules, etc.) in machine-readable format. Only available for electronically filed documents.
- Audits. PDFs of single or program-specific audits for nonprofit organizations that spent $750,000 or more in Federal grant money in a single fiscal year. Available for 2016 and later.

ProPublica
ProPublica Illinois
The Data Store
Topics
Series
News Apps
Get Involved
Impact
Corrections

About Us
Board and Advisors

Officers and Staff
Diversity
Jobs and Fellowships
Reports
Media Center
Advertising Policy
Code of Ethics
Privacy Policy

---

Subscribe by Email
Subscribe by RSS
Twitter
Facebook
iOS and Android
Podcast

---

Leak to Us
Steal Our Stories
Contact Us
Donate

**PROPUBLICA**

© Copyright 2021 Pro Publica Inc.

Menu

# The Achelis & Bodman Foundation

## Contact Information

Please address all correspondence to:

John B. Krieger
Executive Director
The Achelis and Bodman Foundation
420 Lexington Avenue
Suite 2803
New York, NY 10170

Phone: (212) 644-0322
Fax: (212) 759-6510
Email: **info@AchelisBodman.org**

© 2021 The Achelis & Bodman Foundation

Google          achelis bodman foundation          ✕   🎤   🔍

🔍 All    📰 News    📍 Maps    🖼 Images    🛍 Shopping    ⋮ More                Tools

About 4,950 results (0.58 seconds)

https://achelisbodman.org    ⋮

**The Achelis & Bodman Foundation**

The **Foundation** focuses its grantmaking in the areas of Arts and Culture, Education, Employment, Health, Public Policy, and Youth & Families. Grants are made ...

**Grant Application Guidelines**
The Foundation concentrates its grant programs in New York ...

**Grants**
In 2019, the Foundation made 130 grants totaling $5,455,000 and ...

**Form 990-PF**
If line 8 is equal to or greater than line 7, check the box in Part VI, line 1b, and complete that part using a 1% tax rate. See the. Part VI instructions.

**About**
The Achelis and Bodman Foundation was formed in 2015 ...

**Program Areas**
The Foundation supports programs that boost academic ...

**People**
Horace I. Crary Jr. · Oliver Grace · John N. Irwin III · Leslie ...

More results from achelisbodman.org »

https://fconline.foundationcenter.org › fdo-grantmaker-...    ⋮

**The Achelis and Bodman Foundation**

Jun 1, 2021 — The **foundation** prefers programs that emphasize measurable participant outcomes and program results, innovations and new cost-saving approaches, ...

https://fconline.foundationcenter.org › fdo-grantmaker-...    ⋮

**The Bodman Foundation | Find Grantmakers & Nonprofit ...**

Jun 1, 2021 — Support largely for poor and disconnected youth; K-12 education, with preference for school reform projects, charter schools, and school ...

https://www.sourcewatch.org › index.php › Achelis_an...    ⋮

**Achelis and Bodman Foundations - SourceWatch**

Mar 20, 2010 — The **Foundation** seeks to follow Miss **Achelis**' intent by ensuring that grants be used for 'charitable, benevolent, educational and religious uses ...

https://www.grantforward.com › sponsor › detail › the-...    ⋮

**The Achelis & Bodman Foundations - GrantForward**

Aug 2, 2021 — The **Achelis** and **Bodman Foundation** was formally established on November 25, 2015, from the merger of The **Achelis Foundation** (established in 1940) ...

https://www.bmcc.cuny.edu › rfp › achelis-bodman-fou...    ⋮

**Achelis & Bodman Foundation Grant - BMCC**

**Achelis** & **Bodman Foundation**. In keeping with the broad purposes in its charter documents, the **Foundation** has chosen to spread its grants over six program ...

https://www.causeiq.com › ... › New York › New York    ⋮

**Achelis and Bodman Foundation | New York, NY | Cause IQ**

The **Achelis** and **Bodman Foundation** was established on November 25, 2015, from the merger of The **Achelis Foundation** and The **Bodman Foundation**, ...

**Total assets:** $108,674,383 **2018** **Yearly growth:**...



**Achelis & Bodman Foundations**

Website | Directions | Save | Call

Non-profit organization in New York City, New York

**Address:** 767 3rd Ave #4, New York, NY 10017

**Phone:** (212) 644-0322

Suggest an edit · Own this business?

**Add missing information**

Add business hours

**Know this place?** Share the latest info

**Questions & answers**          Ask a

Be the first to ask a question

**Send to your phone**

**Reviews** ⓘ          Write a review    Ad

Be the first to review

**People also search for**          View

Levitt Foundation
Non-profit organization

Jacob & Valeria Langelot...
Foundation

Ittleson Foundation Inc
Non-profit organization

Joukowsky Family Foundation
Non-profit organization

Sa Kn Fo No org

About this data

Related searches ⋮

Achilles

Achilles heel

Feedback

achelis **and** bodman foundation
**990**

**booth ferris** foundation

**altman** foundation

**ambrose monell** foundation

**scherman** foundation

**charles hayden** foundation

1 2 3 4 5 6 7 8 9 10     Next

**19146, Philadelphia, PA** - From your Internet address - Use precise location - Learn more

Help     Send feedback     Privacy     Terms

Case 2:19-cv-05697-JS Document 167-7 Filed 12/08/21 Page 49 of 71

Google

middle east forum and achelis bodman foundation    ✕   🎤   🔍

🔍 All    📰 News    🖼 Images    📍 Maps    🛍 Shopping    ⋮ More        Tools

About 14,700 results (0.63 seconds)

https://achelisbodman.org   ⋮

**The Achelis & Bodman Foundation**

The **Foundation** focuses its grantmaking in the areas of Arts and Culture, Education, Employment, Health, Public Policy, and Youth and Families. Grants are made ...

Missing: ~~middle east forum~~

https://achelisbodman.org › 2019/02 › grants_18   PDF   ⋮

**The Achelis and Bodman Foundation 2018 Grants Arts and ...**

**Middle East Forum**. $50,000. Philadelphia, Pennsylvania. For operating support. New Civil Liberties Alliance. $50,000. Washington, DC.

16 pages

https://achelisbodman.org › 2018/07 › grants_17   PDF   ⋮

**The Achelis and Bodman Foundation 2017 Grants Arts and ...**

Scholarship **Fund** for Inner-City Children. $50,000 ... American Islamic **Forum** for Democracy ... To create a **fund** to support think tanks in the **Middle East**.

13 pages

https://achelisbodman.org › 2018/07 › grants_15   PDF   ⋮

**2015 GRANTS The Achelis Foundation Arts and Culture**

New York, New York. To support a study on New York's Energy Security ($50,000) and. Poverty and Progress in New York Phase II ($50,000). **Middle East Forum**.

13 pages

https://achelisbodman.org › 2018/07 › grants_16   PDF   ⋮

**2016 GRANTS The Achelis and Bodman Foundation Arts and ...**

To support the Crisis for Christians in the **Middle East** Interfaith. **Forum** in New York City in December 2016. Arab Center for Scientific Research and Humane ...

https://achelisbodman.org › guidelines   ⋮

**Grant Application Guidelines - The Achelis & Bodman ...**

Latest complete audited financial statements. IRS 501(c)(3) tax-exemption letter. Program Interests. The **Foundation** concentrates its grant programs in New York ...

Missing: ~~middle east forum~~

https://islamophobianetwork.com › organization › midd...   ⋮

**Middle East Forum - The Islamophobia Network**

The **Middle East Forum**, or MEF, is a conservative think tank founded by Daniel Pipes in 1990. According to the organization's website, its mission is to ...

Missing: ~~achelis bodman~~

https://silo.tips › download › 2010-grants-the-ach...   PDF

**2010 GRANTS The Achelis Foundation (pp. 1-5) The Bodman ...**

The **Bodman Foundation** (pp.6-13). Arts and Culture ... **Foundation** for Education Reform and Accountability. $25,000 ... **Middle East Forum**. $50,000.

https://docplayer.net › 10256396-2010-grants-the-achel...   ⋮

**2010 GRANTS. The Achelis Foundation (pp. 1-5) The Bodman ...**

1-5) The **Bodman Foundation** (pp.6-13) Arts and Culture American Ballet Theatre ... To support the Empire Center for New York State Policy **Middle East Forum** ...

https://research-information.bris.ac.uk › portal  PDF  ⋮

How governments are enabling the far-right 'counter-jiha

by H Aked — Figure 1: breakdown of **Middle east Forum** donors from 2009-16 ... **bodman** and
**Achelis Foundations** are big donors in the conservative us public policy arena,.

81 pages

You visited this page on 10/13/21.

## Related searches ⋮

| | |
|---|---|
| **booth** foundation | **420 lexington avenue suite 2803 new york ny 10170** |
| **ferris** foundation | **booth ferris** foundation **address** |
| **booth ferris** foundation **grant** | **lake placid** foundation |
| **adirondack** foundation | **new york foundations** |

1 2 3 4 5 6 7 8 9 10    Next

**19146, Philadelphia, PA** - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms



Google

David and Janet Polak Foundation and middle east for

All News Images Videos Shopping More Tools

About 463,000 results (0.69 seconds)

http://990s.foundationcenter.org › ... PDF

[Form 99.0"PF Return of Private Foundation - Foundationcenter]

**DAVID** & **JANET POLAK FOUNDATION**. 45-4797578 ... 600 MEMORIAL DR,. BLDG W98-300. CAMBRIDGE,. MA 02139. **MIDDLE EAST**. **FORUM**. 1500 WALNUT.

https://990s.foundationcenter.org › ...

[Form 990-PF - Foundationcenter]

**DAVID** & **JANET POLAK FOUNDATION**. 45-4797578 ... COMMITTEE FOR ACCURACY IN MIDDLE EAST REPORTING IN. N/A. PO BOX 35040 ... **MIDDLE EAST FORUM**. N/A. 1650...

Images for David and Janet Polak Foundation and middl...

View all

*Feedback*

View all

https://ca.cair.com › uploads › sites › 2019/05 › C... PDF

[CAIR-Islamophobia-Report.pdf]

**Middle East Forum**, among the loudest ... Carson-Myre. Cha ritable. **Foundation**. **David** and. **Janet**. **Polak**. **Foundation** ... the Middle East" in Germany were.

164 pages

You've visited this page 4 times. Last visit: 10/13/21

https://www.facebook.com › videos

[American Technion Society - A Diverse Look at Israel's Post ...]

Life-saving Science (Part 1): Medical Fiction is Now Reality | Insights: Israel & the **Middle East** · American Technion Society. 218 views · July 27.

https://jcfny.org › app › JCF-2019-Annual-Report PDF

[Jewish Communal Fund Annual Report]

**foundation**) under the not-for-profit corporation law of the State of New York. ... Congregation Magen **David** of Manhattan. $26,128.00 ... **Middle East Forum**.

https://jcfny.org › app › 2012/12 › JCF-AR-2012 PDF

[2012 annual report - Jewish Communal Fund]

comparable to those available to private **foundations**. ... American Friends of Magen **David** Adom ... Christians for Fair Witness on the **Middle East**, Ltd.

https://ats.org › wp-content › uploads › 2020/03 PDF

[2012-ATS_990-FY13.pdf - American Technion Society]

**DAVID AND JANET POLAK** CENTER FOR CANCER RESEARCH AND VASCULAR BIOLOGY - A PROJECT OF THE. SOUTHERN CALIFORNIA CHAPTER. 849,418 Wire transfer. **Middle**...

85 pages

https://www.worldbank.org › dam › annualmeeting PDF

[Participant List - World Bank Group]

Oct 20, 2019 — ENOCH ADEYEMI. **FOUNDATION**. Nigeria. **Janet**. Adeyemi. President ... Legal and Judicial Director Tahrir Institute for **Middle East**.

204 pages

https://researchportal.bath.ac.uk › files › PII_IsraelL...   PDF   ⋮

**Israel lobby - Alternative formats If you require this document ...**

Jul 5, 2014 — Fund, MEMRI, **Middle East Forum** and WINEP. Joyce and Donald Rumsfeld. **Foundation**. $15,000. **David** Horowitz Freedom Center and MEMRI.

107 pages

**1**   2   3   4   5   6   7   8   9   10     Next

**19146, Philadelphia, PA** - From your Internet address - Use precise location - Learn more

Help     Send feedback     Privacy     Terms

 **PROPUBLICA**                    f    🐦    ✉ **SIGN UP**                    Donate

# Nonprofit Explorer
Research Tax-Exempt Organizations

---

# DONORS TRUST INC

ALEXANDRIA, VA 22314-2840 | TAX-EXEMPT SINCE SEPT. 1999

**EIN**: 52-2166327

**Classification (**NTEE**)**
Philanthropy, Voluntarism, and Grantmaking Foundations N.E.C.

**Nonprofit Tax Code Designation: 501(c)(3)**
Defined as: Organizations for any of the following purposes: religious, educational, charitable, scientific, literary, testing for public safety, fostering national or international amateur sports competition (as long as it doesn't provide athletic facilities or equipment), or the prevention of cruelty to children or animals.

**Donations to this organization are tax deductible.**

**More Resources:** ↖ GuideStar

**Get notifications:** Sign up for updates about our data.

---

## Tax Filings by Year

The IRS Form 990 is an annual information return that most organizations claiming federal tax-exempt status must file yearly. Read the IRS instructions for 990 forms.

If this organization has filed an amended return, it may not be reflected in the data below. Duplicated download links may be due to resubmissions or amendments to an organization's original return.

If you would like to download Form 990 document PDFs in bulk, the Internet Archive operates a mirror of the original bulk data.

---

FISCAL YEAR ENDING DEC.

# 2018

PDF

[ 990 ]

| | | |
|---|---|---|
| **Total Revenue** | **$202,776,626** | |
| **Total Functional Expenses** | **$144,780,322** | |
| **Net income** | **$57,996,304** | |

| Notable sources of revenue | | Percent of total revenue | |
|---|---|---|---|
| Contributions | $198,199,637 | | 97.7% |
| Program services | $0 | | |
| Investment income | $4,111,354 | 2.0% | |
| Bond proceeds | $0 | | |
| Royalties | $0 | | |
| Rental property income | $0 | | |
| Net fundraising | $0 | | |
| Sales of assets | $465,635 | 0.2% | |
| Net inventory sales | $0 | | |
| Other revenue | $0 | | |

## Total Revenue              $202,776,626

**Total Functional Expenses**    $144,780,322
**Net income**                   $57,996,304

**Notable expenses**                              **Percent of total expenses**
Executive compensation           $594,684        0.4%
Professional fundraising fees    $0
Other salaries and wages         $631,983        0.4%

**Other**
Total Assets                     $245,089,711
Total Liabilities                $377,213
Net Assets                       $244,712,498

**Help Keep Nonprofit Explorer Free!**

If you have used our data or site in your research or reporting, add credit and a link to Nonprofit Explorer in your story or publication and let us know.

FISCAL YEAR
ENDING DEC.

## 2017

PDF

990

## Total Revenue              $112,961,835

**Total Functional Expenses**    $112,781,795
**Net income**                   $180,040

**Notable sources of revenue**                    **Percent of total revenue**
Contributions                    $110,305,253                  97.6%
Program services                 $0
Investment income                $1,869,366       1.7%
Bond proceeds                    $0
Royalties                        $0
Rental property income           $0
Net fundraising                  $0
Sales of assets                  $787,165         0.7%
Net inventory sales              $0
Other revenue                    $51              0.0%

**Notable expenses**                              **Percent of total expenses**
Executive compensation           $720,835         0.6%
Professional fundraising fees    $0
Other salaries and wages         $230,481         0.2%

**Other**
Total Assets                     $211,057,394
Total Liabilities                $628,099
Net Assets                       $210,429,295

FISCAL YEAR
ENDING DEC.

## 2016

PDF

## Total Revenue              $92,583,255

**Total Functional Expenses**    $68,618,357
**Net income**                   $23,964,898

**Notable sources of revenue**                    **Percent of total revenue**

990

## Total Revenue          **$92,583,255**

| | | | |
|---|---|---|---|
| **Total Functional Expenses** | **$68,618,357** | | |
| **Net income** | **$23,964,898** | | |
| Contributions | $89,187,534 | | 96.3% |
| Program services | $330 | 0.0% | |
| Investment income | $2,746,041 | 3.0% | |
| Bond proceeds | $0 | | |
| Royalties | $0 | | |
| Rental property income | $0 | | |
| Net fundraising | $0 | | |
| Sales of assets | $649,350 | 0.7% | |
| Net inventory sales | $0 | | |
| Other revenue | $0 | | |

| **Notable expenses** | | **Percent of total expenses** |
|---|---|---|
| Executive compensation | $560,696 | 0.8% |
| Professional fundraising fees | $0 | |
| Other salaries and wages | $374,924 | 0.5% |

| **Other** | | |
|---|---|---|
| Total Assets | $188,048,966 | |
| Total Liabilities | $583,741 | |
| Net Assets | $187,465,225 | |

---

FISCAL YEAR
ENDING DEC.

# 2015

PDF

990

## Total Revenue          **$85,527,056**

| | |
|---|---|
| **Total Functional Expenses** | **$69,779,064** |
| **Net income** | **$15,747,992** |

| **Notable sources of revenue** | | **Percent of total revenue** | |
|---|---|---|---|
| Contributions | $83,121,978 | | 97.2% |
| Program services | $476,615 | 0.6% | |
| Investment income | $1,055,284 | 1.2% | |
| Bond proceeds | $0 | | |
| Royalties | $154 | 0.0% | |
| Rental property income | $0 | | |
| Net fundraising | $0 | | |
| Sales of assets | $873,025 | 1.0% | |
| Net inventory sales | $0 | | |
| Other revenue | $0 | | |

| **Notable expenses** | | **Percent of total expenses** |
|---|---|---|
| Executive compensation | $437,278 | 0.6% |
| Professional fundraising fees | $0 | |
| Other salaries and wages | $285,169 | 0.4% |

| **Other** | | |
|---|---|---|
| Total Assets | $167,942,067 | |
| Total Liabilities | $125,000 | |
| Net Assets | $167,817,067 | |

---

FISCAL YEAR
ENDING DEC.

## Total Revenue          **$67,869,616**

## 2014

PDF

990

**Total Revenue**    **$67,869,616**

| Total Functional Expenses | $58,239,511 |
| Net income | $9,630,105 |

| Total Functional Expenses | $58,239,511 |
| Net income | $9,630,105 |

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions | $65,582,036 | 96.6% |
| Program services | $645,506 | 1.0% |
| Investment income | $459,577 | 0.7% |
| Bond proceeds | $0 | |
| Royalties | $0 | |
| Rental property income | $0 | |
| Net fundraising | $0 | |
| Sales of assets | $1,182,497 | 1.7% |
| Net inventory sales | $0 | |
| Other revenue | $0 | |

| Notable expenses | | Percent of total expenses |
|---|---|---|
| Executive compensation | $485,782 | 0.8% |
| Professional fundraising fees | $0 | |
| Other salaries and wages | $212,992 | 0.4% |

**Other**

| Total Assets | $141,924,343 |
| Total Liabilities | $1,533,581 |
| Net Assets | $140,390,762 |

---

FISCAL YEAR
ENDING DEC.

## 2013

PDF

990

**Total Revenue**    **$104,533,200**

| Total Functional Expenses | $39,689,582 |
| Net income | $64,843,618 |

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions | $103,380,831 | 98.9% |
| Program services | $726,430 | 0.7% |
| Investment income | $270,233 | 0.3% |
| Bond proceeds | $0 | |
| Royalties | $0 | |
| Rental property income | $0 | |
| Net fundraising | $0 | |
| Sales of assets | $155,706 | 0.1% |
| Net inventory sales | $0 | |
| Other revenue | $0 | |

| Notable expenses | | Percent of total expenses |
|---|---|---|
| Executive compensation | $447,425 | 1.1% |
| Professional fundraising fees | $0 | |
| Other salaries and wages | $296,401 | 0.7% |

**Other**

| Total Assets | $102,089,508 |
| Total Liabilities | $12,901 |
| Net Assets | $102,076,607 |

FISCAL YEAR ENDING DEC.

## 2012

PDF

[ 990 ]

# Total Revenue $47,559,207

**Total Functional Expenses** $43,106,986
**Net income** $4,452,221

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions | $45,908,735 | 96.5% |
| Program services | $767,884 | 1.6% |
| Investment income | $203,303 | 0.4% |
| Bond proceeds | $0 | |
| Royalties | $0 | |
| Rental property income | $0 | |
| Net fundraising | $0 | |
| Sales of assets | $679,285 | 1.4% |
| Net inventory sales | $0 | |
| Other revenue | $0 | |

| Notable expenses | | Percent of total expenses |
|---|---|---|
| Executive compensation | $420,750 | 1.0% |
| Professional fundraising fees | $0 | |
| Other salaries and wages | $230,100 | 0.5% |

| Other | |
|---|---|
| Total Assets | $30,679,673 |
| Total Liabilities | $65,542 |
| Net Assets | $30,614,131 |

FISCAL YEAR ENDING DEC.

## 2011

PDF

[ 990 ]

# Total Revenue $40,127,442

**Total Functional Expenses** $32,164,867
**Net income** $7,962,575

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions | $39,267,594 | 97.9% |
| Program services | $774,254 | 1.9% |
| Investment income | $206,988 | 0.5% |
| Bond proceeds | $0 | |
| Royalties | $0 | |
| Rental property income | $0 | |
| Net fundraising | $0 | |
| Sales of assets | -$121,394 | |
| Net inventory sales | $0 | |
| Other revenue | $0 | |

| Notable expenses | | Percent of total expenses |
|---|---|---|
| Executive compensation | $378,443 | 1.2% |
| Professional fundraising fees | $0 | |
| Other salaries and wages | $198,422 | 0.6% |

| Other | |
|---|---|
| Total Assets | $26,128,041 |
| Total Liabilities | $110,372 |
| Net Assets | $26,017,669 |

## FISCAL YEAR ENDING DEC.

# 2010

PDF

[ 990 ]

# Total Revenue    $29,567,627

**Total Functional Expenses**    <span style="color:red">$25,065,327</span>
**Net income**    **$4,502,300**

**Notable sources of revenue**       **Percent of total revenue**

| | | |
|---|---|---|
| Contributions | $28,998,795 | 98.1% |
| Program services | $420,789 | 1.4% |
| Investment income | $80,800 | 0.3% |
| Bond proceeds | $0 | |
| Royalties | $0 | |
| Rental property income | $0 | |
| Net fundraising | $0 | |
| Sales of assets | $67,243 | 0.2% |
| Net inventory sales | $0 | |
| Other revenue | $0 | |

**Notable expenses**       **Percent of total expenses**

| | | |
|---|---|---|
| Executive compensation | $317,564 | 1.3% |
| Professional fundraising fees | $0 | |
| Other salaries and wages | $254,661 | 1.0% |

**Other**

| | |
|---|---|
| Total Assets | $18,409,511 |
| Total Liabilities | <span style="color:red">$14,401</span> |
| Net Assets | $18,395,110 |

---

## FISCAL YEAR ENDING DEC.

# 2009

PDF

[ 990 ]

### Form 990 documents available

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

---

## FISCAL YEAR ENDING DEC.

# 2008

PDF

[ 990 ]

### Form 990 documents available

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

---

## FISCAL YEAR ENDING DEC.

# 2007

### Form 990 documents available

PDF

990

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

---

FISCAL YEAR
ENDING DEC.

# 2006

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

PDF

990

---

FISCAL YEAR
ENDING DEC.

# 2005

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

PDF

990

---

FISCAL YEAR
ENDING DEC.

# 2004

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

PDF

990

---

FISCAL YEAR
ENDING DEC.

# 2003

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

PDF

990

---

FISCAL YEAR
ENDING DEC.

# 2002

PDF

[ 990 ]

### Form 990 documents available

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

---

FISCAL YEAR
ENDING DEC.

# 2001

PDF

[ 990 ]

### Form 990 documents available

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

---

## Search for a Nonprofit

Enter a nonprofit's name, a keyword, or city

Examples: ProPublica, Research or Minneapolis

| Any State ▼ |
| Any Category ▼ |
| Any Type ▼ |

[ SEARCH ]

Advanced Search | People Search

---

## Get Email Updates

Sign up to get ProPublica's biggest stories delivered straight to your inbox.

you@example.com     [ SUBSCRIBE ]

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

---

## About This Data

Nonprofit Explorer includes summary data for nonprofit tax returns and full Form 990 documents, in both PDF and digital formats.

The summary data contains information processed by the IRS during the 2012-2019 calendar years; this generally consists of filings for the 2011-2018 fiscal years, but may include older records. This data release includes only a subset of what can be found in the full Form 990s.

In addition to the raw summary data, we link to PDFs and digital copies of full Form 990 documents wherever possible. This consists of separate releases by the IRS of Form 990 documents processed by the agency, which we update regularly.

We also link to copies of audits nonprofit organizations that spent $750,000 or more in Federal grant money in a single fiscal year since 2016. These audits are copied from the Federal Audit Clearinghouse.

## Which Organizations Are Here?

Every organization that has been recognized as tax exempt by the IRS has to file Form 990 every year, unless they make less than $200,000 in revenue and have less than $500,000 in assets, in which case they have to file form 990-EZ. Organizations making less than $50,000 don't have to file either form but do have to let the IRS they're still in business via a Form 990N "e-Postcard."

Nonprofit Explorer has organizations claiming tax exemption in each of the 27 subsections of the 501(c) section of the tax code, and which have filed a Form 990, Form 990EZ or Form 990PF. Taxable trusts and private foundations that are required to file a form 990PF are also included. Small organizations filing a Form 990N "e-Postcard" are not included in this data.

## Types of Nonprofits

There are 27 nonprofit designations based on the numbered subsections of section 501(c) of the tax code. See the list »

## How to Research Tax-Exempt Organizations

We've created a guide for investigating nonprofits for those just getting started as well as for seasoned pros.

## API

The data powering this website is available programmatically, via an API. Read the API documentation »

## Get the Data

For those interested in acquiring the original data from the source, here's where our data comes from:

- Raw filing data. Includes EINs and summary financials as structured data.
- Exempt Organization profiles. Includes organization names, addresses, etc. You can merge this with the raw filing data using EIN numbers.
- Form 990 documents. Prior to 2017, these documents were obtained and processed by Public.Resource.org and ProPublica, and those older files are available at the Internet Archive. Bulk PDF downloads since 2017 are available from the IRS.
- Form 990 documents as XML files. Includes complete filing data (financial details, names of officers, tax schedules, etc.) in machine-readable format. Only available for electronically filed

documents.

- **Audits**. PDFs of single or program-specific audits for nonprofit organizations that spent $750,000 or more in Federal grant money in a single fiscal year. Available for 2016 and later.

ProPublica
ProPublica Illinois
The Data Store
Topics
Series
News Apps
Get Involved
Impact
Corrections

About Us
Board and Advisors
Officers and Staff
Diversity
Jobs and Fellowships
Reports
Media Center
Advertising Policy
Code of Ethics
Privacy Policy

Subscribe by Email
Subscribe by RSS
Twitter
Facebook
iOS and Android
Podcast

Leak to Us
Steal Our Stories
Contact Us
Donate

**PROPUBLICA**

© Copyright 2021 Pro Publica Inc.

Google

middle east forum and edgerly foundation

🔍 All   📰 News   🖼 Images   📍 Maps   🛍 Shopping   ⋮ More        Tools

About 62,000 results (0.66 seconds)

https://militarist-monitor.org › profile › middle_east_fo...   ⋮

### The Middle East Forum (MEF) - Militarist Monitor

Nov 2, 2015 — The **Middle East Forum** (MEF) is a controversial Philadelphia-based policy ... Ed Snider **Foundation**:$15,000; **Edgerly Foundation**:$75,000 ...

https://powerbase.info › index.php › Middle_East_Forum   ⋮

### Middle East Forum - Powerbase

The **Middle East Forum** (MEF) is a right-wing Zionist think-tank based in ... Baldwin McGonagle **Foundation** · **Edgerly Foundation**: gave $255,000 from 2000-2015.

https://powerbase.info › index.php › Edgerly_Foundation   ⋮

### Edgerly Foundation - Powerbase

Mar 8, 2017 — The **foundation** funds several counterjihad organisations, most notably the **Middle East Forum**. Between 2000 and 2009 it gave MEF $75,000 in ...

https://www.meforum.org   ⋮

### Middle East Forum

The **Middle East Forum**, a Philadelphia-based think tank, founded in 1994 by Daniel Pipes, promotes American interests in the Middle East and protects Western ...

Missing: edgerly | Must include: **edgerly**

You've visited this page many times. Last visit: 10/13/21

https://en.wikipedia.org › wiki › Middle_East_Forum   ⋮

### Middle East Forum - Wikipedia

The **Middle East Forum** (MEF) is an American conservative think tank founded in 1990 by Daniel Pipes, who serves as its president. MEF became an independent ...

Missing: edgerly | Must include: **edgerly**

https://socialistworker.co.uk › art › The+disgusting+US...   ⋮

### The disgusting US racists funding Tommy Robinson - Socialist ...

Jul 31, 2018 — The racist **Middle East Forum** (MEF) "think tank" in the US admitted to ... William S **Edgerly** is one of the trustees of the **foundation**.

https://ca.cair.com › uploads › sites › 2019/05 › C...   📄 PDF   ⋮

### CAIR-Islamophobia-Report.pdf

Fidelity Charitable **Fund**, the National. Christian Charitable **Foundation**, ... **Middle East Forum**, among the loudest ... **Edgerly Foundation**. $42,500.

164 pages

You've visited this page 2 times. Last visit: 10/13/21

https://islamophobianetwork.com › organization › midd...   ⋮

### Middle East Forum - The Islamophobia Network

The **Middle East Forum**, or MEF, is a conservative think tank founded in 1990 by Daniel Pipes. According to the organization's website, its mission is to ...

Missing: edgerly | Must include: **edgerly**

https://research-information.bris.ac.uk › portal   📄 PDF   ⋮

### How governments are enabling the far-right 'counter-jiha

by H Aked — moved to the us, where he now runs the **Middle east Forum**'s 'islamist Watch' project.51. Stephen Yaxley-Lennon and the. Quilliam **Foundation**.

81 pages

#### See results about

🔍 **Middle East Forum**
Non-profit organization in Philadelphia, Pennsylvania

You visited this page on 10/13/21.

🖼 Images for middle east forum and edgerly foundation ⋮



→ View all

*Feedback*

Related searches ⋮

middle east forum **internship**

middle east **quarterly**

middle east forum **youtube**

middle east **institute**

middle east **pipes**

middle east **eye**

middle east **monitor wikipedia**

middle east **organizations dc**

1 2 3 4 5 6 7 8 9 10 Next

**19146, Philadelphia, PA** - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

Google

David Horowitz FOundatoin and middle east forum

All News Images Videos Shopping More Tools

About 968,000 results (0.84 seconds)

Showing results for David Horowitz ***FOundation*** and middle east forum
Search instead for David Horowitz FOundatoin and middle east forum

https://islamophobianetwork.com › organization › midd...
### Middle East Forum - The Islamophobia Network
**David Horowitz** The **Middle East Forum** contributes financially to the **David Horowitz** Freedom Center. Daniel Pipes Daniel Pipes is the founder of the Middle East ...
You've visited this page 3 times. Last visit: 10/13/21

https://www.middleeasteye.net › news › us-philanthropi...
### US charities help funnel millions to anti-Muslim groups: Report
May 6, 2019 — ... which CAIR said includes the **Middle East Forum**, **David Horowitz** Freedom ... The **foundations** that manage the money then dole out the ...

https://www.americanprogress.org › islamophobia PDF
### Fear, Inc. - Center for American Progress
by W Ali · 2011 · Cited by 40 — These funds went to the **Middle East Forum**, Clarion **Fund**, Investigative. Project on Terrorism, and the **David Horowitz** Freedom Center.
138 pages

https://www.albawaba.com › NEWS
### Why is the 'Middle East Forum' Funding Tommy Robinson?
Aug 8, 2018 — According to the Southern Poverty Law **Centre**, **David Horowitz's foundation** was initially focused on popular culture and trying to establish a ...
You visited this page on 10/13/21.

https://bridge.georgetown.edu › research › factsheet-mi...
### Middle East Forum | Factsheet: Islamophobia - Bridge Initiative
Aug 14, 2018 — The **Middle East Forum** is a right-wing anti-Islam think tank that spreads ... (CSP) and $10,000 to the **David Horowitz** Freedom Center (DHFC).
You visited this page on 10/13/21.

https://militarist-monitor.org › profile › middle_east_fo...
### The Middle East Forum (MEF) - Militarist Monitor
Nov 2, 2015 — The **Middle East Forum** (MEF) is a controversial Philadelphia-based ... and other hawkish “pro-Israel” groups like the **David Horowitz** Freedom ...
You've visited this page 5 times. Last visit: 10/13/21

https://www.meforum.org › top-10-falsehoods-and-fact...
### Falsehoods and Facts about the Middle East Forum: A Top ...
Aug 9, 2017 — Pittsburgh Post-Gazette: "**David Horowitz** and Daniel Pipes are reported to have put some $150,000 of **foundation** money into his campaign." ...

https://www.meforum.org › campus-watch › david-hor...
### David Horowitz's Corrosive Projects :: Campus Watch - Middle ...
Apr 11, 2005 — of Haifa [9]. Then, using this list, a co-conspirator called "Rocky" proceeded to send hateful emails to the **forum** posing as someone called ...

https://www.jpost.com › features › in-thespotlight › us-...
### US groups helped fund Dutch anti-Islam politician - The ...
Sep 10, 2012 — Daniel Pipes' **Middle East Forum**, **David Horowitz's** FrontPage Magazine helped



**fund** Geert Wilders.

https://jewishvoiceforpeace.org › uploads › 2017/12    PDF    ⋮

author of the recent Muslim immigration ban - Jewish Voice for ...

The Clarion **Fund**/Project has produced several hateful anti-Muslim videos, including ... Daniel
Pipes (**Middle East Forum**) believes that "militant Islam" is ...

3 pages

## Related searches    ⋮

**daniel pipes**

1  2  3  4  5  6  7  8  9  10        Next

**19146, Philadelphia, PA** - From your Internet address - Use precise location - Learn more

Help     Send feedback     Privacy     Terms

# Robert Immerman

**Robert Immerman** is the founder and CEO of InterDesign, Inc. an international consumer products manufacturer located in Solon, Ohio.

He heads the Ohio-based Robert A Immerman Family Foundation, which has given donations to the Gatestone Institute and the closely linked Middle East Forum. [1]

Immerman was listed on the board of governors of the Gatestone Institute in 2015.

He also serves on the board of directors of the Jewish Institute for National Security of America ( JINSA ) which is headed by David Steinmann, a former lawyer and longtime advisory executive for the William Rosenwald Family Organization.

## Notes

1. Form 990s reviewed by Powerbase January 2018

Retrieved from "https://powerbase.info/index.php?title=Robert_Immerman&oldid=250526"

**This page was last edited on 27 January 2018, at 04:42.**

Content is available under Creative Commons Attribution-ShareAlike 3.0 Unported License unless otherwise noted.

# Robert A Immerman Family Foundation

**Relationships**  Interlocks  Giving  Data

## Leadership & Staff

### Robert Immerman
- President

## Donation/Grant Recipients

Showing 1-10 of 11 :: see all

### Jewish Community Federation
- Donation/Grant · 260,000 USD ('15)

### The Cleveland Foundation  community foundation in Greater Cleveland
- Donation/Grant · 250,000 USD ('15)

### Joseph and Florence Mandel Jewish Day School  private K-9 school in Beachwood, Ohio
- Donation/Grant · 200,000 USD ('14→'15)*

### Gatestone Institute  Not-for-profit international policy council and think tank founded in 2012
- Donation/Grant · 50,000 USD ('14)

### Report, Inc  research and analysis of the activities and transparency of governments and non-
- Donation/Grant · 50,000 USD ('14)

### Committee for Accuracy in Middle East Reporting  A media-monitoring organization
- Donation/Grant · 43,000 USD ('14)

### Middle East Forum  An anti-Muslim think thank
- Donation/Grant · 40,000 USD ('14)

### Friends of ELNET  US organization supporting ELNET (European Leadership Network)
- Donation/Grant · 40,000 USD ('15)

### Foundation for Defense of Democracies  An unregistered agent of Israeli intelligence
- Donation/Grant · 30,000 USD ('14)

### Jewish Theological Seminary of America  The Jewish Theological Seminary (JTS) is the
- Donation/Grant · 25,000 USD ('14)

A project of the Public Accountability Initiative. More about LittleSis. Read the disclaimer.



Updated about 4 years ago

## Basic info

**Types**          Organization

## Source Links

Articles documenting info on this page

Number of documents: 2 :: see all

990-PF 2014
990-PF 2015

## Lists

Analyst-created lists of people and org

Google

Koret Foundation and middle east forum                              ✕    🎤    🔍

🔍 All    📰 News    🛍 Shopping    🖼 Images    📍 Maps    ⋮ More                    Tools

About 155,000 results (0.86 seconds)

https://militarist-monitor.org › profile › middle_east_fo...  ⋮

### The Middle East Forum (MEF) - Militarist Monitor

Nov 2, 2015 — The **Middle East Forum** (MEF) is a controversial Philadelphia-based policy ...
Klarman Family **Foundation**: $125,000; **Koret** Family **Foundation**:$145,000 ...
You've visited this page 4 times. Last visit: 10/13/21

https://powerbase.info › index.php › Middle_East_Forum  ⋮

### Middle East Forum - Powerbase

The **Middle East Forum** (MEF) is a right-wing Zionist think-tank based in Philadelphia, USA. ...
**Koret Foundation** ·  Metropolitan Philanthropic Fund ...
You've visited this page 3 times. Last visit: 10/13/21

https://lobelog.com › elis-story-on-daniel-pipes-middle-...  ⋮

### Eli's Story on Daniel Pipes' Middle East Forum - LobeLog

Dec 21, 2012 — Eli's Story on Daniel Pipes' **Middle East Forum** ... of the Islamophobia Network
in America," and the San Francisco-based **Koret Foundation**.

https://en.wikipedia.org › wiki › Middle_East_Forum  ⋮

### Middle East Forum - Wikipedia

The **Middle East Forum** (MEF) is an American conservative think tank founded in 1990 by
Daniel Pipes, who serves as its president. MEF became an independent ...
Missing: **Koret** | Must include: **Koret**

https://www.legal-project.org › middle-east-forum-bank...  ⋮

### Middle East Forum bankrolls free speech defenses for critics of

Dec 24, 2012 — "Since 1979, the **Koret Foundation** has invested hundreds of millions of dollars
in strengthening the communities of the Bay Area and Israel. Its ...

https://medium.com › san-franciscos-koret-foundation-f...  ⋮

### San Francisco's Koret Foundation Funds Pro-Settler and Anti ...

Jul 23, 2014 — Daniel Pipes's **Middle East Forum**, is a leading anti-Muslim writer and lecturer:
"All immigrants bring exotic customs and attitudes, ...

https://islamophobianetwork.com › organization › midd...  ⋮

### Middle East Forum - The Islamophobia Network

The **Middle East Forum**, or MEF, is a conservative think tank founded by Daniel Pipes in 1990.
According to the organization's website, its mission is to ...
Missing: **Koret** | Must include: **Koret**
You've visited this page 3 times. Last visit: 10/13/21

https://littlesis.org › org › 101119-Middle_East_Forum  ⋮

### Middle East Forum - LittleSis

**Koret Foundation** Private foundation based in San Francisco, CA. • Donation/Grant · Donors
Capital Fund DonorsTrust affiliate ...

https://www.facebook.com › photos › fun-fact-part-2-a...  ⋮

### Jewish Voice for Peace-Chicago - Facebook

One of them, the **Koret Foundation**, contributed $120,000 in just one year to Daniel Pipes'
**Middle East Forum**. Daniel Pipes has previously referred to growing ...

https://static1.squarespace.com › static › Pride+Wi...   PDF   ⋮

Exposing A Wider Bridge's Right-Wing Funding - Squarespace

**Forum**, $128,850; **Middle East** Media and Research Institute, $20,900; ... 23 The **Koret Foundation** has funded A Wider Bridge since 2015, contributing.

36 pages

You visited this page on 10/13/21.

## Related searches   ⋮

middle east forum **internship**

middle east **quarterly**

middle east forum **youtube**

middle east **institute**

middle east **quartet**

middle east **pipes**

**american** middle east **institute**

middle east **institute uae**

**19146, Philadelphia, PA** - From your Internet address - Use precise location - Learn more

Help     Send feedback     Privacy     Terms