Exhibit 7-2



Middle East Forum                                    You are here:  Home  /  Who We Support  /  Middle East Forum



[http://www.meforum.org/](http://www.meforum.org/)

# Middle East Forum

With roots going back to 1990, the Middle East Forum has been an independent tax-exempt 501(c) (3) nonprofit organization based in Philadelphia since 1994. Mission: The Middle East Forum promotes American interests in the Middle East and protects Western values from Middle Eastern threats. The Forum sees the region — with its profusion of dictatorships, radical ideologies, existential conflicts, border disagreements, corruption, political violence, and weapons of mass destruction — as a major source of problems for the United States. Accordingly, it urges active measures to protect Americans and their allies. U.S. interests in the Middle East include fighting radical Islam; working for Palestinian acceptance of Israel; robustly asserting U.S. interests vis-à-vis Saudi Arabia; developing strategies to deal with Iraq and contain Iran; and monitoring the advance of Islamism in Turkey. Domestically, the Forum combats lawful Islamism; protects the freedom of public speech of anti-Islamist authors, activists, and publishers; and works to improve Middle East studies in North America. Methods: The Middle East Forum realizes its goals through three main mechanisms: Intellectual: The Forum provides context, insights, and policy recommendations through the Middle East Quarterly, staff writings, public lectures, radio and television appearances, and conference calls. Operational: The Forum exerts an active influence through its projects, including Campus Watch, Islamist Watch, Legal Project, Washington Project, Apartheid Monitor, and Shillman/Ginsburg Writing Fellowship Program. Philanthropic: The Forum annually distributes US$1.5 million in earmarked donations through its Education Fund, helping researchers, writers, investigators, and activists around the world.

© Copyright - The Adam and Gila Milstein Family Foundation   Site By: NetzBiz WP

# Sign up to stay in touch!

Sign up to get interesting news and updates from us delivered to your inbox!

**\* Email Address**

**\* First Name**

**Last Name**

Sign Up

By submitting this form, you are granting: Milstein Family Foundation, 16027 Ventura Boulevard, Encino, California, 91436, United States, http://www.milsteinff.org permission to email you. You may unsubscribe via the link found at the bottom of every email. (See our Email Privacy Policy for details.) Emails are serviced by Constant Contact.

# Middle East Forum

## ▦ OVERVIEW

**Date Founded**

1994

**Headquarters**

1650 MARKET ST STE 3600 PHILADELPHIA PA 19103-7334

**Charitable Causes**

International Development & Relief

**Employees (Worldwide)**

24

**Company Description**

EDUCATION REGARDING THE MIDDLE EAST AND ISLAMISM IN THE WEST

**Website**

http://www.meforum.org (http://www.meforum.org)

## ▦ CONTACT DATA

**Trying to get in touch with decision makers at Middle East Forum?** Subscribe today to access their professional contact information and receive a one time promotion of **free Contact Data credits!**

**REL SCI** (/)

≡

Search People and Organizations by typing here    🔍

**Get Contact Data**    (https://go.relsci.com/contact_data)

Reveal deeper insights into your organization's relationships with RelSci Contact Aggregator.

**Learn How**    (/contact-aggregator)

## ▦ EXECUTIVES & EMPLOYEES

**See More (/alumni/org/middle-east-forum-o1592829)**

Daniel Pipes (/person/daniel-pipes-85165001)
Founder

Dawn Perlmutter (/person/dawn-perlmutter-249702428)
Owner

Judy Goodrobb (/person/judy-goodrobb-250155254)
Managing Editor

Amy Shargel (/person/amy-shargel-219369535)
Managing Director

 (/)

Efraim Karsh (/person/efraim-karsh-250271312)
Director

Search People and Organizations by typing here



Jordan Esposito (/person/jordan-esposito-258292915)
Communications Director

---

Samantha Mandeles (/person/samantha-mandeles-259191436)
Coordinator

---

Gregg Roman (/person/gregg-roman-157464387)
Director

---

Datuk Mohd Zawawi (/person/datuk-mohd-zawawi-281112709)
Judge

---

Thelma Prosser (/person/thelma-prosser-249819712)
Office Manager

---

**View Listings** (/premium-plans)

## ◼ BOARD OF DIRECTORS

Daniel Pipes (/person/daniel-pipes-85165001)
Founder at Middle East Forum

---

Lindy Snider (/person/lindy-snider-4785992)
Founder at Lindi Skin

---

**View Listings** (/premium-plans)

 (/)
## TRENDING PEOPLE

Search People and Organizations by typing here



## Zacks Investment

Should Value Investors Buy These
Bank Stock?

- Nasdaq

(/organization/zacks-

🟥 PATHS TO MIDDLE EAST FORUM

### Potential Connections via Relationship Science



(/premium-plans)

You

Reveal Connections    (/premium-plans)

(/premium-plans)

**Middle East Forum**

🟥 ADVISORS & CONSULTANTS



panies
(7)

**Legal Advisor**

Search People and Organizations by typing here

**Wiley Rein LLP (/organization/wiley-rein-llp-774486)**

Wiley Rein LLP provides legal services. It specializes in more than 20 practice areas such as advertising, anti-trust, copyright, insurance, white collar defense, franchise and government contracts. The firm serves domestic and international clients. The company was founded by Richard E. Wiley in 1983 and is located in McLean, VA.

**View Listings** (/premium-plans)

## ⊞ CLIENTS

<u>Companies</u>

### Center for Security Policy, Inc. (/organization/center-for-security-policy-inc-954113)

Center For Security Policy is a non-profit organization that organizes, manages, and provides public policies coalitions. It produces articles, press releases, occasional papers, books, transcripts, congressional scorecards, events, videos, and secure freedom radio podcasts. The organization was founded by Frank J. Gaffney in 1988 and is...

+ Show more

**View Clients** (/premium-plans)

## ⊞ KEY STATS AND FINANCIALS AS OF 2019

### Market Capitalization

### Total Enterprise Value

### Earnings Per Share

### Revenue



$527M

Search People and Organizations by typing here

**View Financial Details**    (/premium-plans)

## ■ NON-PROFIT DONATIONS & GRANTS RECEIVED

**$5,000**
12/31/2019
The William P. Goldman and Brothers Foundation, Inc. (/organization/the-william-p-goldman-and-brothers-foundation-inc-24813257)

**$25K**
09/30/2019
The Milstein Family Foundation (/organization/the-milstein-family-foundation-25555088)

**$15K**
06/30/2019
The Dorothy Phillips Michaud Charitable Trust (/organization/the-dorothy-phillips-michaud-charitable-trust-24850593)

**View Non-Profit Donations**    (/premium-plans)



Browse in-depth profiles on 12 million influential people and organizations. Find RelSci relationships, employment history, board memberships, donations, awards, and more.

 (/)

**Search People & Orgs**    (/profile-search)

Search People and Organizations by typing here

*This web site is not endorsed by, directly affiliated with, maintained, authorized, or sponsored by Middle East Forum. The use of any trade name or trademark is for identification and reference purposes only and does not imply any association with the trademark holder. The presence of Middle East Forum's profile does not indicate a business or promotional relationship of any kind between RelSci and Middle East Forum.*

**Share Us With The World**

 (https://twitter.com/Relsci)

in (https://www.linkedin.com/company/relationship-science/)

f (https://www.facebook.com/RelationshipScience)

G+ (https://plus.google.com/+Relsci)



Relationship Science
5 Pennsylvania Plaza 15th Floor
New York, NY 10001

Tel: (212) 430.3300

Le
(https://www.relsci.com/
|
Privac
(https://info.relsci.com/F
|
Trials
(https://www.relsci.com/
|
Do Not S
(https://info.relsci.com/C

© 2021 Relationship Science LLC, a part of the Euromoney Institutional Investor PLC Group (https://otp.tools.investis.com/clients/uk/euromoney1/rns/regulatory-story.aspx?cid=1154&newsid=1478197) All Rights Reserved. Certain Information provided by Factset Research System Inc.



---

## Who We Support

You are here:  Home  /  Who We Support

---



# Organizations We Support



**A Wider Bridge**

A Wider Bridge is the North



**Academic Exchange (AE)**



**Aish Los Angeles**

Aish.com's goal is to give



**Algemeiner**

The Algemeiner, a global



**Alpha Epsilon Pi**

Alpha Epsilon Pi provides



**Alums for Campus Fairness**



**American Freedom Alliance**



**American Friends of Shanti House**



**American Israel Education Foundation (AIEF)**



**American Society for Yad Vashem, Inc.**



**American-Israeli Cooperative Enterprise (AICE)**



**Americans Against Antisemitism**



**Americans for Limited Government**



**Birthright Israel**

Taglit-Birthright Israel



**Campaign Against Antisemitism UK**



**Capital Research Center**



**Center for Security Policy**



**Christians United for Israel (CUFI)**







**Club Z**

Club Z creates a network of

**Committee for Accuracy in Middle**

**EMET – Endowment for Middle East Truth**



**Foundation for Defense of**



**Fuente Latina**

At Fuente Latina, we



**Hasbara Fellowships**

Hasbara Fellowships is a



**Henry Jackson Society**



**HonestReporting**

HonestReporting monitors



**IAC – The Israeli-American Council**



**Institute for National Security Studies**



**Israel Christian Nexus**

ICN's mission is to educate



**Israel on Campus Coalition (ICC)**



**JAM – Jewish Awareness Movement**



**Jewish Funders Network**



**Jewish Institute for National Security**



**Jewish News Syndicate (JNS)**



**Jewish Policy Center**

The Jewish Policy Center, a



**Jewish Republican Alliance**



**JIMENA: Jews Indigenous to the Middle East and North**



**Judicial Watch**

Judicial Watch, Inc.is a



**Louis D. Brandeis Center for Human Rights Under**



**MERONA Leadership Foundation**



**Middle East Forum**

The Middle East Forum



**NGO Monitor**

NGO Monitor provides



**Online Antisemitism Task Force**



**OpenDor Media**

OpenDor Media (formerly



**Pacific Legal Foundation**



**Palestinian Media Watch (PMW)**



**Philos Project**

The Philos Project is a



**PragerU**

Prager University is the



**Rohr Chabad House at Stanford**



**Scholars for Peace in the Middle East (SPME)**



**Stand By Me**

"Stand By Me" has been



**StandWithUs**



**StopAntisemitism.org**



**Students Supporting Israel (SSI)**



**The European Leadership Network (ELNET)**



**The Heritage Foundation**



**The Lawfare Project**

We are a global network of



**The Leadership Institute**



**The Washington Institute**



**UK Lawyers for Israel**

We use the law against



**UN Watch**

UN Watch is a non-



**Zachor Legal Institute**

Zachor Legal Institute, a

Who We Support

© Copyright - The Adam and Gila Milstein Family Foundation    Site By: NetzBiz WP

# Sign up to stay in touch!

Sign up to get interesting news and updates from us delivered to your inbox!

* **Email Address**

* **First Name**

**Last Name**

Sign Up

By submitting this form, you are granting: Milstein Family Foundation, 16027 Ventura Boulevard, Encino, California, 91436, United States, http://www.milsteinff.org permission to email you. You may unsubscribe via the link found at the bottom of every email. (See our Email Privacy Policy for details.) Emails are serviced by Constant Contact.

# Writing Fellows

## Rafael Bardaji

Rafael Bardaji is executive director of [Friends of Israel Initiative](#). He served in 1996-2004 as Spain's National Security Advisor for Prime Minister Jose' Mari'a Aznar. He is an advisor to the Special Operation Forces HQ at NATO and since 2004 has worked as director of Foreign Policy at the [Foundation for Analysis and Social Studies](#). Mr. Bardaji has provided consultancy work for NATO military commands, the Spanish armed forces, the Spanish intelligence service and defense contractors. A member of the Atlantic Council of the United States Strategic Advisory Group, he is the author of books and articles. Follow Rafael Bardaji on Twitter @@rafael_bardaji

---

## Burak Bekdil

### Charles Wax Writing Fellow

Burak Bekdil is an Ankara-based Turkish columnist for *[Hurriyet Daily News](#)*. He has covered Turkey for the U.S. weekly Defense News since 1997. Previously, Bekdil worked as Ankara Bureau Chief for Dow Jones Newswires and CNBC-e television. He is frequently quoted in international media outlets, including the *Wall Street Journal*, *Economist*, *Los Angeles Times*, and *New York Times*.

---

## Todd Bensman

Todd Bensman is a Texas-based senior national security fellow at the Center for Immigration Studies. For nearly a decade, he led counterterrorism-related intelligence efforts for the Texas Intelligence and Counterterrorism Division. Previously, Bensman worked on staff for *The Dallas Morning News*, CBS, and Hearst Newspapers, covering the FBI, federal law enforcement and serving on investigative teams. He reported extensively on national security issues after 9/11 and worked from more than 25 countries in Latin America, the Middle East, and Africa.

Bensman holds a master's degree from the Naval Postgraduate School, Center for Homeland Defense and Security. He also holds a master's degree from the

University of Missouri School of Journalism, and an undergraduate degree in journalism from Northern Arizona University.

*Follow Todd Bensman on* [Twitter](Twitter).

---

## Abdullah Bozkurt

Abdullah Bozkurt is a Swedish-based investigative journalist and analyst who runs the Nordic Research and Monitoring Network. He also serves on the advisory board of *The Investigative Journal* and as chairman of the Stockholm Center for Freedom. Bozkurt is the author of the book *Turkey Interrupted: Derailing Democracy* (2015). He previously worked as a journalist in New York, Washington, Istanbul and Ankara. He tweets at [@abdbozkurt](@abdbozkurt).

*Follow Abdullah Bozkurt on* [Twitter](Twitter).

---

## A.J. Caschetta

### Campus Watch and Ginsburg/Milstein Writing Fellow

A.J. Caschetta is a principal lecturer at the Rochester Institute of Technology where he teaches English and Political Science. He holds a Ph.D. from New York University, where he studied the effects of the French Revolution and Reign of Terror on British society. After 9/11, he began focusing on the rhetoric of radical Islamists and on Western academic narratives explaining Islamist terrorism. He has written frequently for the *Middle East Quarterly*.

---

## Phyllis Chesler

An analyst of gender issues in the Middle East, a psychotherapist and a feminist, Phyllis Chesler co-founded the Association for Women in Psychology in 1969, the National Women's Health Network in 1975, and is emerita professor of psychology at The City University of New York. She has published 15 books, most recently *An American Bride in Kabul* (2013) which won the National Jewish Book Award for 2013. Chesler's articles have appeared in numerous publications, including the *Middle East Quarterly*, *Encyclopedia Judaica*, *International Herald Tribune*, *National Review*, *New York Times*, *Times of London*, *Washington Post* and *Weekly Standard*. Based on her studies about honor killings among Muslims and Hindus,

she has served as an expert courtroom witness for women facing honor-based violence. Her works have been translated into 13 languages. Follow Phyllis Chesler on Twitter @Phyllischesler

---

## Mark Durie

A theologian, human rights activist and Anglican pastor, Rev. Mark Durie has published on linguistics, Christian-Muslim relations, the Qur'an, the Islamic Sharia and religious freedom. He holds a PhD in Linguistics from the Australian National University and a ThD from the Australian College of Theology. Durie, who has addressed the Middle East Forum, has held visiting appointments at the University of Leiden, MIT, UCLA and Stanford, was elected a Fellow of the Australian Academy of the Humanities in 1992, and was awarded an Australian Centennial Medal in 2001. He is a Senior Research Fellow at the Arthur Jeffery Centre of the Melbourne School of Theology, and Founding Director of the Institute for Spiritual Awareness. Follow Mark Durie on Twitter @markdurie

*Follow Mark Durie on* [Twitter](#).

---

## Cynthia Farahat

As an Egyptian political activist, writer and researcher, Cynthia Farahat was under long-term surveillance by Egypt's State Security Intelligence Service before seeking political asylum in the United States in 2011. She was co-founder of the Misr El-Umm (2003-06) and the Liberal Egyptian (2006-08) parties, which stood for secularism, anti-Islamism, and peace with Israel. Farahat previously worked with the Friedrich Naumann Foundation for Liberty in Cairo, the Center for Security Policy, and Coptic Solidarity. She has testified before the U.S. House of Representatives and received an award from the Endowment for Middle East Truth and the Profiles in Courage Award from ACT for America. Farahat is co-author of two books in Arabic and, among other journals, has published in the *Middle East Quarterly*, *National Review Online*, and *The Washington Times*. Follow Cynthia Farahat on Twitter @cynthia_farahat

---

## Tarek Fatah

**Robert J. and Abby B. Levine Fellow**

Tarek S. Fatah is founder of the Muslim Canadian Congress, a group committed to fighting Islamism and promoting the separation between religion and state. A columnist at *Toronto Sun* and host of a Sunday afternoon talk show on Toronto's NewsTalk1010 AM Radio, he is the author of two award-winning books: [Chasing a Mirage: The Tragic Illusion of an Islamic State](#) and [The Jew is Not My Enemy: Unveiling the Myths that Fuel Muslim Anti-Semitism](#). Follow Tarek Fatah on Twitter [@TarekFatah](#)

---

## Seth J. Frantzman

### Ginsburg/Milstein Writing Fellow

A journalist and analyst concentrating on the Middle East, Seth J. Frantzman has a PhD from The Hebrew University of Jerusalem and was an assistant professor at Al-Quds University. He is the Oped Editor and an analyst on Middle East Affairs at *The Jerusalem Post* and his work has appeared at The National Interest, The Spectator, The Hill, *National Review*, *The Moscow Times*, and Rudaw. He is a frequent guest on radio and TV programs in the region and internationally, speaking on current developments in Syria, Iraq and elsewhere. As a correspondent and researcher has covered the war on ISIS in Iraq and security in Turkey, Egypt, the Palestinian Authority, Jordan, the UAE and eastern Europe.

*Follow Seth J. Frantzman on* [Twitter](#).

---

## Michel Gurfinkiel

### Ginsburg/Milstein Writing Fellow

A scholar of European Islamism, Turkey, and the Arab-Israeli conflict, Michel Gurfinkiel is founder and president of the Jean-Jacques Rousseau Institute, a Paris-based think tank, and a former editor-in-chief of *Valeurs Actuelles*, France's foremost conservative weekly magazine. A French national, he studied history and semitics at the Sorbonne and the French National Institute for Oriental Languages and Civilizations. Gurfinkiel is author of eight books and a frequent contributor to American media, including the *Middle East Quarterly*, *Commentary*, *PJMedia*, *Wall Street Journal*, *and Weekly Standard*.

---

## Joseph M. Humire

Joseph M. Humire is executive director of the Center for a Secure Free Society (SFS), a national security think tank based in Washington, D.C. He provides regular briefings and testimony to the U.S. Congress, Department of Defense, and intelligence community on Islamic terrorism, transnational organized crime, and emerging threats in Latin America. He is the author of Iran's Strategic Penetration of Latin America (2014) and a regular national security commentator for major Spanish-language media, including Univision, Telemundo, and CNN Espanol. Humire was previously the director of institute relations at the Atlas Economic Research Foundation. He is a combat veteran of the U.S. Marine Corps with deployments to the Middle East and has a degree in Economics and Global Affairs from George Mason University.

---

## Raymond Ibrahim

### Judith Friedman Rosen Writing Fellow

Raymond Ibrahim specializes in Islamic topics. His books include *Sword and Scimitar: Fourteen Centuries of War between Islam and the West* (Da Capo, 2018); *Crucified Again: Exposing Islam's New War on Christians* (Regnery, 2013); and *The Al Qaeda Reader* (Doubleday, 2007). Among other media, he has appeared on C-SPAN, Al-Jazeera, CNN, NPR, and PBS; his writings have been published in the *New York Times Syndicate*, *Los Angeles Times*, *Washington Post*, *Financial Times*, *Weekly Standard*, the *Chronicle of Higher Education*, and *Jane's Islamic Affairs Analyst*. He guest lectures at universities, briefs governmental agencies, and testifies before Congress. Ibrahim has been a visiting fellow and scholar at a variety of institutes—from the Hoover Institution to the National Intelligence University—and is the Judith Friedman Rosen Writing Fellow at the Middle East Forum.

---

## Alexander Joffe

### Ginsburg/Milstein Writing Fellow

A former director of the Forum's Campus Watch project, Alexander Joffe is a writer on Israel and Jewish affairs. Trained as an archaeologist and historian, he holds a Ph.D. in Near Eastern studies from the University of Arizona and has participated and directed archaeological research in Israel, Jordan, Greece, and the United States. He has taught at Pennsylvania State University and the State University of New York. Joffe is co-author with Asaf Romirowsky of *Religion*,

*Politics and the Origins of Palestine Refugee Relief* (2013). His work has appeared in leading national and international newspapers including the *Middle East Quarterly*, *Forbes*, *Ha'aretz*, *Jerusalem Post*, *Jewish Ideas Daily*, *National Interest*, *Tablet*, *The Tower*, *Times of Israel*, *Wall Street Journal* and *Yediot Aharanot*.

---

## Asaf Romirowsky

Asaf Romirowsky is the Executive Director of Scholars for Peace in the Middle East (SPME) and an affiliate professor at the University of Haifa. Trained as a historian, he holds a PhD in Middle East and Mediterranean Studies from King's College London and has published widely on various aspects of the Arab-Israeli conflict and American foreign policy in the Middle East, as well as on Israeli and Zionist history.

---

## Philip Carl Salzman

Philip Carl Salzman is Emeritus Professor of Anthropology at McGill University. He is the author of *Culture and Conflict in the Middle East* (2008), a book that Stanley Kurtz called "the most penetrating, reliable, systematic, and theoretically sophisticated effort yet made to understand the Islamist challenge the United States is facing in cultural terms." His other works on the Middle East include *Black Tents of Baluchistan* (2000), *Pastoralists: Equality, Hierarchy, and the State* (2004), and *Postcolonial Theory and the Arab-Israel Conflict* (edited with D. R. Divine, 2008). He is a member of the Academic Board of the Canadian Institute for Jewish Research, as well as a member of the editorial boards of six academic journals about the Middle East and Central Asia.

---

## Wolfgang G. Schwanitz

A historian of the Middle East, Wolfgang G. Schwanitz is a native of East Germany who was raised in Egypt. He holds a Ph.D. in Middle Eastern Studies from Leipzig University, has taught at five German and American universities, and served as head of Middle Eastern history at the Academy of Science in Berlin. Schwanitz has been a visiting fellow at the French Center in Cairo, Princeton University, and the German Historical Institute in Washington, DC. The author of nine and the editor of ten books, Schwanitz has published some 150 scholarly articles and over 500

newspaper and magazine pieces on modern Middle Eastern history and international relations. He is a fellow at the Middle East Forum.

---

## Joseph Morrison Skelly

Joseph Morrison Skelly specializes in international terrorism, diplomatic history, military affairs, and the contemporary Middle East. His books include *Ideas Matter: Essays in Honour of Conor Cruise O'Brien* (1998), *Political Islam from Muhammad to Ahmadinejad: Defenders, Detractors, and Definitions* (2010). Skelly is an officer in the United States Army Reserve, where he served a tour of duty in Operation Iraqi Freedom. He currently serves as the Executive Officer of the 405th Field Hospital, a unit of more than 400 soldiers prepared to respond to military contingencies worldwide. He is a 2015 recipient of the United States Army's General Douglas MacArthur Leadership Award. Skelly is a professor of History and Chair of the Department of History at the College of Mount Saint Vincent and a fellow at the Middle East Forum.

---

## Jonathan Spyer

### Ginsburg/Milstein Writing Fellow

Jonathan Spyer is a journalist and a Writing Fellow at the Middle East Forum. He is the founder and executive director of the Middle East Center for Reporting and Analysis. Spyer is a regular contributor to Jane's Intelligence Review, and writes the 'Behind the Lines' column at the Jerusalem Post. and has also written for the Middle East Quarterly. He holds an M.A. from the University of London and a Ph.D. from the London School of Economics. He is the author of Days of the Fall: A Reporter's Journey in the Syria and Iraq Wars (2017), and has appeared on Al-Jazeera, BBC, CNN, Fox News, and Sky News.

---

## Raymond Stock

An expert on Middle Eastern cultural and political affairs, Raymond Stock lived in Cairo for 20 years (1990-2010). He has translated seven books by Egyptian Nobel laureate in literature Naguib Mahfouz, whose biography he is presently writing for Farrar, Straus & Giroux. He was denied re-entry and deported from Egypt by the Mubarak regime in December 2010 due to his *Foreign Policy* magazine article

criticizing the bid by the explicitly anti-Semitic culture minister Farouk Hosni to head UNESCO. A former Guggenheim Fellow, with a Ph.D. in Near Eastern Languages and Civilizations (including ancient through modern studies) from the University of Pennsylvania, he has taught Arabic and Middle East Studies as a Visiting Assistant Professor at Drew University. A frequent commentator in the media, his articles and translations of Arabic fiction have appeared in the *Middle East Quarterly*, *Bookforum*, *The Financial Times*, Foxnews.com, Foreign Policy Research Institute E-Notes, *Harper's Magazine*, *International Herald Tribune*, *London Magazine*, *PJMedia* and many other venues.

---

## Michael Totten

Michael Totten is an American journalist and author who has reported from the Middle East, Africa, the Balkans, Cuba, Vietnam, and the Caucasus. His work appears in various publications, websites, and on his blog. His first book, *The Road to Fatima Gate*, was published in 2011 and was awarded the Washington Institute Silver Book Prize. His most recent book is *[Tower of the Sun: Stories from the Middle East and North Africa.](#)*

---

# Middle East Forum Board of Governors

## Officers

President: Daniel Pipes
Chairman: Steven Levy
Vice Chairman: Joshua Katzen
Treasurer: Lawrence Hollin
Secretary: Gregg Roman

## Executive Committee

Chairman: Steven Levy

Lawrence Gould

Lawrence Hollin

Richard Irving

Joshua Katzen

Andrew Lappin

Harley Lippman

Daniel Pipes

Judy Friedman Rosen

Scott Rosenblum

James H.M. Sprayregen

David P. Steinmann

## Board of Governors

Wilma G. Aeder

Jack Bershad

Marc Paul Blum

Nordahl Brue

William Comanor

Janet Doerflinger

David E. Edman

Marc Epstein

Donald G. Ginsberg

Stanley D. Ginsburg

Brian Grodman

Gaye Slater Gross
Warren Grover
Robert Immerman
Georgette Joffe
Lawrence J. Kanter
Timothy Kapshandy
Arthur Karafin
Joshua Landes
Joel Levine
Robert J. Levine
Peter B. Levy
Margo Spitz Marbut
Adam Milstein
Mort Mower
James Pollack
Adrienne Price
Rick Richman
Howard Rosenbloom
Josiah Rotenberg
Milton S. Schneider
Lindy L. Snider
Hilary Till

## Founders Board

Dr. Yehuda Baskin
Sam E. Beller
Dr. Howard Bleich
Susan Gardos Bleich
Richard Calmas
Howard M. Casper
Roger A. Gerber, Esq.
Benjamin H. Gordon
James Kahn
David J. Kudish
Murray S. Levin
Michael Mooreville
Herbert J. Nevyas

Irene Pipes
Mark H. Rubin
William Seltzer
Joseph Shafran
David Shifrin
Orna Shulman
Marilyn Stern
Jonathan Torop
George A. Violin
David W. Wachs
Michael A. Weiss
Maxine Wolf
Joseph S. Zuritsky



Google

The Morton and Dinah Danseyar Family Foundation a

All News Images Maps Videos More Tools

About 397 results (0.63 seconds)

https://www.grantmakers.io › Foundation Profiles

MORTON AND DINAH DANSEYAR FAMILY FOUNDATION INC

Jul 23, 2019 — Profile for **MORTON AND DINAH DANSEYAR FAMILY FOUNDATION** INC (Enfield, ... $5,000, **MIDDLE EAST FORUM**, FUND MISSION OF THE ORGANIZATION ...

https://projects.propublica.org › organizations › full

Nonprofit Explorer - THE MORTON AND DINAH DANSEYAR ...

Back to main page for **THE MORTON AND DINAH DANSEYAR FAMILY FOUNDATION** INC. Rendering. ... Section 501(c)(3) exempt private foundation ... **MIDDLE EAST FORUM**

https://www.instrumentl.com › 990-report › morton-an...

The Morton And Dinah Danseyar Family Foundation Inc

**The Morton And Dinah Danseyar Family Foundation** Inc is a private foundation located in ... **Middle East Forum**, 1650 MARKET STREET, PHILADELPHIA, PA 19103 ...

https://ca.cair.com › uploads › sites › 2019/05 › C... PDF

CAIR-Islamophobia-Report.pdf

CAIR family, I would like to thank ... **Middle East Forum**, among the loudest ... **Morton and Dinah Danseyar Family Foundation** Inc. $39,000.

164 pages

You've visited this page 4 times. Last visit: 10/13/21

http://www.hfpg.org › HFPG_2017_annual_report PDF

ANNUAL REPORT to our community - Hartford Foundation for ...

Our efforts aim to support the whole child and foster effective **family**, school and community partnerships. Student from Smith STEM School in West Hartford ...

84 pages

https://jcfhartford.org › uploads › 2021/04 PDF

2019JCFAnnualReport.pdf - Jewish Community Foundation

organizations, including Jewish Family Services ... **Middle East Forum** of Falmouth ... **Morton and Dinah Danseyar Family Foundation** Fund.

https://jcfhartford.org › uploads › 2021/04 › 091... PDF

Powerful and Resilient Today and Forever - Jewish ...

JEWISH COMMUNITY **FOUNDATION** OF GREATER HARTFORD 1. 2020: Powerful and Resilient ... **Middle East Forum** of Falmouth ... **Morton and Dinah Danseyar Family**.

https://www.citizenaudit.org › ... PDF

OMB NO 154541147 - Citizen Audit

and (4) organizations and section 4947(a)(1) nonexempt charitable trusts but ... The Connecticut **Forum** ... **Morton and Dinah Danseyar Family Foundation**.

https://www.brookings.edu › uploads › 2016/07 PDF

2014-annual-report.pdf - Brookings Institution

made a $10 million grant through the Hutchins **Family Foundation** to establish the ... other critical questions on the **Middle East**, with. Dealing with.

23 pages

10/14/21, 1:24 AM
Case 2:19-cv-05697-JS Document 167-8 Filed 12/08/21 Page 32 of 84
The Morton and Dinah Danseyar Family Foundation and middle east forum - Google Search

http://990s.foundationcenter.org › 990_pdf_archive [PDF] ⋮

2012 - Return of Organization Exempt From Income Tax

Dec 10, 2012 — IN 2012 , THE HARTFORD FOUNDATION FOR PUBLIC GIVING AWARDED
1,847 GRANTS ... **East** Hartford, CT 06108 ... **Dinah Danseyar Family Foundation**.

159 pages

1 2 3 4     Next

**19146, Philadelphia, PA** - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

Case 2:19-cv-05697-JS Document 167-8 Filed 12/06/21 Page 33 of 84


Grantmakers.io

Foundation Profiles  &gt;  MORTON AND DINAH DANSEYAR FAMILY FOUNDATION INC



IRS Form 990 PF       Tax Year 2018

# MORTON AND DINAH DANSEYAR FAMILY FOUNDATION INC

Enfield, CT

  

## Summary

### Assets
## $2.3M

| Distributions | Contributions |
|---|---|
| $131K | $0 |

| Grant Median | Count | Grant Max |
|---|---|---|
| $3.0K | 15 | $35K |



| | Latest Tax e-Filing | Published by IRS |
|---|---|---|
| | 2018 | July 2019 |

## People



| # | Name | Title | Hours / Wk | Comp ($) |
|---|---|---|---|---|
| 1 | SAMANTHA GELFON | SECRETARY | 5 | 0 |
| 2 | JEFFREY GELFON | DIRECTOR | 1 | 0 |
| 3 | ANN ELLEN GELFON | PRESIDENT & TREASURER | 10 | 30,000 |

## Charitable Activities



No Charitable Activities listed on Form 990 PF Part IX-A

Grantmakers.io is an open source project for my friends in the nonprofit community

Grantmakers.io     Foundation Profiles  ›  MORTON AND DINAH DANSEYAR FAMILY FOUNDATION INC

## Grants



**Amount**

$100                                $35K

**State**

| FL | 32 |
| NY | 16 |
| VT | 16 |

SHOW MORE

**City**

| New York | 15 |
| Bradenton | 10 |
| Montpelier | 9 |

SHOW MORE

**Recipient**

| AMERICAN FRIENDS OF MAGEN DAVID ADOM | 5 |
| CAPITAL CITY CONCERTS | 5 |
| EDUCATION BRIDGE PROJECT | 5 |

SHOW MORE

**Purpose**

| FUND MISSION OF THE ORGANIZATION | 88 |

SHOW MORE

88 results                                                                                           Tax Years ▾

| Amount | Name | Purpose | Location | Year |
|--------|------|---------|----------|------|
| $35,000 | AMERICAN FRIENDS OF MAGEN DAVID ADOM | FUND MISSION OF THE ORGANIZATION | Palm Beach Gardens, FL | 2018 |
| $15,000 | FRIENDS OF THE ISRAELI DEFENSE FORCES | FUND MISSION OF THE ORGANIZATION | New York, NY | 2018 |
| $5,000 | JEWISH NATIONAL FUND | FUND MISSION OF THE ORGANIZATION | Boca Raton, FL | 2018 |
| $5,000 | EDUCATION BRIDGE PROJECT | FUND MISSION OF THE ORGANIZATION | Boston, MA | 2018 |
| $5,000 | DAVID HOROWITZ FREEDOM CENTER | FUND MISSION OF THE ORGANIZATION | Sherman Oaks, CA | 2018 |
| $5,000 | MIDDLE EAST FORUM | FUND MISSION OF THE ORGANIZATION | Philadelphia, PA | 2018 |
| $5,000 | CAPITAL CITY CONCERTS | FUND MISSION OF THE ORGANIZATION | Montpelier, VT | 2018 |
| $3,000 | ETHAN ALLEN INSTITUTE | FUND MISSION OF THE ORGANIZATION | Montpelier, VT | 2018 |
| $2,000 | HUMANE SOCIETY OF MANATEE COUNTY | FUND MISSION OF THE ORGANIZATION | Bradenton, FL | 2018 |
| $2,000 | GREEN MOUNTAIN YOUTH SYMPHONY ORCHESTRA | FUND MISSION OF THE ORGANIZATION | Montpelier, VT | 2018 |
| $2,000 | CENTRAL VERMONT HUMANE SOCIETY | FUND MISSION OF THE ORGANIZATION | Montpelier, VT | 2018 |
| $655 | SARASOTA OPERA | FUND MISSION OF THE ORGANIZATION | Sarasota, FL | 2018 |
| $500 | MARIE SELBY BOTANICAL GARDENS | FUND MISSION OF THE ORGANIZATION | Sarasota, FL | 2018 |
| $375 | WOMEN'S RESOURCE CENTER OF MANATEE | FUND MISSION OF THE ORGANIZATION | Bradenton, FL | 2018 |
| $100 | FRIENDS OF DESOTO NATIONAL MEMORIAL INC | FUND MISSION OF THE ORGANIZATION | Bradenton, FL | 2018 |
| $35,000 | AMERICAN FRIENDS OF MAGEN DAVID ADOM | FUND MISSION OF THE ORGANIZATION | New York, NY | 2017 |
| $15,000 | MIDDLE EAST FORUM | FUND MISSION OF THE ORGANIZATION | Philadelphia, PA | 2017 |
| $15,000 | FRIENDS OF THE ISRAEL DEFENSE FORCES | FUND MISSION OF THE ORGANIZATION | New York, NY | 2017 |
| $5,000 | EDUCATION BRIDGE PROJECT | FUND MISSION OF THE ORGANIZATION | Boston, MA | 2017 |
| $5,000 | DAVID HOROWITZ FREEDOM CENTER | FUND MISSION OF THE ORGANIZATION | Sherman Oaks, CA | 2017 |

Case 2:19-cv-05697-JS Document 167-8 Filed 10/08/21 Page 35 of 84



Grantmakers.io

Foundation Profiles  >  MORTON AND DINAH DANSEYAR FAMILY FOUNDATION INC

1  2  3  4  5  ›  »



## Application Guidelines

**Instructions**
LETTER ADDRESSED TO THE FOUNDATION

**Deadlines**
NONE

**Restrictions**
NONE

**Contact**
ANN ELLEN GELFON
2008 79TH STREET NW
BRADENTON, FL 34209
(941) 538-9504



## About Grantmakers.io

Grantmakers.io is a free community project aimed at giving nonprofits unfettered access to a public dataset of Form 990 tax filings published by the IRS. Read more about the project.

The project republishes the IRS dataset, verbatim, focusing exclusively on Form 990 PF, the form most commonly filed by private foundations.

Note that the IRS dataset only contains information from *electronically-filed* tax returns. Read more about the dataset.

Grantmakers.io is not affiliated, associated, authorized, endorsed by, or in any way officially connected with any foundation appearing on the site.



## Financial Overview

| Assets | Distributions | Contributions |
|---|---|---|
| $2.3M | $131K | $0 |

Loading...



## Financial Trends

| Tax e-Filings Available | Last Updated by IRS |
|---|---|
| 5 | Jul 23, 2019 |

Loading...

Case 2:19-cv-05697-JS  Document 167-8  Filed 12/08/21  Page 36 of 84

Foundation Directory (/foundations) | Connecticut (/foundations/connecticut) | Enfield (/foundations/connecticut/enfield)

# The Morton And Dinah Danseyar Family Foundation Inc

**FUNDER**

♥ Save **(/signup)**

✉ **Share (mailto:?from=&body=Hey there!%0A%0AI found this funder on Instrumentl and thought you should check it out:%0A%0Ahttps://www.instrumentl.com/990-report/morton-and-dinah-danseyar-family-foundation-inc&subject=The Morton And Dinah Danseyar Family Foundation Inc%20on%20Instrumentl)**

990 REPORT
The Morton And Dinah Danseyar Family Foundation Inc - EIN 061359689
Enfield, CT - Instrumentl

Instrumentl creates easy-to-read 990 Reports based on digitized **IRS Form 990s** for thousands of private foundation and nonprofits to make it easier for you to find good fit funders like The Morton And Dinah Danseyar Family Foundation Inc.

If you'd like to get matched to similar funders to The Morton And Dinah Danseyar Family Foundation Inc, **create a free Instrumentl account (/signup)**.

## Overview for The Morton And Dinah Danseyar Family Foundation Inc

Based on most recent IRS 990 filing (2018)

| | |
|---|---|
| Total assets | $1,661,444 |
| Total giving | $85,630 |
| Average grant amount | $5,708 |
| Median grant amount | $3,000 |

## Contact Information for The Morton And Dinah Danseyar Family Foundation Inc

| | |
|---|---|
| EIN | 061359689 |
| Phone | **860-763-2351 (tel:860-763-2351)** |
| Address | 585 HAZARD AVENUE, ENFIELD, CT 06082-4241 |

| Website | N/A |
|---------|-----|

## Key People at The Morton And Dinah Danseyar Family Foundation Inc 🔗

| Title | Name |
|-------|------|
| Secretary | Samantha Gelfon |
| Director | Jeffrey Gelfon |
| President & Treasurer | Ann Ellen Gelfon |

## Key Financial Stats for The Morton And Dinah Danseyar Family Foundation Inc 🔗

**Giving**    Number of grants    Assets



## Past Grantees of The Morton And Dinah Danseyar Family Foundation Inc 🔗

**2018**   2017   2016   2015   2014



There were **15 awards** in **2018**. Who received these awards and where are they located?



| | | | |
|---|---|---|---|
| **Magen David Adom** (/990-report/american-friends-of-magen-david-adom) | 970, PALM BEACH GARDENS, FL 33410 | | |
| **Capital City Concerts** (/990-report/capital-city-concerts) | PO BOX 622, MONTPELIER, VT 05601 | $5,000 | Fund mission of the organization |
| Central Vermont Humane Society | PO BOX 687, MONTPELIER, VT 05651 | $2,000 | Fund mission of the organization |
| **David Horowitz Freedom Center** (/990-report/david-horowitz-freedom-center) | PO BOX 55089, SHERMAN OAKS, CA 914991964 | $5,000 | Fund mission of the organization |
| **Education Bridge Project** (/990-report/educational-bridge-project-inc) | 4 CHARLESGATE EAST SUITE 704, BOSTON, MA 02215 | $5,000 | Fund mission of the organization |
| **Ethan Allen Institute** (/990-report/ethan-allen-institute) | PO BOX 543, MONTPELIER, VT 05601 | $3,000 | Fund mission of the organization |
| **Friends Of Desoto National Memorial Inc** (/990-report/friends-of-desoto-national-memorial-inc) | PO BOX 14422, BRADENTON, FL 342804422 | $100 | Fund mission of the organization |
| **Friends Of The Israeli Defense Forces** (/990-report/friends-of-the-israel-defense-forces) | 1430 BROADWAY, NEW YORK, NY 10138 | $15,000 | Fund mission of the organization |

| Green Mountain Youth Symphony Orchestra (/990-report/green-mountain-youth-symphony-inc) | PO BOX 384, MONTPELIER, VT 05601 | $2,000 | Fund mission of the organization |
|---|---|---|---|
| Humane Society Of Manatee County (/990-report/humane-society-of-manatee-county-inc) | 2515 14TH STREET W, BRADENTON, FL 34205 | $2,000 | Fund mission of the organization |

SHOW MORE RESULTS (5) ❯

**990 Forms as PDFs** for The Morton And Dinah Danseyar Family Foundation Inc 🔗

2019 (https://filing-service.s3-us-west-2.amazonaws.com/scanned-pdfs/201912/061359689/10596876/061359689_201912_990PR_2020102117393936.pdf), 2018 (https://filing-service.s3-us-west-2.amazonaws.com/990-collections-from-IRS/July-2019-990PF-pdf-non-2018-non-printable/061359689_990PF_201812.pdf), 2017 (https://filing-service.s3-us-west-2.amazonaws.com/scanned-pdfs/201712/061359689/6253873/061359689_201712_990PF_2018082715622681.pdf), 2016 (https://filing-service.s3-us-west-2.amazonaws.com/scanned-pdfs/201612/061359689/10255825/06-1359689_990PF_201612.pdf), 2015 (https://filing-service.s3-us-west-2.amazonaws.com/scanned-pdfs/201512/061359689/10143088/06-1359689_990PF_201512.pdf), 2014 (https://filing-service.s3-us-west-2.amazonaws.com/scanned-pdfs/201412/061359689/10052882/06-1359689_990PF_201412.pdf),

# The funder insights you need
## start your free trial & get a competitive edge

Try it Free (/signup)

14-day, no-risk trial

## Openness to New Awardees

At a glance, see past and new awardees. See a snapshot over the past three years or dive into individual awards

**SAMPLE DATA**
For preview purposes only; not actual funder's data



(https://www.instrumentl.com/)

# instrumentl

About (/about)                                    Pricing (/pricing)

FAQ (/faq)                                         Example Grants (/browse-grants)

Testimonials                                       Foundation Finder (Search 990s) (/foundations)
(/testimonials)

## Get in Touch

Email Us                                           Terms of Use (/terms-of-use)
(mailto:hello@instrumentl.com?
subject=Hi%20Instrumentl%21)                       Privacy Policy (/privacy-policy)

Blog (/blog)

Case 2:19-cv-05697-JS Document 167-8 Filed 12/08/21 Page 41 of 84

Facebook

(https://www.facebook.com/instrumentl)

© 2021. Instrumentl All rights reserved

# MZ Foundation

A private foundation based in Oakland, California USA run by its president Myron Zimmerman.

It declared assets of USD $19,995,066 as of December 2013 and an income of USD $2,664,728 in the same year. [1]



MZ Foundation, Source: screengrab (http://www.mzfoundation.org/)

## Contents

**Mission**

**People**

**Grantees**
    Others listed on Form 990s
    Others listed on the Foundation's website

**Contact**

**Notes**

## Mission

MZ Foundation is a private grant-making foundation committed to combating anti-Semitism in the United States and across the globe, and safeguarding the security of the Jewish people and the Jewish State of Israel. MZ Foundation has partnered with more than 70 different organizations across several continents. We do not accept outside contributions.

It focuses on three key areas:

- combatting global anti-semitism
- Israel
- Campus and high school Israel advocacy [2]

## People

- Myron Zimmerman - President
- Norman Dress - Treasurer
- Lance Fong - Secretary [3]

## Grantees

Counterjihad related grantees include [4][5][6][7] [8]:

- ACT! for America: $10,000 in 2014
- Americans for Peace and Tolerance: $30,000 in 2012.

- **American Freedom Defense Initiative**: (anti-Muslim activist Pamela Geller's organisation) : $25,000 in 2014; $10,000 in 2013.
- **American Congress for Truth**: $10,000
- **Centre for Security Policy**: $30,000 in 2014, $85,000 in 2013.
- **David Horowitz Freedom Center**: $140,100 in 2014, $101,000 in 2013, $125,000 in 2012, $50,000 in 2011.
- **Henry Jackson Society**
- **Investigative Project on Terrorism**: $30,000 in 2014
- **Middle East Media Research Institute** (MEMRI)
- **Middle East Forum** : $45,000 in 2014, $10,000 in 2013, $10,000 in 2012, $50,000 in 2011, $25,000 in 2010.

## Others listed on Form 990s

- **AICE**: $50,000 in 2011.
- **American Friends of the Reut Institute**: $50,000 in 2010.
- **American Jewish Committee**: $118,000 in 2011. $110,000 in 2010
- **American Foreign Policy Council**: $25,000
- **Birthright Israel**: $50,000 in 2010
- **Central Fund of Israel**: $291,000 in 2014, $100,000 in 2013, $110,000 in 2012.
- **CAMERA**: $50,000 in 2014, $75,000 in 2013, $25,000 in 2012.
- **EMET**
- **Facts and Logic About the Middle East** (FLAME: $10,00 in 2014, $10,00 in 2013, $10,000 in 2011, $10,000 in 2010.
- **HonestReporting**: $35,000 in 2014, $35,000 in 2013, $35,000 in 2011, $35,000 in 2010.
- **JIMENA**: $10,000 in 2014, $10,000 in 2013, $10,000 in 2012, $10,000 in 2011, $10,000 in 2010.
- **Friends of NGO Monitor**: $60,000 in 2010.
- **Scholars for Peace in the Middle East**: $60,000 in 2011, $75,000 in 2010.
- **Israel Project**: $200,000 in 2011, $100,000 in 2010.
- **Hudson Institute**: $25,000 in 2011.
- **StandWithUs**: $87,000 in 2011.
- **Lawfare Project**: $25,000 in 2011.
- **Washington Institute**: $25,000 in 2011.

## Others listed on the Foundation's website

Aha Foundation | AMCHA Initiative | American Foreign Policy Council | | The Algemeier | City of David | ClubZ | Deisi | *Flame | FuenteLatina | Hasbara Fellowships | Hillel of Silicon Valley | Human Rights Voices | IMTI | Institute for Curriculum Services | IPT | ISGAP | Israel's Media Watch | Israeli Peace Initiative | Israel Allies Foundation | Jerusalem U | Jerusalem Centre for Public Affairs | The Jewish Statesmanship Centre | Jews Indigenous to the Middle East and North Africa | Kohelet Policy Forum | The Lawfare Project | The Legal Forum for Israel | Lisa Kampner Hebrew Academy | MEOR | | NGO Monitor | Palestinian Media Watch | RAJE | Regavim | SIGNAL | Stand With Us | Students Supporting Israel | Tazpit News Agency | UN Watch | Women in Green | Zionist Organisation of America | [9]

**More recent additions noted on the foundation's website include:**

- Canary Mission and Nina Rosenwald's Gatestone Institute [10]
- Irish4Israel[11]

# Contact

Address: 1330 BROADWAY STE 903, OAKLAND CA 94612-2508

# Notes

1. MZ Foundation (https://www.citizenaudit.org/262971061/), Citizen Audit, accessed January 2016
2. MZ Foundation, Home (http://www.mzfoundation.org/home.html), organisational website, accessed 9 November 2015
3. Form 990 2013 (http://990finder.foundationcenter.org/990results.aspx?990_type=&fn=MZ+Foundation&st=&zp=&ei=&fy=&action=Find), *MZ Foundation*, accessed 18 January 2016
4. MZ Foundation, 990 Form, 2014.
5. MZ Foundation, 990 Form, 2013.
6. MZ Foundation, 990 Form, 2012.
7. MZ Foundation, 990 Form, 2011.
8. MZ Foundation, 990 Form, 2010.
9. Grantees (http://www.mzfoundation.org/grantees.html), Mz Foundation website, accessed 9 November 2015
10. accessed September 2016
11. Grantees (http://www.mzfoundation.org/grantees.html), Mz Foundation website, accessed 9 March 2017

Retrieved from "https://powerbase.info/index.php?title=MZ_Foundation&oldid=245349"

**This page was last edited on 8 March 2017, at 23:38.**

Content is available under Creative Commons Attribution-ShareAlike 3.0 Unported License unless otherwise noted.

BACK TO THE NETWORK

# Newton D. & Rochelle F. Becker Foundations and Charitable Trust

The Newton D. & Rochelle F. Becker Foundation's tax filings describe its mission statement as conducting philanthropy "directed to the Jewish community, particularly Jewish organizations and programs that combat media bias against Israel and the Jewish people, Israel advocacy, and democracy defense."

Newton Becker served as president of the foundation prior to his passing in 2012. Some of the foundation's board members include Marvin Schotland, president of the Jewish Community Foundation of Los Angeles; Allan Cutrow, former president of the Jewish Community Foundation of Los Angeles; and Mark Karlan, a board member for StandWithUs, a pro-Israel advocacy group.

The Newton D. & Rochelle F. Becker Foundation has contributed millions of dollars to a numerous neoconservative pro-Israel groups with deep roots and connections to the Islamophobia network, including the Jewish Institute for National Security Affairs, or JINSA; Middle East Media Research Institute, or MEMRI; and the Zionist Organization of America, or ZOA. It has also contributed millions of dollars to anti-Islam organizations such as the Middle East Forum, Center for Security Policy, David Horowitz Freedom Center, Clarion Project, and Act! For America.

The Becker Foundation, Becker Family Foundation, and Charitable Trust have contributed $1,411,000 between 2001 and 2012 to anti-Islam organizations such as the Middle East Forum ($464,000), Center for Security Policy ($405,000), David Horowitz Freedom Center ($87,000), Clarion Project ($80,000), and Act! For America Education ($75,000).

**Source**: Center for American Progress research is based on 990s filed with the U.S. Internal Revenue Service.

---

CONTRIBUTED: $1,411,000

KNOWN CONNECTIONS:

Investigative Project on Terrorism

Contributed $100,000

The Counterterrorism & Security Education and Research Foundation

Contributed $200,000

**Middle** East Forum

Contributed $464,000

BACK TO THE NETWORK

# Middle East Forum



The Middle East Forum, or MEF, is a conservative think tank founded by Daniel Pipes in 1990. According to the organization's website, its mission is to "promote American interests in the Middle East and protect Western values from Middle Eastern threats."

The forum had more than $4.6 million in revenue in 2012. It relies upon its publication, the *Middle East Quarterly*, and a network of monitoring programs - including Campus Watch, Islamist Watch, and the Legal Project - to inculcate fears of "militant Islam" and to monitor the people and organizations whose views contradict Pipes. This organization echoes the alarmist rhetoric of Daniel Pipes by branding Muslims, Sharia, and even the instruction of Arabic as affronts to American freedom.

The Middle East Forum is at the center of the Islamophobia network. MEF has received more than $12 million in funding from donors in the network since 2001, and in turn, it has donated funds to organizations featured in the Islamophobia network, including Zuhdi Jasser's American Islamic Forum for Democracy; Frank Gaffney's Center for Security Policy; Robert Spencer's Jihad Watch; and Steven Emerson's Investigative Project on Terrorism. From 2009 to 2012, the highest recipients of MEF funding have been Investigative Project on Terrorism ($1,409,585) and Center for Security Policy ($260,000).

**Source**: Center for American Progress research is based on 990s filed with the U.S. Internal Revenue Service.

RECEIVED: $12,593,745

KNOWN CONNECTIONS:

### Center for Security Policy

The Center for Security Policy received $300,000 in funding from the Middle East Forum from 2008 to 2012.

### David Horowitz

The Middle East Forum contributes financially to the David Horowitz Freedom Center.

**Jump to Schedule:** Form 990PF ▼

| efile Public Visual Render | ObjectId: 201541319349101494 - Submission: 2015-05-11 | TIN: 45-4288118 |

Form **990-PF**
Department of the Treasury
Internal Revenue Service

### Return of Private Foundation
### or Section 4947(a)(1) Trust Treated as Private Foundation
▶ **Do not enter social security numbers on this form as it may be made public.**
▶ **Information about Form 990-PF and its instructions is at** www.irs.gov/form990pf.

OMB No. 1545-0052

**2014**
Open to Public Inspection

**For calendar year 2014, or tax year beginning 01-01-2014**, and ending **12-31-2014**

| Name of foundation | A Employer identification number |
|---|---|
| Paul Klingenstein Family Foundation Inc | 45-4288118 |

| Number and street (or P.O. box number if mail is not delivered to street address) Room/suite | B Telephone number (see instructions) |
|---|---|
| 6 Cross Meadow Lane | (585) 586-4426 |

City or town, state or province, country, and ZIP or foreign postal code
Pittsford, NY  14534

**C** If exemption application is pending, check here ▶ ☐

**G** Check all that apply:   ☐ Initial return   ☐ Initial return of a former public charity
☐ Final return   ☐ Amended return
☐ Address change   ☐ Name change

**D 1.** Foreign organizations, check here ............. ▶ ☐
**2.** Foreign organizations meeting the 85% test, check here and attach computation ... ▶ ☐

**H** Check type of organization:   ☑ Section 501(c)(3) exempt private foundation
☐ Section 4947(a)(1) nonexempt charitable trust   ☐ Other taxable private foundation

**E** If private foundation status was terminated under section 507(b)(1)(A), check here ....... ☐

**I** Fair market value of all assets at end of year (from Part II, col. (c), line 16)▶$ 1,824,196

**J** Accounting method:   ☑ Cash   ☐ Accrual
☐ Other (specify) _____
(Part I, column (d) must be on cash basis.)

**F** If the foundation is in a 60-month termination under section 507(b)(1)(B), check here ....... ☐

| Part I | Analysis of Revenue and Expenses (The total of amounts in columns (b), (c), and (d) may not necessarily equal the amounts in column (a) (see instructions).) | (a) Revenue and expenses per books | (b) Net investment income | (c) Adjusted net income | (d) Disbursements for charitable purposes (cash basis only) |
|---|---|---|---|---|---|
| 1 | Contributions, gifts, grants, etc., received (attach schedule) | | | | |
| 2 | Check ▶ ☑ Sch. B | | | | |
| 3 | Interest on savings and temporary cash investments | | | | |
| 4 | Dividends and interest from securities . . . | 52,785 | 52,785 | | |
| 5a | Gross rents | | | | |
| b | Net rental income or (loss) | | | | |
| 6a | Net gain or (loss) from sale of assets not on line 10 | | | | |
| b | Gross sales price for all assets on line 6a | | | | |
| 7 | Capital gain net income (from Part IV, line 2) . . . | | 70,732 | | |
| 8 | Net short-term capital gain . . . . | | | | |
| 9 | Income modifications . . . . | | | | |
| 10a | Gross sales less returns and allowances | | | | |
| b | Less: Cost of goods sold . . . . | | | | |
| c | Gross profit or (loss) (attach schedule) . . | | | | |
| 11 | Other income (attach schedule) . . . | 74,317 | | | |
| 12 | **Total.** Add lines 1 through 11 . . . . | 127,102 | 123,517 | | |
| 13 | Compensation of officers, directors, trustees, etc. | 19,720 | | | 17,748 |
| 14 | Other employee salaries and wages . . . | | | | |
| 15 | Pension plans, employee benefits . . . . | 5,930 | | | 5,337 |
| 16a | Legal fees (attach schedule) . . . . | 203 | | | 203 |
| b | Accounting fees (attach schedule) . . . | 2,600 | 800 | | 1,000 |
| c | Other professional fees (attach schedule) . . | | | | |
| 17 | Interest . . . . . . . . . . | | | | |
| 18 | Taxes (attach schedule) (see instructions) . . . | 2,294 | | | 1,513 |
| 19 | Depreciation (attach schedule) and depletion . | | | | |
| 20 | Occupancy . . . . . . . . . | | | | |
| 21 | Travel, conferences, and meetings . . . | | | | |

(Revenue column label rotated: "Revenue")
(Expenses column label rotated: "nd Administrative Expenses")

| | | | (a) | (b) | |
|---|---|---|---|---|---|
| Operating a | 22 | Printing and publications | | | |
| | 23 | Other expenses (attach schedule) | 8,519 | 7,721 | |
| | 24 | **Total operating and administrative expenses.** | | | |
| | | Add lines 13 through 23 | 39,266 | 8,521 | 25,801 |
| | 25 | Contributions, gifts, grants paid | 74,000 | | 74,000 |
| | 26 | **Total expenses and disbursements.** Add lines 24 and 25 | 113,266 | 8,521 | 99,801 |
| | 27 | Subtract line 26 from line 12: | | | |
| | a | **Excess of revenue over expenses and disbursements** | 13,836 | | |
| | b | **Net investment income** (if negative, enter -0-) | | 114,996 | |
| | c | **Adjusted net income** (if negative, enter -0-) | | | |

For Paperwork Reduction Act Notice, see instructions.      Cat. No. 11289X      Form **990-PF** (2014)

Form 990-PF (2014)                                   Page **2**

| Part II | | **Balance Sheets** Attached schedules and amounts in the description column should be for end-of-year amounts only. (See instructions.) | Beginning of year (a) Book Value | End of year (b) Book Value | End of year (c) Fair Market Value |
|---|---|---|---|---|---|
| Assets | 1 | Cash—non-interest-bearing | 19,800 | 78,600 | 78,60 |
| | 2 | Savings and temporary cash investments | | | |
| | 3 | Accounts receivable ▶ | | | |
| | | Less: allowance for doubtful accounts ▶ | | | |
| | 4 | Pledges receivable ▶ | | | |
| | | Less: allowance for doubtful accounts ▶ | | | |
| | 5 | Grants receivable | | | |
| | 6 | Receivables due from officers, directors, trustees, and other disqualified persons (attach schedule) (see instructions) | | | |
| | 7 | Other notes and loans receivable (attach schedule) ▶ | | | |
| | | Less: allowance for doubtful accounts ▶ | | | |
| | 8 | Inventories for sale or use | | | |
| | 9 | Prepaid expenses and deferred charges | | | |
| | 10a | Investments—U.S. and state government obligations (attach schedule) | 87,450 | 89,533 | 89,53 |
| | b | Investments—corporate stock (attach schedule) | 1,229,422 | 1,166,579 | 1,166,57 |
| | c | Investments—corporate bonds (attach schedule) | 467,306 | 481,992 | 481,99 |
| | 11 | Investments—land, buildings, and equipment: basis ▶ | | | |
| | | Less: accumulated depreciation (attach schedule) ▶ | | | |
| | 12 | Investments—mortgage loans | | | |
| | 13 | Investments—other (attach schedule) | | | |
| | 14 | Land, buildings, and equipment: basis ▶ | | | |
| | | Less: accumulated depreciation (attach schedule) ▶ | | | |
| | 15 | Other assets (describe ▶ ) | 7,164 | 7,492 | 7,49 |
| | 16 | **Total assets** (to be completed by all filers—see the instructions. Also, see page 1, item I) | 1,811,142 | 1,824,196 | 1,824,19 |
| Liabilities | 17 | Accounts payable and accrued expenses | 995 | 213 | |
| | 18 | Grants payable | | | |
| | 19 | Deferred revenue | | | |
| | 20 | Loans from officers, directors, trustees, and other disqualified persons | | | |
| | 21 | Mortgages and other notes payable (attach schedule) | | | |
| | 22 | Other liabilities (describe ▶ ) | | | |
| | 23 | **Total liabilities** (add lines 17 through 22) | 995 | 213 | |
| nd Balances | | **Foundations that follow SFAS 117, check here ▶** ☑ **and complete lines 24 through 26 and lines 30 and 31.** | | | |
| | 24 | Unrestricted | 1,810,147 | 1,823,983 | |
| | 25 | Temporarily restricted | | | |
| | 26 | Permanently restricted | | | |

| | | | | |
|---|---|---|---|---|
| | **Foundations that do not follow SFAS 117, check here ▶** ☐ **and complete lines 27 through 31.** | | | |
| 27 | Capital stock, trust principal, or current funds . . . . . . . | | | |
| 28 | Paid-in or capital surplus, or land, bldg., and equipment fund | | | |
| 29 | Retained earnings, accumulated income, endowment, or other funds | | | |
| 30 | **Total net assets or fund balances** (see instructions) . . . . . | 1,810,147 | 1,823,983 |
| 31 | **Total liabilities and net assets/fund balances** (see instructions) . | 1,811,142 | 1,824,196 |

**Net Assets or Fund** (left margin label)

| Part III | Analysis of Changes in Net Assets or Fund Balances | | |
|---|---|---|---|
| 1 | Total net assets or fund balances at beginning of year—Part II, column (a), line 30 (must agree with end-of-year figure reported on prior year's return) . . . . . . . . . . | 1 | 1,810,147 |
| 2 | Enter amount from Part I, line 27a . . . . . . . . . . . . . . . . | 2 | 13,836 |
| 3 | Other increases not included in line 2 (itemize) ▶ _____ | 3 | |
| 4 | Add lines 1, 2, and 3 . . . . . . . . . . . . . . . . . . . | 4 | 1,823,983 |
| 5 | Decreases not included in line 2 (itemize) ▶ _____ | 5 | |
| 6 | Total net assets or fund balances at end of year (line 4 minus line 5)—Part II, column (b), line 30 . | 6 | 1,823,983 |

Form **990-PF** (2014)

Page 3

Form 990-PF (2014)                                                                                     Page **3**

| Part IV | Capital Gains and Losses for Tax on Investment Income |
|---|---|

| List and describe the kind(s) of property sold (e.g., real estate, **(a)** 2-story brick warehouse; or common stock, 200 shs. MLC Co.) | How acquired **(b)** P—Purchase D—Donation | Date acquired **(c)** (mo., day, yr.) | Date sold **(d)** (mo., day, yr.) |
|---|---|---|---|
| **1 a** 200 Shares Annies Inc | P | 2014-07-16 | 2014-10-08 |
| **b** 100 Shares Chart Industries | P | 2014-11-05 | 2014-11-05 |
| **c** 100 Shares Chart Industries | P | 2014-09-15 | 2014-11-13 |
| **d** 10K Freeport McMoran 6.5% 11/15/20 | P | 2013-08-20 | 2014-07-23 |
| **e** 150 Shares Equifax | D | 2003-01-03 | 2014-01-14 |
| 500 Shares Freeport McMoran | D | 2003-01-03 | 2014-01-13 |
| 15K Gannett 9.375% Called | P | 2011-06-07 | 2014-03-14 |
| 550 Shares Golar LNG Ltd | P | 2012-03-08 | 2014-11-05 |
| 150 Shares IBM | D | 2003-01-03 | 2014-01-13 |
| 100 Shares IBM | D | 2003-01-03 | 2014-09-15 |
| 100 Shares IBM | D | 2003-01-03 | 2014-10-08 |
| 100 Occidental Pete Corp | D | 2003-01-03 | 2014-07-16 |

| | **(e)** Gross sales price | Depreciation allowed **(f)** (or allowable) | Cost or other basis **(g)** plus expense of sale | Gain or (loss) **(h)** (e) plus (f) minus (g) |
|---|---|---|---|---|
| a | 9,179 | 0 | 6,548 | 2,631 |
| b | 4,462 | 0 | 7,935 | -3,473 |
| c | 4,397 | 0 | 6,405 | -2,008 |
| d | 10,650 | 0 | 10,648 | 2 |
| e | 10,191 | 0 | 3,568 | 6,623 |
| | 17,821 | 0 | 4,384 | 13,437 |
| | 15,703 | 0 | 16,965 | -1,262 |
| | 30,130 | 0 | 20,656 | 9,474 |
| | 27,615 | 0 | 12,310 | 15,305 |
| | 19,120 | 0 | 8,207 | 10,913 |
| | 18,591 | 0 | 8,207 | 10,384 |
| | 10,165 | 0 | 1,459 | 8,706 |

| | Complete only for assets showing gain in column (h) and owned by the foundation on 12/31/69 | | | Gains (Col. (h) gain minus col. (k), but not less than -0-) **or** |
|---|---|---|---|---|
| | **(i)** F.M.V. as of 12/31/69 | Adjusted basis **(j)** as of 12/31/69 | Excess of col. (i) **(k)** over col. (j), if any | **(l)** Losses (from col.(h)) |
| a | 0 | 0 | 0 | 2,631 |
| b | 0 | 0 | 0 | -3,473 |
| c | 0 | 0 | 0 | -2,008 |
| d | 0 | 0 | 0 | 2 |
| e | 0 | 0 | 0 | 6,623 |
| | 0 | 0 | 0 | 13,437 |
| | 0 | 0 | 0 | -1,262 |
| | 0 | 0 | 0 | 9,474 |
| | 0 | 0 | 0 | 15,305 |
| | 0 | 0 | 0 | 10,913 |
| | 0 | 0 | 0 | 10,384 |

| | | 0 | | 0 | | 0 | | 8,706 |
|---|---|---|---|---|---|---|---|---|

Capital gain net income or (net capital loss) { If gain, also enter in Part I, line 7 / If (loss), enter -0- in Part I, line 7 } **2** | 70,732

**3** Net short-term capital gain or (loss) as defined in sections 1222(5) and (6):
If gain, also enter in Part I, line 8, column (c) (see instructions). If (loss), enter -0- in Part I, line 8 . . . . . . . . . . . . . . . } **3** | -2,848

---

| **Part V** | **Qualification Under Section 4940(e) for Reduced Tax on Net Investment Income** |
|---|---|

(For optional use by domestic private foundations subject to the section 4940(a) tax on net investment income.)
If section 4940(d)(2) applies, leave this part blank.

Was the foundation liable for the section 4942 tax on the distributable amount of any year in the base period? ☐ Yes ☐ No
If "Yes," the foundation does not qualify under section 4940(e). Do not complete this part.
**1** Enter the appropriate amount in each column for each year; see instructions before making any entries.

| (a) Base period years Calendar year (or tax year beginning in) | (b) Adjusted qualifying distributions | (c) Net value of noncharitable-use assets | (d) Distribution ratio (col. (b) divided by col. (c)) |
|---|---|---|---|
| 2013 | 95,945 | 1,746,180 | 0.054946 |
| 2012 | 92,422 | 1,710,491 | 0.054032 |
| 2011 | | | |
| 2010 | | | |
| 2009 | | | |

**2** Total of line 1, column (d) . . . . . . . . . . . . . . . . . **2** | 0.108978

**3** Average distribution ratio for the 5-year base period—divide the total on line 2 by 5, or by the number of years the foundation has been in existence if less than 5 years . . . **3** | 0.054489

**4** Enter the net value of noncharitable-use assets for 2014 from Part X, line 5. . . . . **4** | 1,795,011

**5** Multiply line 4 by line 3. . . . . . . . . . . . . . . . . . **5** | 97,808

**6** Enter 1% of net investment income (1% of Part I, line 27b). . . . . . . . . **6** | 1,150

**7** Add lines 5 and 6. . . . . . . . . . . . . . . . . . . . **7** | 98,958

**8** Enter qualifying distributions from Part XII, line 4. . . . . . . . . . . . **8** | 99,801
If line 8 is equal to or greater than line 7, check the box in Part VI, line 1b, and complete that part using a 1% tax rate. See the Part VI instructions.

Form **990-PF** (2014)

---

Form 990-PF (2014)     Page **4**

| **Part VI** | **Excise Tax Based on Investment Income (Section 4940(a), 4940(b), 4940(e), or 4948—see page 18 of the instructions)** |
|---|---|

**1a** Exempt operating foundations described in section 4940(d)(2), check here ▶ ☐ and enter "N/A" on line 1.
Date of ruling or determination letter: _____ **(attach copy of letter if necessary–see instructions)**

**b** Domestic foundations that meet the section 4940(e) requirements in Part V, check
here ▶ ☑ and enter 1% of Part I, line 27b . . . . . . . . . . . . **1** | 1,150

**c** All other domestic foundations enter 2% of line 27b. Exempt foreign organizations enter 4% of Part I, line 12, col. (b)

**2** Tax under section 511 (domestic section 4947(a)(1) trusts and taxable foundations only. Others enter -0-) **2** | 0

**3** Add lines 1 and 2. . . . . . . . . . . . . . . . . . . . **3** | 1,150

**4** Subtitle A (income) tax (domestic section 4947(a)(1) trusts and taxable foundations only. Others enter -0-) **4** | 

**5** **Tax based on investment income.** Subtract line 4 from line 3. If zero or less, enter -0- . . . . . **5** | 1,150

**6** Credits/Payments:
**a** 2014 estimated tax payments and 2013 overpayment credited to 2014 **6a** | 1,044
**b** Exempt foreign organizations—tax withheld at source . . . . . **6b** |
**c** Tax paid with application for extension of time to file (Form 8868) . . **6c** |
**d** Backup withholding erroneously withheld **6d** |

**7** Total credits and payments. Add lines 6a through 6d . . . . . . **7** | 1,044

**8** Enter any **penalty** for underpayment of estimated tax. Check here ☐ if Form 2220 is attached. **8** |

**9** **Tax due.** If the total of lines 5 and 8 is more than line 7, enter **amount owed** ▶ **9** | 106

**10** **Overpayment.** If line 7 is more than the total of lines 5 and 8, enter the **amount overpaid.** ▶ **10** |

**11** Enter the amount of line 10 to be: Credited to 2015 estimated tax ▶ | Refunded ▶ **11** |
0

| **Part VII-A** | **Statements Regarding Activities** |
|---|---|

| | | Yes | No |
|---|---|---|---|
| **1a** During the tax year, did the foundation attempt to influence any national, state, or local legislation or did it participate or intervene in any political campaign? | **1a** | | No |
| **b** Did it spend more than $100 during the year (either directly or indirectly) for political purposes (see Instructions for definition)? | **1b** | | No |

*If the answer is "Yes" to **1a** or **1b**, attach a detailed description of the activities and copies of any materials published or distributed by the foundation in connection with the activities.*

| | | | |
|---|---|---|---|
| c | Did the foundation file **Form 1120-POL** for this year?. | 1c | No |

d Enter the amount (if any) of tax on political expenditures (section 4955) imposed during the year:

**(1)** On the foundation. ▶ $ _____ **(2)** On foundation managers. ▶ $ _____

e Enter the reimbursement (if any) paid by the foundation during the year for political expenditure tax imposed on foundation managers. ▶ $ _____

| | | | |
|---|---|---|---|
| **2** | Has the foundation engaged in any activities that have not previously been reported to the IRS? . . . . . . | 2 | No |
| | *If "Yes," attach a detailed description of the activities.* | | |
| **3** | Has the foundation made any changes, not previously reported to the IRS, in its governing instrument, articles of incorporation, or bylaws, or other similar instruments? *If "Yes," attach a conformed copy of the changes* . . . . | 3 | No |
| **4a** | Did the foundation have unrelated business gross income of $1,000 or more during the year?. . . . . . . . | 4a | No |
| **b** | If "Yes," has it filed a tax return on **Form 990-T** for this year?. . . . . . . . . . . . . . . . . . . . . | 4b | |
| **5** | Was there a liquidation, termination, dissolution, or substantial contraction during the year? . . . . . . . | 5 | No |
| | *If "Yes," attach the statement required by General Instruction T.* | | |
| **6** | Are the requirements of section 508(e) (relating to sections 4941 through 4945) satisfied either: | | |
| | • By language in the governing instrument, or | | |
| | • By state legislation that effectively amends the governing instrument so that no mandatory directions | | |
| | that conflict with the state law remain in the governing instrument? . . . . . . . . . . . . . | 6 | Yes |
| **7** | Did the foundation have at least $5,000 in assets at any time during the year?*If "Yes," complete Part II, col. (c), and Part XV.* | 7 | Yes |
| **8a** | Enter the states to which the foundation reports or with which it is registered (see instructions) | | |
| | ▶NY | | |
| **b** | If the answer is "Yes" to line 7, has the foundation furnished a copy of Form 990-PF to the Attorney General (or designate) of each state as required by General Instruction G? *If "No," attach explanation* . | 8b | Yes |
| **9** | Is the foundation claiming status as a private operating foundation within the meaning of section 4942(j)(3) or 4942(j)(5) for calendar year 2014 or the taxable year beginning in 2014 (see instructions for Part XIV)? *If "Yes," complete Part XIV* . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | No |
| **10** | Did any persons become substantial contributors during the tax year? *If "Yes," attach a schedule listing their names and addresses.* | 10 | No |

Form **990-PF** (2014)

---

Form 990-PF (2014)                                                                                                          Page **5**

| | Part VII-A | **Statements Regarding Activities (continued)** | | |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| **11** | At any time during the year, did the foundation, directly or indirectly, own a controlled entity within the meaning of section 512(b)(13)? If "Yes," attach schedule. (see instructions). . . . . . . . . . . . . . | 11 | No |
| **12** | Did the foundation make a distribution to a donor advised fund over which the foundation or a disqualified person had advisory privileges? If "Yes," attach statement (see instructions) . . . . . . . . . . . . . . . | 12 | No |
| **13** | Did the foundation comply with the public inspection requirements for its annual returns and exemption application? | 13 | Yes |
| | Website address ▶www.pkff.org | | |
| **14** | The books are in care of ▶Joseph P Grymin CPA                    Telephone no. ▶(585) 286-3819 | | |
| | Located at ▶1173 Pittsford Victor Rd  Pittsford  NY                        ZIP+4 ▶14534 | | |

| | | | |
|---|---|---|---|
| **15** | Section 4947(a)(1) nonexempt charitable trusts filing Form 990-PF in lieu of **Form 1041** —Check here and enter the amount of tax-exempt interest received or accrued during the year . . . . . ▶ . . **15** . . ▶ ☐ | | |

| | | | Yes | No |
|---|---|---|---|---|
| **16** | At any time during calendar year 2014, did the foundation have an interest in or a signature or other authority over a bank, securities, or other financial account in a foreign country? | 16 | | No |
| | See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country ▶ | | | |

| | Part VII-B | **Statements Regarding Activities for Which Form 4720 May Be Required** | | |
|---|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| | **File Form 4720 if any item is checked in the "Yes" column, unless an exception applies.** | | |
| **1a** | During the year did the foundation (either directly or indirectly): | | |

**(1)** Engage in the sale or exchange, or leasing of property with a disqualified person?    ☐ Yes ☑ No

**(2)** Borrow money from, lend money to, or otherwise extend credit to (or accept it from)
a disqualified person?. . . . . . . . . . . . . . . . . . . . . . . . . .    ☐ Yes ☑ No

**(3)** Furnish goods, services, or facilities to (or accept them from) a disqualified person?    ☐ Yes ☑ No

**(4)** Pay compensation to, or pay or reimburse the expenses of, a disqualified person?    ☐ Yes ☑ No

**(5)** Transfer any income or assets to a disqualified person (or make any of either available
for the benefit or use of a disqualified person)?. . . . . . . . . . . . . . .    ☐ Yes ☑ No

**(6)** Agree to pay money or property to a government official? (**Exception.** Check "No"
if the foundation agreed to make a grant to or to employ the official for a period

after termination of government service, if terminating within 90 days.). . . . . . . . . . . . . . | Yes ☑ No

**b** If any answer is "Yes" to 1a(1)–(6), did **any** of the acts fail to qualify under the exceptions described in Regulations section 53.4941(d)-3 or in a current notice regarding disaster assistance (see instructions)? . . . . . . . . | **1b**

Organizations relying on a current notice regarding disaster assistance check here. . . . . . . . ▶ ☐

**c** Did the foundation engage in a prior year in any of the acts described in 1a, other than excepted acts, that were not corrected before the first day of the tax year beginning in 2014? . . . . . . . . . | **1c** | No

**2** Taxes on failure to distribute income (section 4942) (does not apply for years the foundation was a private operating foundation defined in section 4942(j)(3) or 4942(j)(5)):

**a** At the end of tax year 2014, did the foundation have any undistributed income (lines 6d and 6e, Part XIII) for tax year(s) beginning before 2014?. . . . . . . . . . . . . | Yes ☑ No

If "Yes," list the years ▶ 20____ , 20____ , 20____ , 20____

**b** Are there any years listed in 2a for which the foundation is **not** applying the provisions of section 4942(a)(2) (relating to incorrect valuation of assets) to the year's undistributed income? (If applying section 4942(a)(2) to **all** years listed, answer "No" and attach statement—see instructions.). . . . . . . . . . . . . | **2b**

**c** If the provisions of section 4942(a)(2) are being applied to **any** of the years listed in 2a, list the years here.

▶ 20____ , 20____ , 20____ , 20____

**3a** Did the foundation hold more than a 2% direct or indirect interest in any business enterprise at any time during the year?. . . . . . . . . . . . . . . . . . . . | Yes ☑ No

**b** If "Yes," did it have excess business holdings in 2014 as a result of **(1)** any purchase by the foundation or disqualified persons after May 26, 1969; **(2)** the lapse of the 5-year period (or longer period approved by the Commissioner under section 4943(c)(7)) to dispose of holdings acquired by gift or bequest; or **(3)** the lapse of the 10-, 15-, or 20-year first phase holding period?(Use Schedule C, Form 4720, to determine if the foundation had excess business holdings in 2014.). . . . . . . . . . . . . . . . | **3b**

**4a** Did the foundation invest during the year any amount in a manner that would jeopardize its charitable purposes? | **4a** | No

**b** Did the foundation make any investment in a prior year (but after December 31, 1969) that could jeopardize its charitable purpose that had not been removed from jeopardy before the first day of the tax year beginning in 2014? | **4b** | No

Form **990-PF** (2014)

---

Page 6

Form 990-PF (2014)    Page **6**

**5a** During the year did the foundation pay or incur any amount to:

**(1)** Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))? . . . | Yes ☑ No

**(2)** Influence the outcome of any specific public election (see section 4955); or to carry on, directly or indirectly, any voter registration drive?. . . . . . . . . . | Yes ☑ No

**(3)** Provide a grant to an individual for travel, study, or other similar purposes? . . . . . | Yes ☑ No

**(4)** Provide a grant to an organization other than a charitable, etc., organization described in section 4945(d)(4)(A)? (see instructions). . . . . . . . . . . . . | Yes ☑ No

**(5)** Provide for any purpose other than religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals? . . . . . | Yes ☑ No

**b** If any answer is "Yes" to 5a(1)–(5), did **any** of the transactions fail to qualify under the exceptions described in Regulations section 53.4945 or in a current notice regarding disaster assistance (see instructions)? . . . . . . . | **5b**

Organizations relying on a current notice regarding disaster assistance check here. . . . . . . ▶ ☐

**c** If the answer is "Yes" to question 5a(4), does the foundation claim exemption from the tax because it maintained expenditure responsibility for the grant?. . . . . . . . . . | Yes ☐ No

If "Yes," attach the statement required by Regulations section 53.4945–5(d).

**6a** Did the foundation, during the year, receive any funds, directly or indirectly, to pay premiums on a personal benefit contract?. . . . . . . . . . . . . . . . | Yes ☑ No

**b** Did the foundation, during the year, pay premiums, directly or indirectly, on a personal benefit contract?. . . . | **6b** | No

If "Yes" to 6b, file Form 8870.

**7a** At any time during the tax year, was the foundation a party to a prohibited tax shelter transaction? . | Yes ☑ No

**b** If yes, did the foundation receive any proceeds or have any net income attributable to the transaction? . . | **7b**

**Part VIII**    **Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors**

**1    List all officers, directors, trustees, foundation managers and their compensation (see instructions).**

| **(a)** Name and address | Title, and average hours per week **(b)** devoted to position | **(c)** Compensation (If not paid, enter -0-) | **(d)** Contributions to employee benefit plans and deferred compensation | Expense account, **(e)** other allowances |
|---|---|---|---|---|
| SUZANNE HESS<br>6 Cross Meadow Lane<br>Pittsford, NY  14534 | Treasurer<br>20.00 | 19,720 | 0 | 0 |
| IRENE HESS<br>16 Cross Meadow Lane<br>Pittsford, NY  14534 | President<br>1.00 | 0 | 0 | 0 |
| STEVEN HESS | Vice President<br>0.50 | 0 | 0 | 0 |

10 Bay Point Circle
Pittsford, NY  14534

**2    Compensation of five highest-paid employees (other than those included on line 1—see instructions). If none, enter "NONE."**

| (a)<br>Name and address of each employee paid<br>more than $50,000 | Title, and average<br>hours per week<br>(b) devoted to position | (c) Compensation | Contributions to<br>employee benefit<br>plans and deferred<br>(d)      compensation | Expense account,<br>(e) other allowances |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Total** number of other employees paid over $50,000. . . . . . . . . . . . . . . . . . . ▶ | | | | 0

Form **990-PF** (2014)

---

Page 7

---

Form 990-PF (2014)                                                                                                    Page **7**

**3    Five highest-paid independent contractors for professional services (see instructions). If none, enter "NONE".**

| (a) Name and address of each person paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| NONE | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Total** number of others receiving over $50,000 for professional services. . . . . . . . . . . . ▶ | | 0

---

**Part IX-A    Summary of Direct Charitable Activities**

List the foundation's four largest direct charitable activities during the tax year. Include relevant statistical information such as the number of organizations and other beneficiaries served, conferences convened, research papers produced, etc. | Expenses

**1** _____
_____

**2** _____
_____

**3** _____
_____

**4** _____
_____

---

**Part IX-B    Summary of Program-Related Investments** (see instructions)

Describe the two largest program-related investments made by the foundation during the tax year on lines 1 and 2. | Amount

**1** _____
_____

**2** _____
_____

All other program-related investments. See instructions.

**3** _____
_____

| **Total.** Add lines 1 through 3 . . . . . . . . ▶ | | | |
|---|---|---|---|

Form **990-PF** (2014)

---

Page 8

Form 990-PF (2014)      Page **8**

**Part X**   **Minimum Investment Return** (All domestic foundations must complete this part. Foreign foundations, see instructions.)

| | | | |
|---|---|---|---|
| 1 | Fair market value of assets not used (or held for use) directly in carrying out charitable, etc., purposes: | | |
| a | Average monthly fair market value of securities. . . . . . . . . . . . | 1a | 1,748,622 |
| b | Average of monthly cash balances. . . . . . . . . . . . . . | 1b | 73,724 |
| c | Fair market value of all other assets (see instructions). . . . . . . . . | 1c | 0 |
| d | **Total** (add lines 1a, b, and c). . . . . . . . . . . . . . | 1d | 1,822,346 |
| e | Reduction claimed for blockage or other factors reported on lines 1a and 1c (attach detailed explanation).    **1e** | | |
| 2 | Acquisition indebtedness applicable to line 1 assets. . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1d. . . . . . . . . . . . . . | 3 | 1,822,346 |
| 4 | Cash deemed held for charitable activities. Enter 1 1/2% of line 3 (for greater amount, see instructions). . . . . . . . . . . . . . . | 4 | 27,335 |
| 5 | **Net value of noncharitable-use assets.** Subtract line 4 from line 3. Enter here and on Part V, line 4 | 5 | 1,795,011 |
| 6 | **Minimum investment return.** Enter 5% of line 5. . . . . . . . . | 6 | 89,751 |

**Part XI**   **Distributable Amount** (see instructions) (Section 4942(j)(3) and (j)(5) private operating foundations and certain foreign organizations check here ▶ ☐ and do not complete this part.)

| | | | | |
|---|---|---|---|---|
| 1 | Minimum investment return from Part X, line 6. . . . . . . . . . | | 1 | 89,751 |
| 2a | Tax on investment income for 2014 from Part VI, line 5. | **2a** 1,150 | | |
| b | Income tax for 2014. (This does not include the tax from Part VI.) . . . | **2b** | | |
| c | Add lines 2a and 2b. . . . . . . . . . . . . . . | | 2c | 1,150 |
| 3 | Distributable amount before adjustments. Subtract line 2c from line 1. . . | | 3 | 88,601 |
| 4 | Recoveries of amounts treated as qualifying distributions. . . . . . . | | 4 | |
| 5 | Add lines 3 and 4. . . . . . . . . . . . . . . . | | 5 | 88,601 |
| 6 | Deduction from distributable amount (see instructions). . . . . . . . | | 6 | |
| 7 | **Distributable amount** as adjusted. Subtract line 6 from line 5. Enter here and on Part XIII, line 1. . . . | | 7 | 88,601 |

**Part XII**   **Qualifying Distributions** (see instructions)

| | | | |
|---|---|---|---|
| 1 | Amounts paid (including administrative expenses) to accomplish charitable, etc., purposes: | | |
| a | Expenses, contributions, gifts, etc.—total from Part I, column (d), line 26. . . | 1a | 99,801 |
| b | Program-related investments—total from Part IX-B. . . . . . . . . | 1b | |
| 2 | Amounts paid to acquire assets used (or held for use) directly in carrying out charitable, etc., purposes. . . . . . . . . . . . . . . | 2 | |
| 3 | Amounts set aside for specific charitable projects that satisfy the: | | |
| a | Suitability test (prior IRS approval required). . . . . . . . . . | 3a | |
| b | Cash distribution test (attach the required schedule). . . . . . . . | 3b | |
| 4 | **Qualifying distributions.** Add lines 1a through 3b. Enter here and on Part V, line 8, and Part XIII, line 4 | 4 | 99,801 |
| 5 | Foundations that qualify under section 4940(e) for the reduced rate of tax on net investment income. Enter 1% of Part I, line 27b (see instructions). . . . . . . . | 5 | 1,150 |
| 6 | **Adjusted qualifying distributions.** Subtract line 5 from line 4. . . . . . . | 6 | 98,651 |

**Note:** The amount on line 6 will be used in Part V, column (b), in subsequent years when calculating whether the foundation qualifies for the section 4940(e) reduction of tax in those years.

Form **990-PF** (2014)

---

Page 9

Form 990-PF (2014)      Page **9**

**Part XIII**   **Undistributed Income** (see instructions)

| | | (a) Corpus | (b) Years prior to 2013 | (c) 2013 | (d) 2014 |
|---|---|---|---|---|---|
| 1 | Distributable amount for 2014 from Part XI, line 7 | | | | 88,601 |
| 2 | Undistributed income, if any, as of the end of 2014: | | | | |
| a | Enter amount for 2013 only. . . . . . . | | | 69,080 | |
| b | Total for prior years: 20___ , 20___ , 20___ | | | | |
| 3 | Excess distributions carryover, if any, to 2014: | | | | |
| a | From 2009. . . . . . | | | | |
| b | From 2010. . . . . . | | | | |
| c | From 2011. . . . . . | | | | |
| d | From 2012. . . . . . | | | | |
| e | From 2013. . . . . . | 2,841 | | | |

| | | | | |
|---|---|---|---|---|
| **f  Total** of lines 3a through e. | 2,841 | | | |
| **4**  Qualifying distributions for 2014 from Part XII, line 4: ▶ $ _____ 99,801 | | | | |
| **a**  Applied to 2013, but not more than line 2a | | 69,080 | | |
| **b**  Applied to undistributed income of prior years (Election required—see instructions). . . . . | | | | |
| **c**  Treated as distributions out of corpus (Election required—see instructions). . . . . . . | | | | |
| **d**  Applied to 2014 distributable amount**.** . . . . | | | | 30,721 |
| **e**  Remaining amount distributed out of corpus | | | | |
| **5**  Excess distributions carryover applied to 2014. | | | | |
|     *(If an amount appears in column (d), the same amount must be shown in column (a).)* | | | | |
| **6**  **Enter the net total of each column as indicated below:** | | | | |
| **a**  Corpus. Add lines 3f, 4c, and 4e. Subtract line 5 | 2,841 | | | |
| **b**  Prior years' undistributed income. Subtract line 4b from line 2b . . | | | | |
| **c**  Enter the amount of prior years' undistributed income for which a notice of deficiency has been issued, or on which the section 4942(a) tax has been previously assessed. . . . . | | | | |
| **d**  Subtract line 6c from line 6b. Taxable amount —see instructions . . . . . . . . . | | | | |
| **e**  Undistributed income for 2013. Subtract line 4a from line 2a. Taxable amount—see instructions . . . . . . . . . | | | | |
| **f**  Undistributed income for 2014. Subtract lines 4d and 5 from line 1. This amount must be distributed in 2015 . . . . . . . | | | | 57,880 |
| **7**  Amounts treated as distributions out of corpus to satisfy requirements imposed by section 170(b)(1)(F) or 4942(g)(3) (Election may be required - see instructions) . . . . . . | | | | |
| **8**  Excess distributions carryover from 2009 not applied on line 5 or line 7 (see instructions) . . . | | | | |
| **9**  **Excess distributions carryover to 2015.** Subtract lines 7 and 8 from line 6a . . . | 2,841 | | | |
| **10**  Analysis of line 9: | | | | |
| **a**  Excess from 2010. . . . | | | | |
| **b**  Excess from 2011. . . . | | | | |
| **c**  Excess from 2012. . . . | | | | |
| **d**  Excess from 2013. . . . | 2,841 | | | |
| **e**  Excess from 2014. . . . | | | | |

Form **990-PF** (2014)

---

Page 10

---

Form 990-PF (2014)                                                         Page **10**

| **Part XIV** | **Private Operating Foundations** (see instructions and Part VII-A, question 9) |
|---|---|

**1a**  If the foundation has received a ruling or determination letter that it is a private operating foundation, and the ruling is effective for 2014, enter the date of the ruling**.** . . . . . . . ▶

**b**  Check box to indicate whether the organization is a private operating foundation described in section ☐ 4942(j)(3) or ☐ 4942(j)(5)

| **2a**  Enter the lesser of the adjusted net income from Part I or the minimum investment return from Part X for each year listed . . . . . | Tax year | Prior 3 years | | | (e) Total |
|---|---|---|---|---|---|
| | **(a)** 2014 | **(b)** 2013 | **(c)** 2012 | **(d)** 2011 | |
| **b**  85% of line 2a . . . . . . . . . | | | | | |
| **c**  Qualifying distributions from Part XII, line 4 for each year listed . . . . . | | | | | |
| **d**  Amounts included in line 2c not used directly for active conduct of exempt activities . . . . . . . . . | | | | | |
| **e**  Qualifying distributions made directly for active conduct of exempt activities. Subtract line 2d from line 2c . . . . | | | | | |

**3**  Complete 3a, b, or c for the alternative test relied upon:

**a**  "Assets" alternative test—enter:

    **(1)**  Value of all assets . . . . . . .

    **(2)**  Value of assets qualifying under section 4942(j)(3)(B)(i)

**b**  "Endowment" alternative test— enter 2/3 of minimum investment return shown in Part X, line 6 for each year listed . . .

**c**  "Support" alternative test—enter:

    **(1)**  Total support other than gross investment income (interest, dividends, rents, payments

| | | | | |
|---|---|---|---|---|
| dividends, rents, payments on securities loans (section 512(a)(5)), or royalties) . . . | | | | |
| **(2)** Support from general public and 5 or more exempt organizations as provided in section 4942(j)(3)(B)(iii) . . . | | | | |
| **(3)** Largest amount of support from an exempt organization | | | | |
| **(4)** Gross investment income | | | | |

| Part XV | **Supplementary Information (Complete this part only if the organization had $5,000 or more in assets at any time during the year—see instructions.)** |
|---|---|

**1    Information Regarding Foundation Managers:**

**a**  List any managers of the foundation who have contributed more than 2% of the total contributions received by the foundation before the close of any tax year (but only if they have contributed more than $5,000). (See section 507(d)(2).)

**b**  List any managers of the foundation who own 10% or more of the stock of a corporation (or an equally large portion of the ownership of a partnership or other entity) of which the foundation has a 10% or greater interest.

**2    Information Regarding Contribution, Grant, Gift, Loan, Scholarship, etc., Programs:**

Check here ▶ ☑ if the foundation only makes contributions to preselected charitable organizations and does not accept unsolicited requests for funds. If the foundation makes gifts, grants, etc. (see instructions) to individuals or organizations under other conditions, complete items 2a, b, c, and d.

**a**  The name, address, and telephone number or email address of the person to whom applications should be addressed:

**b**  The form in which applications should be submitted and information and materials they should include:

**c**  Any submission deadlines:

**d**  Any restrictions or limitations on awards, such as by geographical areas, charitable fields, kinds of institutions, or other factors:

Form **990-PF** (2014)

---

Page 11

Form 990-PF (2014)                                                                                                          Page **11**

| Part XV | **Supplementary Information** (continued) |
|---|---|

**3 Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| Name and address (home or business) | | | | |
| **a** *Paid during the year* | | | | |
| United States Holocaust Memorial Museum 100 Raoul Wallenberg Pl SW Washington, DC  200242126 | | 501(c)3 | General Gift | 5,000 |
| Rochester Philharmonic Orchestra 108 East Ave Rochester, NY  14604 | | 501(c)3 | General Gift | 5,000 |
| Abraham Joshua Heschel School 30 West End Ave New York, NY  10023 | | 501(c)3 | General Gift | 10,000 |
| Lollypop Farm 99 Victor Rd Fairport, NY  14450 | | 501(c)3 | General Gift | 30,000 |
| Allendale Columbia School 519 Allens Creek Rd Rochester, NY  14618 | | 501(c)3 | General Gift | 10,000 |
| Middle East Forum 1500 Walnut St Philadelphia, PA  19102 | | 501(c)3 | General Gift | 4,000 |
| Jewish Community Center of Greater Rochester 1200 Edgewood Ave Rochester, NY  14618 | | 501(c)3 | General Gift | 5,000 |
| Jewish Federation of Greater Rochester 441 East Ave Rochester, NY  14607 | | 501(c)3 | General Gift | 5,000 |
| **Total** . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3a** | | | | 74,000 |
| **b** *Approved for future payment* | | | | |

| Total . . . . . . . . . . . . . . . . . . . . . . ▶ 3b | | | |

Form **990-PF** (2014)

---

Form 990-PF (2014)                                                                              Page **12**

**Part XVI-A**    **Analysis of Income-Producing Activities**

Enter gross amounts unless otherwise indicated.

| | Unrelated business income | | Excluded by section 512, 513, or 514 | | **(e)** |
|---|---|---|---|---|---|
| | **(a)** Business code | **(b)** Amount | **(c)** Exclusion code | **(d)** Amount | Related or exempt function income (See instructions.) |
| **1** Program service revenue: | | | | | |
| **a** | | | | | |
| **b** | | | | | |
| **c** | | | | | |
| **d** | | | | | |
| **e** | | | | | |
| **f** | | | | | |
| **g** Fees and contracts from government agencies | | | | | |
| **2** Membership dues and assessments . . . | | | | | |
| **3** Interest on savings and temporary cash investments . . . . . . . . . . | | | | | |
| **4** Dividends and interest from securities . . | | 14 | 52,785 | |
| **5** Net rental income or (loss) from real estate: | | | | | |
| **a** Debt-financed property . . . . . . | | | | | |
| **b** Not debt-financed property . . . . . | | | | | |
| **6** Net rental income or (loss) from personal property | | | | | |
| **7** Other investment income . . . . . | | | | | |
| **8** Gain or (loss) from sales of assets other than inventory . . . . . . . . . . | | 18 | 70,730 | |
| **9** Net income or (loss) from special events: | | | | | |
| **10** Gross profit or (loss) from sales of inventory . | | | | | |
| **11** Other revenue: **a** | | | | | |
| **b** | | | | | |
| **c** | | | | | |
| **d** | | | | | |
| **e** | | | | | |
| **12** Subtotal. Add columns (b), (d), and (e) . . | | | 123,515 | |

**13** **Total.** Add line 12, columns (b), (d), and (e) . . . . . . . . . . . . . . . . . **13** _____ 123,515

(See worksheet in line 13 instructions to verify calculations.)

**Part XVI-B**    **Relationship of Activities to the Accomplishment of Exempt Purposes**

| Line No. ▼ | Explain below how each activity for which income is reported in column (e) of Part XVI-A contributed importantly to the accomplishment of the foundation's exempt purposes (other than by providing funds for such purposes). (See instructions.) |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Form **990-PF** (2014)

Form 990-PF (2014)    Page **13**

| Part XVII | Information Regarding Transfers To and Transactions and Relationships With Noncharitable Exempt Organizations |
|---|---|

**1** Did the organization directly or indirectly engage in any of the following with any other organization described in section 501(c) of the Code (other than section 501(c)(3) organizations) or in section 527, relating to political organizations?

| | | | Yes | No |
|---|---|---|---|---|
| **a** Transfers from the reporting foundation to a noncharitable exempt organization of: | | | | |
| **(1)** Cash. | | **1a(1)** | | No |
| **(2)** Other assets. | | **1a(2)** | | No |
| **b** Other transactions: | | | | |
| **(1)** Sales of assets to a noncharitable exempt organization. | | **1b(1)** | | No |
| **(2)** Purchases of assets from a noncharitable exempt organization. | | **1b(2)** | | No |
| **(3)** Rental of facilities, equipment, or other assets. | | **1b(3)** | | No |
| **(4)** Reimbursement arrangements. | | **1b(4)** | | No |
| **(5)** Loans or loan guarantees. | | **1b(5)** | | No |
| **(6)** Performance of services or membership or fundraising solicitations. | | **1b(6)** | | No |
| **c** Sharing of facilities, equipment, mailing lists, other assets, or paid employees. | | **1c** | | No |

**d** If the answer to any of the above is "Yes," complete the following schedule. Column **(b)** should always show the fair market value of the goods, other assets, or services given by the reporting foundation. If the foundation received less than fair market value in any transaction or sharing arrangement, show in column **(d)** the value of the goods, other assets, or services received.

| (a) Line No. | (b) Amount involved | (c) Name of noncharitable exempt organization | (d) Description of transfers, transactions, and sharing arrangements |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**2a** Is the foundation directly or indirectly affiliated with, or related to, one or more tax-exempt organizations described in section 501(c) of the Code (other than section 501(c)(3)) or in section 527? ☐ Yes ☑ No

**b** If "Yes," complete the following schedule.

| (a) Name of organization | (b) Type of organization | (c) Description of relationship |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer or trustee | Date 2015-05-06 | Title | May the IRS discuss this return with the preparer shown below (see instr.)? ☐ Yes ☐ No |
|---|---|---|---|

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's Signature | Date | Check if self-employed ▶ ☐ | PTIN |
|---|---|---|---|---|
| JOSEPH P GRYMIN CPA | | 2015-05-11 | | |

| Firm's name ▶ Joseph P Grymin CPA PLLC | Firm's EIN ▶ |
|---|---|
| Firm's address ▶ 1173 Pittsford Victor Rd Suite 140 Pittsford, NY 14534 | Phone no. (585) 286-3819 |

Form **990-PF** (2014)

## Additional Data

| Return to Form |
|---|

**Software ID:**
**Software Version:**
**Part VI Line 7 - Tax Paid with the Original Return:**    1,044

**Form 990PF - Special Condition Description:**

↑ Back to Top

| efile Public Visual Render | ObjectId: 201541319349101494 - Submission: 2015-05-11 | TIN: 45-4288118 |

## TY 2014 IRS 990 e-File Render

**Name:**  Paul Klingenstein Family Foundation Inc

**EIN:**  45-4288118

| Name of Bond | End of Year Book Value | End of Year Fair Market Value |
|---|---|---|
| Goldman Sachs 5.35% 01-15-16 | 31,280 | 31,280 |
| General Electric 5.1% 02-15-19 | 110,241 | 110,241 |
| Kraft Foods 5.375% 02-10-20 | 28,301 | 28,301 |
| Expedia 5.95% 08-15-20 | 66,519 | 66,519 |
| Plains Exploration Production 6.5% 11-15-20 | 21,650 | 21,650 |
| General Electric 5.3% 02-11-21 | 45,640 | 45,640 |
| Tyson Foods 4.5% 06-15-22 | 54,066 | 54,066 |
| Walmart 5.25% 09-01-35 | 60,261 | 60,261 |
| Microsoft 4.5% 10-01-40 | 38,597 | 38,597 |
| Gannett 5.1% 07-15-20 | 25,437 | 25,437 |

↑ Back to Top

**efile Public Visual Render** | **ObjectId: 201541319349101494 - Submission: 2015-05-11** | **TIN: 45-4288118**

## TY 2014 IRS 990 e-File Render

**Name:**  Paul Klingenstein Family Foundation Inc

**EIN:**  45-4288118

| Name of Stock | End of Year Book Value | End of Year Fair Market Value |
|---|---|---|
| Freeport McMoran | 35,040 | 35,040 |
| Mosaic Co | 27,664 | 27,664 |
| Occidental Pete | 72,549 | 72,549 |
| Co Brasileira | 14,732 | 14,732 |
| Hershey Foods | 31,179 | 31,179 |
| Pepsico | 118,200 | 118,200 |
| Proctor & Gamble | 31,881 | 31,881 |
| Chevron | 39,263 | 39,263 |
| Exxon Mobil | 30,046 | 30,046 |
| CBOE Holdings | 31,710 | 31,710 |
| Equifax | 101,087 | 101,087 |
| Fidelity National Info Svc | 62,200 | 62,200 |
| Biogen IDEC | 33,945 | 33,945 |
| Bristol Meyers Squibb | 47,224 | 47,224 |
| Edwards Lifesciences | 50,952 | 50,952 |
| Johnson & Johnson | 31,371 | 31,371 |
| Zimmer Holdings Inc | 45,368 | 45,368 |
| 3M Co | 65,728 | 65,728 |
| General Electric | 18,952 | 18,952 |
| Honeywell Intl | 74,940 | 74,940 |
| International Bus Machine | 128,352 | 128,352 |
| KVH Inds Inc | 22,137 | 22,137 |
| Dominion Resources Va | 38,450 | 38,450 |
| Alliant Tech Systems | 11,625 | 11,625 |
| California Res Corp | 1,984 | 1,984 |

↑ Back to Top

efile Public Visual Render    ObjectId: 201541319349101494 - Submission: 2015-05-11    TIN: 45-4288118

## TY 2014 IRS 990 e-File Render

**Name:** Paul Klingenstein Family Foundation Inc

**EIN:** 45-4288118

**US Government Securities - End of Year Book Value:** 89,533

**US Government Securities - End of Year Fair Market Value:** 89,533

**State & Local Government Securities - End of Year Book Value:**

**State & Local Government Securities - End of Year Fair Market Value:**

↑ Back to Top

efile Public Visual Render    ObjectId: 201541319349101494 - Submission: 2015-05-11    TIN: 45-4288118

## TY 2014 IRS 990 e-File Render

**Name:** Paul Klingenstein Family Foundation Inc

**EIN:** 45-4288118

| Description | Beginning of Year - Book Value | End of Year - Book Value | End of Year - Fair Market Value |
|---|---|---|---|
| Accrued Bond Interest | 7,164 | 7,492 | 7,492 |

↑ Back to Top

efile Public Visual Render    ObjectId: 201541319349101494 - Submission: 2015-05-11    TIN: 45-4288118

## TY 2014 IRS 990 e-File Render

**Name:** Paul Klingenstein Family Foundation Inc

**EIN:** 45-4288118

| Description | Beginning of Year - Book Value | End of Year - Book Value | End of Year - Fair Market Value |
|---|---|---|---|
| Accrued Bond Interest | 7,164 | 7,492 | 7,492 |

↑ Back to Top

efile Public Visual Render    ObjectId: 201541319349101494 - Submission: 2015-05-11    TIN: 45-4288118

## TY 2014 IRS 990 e-File Render

**Name:** Paul Klingenstein Family Foundation Inc

**EIN:** 45-4288118

| Description | Beginning of Year - Book Value | End of Year - Book Value | End of Year - Fair Market Value |
|---|---|---|---|
| Accrued Bond Interest | 7,164 | 7,492 | 7,492 |

↑ Back to Top

### TY 2014 IRS 990 e-File Render

**Name:** Paul Klingenstein Family Foundation Inc

**EIN:** 45-4288118

| Description | Revenue and Expenses per Books | Net Investment Income | Adjusted Net Income | Disbursements for Charitable Purposes |
|---|---|---|---|---|
| Investment Advisory Fees | 7,721 | 7,721 | | |
| Office | 532 | | | |
| Investment Expenses | 16 | | | |
| NYS Filing Fees | 250 | | | |

[↑ Back to Top](#)

### TY 2014 IRS 990 e-File Render

**Name:** Paul Klingenstein Family Foundation Inc

**EIN:** 45-4288118

| Description | Revenue And Expenses Per Books | Net Investment Income | Adjusted Net Income |
|---|---|---|---|
| Unrealized Gains On Investments | 3,585 | | |
| Capital Gains | 70,732 | | |

[↑ Back to Top](#)

### TY 2014 IRS 990 e-File Render

**Name:** Paul Klingenstein Family Foundation Inc

**EIN:** 45-4288118

| Category | Amount | Net Investment Income | Adjusted Net Income | Disbursements for Charitable Purposes |
|---|---|---|---|---|
| Income Taxes | 613 | | | |
| Payroll Taxes | 1,681 | | | 1,513 |

# Germany's Jewish Leadership vs. Israel

**by Daniel Pipes**
*[Israel Hayom](#)*
**September 12, 2021**
https://www.meforum.org/62636/germany-jewish-leadership-vs-israel

Germany's political parties have their differences, to be sure. But they can all agree on one thing: that the upstart civilizationist party called the Alternative for Germany (Alternative für Deutschland, AfD) should not have any representation in the Bundestag (parliament).



Germany's government-financed Central Council of Jews (*Zentralrat der Juden*, ZdJ) toes the government line. Above, Chancellor Angela Merkel meets with its president (left) and two vice-presidents (right) in Berlin, November 25, 2012.

It's not hard to see why, as AfD's brazen outspokenness in favor of Western civilization, the United States, and Israel intensely annoys them. So, as elections loom, the other parties are ganging together to discredit the AfD. Given that this is Germany, the single most potent method is to tar it with antisemitism. And to do that most effectively, Jews must lead the charge.

That explains why Germany's Central Council of Jews (Zentralrat der Juden, ZdJ) initiated a document that no fewer than 68 other Jewish organizations endorsed. Titled "[Jews against the AfD](#)," it calls on Germans to vote for any party other than the AfD. Its message is not subtle: "Vote for an unquestionably democratic party [*zweifelsfrei demokratische Partei*] on September 26, 2021 and help banish the AfD from the German Bundestag."



**32 of the 69 organizations endorsing the "Jews against the AfD" document.**

The document, issued on September 9, accuses the AfD of "wreaking havoc" in parliament and calls it the home of "antisemites and right-wing extremists" who engage in "racism and misanthropy." To top it all, the signatories even claim to be "convinced that the AfD is an ... anti-religious [*religionsfeindliche*] party."

Those organizations also include some big and established international names, including the American Jewish Committee, the B'nai B'rith, the Claims Conference, the European Jewish Congress, the Jewish National Fund, Limmud, the Maccabi Games, the Ronald S. Lauder Foundation, the Union of Progressive Jews, and the World Jewish Congress.

For starters, it bears noting that all German and American tax-exempt organizations endorsing this statement are very clearly breaking the law by advocating how votes should be cast. The document's headline includes a childish graphic of a downward arrow, reversing the AfD's upward one. Oddly, the ZdJ not once spells out the party's name in this document, just "AfD," its initials, as though mentioning the full name would sully it.

A day later, the organization Jews in the AfD (Juden in der AfD, JAfD) responded to this blast. It started by noting that the ZdJ gets nearly its entire €13 million annual budget from the government – so, of course, it toes the government's line. It also notes that "only state-financed [German] Jewish organizations took part in this appeal. Independent Jewish organs such as the monthly newspaper *Jüdische Rundschau* and conservative Jewish associations such as Chabad Germany are not represented."



**Chaim Noll: The ZdJ "administers the country's Jews. ... That Jews are subject to the government's wishes is the specific tragedy of the Jews in Germany."**

It gets worse. The Central Council of Jews, notes Chaim Noll, a German-Israeli author, "is an unique institution that does not exist in other countries and also is unknown in Judaism. It is one of the state institutions financed by the federal government, it administers the country's Jews. ... That Jews are subject to the government's wishes is the specific tragedy of the Jews in Germany; in other countries, Jewish communities are autonomous."

As for substance, JAfD accurately argues that "the AfD has done more to protect Jewish life than any other party in the German Bundestag." Specifically, it successfully initiated a ban on Hezbollah and the BDS movement, and it is working to defund UNRWA and abolish labeling requirements for Jewish products from the West Bank.

I personally witnessed this when sitting in the Bundestag on March 14, 2019, as a vote was taken urging the German government to vote favorably for Israel in the United Nations. AfD's members voted 89 percent in favor of this motion, about 350 times more so than the ¼ of 1 percent of the ruling parties who joined them.

 **دانيال بايبس Daniel Pipes**  🐦
@DanielPipes

#Germany's parliament voted yesterday on a resolution to vote favorably to Israel at the UN. 1 member out of 398 in the government coalition (2 circles on left) voted in favor. 89% of #AfD & 86% of FDP voted in favor.

Me: Merkel just talks, AfD delivers.

bundestag.de/parlament/plen...



10:52 AM · Mar 15, 2019                                    ⓘ

♡ 178      ⃝ 19      ⬆ Share this Tweet

Tweet your reply

This spat illustrates a deep truth about Europe's sad Jewish leaders: beholden to the Establishment, they sacrifice most of their Zionist inclinations to stay in its good graces. (For more detail on this pattern, see my article "Europe's Jews vs. Israel.") So avidly do they bow before the government, they even convinced Israel's current ambassador to Germany, Jeremy Issacharoff, to breach diplomatic protocol, openly attack the AfD, and defend Germany's anti-Israel parties.

In the end, however, Europe's supine Jewish leadership will find itself isolated from its own constituents and opposed by the people and Government of Israel, all of whom will eventually recognize their true friends in German politics. The AfD is far from perfect but it does best fit that description.

**Daniel Pipes is president of the Middle East Forum.**

# New Shillman/Ginsburg Fellows Appointed

**January 9, 2014**
https://www.meforum.org/3714/new-shillman-ginsburg-fellows-appointed

The Middle East Forum is pleased to announce the appointment of Phyllis Chesler, Mark Durie, Cynthia Farahat, Gary Gambill, and Dawn Perlmutter as Shillman/Ginsburg Writing Fellows.

The Writing Fellowship Program is made possible by the generous support of Dr. Bob Shillman and Stan and Arlene Ginsburg.

Expanding on the Forum's research and writing on the Middle East, Islamism, and related issues, the Shillman/Ginsburg Program provides timely analysis by specialists on the most pressing problems. Shillman/Ginsburg fellows shine a light on controversial and difficult issues others avoid – questioning assumptions, provoking thought, and offering new solutions for policy makers.

— — — — —

**Phyllis Chesler** is an analyst of gender issues in the Middle East. A psychotherapist and feminist, she co-founded the Association for Women in Psychology in 1969 and is emerita professor of psychology at The City University of New York. She has published 15 books, most recently *The New Anti-Semitism* (2003) and *An American Bride in Kabul* (2013). Chesler's articles have appeared in numerous publications, including the *Middle East Quarterly*, *Encyclopedia Judaica*, *International Herald Tribune*, *National Review*, *New York Times*, *Times of London*, *Washington Post* and *Weekly Standard*. She has served as an expert courtroom witness for Muslim women facing honor-based violence and her works have been translated into 13 languages.

Rev. **Mark Durie** is a theologian, human rights activist and pastor of an Anglican church. He has published on the language and culture of the Acehnese (a Muslim people of Indonesia), Christian-Muslim relations, and religious freedom. Rev. Durie holds a PhD in Linguistics from the Australian National University and is a graduate of the Australian College of Theology. He has held visiting appointments at the University of Leiden, MIT, UCLA and Stanford, was elected a Fellow of the Australian Academy of the Humanities in 1992, and was awarded an Australian

Centennial Medal in 2001 for contributions to linguistics. He has spoken for the Middle East Forum.

**Cynthia Farahat** is an Egyptian political activist, writer and researcher. Co-founder of the Misr El-Umm (2003-06) and the Liberal Egyptian (2006-08) parties, which stood for secularism, anti-Islamism, and peace with Israel, she was under long-term surveillance by the State Security Intelligence Service before seeking political asylum in the United States in 2011. Ms Farahat worked with Friedrich Naumann Foundation for Liberty in Cairo, and the Center for Security Policy and Coptic Solidarity. She has testified before the U.S. House of Representatives and received an award from the Endowment for Middle East Truth. She is co-author of two books in Arabic and, among other journals, has published in the *Middle East Quarterly*, *National Review Online*, and *The Washington Times*.

**Gary C. Gambill**, formerly editor of *Middle East Intelligence Bulletin* (1999-2004) and *Mideast Monitor* (2006-09), is a political analyst specializing in the Arab world, particularly Syria and Lebanon. He has a BS in Mathematics from the University of Wisconsin and an MA in Arab Studies from Georgetown University. He is a frequent contributor to *Foreign Policy* and *The National Interest*, among other publications.

**Dawn Perlmutter** is an expert in religious violence and terrorism. She is an adjunct professor in the Forensic Medicine Department at Philadelphia College of Osteopathic Medicine. She is the author of *True Believers, A Symbolic Anthropological Study of Islamist Culture* (CRC Press forthcoming 2014) and *Investigating Religious Terrorism and Ritualistic Crimes* (CRC Press 2004). Her writings have appeared in numerous publications, including the *Middle East Quarterly*. She has been interviewed by the *Fox News Channel*, *NBC*, *CBS*, *NPR*, *CBC*, *BBC*, and *The Learning Channel*. Ms. Perlmutter frequently advises and trains law enforcement agencies, including the FBI, and presents expert witness testimony. She is founder and director of Symbol & Ritual Intelligence and a member of the Vidocq Society, an exclusive crime-solving organization.

– – – – –

"We are pleased to add these five analysts of diverse experience to the already strong Shillman/Ginsburg Writing Fellowship Program," said Daniel Pipes,

president of the Middle East Forum. "Each one of them brings the expertise to offer solutions to critical issues at a momentous time."

The Middle East Forum promotes American interests in the Middle East and protects Western values at home through intellectual, activist, and philanthropic efforts.

For more information, contact Amy Shargel at [Shargel@MEForum.org](mailto:Shargel@MEForum.org)

Case 2:19-cv-05697-JS Document 167-8 Filed 12/08/21 Page 70 of 84



A GEORGETOWN UNIVERSITY INITIATIVE

Primary Menu    ○ Search

⌂ > Research Publications > Factsheet > Factsheet: Middle East Forum      ‹ Back



*Middle East Forum*

# FACTSHEET: MIDDLE EAST FORUM

by [Bridge Initiative Team](#)
Published on 14 Aug 2018

· · ·

**IMPACT**: The Middle East Forum is a right-wing anti-Islam think tank that spreads misinformation, creates "watchlists" targeting academics, and advocates hawkish foreign policy. MEF provides funding to numerous anti-Muslim organizations and has provided legal services to a number of anti-Muslim activists including Geert Wilders and Tommy Robinson.

The Middle East Forum (MEF) is a [non-profit organization](#) led by [Daniel Pipes](#), that "promotes American interests in the Middle East and protects Western values from Middle Eastern threats." It [views](#) the Middle East as an amalgam of "dictatorships, radical ideologies, existential conflicts…" and focuses on ways to defeat "radical Islam" abroad and "lawful Islamism" domestically. It pursues these [goals](#) through policy recommendations, public lectures, television appearances, and [distributing](#) about $2 million annually in grants. The Center for American Progress [describes](#) the MEF as a "controversial far-right think-tank that is known for its anti-Islam views and hawkish foreign policy recommendations."

According to [2018 tax filings](#), the total functional expenses for the MEF were $5,195,431. The organization has provided hundreds of thousands of dollars in grants to a number of anti-Muslim groups. In 2012 and 2013, MEF [gave](#) nearly [$2.5 million](#) to the [Gatestone Institute](#). In 2015, MEF provided $100,000 to [Center for Security Policy](#) ([CSP](#)) and $10,000 to the [David Horowitz Freedom Center](#) (DHFC). MEF has also [provided](#) [grants](#) to the [Investigative Project on Terrorism](#) and the [American-Islamic Forum for Democracy](#) ([AIFD](#)).

In [2016](#) and [2018](#), MEF gave $40,000 and $25,000 respectfully to the [Endowment for Middle East Truth](#) (EMET), a "think tank and policy center with an unabashedly pro-America and pro-Israel stance" that provides briefings to Congress. Pipes, along with [Frank Gaffney](#) of CSP, are [members](#) of the organization's advisory board. In the same year, MEF gave another $36,000 to Defending America for Knowledge and Action (DAFKA), an organization headed by Lee Kaplan, an [investigative journalist](#) and contributor to [Front Page Magazine](#), a project of the DHFC.

The MEF has [received](#) [millions](#) of dollars from Donors Capital Fund ($6,768,000), [William Rosenwald Family Fund](#), Middle Road Foundation, and [Abstraction Fund](#). These groups have [also](#) [funded](#) [Investigative Project on Terrorism](#), [Clarion Project](#), the [DHFC](#), [CSP](#), [Jihad Watch](#) and the [AIFD](#).



Primary Menu    🔍 Search

The MEF has a number of projects including *Islamist Watch*, *Campus Watch*, *The Legal Project*, *Shillman/Ginsburg Writing Fellowship Program*, *Jihad Intel*, *Campus Speakers Bureau* and *Washington Project*.

*Islamist Watch* was created to stop "Islamists" in the West "quietly, lawfully, [and] peacefully … [imposing] aspects of Islamic law, win[ning] special privileges for themselves, shut[ting] down criticism of Islam, creat[ing] Muslim-only zones, and depriv[ing] women and non-Muslims of their full civil rights." It seeks to "widen the 'war on terror' from violent extremists to non-violent extremists" and pursues its goals through a number of avenues including "think tank research, textbooks, campus activities, the media, philanthropy, political lobbying, lawsuits, [and] feature movies." An October 2019 piece by Dr. Andreas Krieg stated that "arguments about 'Islamism' have always been rooted in a racism and irrational fear that conceives of the Muslim world as a flat surface to be treated as a threat—this hasn't changed." The article also argued that many western right-wing groups "make a living out of Islamist fear mongering," and specifically noted that MEF has received money from the United Arab Emirates (UAE) to host politically-motivated events.

*Islamist Watch* contains a compilation of "extensive profiles of organizations, activists and clerics belonging [to] various Islamist networks." Among the organizations listed are the Council on American-Islamic Relations (CAIR), the largest Muslim civil liberties organization, the Muslim Public Affairs Council, and the Muslims Student Association. CAIR has disputed such claims, but Islamist Watch continues to accuse it and other organizations of trying to infiltrate the U.S. and impose Islamic law, perpetuating the anti-Muslim trope that Islam is a political ideology that seeks to dominate the West through "stealth jihad," rather than a religion.

*Campus Watch* "reviews and critiques Middle East studies in North America, with an aim to [improve] them" by critiquing the "teaching and scholarship of academic specialists." The project has been criticized by the Middle East Studies Association for its "defamatory attacks on educators and researchers in the field."

In November 2002, *Campus Watch* was involved in a controversy over its "blacklisting project" whereby it "posted 'dossiers' on eight scholars who … criticize US foreign policy and the Israeli occupation." In response, approximately 100 professors asked to have their names added to the list in opposition to the project. The "dossiers" were subsequently dropped from the page. However, *Campus Watch* continues to keep a list of recommended "Professors to Avoid" and a list of the professors who stood against the dossiers in 2002 under the title "Solidarity with Apologists"

The goal of *Jihad Intel* is to educate "law enforcement and the general public with intelligence on radical Islam and Islamic terrorist groups" and to provide "local and state police with tools to connect the dots before major terrorist incidents."

The *Legal Project* seeks to "protect researchers and analysts who work on the topics of terrorism, terrorist funding, and radical Islam from lawsuits designed to silence their exercise of free speech." In 2006, The *Legal Project* defended Steven Emerson in a lawsuit mounted against them by The Islamic Society of Boston, which alleged he and 16 others "waged a media war against the project." The lawsuit was later withdrawn, however. In June 2011, Dutch anti-Islam politician, Geert Wilders was acquitted of inciting hatred against Muslims. Wilders thanked the *Legal Project* for their "help, advice and [assistance]," and the *Legal Project* acknowledged that it "worked on Wilders' behalf and has raised substantial funds for his defense."

In 2018, MEF stated it provided the funding for British anti-Muslim activist's, Tommy Robinson, legal defense through its Legal Project. Additionally, MEF organized two "Free Tommy" rallies, one of which turned violent. The think-tank also covered the travel costs of Rep. Paul Gosar (R-AZ) who spoke at one of the rallies in London.

*Washington Project* attempts to influence "U.S. policy … through intensive in-person contacts in the capital." Its 2017 agenda included narrowing the definition of "Palestinian Refugee," increasing extreme vetting of Muslim immigrants, "defeating radical Islam," teaching law enforcement about Jihad, and improving Countering Violent Extremism (CVE) programs.

In recent years, MEF has expanded its focus when it comes to international campaigns. In September 2020, MEF announced that it had played a "key role" in influencing the Department of Justice's decision to designate AJ+, a US-based subsidiary of *Al Jazeera* media network, to register as a foreign agent under the Foreign Agents Registration Act (FARA). In response, *Al Jazeera* condemned the decision stating it "appears the designation was a precondition of the United Arab Emirates (UAE) to "normalise" diplomatic ties with Israel." MEF stated that the designation was a result of a "multi-year effort by the Middle East Forum to counter Qatar's toxic influence campaign in the U.S. through its media arm," and described the gulf kingdom as a "a malign Islamist influence across the globe."

10/14/21, 1:31 AM
Case 2:19-cv-05697-JS Document 167-8 Filed 12/08/21 Page 72 of 84
Middle East Forum Fact Sheet - bridge.georgetown.edu



(iii) the University of Arizona; (iv) the University of California at Berkeley; and (v) Yale University." A September 2019 piece in the *New York Times* focusing on the government's inquiry into the Duke-UNC Consortium for Middle East Studies described the investigation as "part of a far-reaching investigation into the program by the department, which under Betsy DeVos, the education secretary, has become increasingly aggressive in going after perceived anti-Israel bias in higher education." A September 2019 piece in *Inside Higher Ed* stated that the Middle East Studies Association (MESA) joined with 17 other scholarly associations and wrote a letter expressing "considerable concern and surprise" regarding the department's intervention at UNC/Duke. The letter stated, "Your letter, in tone and content, suggests an intention not only to significantly narrow the scope of Title VI activities, but also to micromanage them."

MEF's research has been used to pursue politically-motivated campaigns targeting Muslim humanitarian organizations and organizations that entered into partnerships with them. In May 2020, Sam Westrop, Director of MEF's *Islamist Watch*, claimed that InterAction, the largest alliance of international NGOs and partners in the United States whose members include the American Red Cross, Islamic Relief USA, Oxfam America, and Save the Children, "works to lobby Congress on behalf of dangerous, bigoted Islamist charities tied to extremism and terror." In 2017, InterAction launched the Together Project, to "confront discrimination or targeted prejudicial regulations in the U.S. due to their operating principles or religious faith." Westrop alledged that the project was really "a coalition of extremist-linked Islamist charities that work together under an InterAction banner," with the "implicit goal...to stifle criticism of Islamist charitable fronts and undermine terrorism-finance laws."

MEF has led numerous campaigns targeting Islamic Relief Worldwide, an international aid agency that provides humanitarian relief and development programmes in over 40 countries, repeatedly accusing the humanitarian relief agency of being tied to and/or supporting terrorism. The Charity & Security Network has noted that Islamic Relief has "been audited more than 500 times, none of which found any evidence to support these allegations" made by MEF as well as a number of other anti-Muslim organizations. A 2018 article in *Civil Society News* involved an interview with then-chief executive of IRW, Naser Haghamed, who stated the audits took place in the last 10 years. In regards to the accusations of ties to terrorism, Haghamed stated, "we abhor terrorism and categorically deny any links with any terrorist organisation or individuals. We have lost staff to acts of terror and violence in many parts of the world – this has made us more determined to ensure that aid reaches its intended recipients and doesn't fall into the wrong hands."

In recent years, MEF has also produced commentary and been actively involved in the growing anti-Muslim movement email in India. In the September 2020 email from MEF to its supporters, Roman stated the organization had provided research for a case in India's Supreme Court. The case in question regards a t.v. show by *Sudarshan News* titled "UPSC Jihad," a t.v. program claiming to reveal how Muslims are "infiltrating government service." A September 2020 piece in *Newslaundry*, noted that many of the claims in the show "have been borrowed from an article that appeared in *Firstpost* in late August," authored by Sam Westrop of MEF. In the August 2020 article, Westrop claims "radical Islamism makes use of international networks of support, and relies on infrastructure closely intertwined with civil society," and that today "western Islamist charities, funded by western governments and linked to international Islamist movements...operate throughout India."

In February 2021, the Indian American Muslim Council (IAMC) issued a statement responding to the "ludicrous attacks" from MEF and its "Hindu American nationalist allies." The statement said "Hindu nationalist front organizations in the US have entered into a collaboration with MEF, in order to blunt the impact of IAMC and other organizations advocating for the defense of human rights and religious freedom in India." The statement was in response to an article published in the *Sunday Guardian Live* by Benjamin Baird, who works for MEF's *Islamist Watch* project, in which he claimed that IAMC had "forged allegiances with Islamists, including extremists with ties to murderous terrorist groups." An earlier piece in December 2020 by Westrop published in *Newsweek* also accused IAMC of being an "Islamist group" with ties to "terrorist organization in India."

In a December 2017 email to the organization's listserv, Pipes discussed "Extreme Vetting of Muslim Immigrants," and announced that the MEF had "produced a detailed plan to identify and weed out Islamist immigrants, differentiating them from moderate Muslims." Additionally, he stated that MEF had met with "eight senior Trump administration officials and the House and Senate committees on Homeland Security to discuss implementation of the plan," and that "a congressional bill is in the works." A June 2017 piece in the *Guardian* noted that legal experts warned that "extreme vetting" measures were giving rise to "discriminatory conduct by government officials, unlawful searches at border checkpoints and other constitutional violations."



simply no evidence to support the allegation of terrorism" and stated that "the sum awarded should be such as to leave interested onlookers in no doubt as to the baselessness of the Defendants' charge against him." A 2017 piece in *Middle East Eye* noted that over the last few years Stand for Peace had "launched a stream of scathing attacks against Muslims…many of them well-known Islamic charities and other prominent figures.

In October 2019, Patricia McNulty, the former acting director of development/program director at the MEF filed a complaint against the MEF, Pipes, Roman, and Matthew Bennett, citing "discrimination, harassment, retaliation, and the hostile work environment" which ultimately led to her "unlawful termination." A November 2019 piece in the *Pennsylvania Record* notes that McNulty "claims she was paid more than $34,000 less per year than her male counterpart with the same job in addition to being subjected to sexual assault and harassment by her male supervisor." The lawsuit stated that Roman sexually assaulted McNulty, and that throughout her employment McNulty would have to contend with Roman's "inappropriate sexually suggestive conduct and comments."

There have been a number of other lawsuits alleging employment discrimination against the MEF, Pipes, Roman, and Bennett, including one filed by Lisa Barbounis, who was listed as a witness in McNulty's lawsuit. The lawsuit stated that Barbounis, who held the title of Executive Liaison at MEF, was subjected to a "campaign of sexual harassment and abuse" by Roman. It also stated that "because of the severe discrimination and harassment" to which he subjected Barbounis to, Roman "was forced to discontinue visiting MEF headquarters" in Philadelphia.

Updated March 4, 2021

# Related



FACTSHEET



FACTSHEET

FA

14 Aug 2018

## FACTSHEET: DANIEL PIPES

Daniel Pipes is an academic and founder of the right-wing think-tank, Middle East Forum. Pipes supports racial profiling and the surveillance of Muslim communities and believes Muslims in the United States seek to infiltrate and overthrow the country. He has spent decades promoting anti-Muslim tropes and has financed numerous activists and organizations that spread misinformation about Muslims and Islam.

read the complete article ➡

07 May 2021

## FACTSHEET: TOMMY ROBINSON

Tommy Robinson is a British anti-Muslim and anti-immigration activist. A co-founder of the racist English Defense League, Robinson believes Islam is a "disease" and Muslims are invading Europe. He has been connected to trans-national anti-Muslim activists and organizations, including PEGIDA. Robinson has had numerous criminal convictions and is currently serving time in jail.

read the complete article ➡

24 Aug 2018

## FACTSHEET: GEERT WILDERS

A prominent politician in the Netherla Geert Wilders has decried what he ca "Islamization" of the Netherlands and advocates a ban on the Qur'an. He b Islam is a problem and promotes anti-Muslim tropes, namely that Islam is n religion; it is a totalitarian and violent ideology. His alarmist, discriminatory, racist rhetoric paints all Muslims as vi individuals who seek to dominate Eur

read the complete article ➡

⬅ Back to Factsheets



A GEORGETOWN UNIVERSITY INITIATIVE

Primary Menu    🔍 Search

## Bridge Newsletter

Sign up for email updates

Enter Email    |    Signup

bridge@georgetown.edu

  

## About Us

What Is Islamophobia?
Meet the Team

## Research

Factsheets
Reports
Articles
Editorials
Infographics
Video

## Projects

Today in Islamophobia
Islamophobia Resource Center
My Bridge Story

## Newsroom

In the News
For the Press
Contact Us
Privacy



Copyright © 2018 Georgetown University. All Rights Reserved.



Google

Thadeus Taube - Taube Philanthropies and middle ea:

All News Images Shopping Maps More Tools

About 380,000 results (0.68 seconds)

Showing results for ***Thaddeus*** Taube - Taube Philanthropies and middle east forum
Search instead for Thadeus Taube - Taube Philanthropies and middle east forum

https://www.taubephilanthropies.org › files › pdf PDF

## Taube Philanthropies - FoundaTion RePoRT

These questions are central to the **Taube**/Koret Initiative on ... "Tad **Taube's** philanthropy is strengthening democracy in Poland." ... **Middle East Forum**.

https://www.taubephilanthropies.org › files › pdf PDF

## A PEOPLEHOOD PROGRAM - Taube Philanthropies

Now, finally, the legacy of **East** European. Jewry can be explored in the very place where this history unfolded. When completed, this stunning, state-of-the-art ...

https://issuu.com › taubephilanthropies › docs › taube_...

## Taube Philanthropies Foundation Report 2016-2018 - Issuu

Mar 28, 2018 — "Collaborative philanthropy is the future of enlightened foundation engagement," says Tad **Taube**. We wish to thank our philanthropic partners ...

https://powerbase.info › index.php › Middle_East_Forum

## Middle East Forum - Powerbase

The **Middle East Forum** (MEF) is a right-wing Zionist think-tank based in Philadelphia ... Various other payees: **Taube** Foundation For Jewish Life And Culture, ...
Missing: ~~Thaddeus~~ | Must include: Thaddeus
You've visited this page 4 times. Last visit: 10/13/21

https://www.insidephilanthropy.com › home › polish-c...

## Polish Connection: How UC Berkeley Landed a Big Arts Collection ...

Giving Pledge signatory **Tad Taube** is profiled on our Jewish Funders guide, and runs a robust **philanthropic** operation that supports Jewish causes in the ...

https://www.calameo.com › books

## Gazeta Fall Winter 2019 - Calaméo

Message from Chairman and Executive Director, Tad **Taube** and **Taube** Foundation for Jewish Life & Culture Shana Penn The feature stories in this issue of ...

https://www.clevelandjewishnews.com › national_news

## UC Berkeley got its biggest art grant ever to buy this Jewish artist's ...

The $10.1 million gift from the **Taube Philanthropies** will be used to ... and traveled to the **Middle East** and North Africa before settling in New York in ...

https://www.ict.org.il › ictFiles › ICT_2009_Sche... PDF

## September 7-10, 2009 - International Institute For Counter ...

Dr. Sergey Kurginyan, President, International Public Foundation ... Dr. Daniel Pipes, Director, The **Middle East Forum**; **Taube** Distinguished Visiting.

http://rynecki.org › images › Gazeta_Fall2015-2 PDF

## Gazeta - Moshe Rynecki

10/14/21, 2:17 AM

Case 2:19-cv-05697-JS Document 167-8 Filed 12/08/21 Page 76 of 84
Thadeus Taube + Taube Philanthropies and middle east forum - Google Search

GAZETA FALL 2015 n 1. Chairman and Executive Director of the **Taube** Foundation for. Jewish Life & Culture. Message from. Tad **Taube** and. Shana Penn.

55 pages

https://www.bizjournals.com › news › 2016/09/19 › uc-... ⋮

### UC Theatre goes through makeover as music venue, named ...

Sep 19, 2016 — **Taube** is chairman of **Taube Philanthropies**, board president emeritus ... will be used for films, comedy shows, and as a **forum** for speakers.

1   2   3   4   5   6   7   8   9   10        Next

**19146, Philadelphia, PA** - From your Internet address - Use precise location - Learn more

Help      Send feedback      Privacy      Terms

# David Horowitz Freedom Center

The David Horowitz Freedom Center was founded in 1988 as the Center for the Study of Popular Culture (CSPC). The Center adopted its current name in 2006.[1]

David Horowitz is its chief executive and Robert Spencer of Jihad Watch is listed as a member of staff.



Logo circa 2015

## Contents

**Support to anti-Islam politicians in Europe**
    Geert Wilders
**Funding**
    2015
    2014
    2013
    2012
    2011
    2010
    2009
    2008
    2007
    Funding counterjihad activists
        2010-2013
        2013
        2014
**Staff**
**Board**
**Affiliations**
**Articles**
    Center announcements
**Contact information**
**External resources**
**Notes**

# Support to anti-Islam politicians in Europe

## Geert Wilders

In 2012 it emerged that both David Horowitz (and Daniel Pipes via the Middle East Forum's Legal Project) had both given money to Dutch anti-Islam politician Geert Wilders.[2] While declining to specify amounts, according to Reuters, Horowitz said he had paid Wilders "a good fee" for making two speeches, one in Los Angeles and one at Temple University

in Philadelphia. He also paid "a special security fee of about $1,500 to the Philadelphia police department" for security costs during student protests generated by the event and for overnight accommodation for four or five Dutch government bodyguards accompanying Wilders on a 2009 US trip.[2]

During Wilders' visit to Los Angeles, the David Horowitz Freedom Center organized an event at which Danish cartoons lampooning the Prophet Mohammed were auctioned but Horowitz claimed he did not remember how much money this event raised or what happened to the proceeds. Reuters reported that while former officials from Wilders' Freedom Party (known as PVV) - which is not publically funded and therefore is able to operate less transparently than other Dutch parties - have said it relies almost entirely on foreign donations, both Horowitz and Pipes deny funding political activities in the Netherlands. The non-profit, tax exempt organisations they run are, under U.S. tax laws, forbidden from giving direct financial backing to any political candidate or party but may sponsor policy debates.[2]

In September 2015 however a Dutch interior ministry disclosure revealed that Wilders' PVV party had received €18,110 ($20,000) from the centre on 28 March 2014. This was the result of a new law requiring parties to publish grants above 4500 euros. [3]The PVV had previously resisted such disclosure.

# Funding

Top donors calculated by IRS filings up to 2013 included:

- The Lynde and Harry Bradley Foundation (98 grants) - $8,213,000
- Sarah Scaife Foundation (24 grants) - $6,000,000
- John M. Olin Foundation (17 grants) - $2,285,000
- Allegheny Foundation (12 grants) $1,500,000
- Scaife Family Foundation (12 grants) - $1,225,000
- Fairbrook Foundation (55 grants) - $789,500
- The Carthage Foundation (5 grants) - $625,000
- The Randolph Foundation (7 grants) - $497,500
- Castle Rock Foundation (8 grants) - $385,000
- Jaquelin Hume Foundation 2 grants - $150,000
- Claws Foundation (1 grant) - $150,000
- Hickory Foundation (15 grants) - $148,000
- The Vernon K. Krieble Foundation (5 grants) - $125,000
- Donors Capital Fund (5 grants) - $116,000
- Deramus Foundation (2 grants) - $70,000

[4]

## 2015

- Edgerly Foundation gave $2,100 [5]
- Hickory Foundation

## 2014

- Bochnowski Family Foundation gave $15,000 [6]
- Donors Trust: gave $151,000
- National Christian Charitable Foundation gave $5,550 [7]
- Middle East Forum gave $10,000 [8]
- Milstein Family Foundation gave $5,000 [9]

- The Snider Foundation gave $100,000 [10]
- MZ Foundation gave $140,100 [11]
- The Abstraction Fund gave $55,000. [12]
- Claws Foundation: $100,000 [13]
- Deramus Foundation: gave $50,000. [14]
- Edgerly Foundation gave $1,000 [15]
- Hickory Foundation: gave $25,000 [16]
- Jewish Communal Fund gave $12,400 [17]
- Joyce and Donald Rumsfeld Foundation gave $1,000[18]
- Lynde and Harry Bradley Foundation gave $350,000 [19]
- Sarah Scaife Foundation gave $200,000 [20]
- Allegheny Foundation gave $100,000 [21]

## 2013

- Allegheny Foundation gave $100,000 [22]
- Bochnowski Family Foundation gave $10,000 [6]
- Sarah Scaife Foundation gave $300,000 [23]
- Randolph Foundation: gave $10,000 [24]
- Claws Foundation gave $150,000 [6]
- Milstein Family Foundation gave $5,000 [25]
- The Snider Foundation gave $100,000 [26]
- Vanguard Charitable Endowment Fund gave $186,000 [27]
- Donors Trust gave $61,000 [28]
- MZ Foundation gave $101,000 [29]
- Edgerly Foundation gave $1,000 [30]
- Emerson Family Foundation gave $35,000 [31]
- Hochberg Family Foundation: gave $1,500 [32]
- Jewish Communal Fund gave $15,200 [33]
- Joyce and Donald Rumsfeld Foundation gave $1,000[34]
- Lynde and Harry Bradley Foundation gave $225,000 [35]
- Donors Capital Fund gave $300,000. [36]

The centre has also received funds from the Middle East Forum.

## 2012

- Allegheny Foundation gave grant of USD $150,000 - 2012[37]
- Bochnowski Family Foundation gave a grant of USD $10,000 in 2012[37]
- Claws Foundation gave USD $150,000 - 2012 [37]
- Donors Capital Fund gave $100,000 in 2012 [6]
- Joyce and Donald Rumsfeld Foundation - gave $1,000[38]
- Sarah Scaife Foundation gave $225,000 [37]
- Lynde and Harry Bradley Foundation The Center in 2012 was one of this conservative foundation's top 25 beneficiaries to which it gave US $265,000. [39]
- Milstein Family Foundation gave $5,000 [40]
- The Snider Foundation gave $100,000 [41]

- Vanguard Charitable Endowment Fund gave $111,500 [42]
- National Christian Charitable Foundation gave $13,000 [43]
- MZ Foundation gave $125,000 [44]
- Abstraction Fund gave $22,750 [45]
- Edgerly Foundation gave $1,000 [46]
- Emerson Family Foundation gave $5,000 [47]
- Hickory Foundation: gave $12,000 [48]
- Hochberg Family Foundation gave $1,500 [49]
- Jewish Communal Fund gave $10,250 [50]
- Lynde and Harry Bradley Foundation gave $265,000 [51]

## 2011

- The Snider Foundation gave $100,000 [52]
- Edgerly Foundation gave $1,000 [53]
- Hickory Foundation: gave $12,000 [54]
- Joyce and Donald Rumsfeld Foundation gave $1,000 [55]
- Lynde and Harry Bradley Foundation gave $280,000 [56]
- Sarah Scaife Foundation gave $275,000 [57]
- Abstraction Fund gave $10,000 [58]

## 2010

- The Fairbrook Foundation gave $171,000. [59]
- The Newton and Rochelle Becker Charitable Trust gave $1,000 [60]
- Hickory Foundation: gave $12,000 [61]

## 2009

- The Fairbrook Foundation gave $171,750. [62]
- The Newton and Rochelle Becker Charitable Trust gave $11,000 [60]
- The Arthur N. Rupe Foundation gave $5,000 [63]
- Hickory Foundation: gave $12,000 [64]

## 2008

- The Fairbrook Foundation gave $14,250 [65]

## 2007

- The Newton and Rochelle Becker Charitable Trust gave $1,000 [60]

## Funding counterjihad activists

**2010-2013**

*Politico* reported in September 2010 that the Center was funding Robert Spencer's Jihad Watch website:

> Though it was not listed on the public tax reports filed by Horowitz's Freedom Center, POLITICO has confirmed that the lion's share of the $920,000 it provided over the past three years to Jihad Watch came from [Joyce] Chernick, whose husband, Aubrey Chernick, has a net worth of $750 million, as a result of his 2004 sale to IBM of a software company he created, and a security consulting firm he now owns.[66]

The US Conservative Transparency database shows that the Horowitz Freedom Center made three donations between 2010 and 2012 to counterjihad writer and activist Robert Spencer's *Jihad Watch*:

- $45,500 in 2012
- $95,000 in 2011
- $30,000 in 2010 [67]

**2013**

Overseas, the DHFC gave $581,058 to the Middle East and North Africa region; the purpose cited was 'Education on Middle Eastern conflicts and coverage of events in the region'. [68]

**2014**

In 2014 the DHFC granted US $10,000 to Freedom X, an organisation that claims to 'protect conservative values and religious freedom of expression', explicitly declaring to be fight against 'islamic indoctrination'. [69]

Overseas, the DHFC gave $249,125 to the Middle East and North Africa region; the purpose cited was 'Education on Middle Eastern conflicts and coverage of events in the region'.

# Staff

- Founder / CEO - David Horowitz
- President / COO - Michael Finch
- VP of Publications - Peter Collier
- Director of Jihad Watch - Robert Spencer
- Managing Editor FrontPage Magazine - Jamie Glazov
- Associate Editor FrontPage Magazine - Nichole Hungerford
- Editor, The Point _ Daniel Greenfield
- Managing Editor DiscoverTheNetworks - John Perazzo
- Editor-in-Chief, TruthRevolt - Ben Shapiro, Shillman Senior Fellow. 'TruthRevolt is our newest program... Its goal is to unmask leftists in the media for who they are, destroy their credibility with the American Public, and devastate their funding bases.'
- Director, Israel Security Project - Caroline Glick
- Director of Development - Jay Ornellas
- National Campus Director - Sara Dogan
- Director of Marketing and Campus Campaigns - Jeff Wienir
- Office Manager - Sharon Schuster
- Executive Assistant - Elizabeth Ruiz
- Website/IT Manager - Daniel Ashton
- Development Associate - Stephanie Knudson

# Board

- Robert Shillman - funder of the Shilliman journalism fellowships

# Affiliations

- The Individual Rights Center/ Foundation is the legal arm of the David Horowitz Freedom Center.[70]

# Articles

## Center announcements

- "A New Birth of Freedom (http://frontpagemag.com/Articles/ReadArticle.asp?ID=23257)", *FrontPage Magazine.com*, July 7, 2006.

# Contact information

David Horowitz Freedom Center

P.O. Box 361269

Los Angeles, CA 90036-9828

Phone: (818) 849-3470

E-mail: info AT horowitzfreedomcenter.org

Web: http://www.horowitzfreedomcenter.org

# External resources

- Sourcewatch David Horowitz Freedom Center (http://www.sourcewatch.org/index.php?title=David_Horowitz_Freedom_Center)

# Notes

1. About the Center (http://www.horowitzfreedomcenter.org/about/), David Horowitz Freedom Center, accessed 21 September 2010.
2. Anthony Deutsch and Mark Hosenball, Exclusive: U.S. groups helped fund Dutch anti-Islam politician Wilders (http://www.reuters.com/article/2012/09/10/us-dutch-wilders-us-idUSBRE8890A720120910), Reuters, 10 September 2012
3. PVV disclosure to the Dutch interior minister dated 28 May 2015
4. Top Supporters of David Horowitz Freedom Center (http://conservativetransparency.org/top/?recipient=933&yr=&yr1=&yr2=&submit=), accessed 10 June 2015
5. Edgerly Foundation, Form 990, 2015.
6. David Horowitz Freedom Center (http://conservativetransparency.org/recipient/david-horowitz-freedom-center/), Conservative Transparency Database, accessed 10 June 2015
7. David Horowitz Freedom Center Top Contributors 2014 (http://conservativetransparency.org/top/adv/?recipient%5B%5D=29139&yr=2014&yr1=&yr2=&submit=), *Conservative Transparency*, Accessed 20 October 2016.
8. Middle East Forum, 990 Form, 2014.
9. Milstein Family Foundation, Form 990, 2014
10. Snider Foundation, Form 990, 2014.
11. MZ Foundation, 990 Form, 2014.
12. Form 990 2014 (http://990finder.foundationcenter.org/990results.aspx?990_type=&fn=Abstraction+Fund&st=&zp=&ei=&fy=&action=Find), *Foundation Center*, accessed 30 September 2016

13. Form 990 Year ending December 2014 (https://fdo.foundationcenter.org/grantmaker-profile?collection=grantmakers&key=CLAW004), *Foundation Center*, accessed 18 January 2016

14. Form 990 2014 (http://990finder.foundationcenter.org/990results.aspx?990_type=&fn=Deramus+Foundation&st=&zp=&ei=&fy=&action=Find), *Foundation Center*, accessed 25 January 2016

15. Edgerly Foundation, Form 990, 2014.

16. Hickory Foundation, 990 Form, 2014

17. Jewish Communal Fund, 990 Form, 2014. accessed 26 October 2016.

18. Form 990 2014 (http://990finder.foundationcenter.org/990results.aspx?990_type=&fn=Joyce+and+Donald+Rumsfeld+Foundation&st=&zp=&ei=&fy=&action=Find), *Foundation Center*, accessed 18 January 2016

19. Lynde and Harry Bradley Foundation, Form 990, 2014.

20. Form 990 2014 (http://990finder.foundationcenter.org/990results.aspx?990_type=&fn=Scaife+Foundation&st=&zp=&ei=&fy=&action=Find), *Foundation Center*, accessed 19 January 2016

21. Allegheny Foundation, 990 Form, 2013

22. Allegheny Foundation, 990 Form, 2013

23. Form 990 2013 (http://990finder.foundationcenter.org/990results.aspx?990_type=&fn=Scaife+Foundation&st=&zp=&ei=&fy=&action=Find), *Foundation Center*, accessed 19 January 2016

24. Form 990 2013 (https://fdo.foundationcenter.org/grantmaker-profile?collection=grantmakers&key=RAND324&state=%22New%20York%22&from_search=1&page=10), *Foundation Center*, accessed 20 January 2016

25. Milstein Family Foundation, Form 990, 2013

26. Snider Foundation, Form 990, 2013.

27. Vanguard Charitable Endowment Fund, Form 990, 2013.

28. Donors Trust donations (http://conservativetransparency.org/basic-search/?q=Donors+Trust&sf%5B%5D=donor&sf%5B%5D=finances), *Conservative Transparency*, accessed 21 October 2015

29. MZ Foundation, 990 Form, 2013.

30. Edgerly Foundation, Form 990, 2013.

31. Emerson Family Foundation, Form 990, 2013.

32. Form 990 2014 (http://990finder.foundationcenter.org/990results.aspx?990_type=&fn=Hochberg+Family+Foundation+&st=&zp=&ei=&fy=&action=Find), *Foundation Center*, accessed 22 January 2016

33. Jewish Communal Fund, 990 Form, 2013. accessed 26 October 2016.

34. Form 990 2013 (http://990finder.foundationcenter.org/990results.aspx?990_type=&fn=Joyce+and+Donald+Rumsfeld+Foundation&st=&zp=&ei=&fy=&action=Find), *Foundation Center*, accessed 18 January 2016

35. [Lynde and Harry Bradley Foundation, Form 990, 2013.

36. Donors Capital Fund, 990 Form, 2013.

37. David Horowitz Freedom Center (http://conservativetransparency.org/recipient/david-horowitz-freedom-center/), Conservative Transparency database, accessed 2 March 2015

38. David Horowitz Freedom Center (http://conservativetransparency.org/donor/joyce-and-donald-rumsfeld-foundation/), Conservative Transparency database, accessed 3 March 2015

39. Lynde and Harry Bradley Foundation (http://conservativetransparency.org/top/?donor=1937&yr=2012&yr1=&yr2=), Conservative Transparency database, search date 4 May 2015

40. Milstein Family Foundation, Form 990, 2012

41. Snider Foundation, Form 990, 2012.

42. Vanguard Charitable Endowment Fund, Form 990, 2013.

43. Top recipients 2012 (http://conservativetransparency.org/top/adv/2/?donor%5B0%5D=32073&donor%5B1%5D=7381&yr=2012&yr1&yr2&submit), *Conservative Transparency*, accessed 20 october 2016.

44. MZ Foundation, 990 Form, 2012.

45. Form 990 2012 (http://990finder.foundationcenter.org/990results.aspx?990_type=&fn=Abstraction+Fund&st=&zp=&ei=&fy=&action=Find), *Foundation Center*, accessed 30 September 2016

46. Edgerly Foundation, Form 990, 2012.

47. Emerson Family Foundation, Form 990, 2012.

48. Hickory Foundation, 990 Form, 2012

49. IRS Form 990PF for calendar year 2013

50. Jewish Communal Fund, 990 Form, 2014. accessed 26 October 2016.

51. [Lynde and Harry Bradley Foundation, Form 990, 2012.

52. Snider Foundation, Form 990, 2011.

53. Edgerly Foundation, Form 990, 2011.

54. Hickory Foundation, 990 Form, 2011

55. David Horowitz Freedom Center (http://conservativetransparency.org/donor/joyce-and-donald-rumsfeld-foundation/), Conservative Transparency database, accessed 3 March 2015

56. Lynde and Harry Bradley Foundation, Form 990, 2011.

57. Sarah Scaife Foundation , 990 Form, 2011

58. Form 990 2011 (http://990finder.foundationcenter.org/990results.aspx?990_type=&fn=Abstraction+Fund&st=&zp=&ei =&fy=&action=Find), Foundation Center, accessed 30 September 2016

59. Fairbrook Foundation; 2010 transactions (http://conservativetransparency.org/org/fairbrook-foundation/?yr=2010&og_ tot=528&order_by=contribution+ASC), Conservative Transparency, accessed 18 October 2016.

60. Newton and Rochelle Becker Charitable Trust Donations (http://conservativetransparency.org/donor/newton-and-roch elle-becker-charitable-trust/), Conservative Transparency, accessed 20 October 2016.

61. Hickory Foundation, 990 Form, 2010

62. Fairbrook Foundation; 2009 transactions (http://conservativetransparency.org/org/fairbrook-foundation/?yr=2010&og_ tot=528&order_by=contribution+ASC), Conservative Transparency, accessed 18 October 2016.

63. Arthur N. Rupe Foundation, Form 990, 2009.

64. Hickory Foundation, 990 Form, 2009

65. Fairbrook Foundation; 2008 transactions (http://conservativetransparency.org/org/fairbrook-foundation/?yr=2010&og_ tot=528&order_by=contribution+ASC), Conservative Transparency, accessed 18 October 2016.

66. Kenneth P. Vogel and Giovanni Russonello, Latest mosque issue: The money trail (http://dyn.politico.com/printstory.cf m?uuid=D979BED4-18FE-70B2-A8314DD53412ADF8), Politico, 4 September 2010.

67. David Horowitz Freedom Center (http://conservativetransparency.org/donor/david-horowitz-freedom-center/), Grants, Conservative Transparency database, accessed 3 March 2015

68. David Horowitz Freedom Center , 990 Form, 2013.

69. Freedom X (http://freedomxlaw.com), website accessed November 2015, and 13 October 2016

70. Kiersten Marek, Meet the Funders Gunning to Kill Obamacare (http://www.insidephilanthropy.com/home/2015/2/9/me et-the-funders-gunning-to-kill-obamacare.html), Inside Philanthropy, 9 February 2015, accessed 27 April 2015

Retrieved from "https://powerbase.info/index.php?title=David_Horowitz_Freedom_Center&oldid=245653"

**This page was last edited on 17 March 2017, at 04:47.**

Content is available under Creative Commons Attribution-ShareAlike 3.0 Unported License unless otherwise noted.