# Exhibit 8

**PROPUBLICA**

f  𝕏  ✉  SIGN UP                    Donate

## Nonprofit Explorer
Research Tax-Exempt Organizations

---

# KORET FOUNDATION

SAN FRANCISCO, CA 94111-1913 | TAX-EXEMPT SINCE JAN. 1966

**EIN**: 94-1624987

**Classification (**NTEE**)**
Unknown / Unclassified

**Nonprofit Tax Code Designation: 501(c)(3)**
Defined as: Organizations for any of the following purposes: religious, educational, charitable, scientific, literary, testing for public safety, fostering national or international amateur sports competition (as long as it doesn't provide athletic facilities or equipment), or the prevention of cruelty to children or animals.

**Donations to this organization are tax deductible.**

**More Resources:** ⬉ GuideStar

**Get notifications:** Sign up for updates about our data.

---

## Tax Filings by Year

The IRS Form 990 is an annual information return that most organizations claiming federal tax-exempt status must file yearly. Read the IRS instructions for 990 forms.

If this organization has filed an amended return, it may not be reflected in the data below. Duplicated download links may be due to resubmissions or amendments to an organization's original return.

If you would like to download Form 990 document PDFs in bulk, the Internet Archive operates a mirror of the original bulk data.

---

| FISCAL YEAR ENDING DEC. **2019** | **Total Revenue** | **$62,486,328** | |
|---|---|---|---|
| | **Total Expenses** | **$96,896,905** | |
| PDF | **Notable sources of revenue** | | **Percent of total revenue** |
| | Contributions received | $0 | |
| 990-PF | Interest revenue | $155,446 | 0.2% |
| | Dividends | $5,061,281 | 8.1% |
| 990-T | Sales of assets | $34,266,225 | 54.8% |
| | Other income | $5,565 | 0.0% |
| Full Text | | | |
| | **Notable expenses** | | **Percent of total expenses*** |
| 990PF (FILED ON JUNE 9, 2021) | Charitable disbursements | $49,544,482 | 51.1% |
| | Compensation of officers* | $838,606 | 0.9% |

| | | |
|---|---|---|
| Full Filing | **Total Revenue** | **$62,486,328** |
| Schedules ▾ | **Total Expenses** | **$96,896,905** |
| Raw XML | **Other** | |
| 990PF | Total Assets | $564,934,113 |
| | Total Liabilities | $189,141,532 |

\* Officer compensation may be included in charitable disbursements, so values may add up to greater than 100%.

| Key Employees and Officers | Compensation |
|---|---|
| JEFFREY FARBER *(CHIEF EXECUTIVE OFFICER)* | $465,088 |
| MARLENA WONG *(CHIEF FINANCIAL OFFICER)* | $225,108 |
| DANIELLE FOREMAN *(DIRECTOR OF PROGRAMS)* | $214,533 |

+ Show more

## Help Keep Nonprofit Explorer Free!

If you have used our data or site in your research or reporting, add credit and a link to Nonprofit Explorer in your story or publication and let us know.

---

**FISCAL YEAR ENDING DEC.**

# 2018

PDF

990-PF

990-T

### Form 990 documents available

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

---

**FISCAL YEAR ENDING DEC.**

# 2017

PDF

990-PF

### Form 990 documents available

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

---

**FISCAL YEAR ENDING DEC.**

**Total Revenue**      **$31,001,474**

## 2015

Total Revenue    $31,001,474

PDF

990-PF

990-T

990-T

990-T

**Total Expenses**    $52,162,490

**Notable sources of revenue**          **Percent of total revenue**
Contributions received          $0
Interest revenue          $5,879     0.0%
Dividends          $5,890,553     19.0%
Sales of assets          $4,840,547     15.6%
Other income          $41,862     0.1%

**Notable expenses**          **Percent of total expenses\***
Charitable disbursements     $35,736,365          68.5%
Compensation of officers\*     $931,784     1.8%

**Other**
Total Assets          $304,567,740
Total Liabilities          $118,471,013

\* Officer compensation may be included in charitable disbursements, so values may add up to greater than 100%.

---

FISCAL YEAR ENDING DEC.

## 2014

PDF

990-PF

# Total Revenue    $226,900,296

**Total Expenses**    $54,661,383

**Notable sources of revenue**          **Percent of total revenue**
Contributions received          $263,739     0.1%
Interest revenue          $8,628     0.0%
Dividends          $5,407,060     2.4%
Sales of assets          $195,197,960          86.0%
Other income          $107,359     0.0%

**Notable expenses**          **Percent of total expenses\***
Charitable disbursements     $38,056,574          69.6%
Compensation of officers\*     $1,030,783     1.9%

**Other**
Total Assets          $321,197,200
Total Liabilities          $113,939,457

\* Officer compensation may be included in charitable disbursements, so values may add up to greater than 100%.

---

FISCAL YEAR ENDING DEC.

## 2013

PDF

990-PF

# Total Revenue    $38,592,603

**Total Expenses**    $47,210,194

**Notable sources of revenue**          **Percent of total revenue**
Contributions received          $316,477     0.8%
Interest revenue          $1,920     0.0%
Dividends          $3,903,308     10.1%

## Total Revenue          $38,592,603

**Total Expenses**          <span style="color:red">**$47,210,194**</span>
Sales of assets          $3,858,099 | 10.0%
Other income          $185,988 | 0.5%

| **Notable expenses** | | **Percent of total expenses*** |
| Charitable disbursements | $19,632,170 | 41.6% |
| Compensation of officers* | $855,468 | 1.8% |

**Other**
Total Assets          $167,092,312
Total Liabilities          <span style="color:red">$132,073,482</span>

* Officer compensation may be included in charitable disbursements, so values may add up to greater than 100%.

---

FISCAL YEAR
ENDING DEC.

# 2012

PDF

990-PF

## Total Revenue          $34,662,535

**Total Expenses**          <span style="color:red">**$45,117,537**</span>

| **Notable sources of revenue** | | **Percent of total revenue** |
| Contributions received | $2,550 | 0.0% |
| Interest revenue | $1,730 | 0.0% |
| Dividends | $3,799,365 | 11.0% |
| Sales of assets | $3,006,875 | 8.7% |
| Other income | $126,830 | 0.4% |

| **Notable expenses** | | **Percent of total expenses*** |
| Charitable disbursements | $26,110,198 | 57.9% |
| Compensation of officers* | $767,468 | 1.7% |

**Other**
Total Assets          $164,917,431
Total Liabilities          <span style="color:red">$121,281,010</span>

* Officer compensation may be included in charitable disbursements, so values may add up to greater than 100%.

---

FISCAL YEAR
ENDING DEC.

# 2011

PDF

990-PF

## Total Revenue          $36,078,782

**Total Expenses**          <span style="color:red">**$33,052,082**</span>

| **Notable sources of revenue** | | **Percent of total revenue** |
| Contributions received | $106,629 | 0.3% |
| Interest revenue | $7,262 | 0.0% |
| Dividends | $4,247,273 | 11.8% |
| Sales of assets | $5,788,494 | 16.0% |
| Other income | $109,560 | 0.3% |

| **Notable expenses** | | **Percent of total expenses*** |
| Charitable disbursements | $23,232,659 | 70.3% |

## Total Revenue          **$36,078,782**

**Total Expenses**                    <span style="color:red">**$33,052,082**</span>
Compensation of officers*        $807,952  |  2.4%

**Other**
<u>Total Assets</u>                        $172,901,288
<u>Total Liabilities</u>                    <span style="color:red">$118,809,865</span>

* Officer compensation may be included in charitable disbursements, so values may add up to greater than 100%.

---

FISCAL YEAR
ENDING DEC.
# 2010

PDF

**990-PF**

**Form 990 documents available**

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

---

FISCAL YEAR
ENDING DEC.
# 2009

PDF

**990-PF**

**Form 990 documents available**

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

---

FISCAL YEAR
ENDING DEC.
# 2008

PDF

**990-PF**

**Form 990 documents available**

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

---

FISCAL YEAR
ENDING DEC.
# 2007

**Form 990 documents available**

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

PDF

990-PF

---

FISCAL YEAR
ENDING DEC.

## 2006

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

PDF

990-PF

---

FISCAL YEAR
ENDING DEC.

## 2005

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

PDF

990-PF

990-PF

---

FISCAL YEAR
ENDING DEC.

## 2004

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

PDF

990-PF

990-PF

---

FISCAL YEAR
ENDING DEC.

## 2003

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

PDF

990-PF

FISCAL YEAR
ENDING DEC.

# 2002

PDF

990-PF

### Form 990 documents available

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

---

FISCAL YEAR
ENDING DEC.

# 2001

PDF

990-PF

### Form 990 documents available

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

---

## Search for a Nonprofit

Enter a nonprofit's name, a keyword, or city

Examples: ProPublica, Research or Minneapolis

| Any State ⌄ |
| Any Category ⌄ |
| Any Type ⌄ |

**SEARCH**

Advanced Search | People Search

---

## Get Email Updates

Sign up to get ProPublica's biggest stories delivered straight to your inbox.

you@example.com    SUBSCRIBE

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

---

## About This Data

Case 2:19-cv-05697-JS    Document 167-9    Filed 12/08/21    Page 9 of 147

Nonprofit Explorer includes summary data for nonprofit tax returns and full Form 990 documents, in both PDF and digital formats.

The summary data contains information processed by the IRS during the 2012-2019 calendar years; this generally consists of filings for the 2011-2018 fiscal years, but may include older records. This data release includes only a subset of what can be found in the full Form 990s.

In addition to the raw summary data, we link to PDFs and digital copies of full Form 990 documents wherever possible. This consists of separate releases by the IRS of Form 990 documents processed by the agency, which we update regularly.

We also link to copies of audits nonprofit organizations that spent $750,000 or more in Federal grant money in a single fiscal year since 2016. These audits are copied from the Federal Audit Clearinghouse.

## Which Organizations Are Here?

Every organization that has been recognized as tax exempt by the IRS has to file Form 990 every year, unless they make less than $200,000 in revenue and have less than $500,000 in assets, in which case they have to file form 990-EZ. Organizations making less than $50,000 don't have to file either form but do have to let the IRS they're still in business via a Form 990N "e-Postcard."

Nonprofit Explorer has organizations claiming tax exemption in each of the 27 subsections of the 501(c) section of the tax code, and which have filed a Form 990, Form 990EZ or Form 990PF. Taxable trusts and private foundations that are required to file a form 990PF are also included. Small organizations filing a Form 990N "e-Postcard" are not included in this data.

## Types of Nonprofits

There are 27 nonprofit designations based on the numbered subsections of section 501(c) of the tax code. See the list »

## How to Research Tax-Exempt Organizations

We've created a guide for investigating nonprofits for those just getting started as well as for seasoned pros.

## API

The data powering this website is available programmatically, via an API. Read the API documentation »

## Get the Data

For those interested in acquiring the original data from the source, here's where our data comes from:

- Raw filing data. Includes EINs and summary financials as structured data.
- Exempt Organization profiles. Includes organization names, addresses, etc. You can merge this with the raw filing data using EIN numbers.
- Form 990 documents. Prior to 2017, these documents were obtained and processed by Public.Resource.org and ProPublica, and those older files are available at the Internet Archive.

Bulk PDF downloads since 2017 are available from the IRS.

- Form 990 documents as XML files. Includes complete filing data (financial details, names of officers, tax schedules, etc.) in machine-readable format. Only available for electronically filed documents.
- Audits. PDFs of single or program-specific audits for nonprofit organizations that spent $750,000 or more in Federal grant money in a single fiscal year. Available for 2016 and later.

ProPublica
ProPublica Illinois
The Data Store
Topics
Series
News Apps
Get Involved
Impact
Corrections

About Us
Board and Advisors
Officers and Staff
Diversity
Jobs and Fellowships
Reports
Media Center
Advertising Policy
Code of Ethics
Privacy Policy

Subscribe by Email
Subscribe by RSS
Twitter
Facebook
iOS and Android
Podcast

Leak to Us
Steal Our Stories

Contact Us

Donate

**PROPUBLICA**

© Copyright 2021 Pro Publica Inc.

 **ProPublica**      f   𝕏   ✉ **SIGN UP**      Donate

## Nonprofit Explorer
Research Tax-Exempt Organizations

---

# RONALD S LAUDER FOUNDATION

NEW YORK, NY 10153-0023 | TAX-EXEMPT SINCE OCT. 1988

**EIN**: 13-3445910

**Nonprofit Tax Code Designation: 501(c)(3)**
Defined as: Organizations for any of the following purposes: religious, educational, charitable, scientific, literary, testing for public safety, fostering national or international amateur sports competition (as long as it doesn't provide athletic facilities or equipment), or the prevention of cruelty to children or animals.

**Donations to this organization are tax deductible.**

**More Resources:** ⬉ GuideStar

**Get notifications:** Sign up for updates about our data.

---

## Tax Filings by Year

The IRS Form 990 is an annual information return that most organizations claiming federal tax-exempt status must file yearly. Read the IRS instructions for 990 forms.

If this organization has filed an amended return, it may not be reflected in the data below. Duplicated download links may be due to resubmissions or amendments to an organization's original return.

If you would like to download Form 990 document PDFs in bulk, the Internet Archive operates a mirror of the original bulk data.

---

| FISCAL YEAR ENDING DEC. **2019** | **Total Revenue** | **$21,759,277** | |
|---|---|---|---|
| Full Text | **Total Expenses** | **$21,764,596** | |
| 990PF (FILED ON JUNE 10, 2021) | **Notable sources of revenue** | | **Percent of total revenue** |
| | Contributions received | $17,801,840 | 81.8% |
| | Interest revenue | $0 | |
| [Full Filing] | Dividends | $1,616,263 | 7.4% |
| | Sales of assets | $640,849 | 2.9% |
| [Schedules ▾] | Other income | $1,700,325 | 7.8% |
| | **Notable expenses** | | **Percent of total expenses*** |
| Raw XML | Charitable disbursements | $19,107,686 | 87.8% |
| | Compensation of officers* | $629,177 | 2.9% |
| [990PF] | **Other** | | |
| | Total Assets | $119,915,002 | |
| | Total Liabilities | $13,190,296 | |

# Total Revenue        $21,759,277

**Total Expenses**        $21,764,596

\* Officer compensation may be included in charitable disbursements, so values may add up to greater than 100%.

| Key Employees and Officers | Compensation |
|---|---|
| Rabbi Joshua Spinner *(EVP & CEO)* | $629,177 |
| Joseph Tuite *(VP Fin/Tre/Sec)* | $0 |
| Dr George Ban *(Director)* | $0 |

+ Show more

---

**Help Keep Nonprofit Explorer Free!**

If you have used our data or site in your research or reporting, add credit and a link to Nonprofit Explorer in your story or publication and let us know.

---

FISCAL YEAR ENDING DEC.

## 2018

PDF

[ 990-PF ]

Full Text

990PF (FILED ON JAN. 21, 2020)

[ Full Filing ]

[ Schedules ▾ ]

Raw XML

[ 990PF ]

**Form 990 documents available**

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

| Key Employees and Officers | Compensation |
|---|---|
| Rabbi Joshua Spinner *(EVP & CEO)* | $487,500 |
| Joseph Tuite *(VP Fin/Tre/Sec)* | $0 |
| Dr George Ban *(Director)* | $0 |

+ Show more

---

FISCAL YEAR ENDING DEC.

## 2017

Full Text

**Form 990 documents available**

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

990PF (FILED ON
NOV. 21, 2018)

[Full Filing]

[Schedules ▾]

Raw XML

[990PF]

| Key Employees and Officers | Compensation |
|---|---|
| Rabbi Joshua Spinner *(EVP & CEO)* | $425,000 |
| S Paul Piskin *(Treasurer)* | $0 |
| Dr George Ban *(Director)* | $0 |

+ Show more

---

FISCAL YEAR
ENDING DEC.
**2016**

PDF

[990-PF]

Full Text

990PF (FILED ON
JAN. 11, 2018)

[Full Filing]

[Schedules ▾]

Raw XML

[990PF]

### Form 990 documents available

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

| Key Employees and Officers | Compensation |
|---|---|
| Rabbi Joshua Spinner *(VP & CEO)* | $425,000 |
| David Gerson *(Dir- Treasurer)* | $0 |
| Dr George Ban *(Director)* | $0 |

+ Show more

---

FISCAL YEAR
ENDING DEC.
**2015**

PDF

[990-PF]

[990-PF]

Full Text

990PF (FILED ON
JAN. 11, 2018)

[Full Filing]

## Total Revenue          $13,092,937

**Total Expenses**          **$14,319,697**

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions received | $8,514,185 | 65.0% |
| Interest revenue | $0 | |
| Dividends | $1,402,670 | 10.7% |
| Sales of assets | $1,804,524 | 13.8% |
| Other income | $1,371,558 | 10.5% |

| Notable expenses | | Percent of total expenses* |
|---|---|---|
| Charitable disbursements | $12,058,645 | 84.2% |
| Compensation of officers* | $610,250 | 4.3% |

**Other**

| Total Assets | $103,804,006 |
|---|---|

| | |
|---|---|
| Schedules ▾ | **Total Revenue** **$13,092,937** |
| 990PF (FILED ON APRIL 5, 2017) | **Total Expenses** $14,319,697 |
| Full Filing | Total Liabilities $13,526,352 |
| Schedules ▾ | * Officer compensation may be included in charitable disbursements, so values may add up to greater than 100%. |
| Raw XML | |

**Key Employees and Officers**          **Compensation**

| | |
|---|---|
| Rabbi Joshua Spinner (*VP & CEO*) | $425,000 |
| David Gerson (*Treasurer*) | $0 |
| Dr George Ban (*Director*) | $0 |

+ Show more

---

FISCAL YEAR ENDING DEC.

**2014**

PDF

990-PF

**Total Revenue**          **$17,471,600**

**Total Expenses**          $15,434,336

**Notable sources of revenue**          **Percent of total revenue**

| | | |
|---|---|---|
| Contributions received | $14,078,979 | 80.6% |
| Interest revenue | $0 | |
| Dividends | $1,356,626 | 7.8% |
| Sales of assets | $792,491 | 4.5% |
| Other income | $1,243,504 | 7.1% |

**Notable expenses**          **Percent of total expenses***

| | | |
|---|---|---|
| Charitable disbursements | $13,063,035 | 84.6% |
| Compensation of officers* | $536,750 | 3.5% |

**Other**

| | |
|---|---|
| Total Assets | $108,351,005 |
| Total Liabilities | $13,402,238 |

* Officer compensation may be included in charitable disbursements, so values may add up to greater than 100%.

---

FISCAL YEAR ENDING DEC.

**2013**

PDF

990-PF

**Total Revenue**          **$17,078,462**

**Total Expenses**          $13,038,041

**Notable sources of revenue**          **Percent of total revenue**

| | | |
|---|---|---|
| Contributions received | $14,964,023 | 87.6% |
| Interest revenue | $0 | |
| Dividends | $1,100,877 | 6.4% |
| Sales of assets | $0 | |
| Other income | $1,181,406 | 6.9% |

**Notable expenses**          **Percent of total expenses***

| | | |
|---|---|---|
| Charitable disbursements | $10,904,033 | 83.6% |
| Compensation of officers* | $536,750 | 4.1% |

Total Revenue          **$17,078,462**

**Total Expenses**          $13,038,041

**Other**
Total Assets          $108,224,844
Total Liabilities          $16,215,828

\* Officer compensation may be included in charitable disbursements, so
values may add up to greater than 100%.

---

FISCAL YEAR
ENDING DEC.

**2012**

PDF

990-PF

**Total Revenue**          **$82,166,616**

**Total Expenses**          $12,140,979

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions received | $80,872,566 | 98.4% |
| Interest revenue | $0 | |
| Dividends | $54,539 | 0.1% |
| Sales of assets | $65,767 | 0.1% |
| Other income | $1,173,744 | 1.4% |

| Notable expenses | | Percent of total expenses* |
|---|---|---|
| Charitable disbursements | $10,481,800 | 86.3% |
| Compensation of officers* | $469,000 | 3.9% |

**Other**
Total Assets          $99,216,644
Total Liabilities          $16,710,078

\* Officer compensation may be included in charitable disbursements,
so values may add up to greater than 100%.

---

FISCAL YEAR
ENDING DEC.

**2011**

PDF

990-PF

**Total Revenue**          **$7,813,948**

**Total Expenses**          $10,747,837

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions received | $6,715,587 | 85.9% |
| Interest revenue | $0 | |
| Dividends | $44,417 | 0.6% |
| Sales of assets | $21,111 | 0.3% |
| Other income | $1,032,833 | 13.2% |

| Notable expenses | | Percent of total expenses* |
|---|---|---|
| Charitable disbursements | $9,230,822 | 85.9% |
| Compensation of officers* | $533,620 | 5.0% |

**Other**
Total Assets          $29,040,364
Total Liabilities          $16,679,856

**Total Revenue**          **$7,813,948**

**Total Expenses**          <span style="color:red">**$10,747,837**</span>

\* Officer compensation may be included in charitable disbursements,
so values may add up to greater than 100%.

---

FISCAL YEAR
ENDING DEC.

# 2010

PDF

990-PF

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

---

FISCAL YEAR
ENDING DEC.

# 2009

PDF

990-PF

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

---

FISCAL YEAR
ENDING DEC.

# 2008

PDF

990-PF

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

---

FISCAL YEAR
ENDING DEC.

# 2007

PDF

990-PF

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

FISCAL YEAR
ENDING DEC.

# 2006

PDF

990-PF

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

---

FISCAL YEAR
ENDING DEC.

# 2005

PDF

990-PF

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

---

FISCAL YEAR
ENDING DEC.

# 2004

PDF

990-PF

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

---

FISCAL YEAR
ENDING DEC.

# 2003

PDF

990-PF

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

---

FISCAL YEAR
ENDING DEC.

# 2002

PDF

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

990-PF

FISCAL YEAR ENDING DEC.

# 2001

PDF

990-PF

## Form 990 documents available

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

FISCAL YEAR ENDING DEC.

# 2000

PDF

990-PF

## Form 990 documents available

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

## Search for a Nonprofit

Enter a nonprofit's name, a keyword, or city

Examples: ProPublica, Research or Minneapolis

| Any State |
|---|
| Any Category |
| Any Type |

SEARCH

Advanced Search | People Search

## Get Email Updates

Sign up to get ProPublica's biggest stories delivered straight to your inbox.

you@example.com    SUBSCRIBE

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

# About This Data

Nonprofit Explorer includes summary data for nonprofit tax returns and full Form 990 documents, in both PDF and digital formats.

The summary data contains information processed by the IRS during the 2012-2019 calendar years; this generally consists of filings for the 2011-2018 fiscal years, but may include older records. This data release includes only a subset of what can be found in the full Form 990s.

In addition to the raw summary data, we link to PDFs and digital copies of full Form 990 documents wherever possible. This consists of separate releases by the IRS of Form 990 documents processed by the agency, which we update regularly.

We also link to copies of audits nonprofit organizations that spent $750,000 or more in Federal grant money in a single fiscal year since 2016. These audits are copied from the Federal Audit Clearinghouse.

## Which Organizations Are Here?

Every organization that has been recognized as tax exempt by the IRS has to file Form 990 every year, unless they make less than $200,000 in revenue and have less than $500,000 in assets, in which case they have to file form 990-EZ. Organizations making less than $50,000 don't have to file either form but do have to let the IRS they're still in business via a Form 990N "e-Postcard."

Nonprofit Explorer has organizations claiming tax exemption in each of the 27 subsections of the 501(c) section of the tax code, and which have filed a Form 990, Form 990EZ or Form 990PF. Taxable trusts and private foundations that are required to file a form 990PF are also included. Small organizations filing a Form 990N "e-Postcard" are not included in this data.

## Types of Nonprofits

There are 27 nonprofit designations based on the numbered subsections of section 501(c) of the tax code. See the list »

## How to Research Tax-Exempt Organizations

We've created a guide for investigating nonprofits for those just getting started as well as for seasoned pros.

## API

The data powering this website is available programmatically, via an API. Read the API documentation »

## Get the Data

For those interested in acquiring the original data from the source, here's where our data comes from:

- Raw filing data. Includes EINs and summary financials as structured data.
- Exempt Organization profiles. Includes organization names, addresses, etc. You can merge this with the raw filing data using EIN numbers.

- **Form 990 documents**. Prior to 2017, these documents were obtained and processed by Public.Resource.org and ProPublica, and those older files are available at the Internet Archive. Bulk PDF downloads since 2017 are available from the IRS.
- **Form 990 documents as XML files**. Includes complete filing data (financial details, names of officers, tax schedules, etc.) in machine-readable format. Only available for electronically filed documents.
- **Audits**. PDFs of single or program-specific audits for nonprofit organizations that spent $750,000 or more in Federal grant money in a single fiscal year. Available for 2016 and later.

ProPublica
ProPublica Illinois
The Data Store
Topics
Series
News Apps
Get Involved
Impact
Corrections

About Us
Board and Advisors
Officers and Staff
Diversity
Jobs and Fellowships
Reports
Media Center
Advertising Policy
Code of Ethics
Privacy Policy

Subscribe by Email
Subscribe by RSS
Twitter
Facebook
iOS and Android
Podcast

Leak to Us

Steal Our Stories

Contact Us

Donate

. . . .

**PROPUBLICA**

© Copyright 2021 Pro Publica Inc.

**PROPUBLICA**

f  🐦  ✉ SIGN UP

Donate

## Nonprofit Explorer
Research Tax-Exempt Organizations

---

# TAUBE FOUNDATION FOR JEWISH LIFE AND CULTURE

SAN FRANCISCO, CA 94115-9004 | TAX-EXEMPT SINCE MAY 1996

**EIN**: 94-3244838

**Classification** (NTEE)
Philanthropy, Voluntarism, and Grantmaking Foundations N.E.C.

**Nonprofit Tax Code Designation: 501(c)(3)**
Defined as: Organizations for any of the following purposes: religious, educational, charitable, scientific, literary, testing for public safety, fostering national or international amateur sports competition (as long as it doesn't provide athletic facilities or equipment), or the prevention of cruelty to children or animals.

**Donations to this organization are tax deductible.**

**More Resources:** ⬉ GuideStar

**Get notifications:** Sign up for updates about our data.

---

## Tax Filings by Year

The IRS Form 990 is an annual information return that most organizations claiming federal tax-exempt status must file yearly. Read the IRS instructions for 990 forms.

If this organization has filed an amended return, it may not be reflected in the data below. Duplicated download links may be due to resubmissions or amendments to an organization's original return.

If you would like to download Form 990 document PDFs in bulk, the Internet Archive operates a mirror of the original bulk data.

---

FISCAL YEAR
ENDING JUNE
# 2020

PDF

990

Full Text

990 (FILED ON
MAY 20, 2021)

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

| Key Employees and Officers | Compensation |
|---|---|
| THADDEUS N TAUBE (PRESIDENT) | $0 |
| DIANNE TAUBE (VICE PRESIDENT) | $0 |
| JEFF FARBER (TREASURER) | $0 |



+ Show more

**Help Keep Nonprofit Explorer Free!**

If you have used our data or site in your research or reporting, add credit and a link to Nonprofit Explorer in your story or publication and let us know.

FISCAL YEAR ENDING JUNE

**2019**

PDF

990

990-T

Full Text

990 (FILED ON JAN. 21, 2021)

Full Filing

Schedules ▾

Raw XML

990

# Total Revenue     $6,018,957

**Total Functional Expenses**     $7,073,820
**Net income**     -$1,054,863

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions | $2,056,915 | 34.2% |
| Program services | $0 | |
| Investment income | $365,308 | 6.1% |
| Bond proceeds | $0 | |
| Royalties | $0 | |
| Rental property income | $0 | |
| Net fundraising | $0 | |
| Sales of assets | $3,063,134 | 50.9% |
| Net inventory sales | $0 | |
| Other revenue | $533,600 | 8.9% |

| Notable expenses | | Percent of total expenses |
|---|---|---|
| Executive compensation | $0 | |
| Professional fundraising fees | $0 | |
| Other salaries and wages | $0 | |

**Other**

| | |
|---|---|
| Total Assets | $28,246,934 |
| Total Liabilities | $6,833,686 |
| Net Assets | $21,413,248 |

| Key Employees and Officers | Compensation |
|---|---|
| THADDEUS N TAUBE *(PRESIDENT)* | $0 |
| DIANNE TAUBE *(VICE PRESIDENT)* | $0 |
| JEFF FARBER *(TREASURER)* | $0 |

+ Show more

## FISCAL YEAR ENDING JUNE
# 2018

PDF

990

990-T

Full Text

990 (FILED ON AUG. 9, 2019)

Full Filing

Schedules ▾

Raw XML

990

# Total Revenue $4,132,719

**Total Functional Expenses** $8,455,854
**Net income** -$4,323,135

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions | $89,493 | 2.2% |
| Program services | $0 | |
| Investment income | $25,022 | 0.6% |
| Bond proceeds | $0 | |
| Royalties | $0 | |
| Rental property income | $0 | |
| Net fundraising | $0 | |
| Sales of assets | $4,018,204 | 97.2% |
| Net inventory sales | $0 | |
| Other revenue | $0 | |

| Notable expenses | | Percent of total expenses |
|---|---|---|
| Executive compensation | $0 | |
| Professional fundraising fees | $0 | |
| Other salaries and wages | $0 | |

**Other**

| | |
|---|---|
| Total Assets | $33,650,449 |
| Total Liabilities | $10,844,274 |
| Net Assets | $22,806,175 |

| Key Employees and Officers | Compensation |
|---|---|
| THADDEUS N TAUBE (PRESIDENT) | $0 |
| DIANNE TAUBE (VICE PRESIDENT) | $0 |
| JEFF FARBER (TREASURER) | $0 |

+ Show more

## FISCAL YEAR ENDING JUNE
# 2017

PDF

990-T

Full Text

990 (FILED ON NOV. 5, 2018)

Full Filing

Schedules ▾

Raw XML

# Total Revenue $3,297,292

**Total Functional Expenses** $30,654,283
**Net income** -$27,356,991

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions | $142,905 | 4.3% |
| Program services | $0 | |
| Investment income | $87,835 | 2.7% |
| Bond proceeds | $0 | |
| Royalties | $0 | |
| Rental property income | $0 | |
| Net fundraising | $0 | |
| Sales of assets | $2,158,052 | 65.4% |
| Net inventory sales | $0 | |
| Other revenue | $908,500 | 27.6% |

| Notable expenses | | Percent of total expenses |
|---|---|---|
| Executive compensation | $0 | |

Case 2:19-cv-05697-JS Document 167-8 Filed 12/08/21 Page 26 of 147

990

## Total Revenue            **$3,297,292**

**Total Functional Expenses**     <span style="color:red">**$30,654,283**</span>
**Net income**                    <span style="color:red">**-$27,356,991**</span>
Professional fundraising fees            $0
Other salaries and wages                 $0

**Other**
Total Assets              $44,120,291
Total Liabilities         <span style="color:red">$15,907,662</span>
Net Assets                $28,212,629

| Key Employees and Officers | Compensation |
|---|---|
| THADDEUS N TAUBE *(President)* | $0 |
| DIANNE TAUBE *(Vice President)* | $0 |
| JEFF FARBER *(Treasurer)* | $0 |

+ Show more

---

FISCAL YEAR
ENDING JUNE

# 2016

PDF

990-T

Full Text

990 (FILED ON
AUG. 11, 2017)

Full Filing

Schedules ▾

Raw XML

990

## Total Revenue            **$7,068,788**

**Total Functional Expenses**     <span style="color:red">**$14,967,705**</span>
**Net income**                    <span style="color:red">**-$7,898,917**</span>

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions | $3,180,538 | 45.0% |
| Program services | $0 | |
| Investment income | $294,932 | 4.2% |
| Bond proceeds | $0 | |
| Royalties | $0 | |
| Rental property income | $0 | |
| Net fundraising | $0 | |
| Sales of assets | $3,717,518 | 52.6% |
| Net inventory sales | $0 | |
| Other revenue | -$124,200 | |

| Notable expenses | | Percent of total expenses |
|---|---|---|
| Executive compensation | $0 | |
| Professional fundraising fees | $0 | |
| Other salaries and wages | $0 | |

**Other**
Total Assets              $56,961,724
Total Liabilities         <span style="color:red">$5,110,550</span>
Net Assets                $51,851,174

| Key Employees and Officers | Compensation |
|---|---|
| THADDEUS N TAUBE *(President)* | $0 |
| DIANNE TAUBE *(Vice President)* | $0 |
| JEFF FARBER *(Treasurer)* | $0 |

+ Show more

---

FISCAL YEAR ENDING JUNE
# 2015

PDF
990
990-T

Full Text

990 (FILED ON JULY 28, 2016)
Full Filing
Schedules ▾

Raw XML
990

## Total Revenue  $5,120,747

**Total Functional Expenses**  <span style="color:red">$4,725,548</span>
**Net income**  **$395,199**

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions | $589,021 | 11.5% |
| Program services | $0 | |
| Investment income | $947,722 | 18.5% |
| Bond proceeds | $0 | |
| Royalties | $0 | |
| Rental property income | $0 | |
| Net fundraising | $0 | |
| Sales of assets | $1,661,627 | 32.4% |
| Net inventory sales | $0 | |
| Other revenue | $1,922,377 | 37.5% |

| Notable expenses | | Percent of total expenses |
|---|---|---|
| Executive compensation | $0 | |
| Professional fundraising fees | $0 | |
| Other salaries and wages | $0 | |

**Other**
| | |
|---|---|
| Total Assets | $65,104,546 |
| Total Liabilities | <span style="color:red">$591,859</span> |
| Net Assets | $64,512,687 |

| Key Employees and Officers | Compensation |
|---|---|
| THADDEUS N TAUBE (President) | $0 |
| DIANNE TAUBE (Vice President) | $0 |
| JEFF FARBER (Treasurer) | $0 |

+ Show more

---

FISCAL YEAR ENDING JUNE
# 2014

PDF
990

Full Text

990 (FILED ON JULY 20, 2015)
Full Filing

## Total Revenue  $46,609,765

**Total Functional Expenses**  <span style="color:red">$2,713,943</span>
**Net income**  **$43,895,822**

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions | $44,393,859 | 95.2% |
| Program services | $0 | |
| Investment income | $397,305 | 0.9% |
| Bond proceeds | $0 | |
| Royalties | $0 | |
| Rental property income | $0 | |
| Net fundraising | $0 | |
| Sales of assets | $1,724,143 | 3.7% |

Schedules ▾

Raw XML

990

## Total Revenue $46,609,765

| | | |
|---|---|---|
| **Total Functional Expenses** | **$2,713,943** | |
| **Net income** | **$43,895,822** | |
| Net inventory sales | $0 | |
| Other revenue | $94,458 | 0.2% |

**Notable expenses** — Percent of total expenses

| | | |
|---|---|---|
| Executive compensation | $0 | |
| Professional fundraising fees | $0 | |
| Other salaries and wages | $0 | |

**Other**

| | |
|---|---|
| Total Assets | $63,806,294 |
| Total Liabilities | $111,247 |
| Net Assets | $63,695,047 |

**Key Employees and Officers** — **Compensation**

| | |
|---|---|
| THADDEUS N TAUBE (President) | $0 |
| DIANNE TAUBE (Vice President) | $0 |
| JEFF FARBER (Treasurer) | $0 |

+ Show more

---

FISCAL YEAR
ENDING JUNE

# 2013

PDF

990

990-T

## Total Revenue $3,706,760

| | |
|---|---|
| **Total Functional Expenses** | **$8,876,711** |
| **Net income** | **-$5,169,951** |

**Notable sources of revenue** — **Percent of total revenue**

| | | |
|---|---|---|
| Contributions | $1,424,371 | 38.4% |
| Program services | $0 | |
| Investment income | $325,407 | 8.8% |
| Bond proceeds | $0 | |
| Royalties | $0 | |
| Rental property income | $0 | |
| Net fundraising | $0 | |
| Sales of assets | $1,956,982 | 52.8% |
| Net inventory sales | $0 | |
| Other revenue | $0 | |

**Notable expenses** — **Percent of total expenses**

| | | |
|---|---|---|
| Executive compensation | $0 | |
| Professional fundraising fees | $0 | |
| Other salaries and wages | $0 | |

**Other**

| | |
|---|---|
| Total Assets | $18,974,297 |
| Total Liabilities | $465,792 |
| Net Assets | $18,508,505 |

12/7/21, 5:10 PM
Case 2:19-cv-05697-JS Document 67-8 Filed 12/08/21 Page 29 of 147
Taube Foundation for Jewish Life Architecture & Non-profit Explore - ProPublica

## FISCAL YEAR ENDING JUNE

# 2012

PDF

990

990-T

Raw XML

990

# Total Revenue    $1,473,642

**Total Functional Expenses**    **$4,622,968**
**Net income**    **-$3,149,326**

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions | $1,448,292 | 98.3% |
| Program services | $0 | |
| Investment income | $314,091 | 21.3% |
| Bond proceeds | $0 | |
| Royalties | $0 | |
| Rental property income | $0 | |
| Net fundraising | $0 | |
| Sales of assets | -$288,741 | |
| Net inventory sales | $0 | |
| Other revenue | $0 | |

| Notable expenses | | Percent of total expenses |
|---|---|---|
| Executive compensation | $0 | |
| Professional fundraising fees | $0 | |
| Other salaries and wages | $0 | |

**Other**

| | |
|---|---|
| Total Assets | $25,196,026 |
| Total Liabilities | $933,393 |
| Net Assets | $24,262,633 |

## FISCAL YEAR ENDING JUNE

# 2011

PDF

990

990-T

990-T

# Total Revenue    $1,973,765

**Total Functional Expenses**    **$1,975,973**
**Net income**    **-$2,208**

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions | $748,411 | 37.9% |
| Program services | $0 | |
| Investment income | $382,452 | 19.4% |
| Bond proceeds | $0 | |
| Royalties | $0 | |
| Rental property income | $0 | |
| Net fundraising | $0 | |
| Sales of assets | $842,902 | 42.7% |
| Net inventory sales | $0 | |
| Other revenue | $0 | |

| Notable expenses | | Percent of total expenses |
|---|---|---|
| Executive compensation | $0 | |
| Professional fundraising fees | $0 | |
| Other salaries and wages | $0 | |

**Other**

| | |
|---|---|
| Total Assets | $28,586,777 |
| Total Liabilities | $655,038 |
| Net Assets | $27,931,739 |

FISCAL YEAR
ENDING JUNE

# 2010

PDF

[ 990 ]

[ 990-T ]

Raw XML

[ 990 ]

## Form 990 documents available

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

---

FISCAL YEAR
ENDING JUNE

# 2009

PDF

[ 990 ]

[ 990-T ]

## Form 990 documents available

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

---

FISCAL YEAR
ENDING JUNE

# 2008

PDF

[ 990 ]

[ 990-T ]

## Form 990 documents available

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

---

FISCAL YEAR
ENDING JUNE

# 2007

PDF

[ 990 ]

## Form 990 documents available

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

FISCAL YEAR
ENDING JUNE

# 2006

PDF

[ 990 ]

## Form 990 documents available

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

FISCAL YEAR
ENDING JUNE

# 2005

PDF

[ 990 ]

## Form 990 documents available

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

FISCAL YEAR
ENDING JUNE

# 2004

PDF

[ 990 ]

## Form 990 documents available

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

FISCAL YEAR
ENDING JUNE

# 2003

PDF

[ 990 ]

## Form 990 documents available

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

FISCAL YEAR
ENDING JUNE

## Form 990 documents available

# 2002

PDF

990

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

FISCAL YEAR
ENDING JUNE

# 2001

PDF

990

## Form 990 documents available

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

## Search for a Nonprofit

Enter a nonprofit's name, a keyword, or city

Examples: ProPublica, Research or Minneapolis

Any State

Any Category

Any Type

SEARCH

Advanced Search | People Search

## Get Email Updates

Sign up to get ProPublica's biggest stories delivered straight to your inbox.

you@example.com        SUBSCRIBE

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

## About This Data

Nonprofit Explorer includes summary data for nonprofit tax returns and full Form 990 documents, in both PDF and digital formats.

The summary data contains information processed by the IRS during the 2012-2019 calendar years; this generally consists of filings for the 2011-2018 fiscal years, but may include older records. This data release includes only a subset of what can be found in the full Form 990s.

In addition to the raw summary data, we link to PDFs and digital copies of full Form 990 documents wherever possible. This consists of separate releases by the IRS of Form 990 documents processed by the agency, which we update regularly.

We also link to copies of audits nonprofit organizations that spent $750,000 or more in Federal grant money in a single fiscal year since 2016. These audits are copied from the Federal Audit Clearinghouse.

## Which Organizations Are Here?

Every organization that has been recognized as tax exempt by the IRS has to file Form 990 every year, unless they make less than $200,000 in revenue and have less than $500,000 in assets, in which case they have to file form 990-EZ. Organizations making less than $50,000 don't have to file either form but do have to let the IRS they're still in business via a Form 990N "e-Postcard."

Nonprofit Explorer has organizations claiming tax exemption in each of the 27 subsections of the 501(c) section of the tax code, and which have filed a Form 990, Form 990EZ or Form 990PF. Taxable trusts and private foundations that are required to file a form 990PF are also included. Small organizations filing a Form 990N "e-Postcard" are not included in this data.

### Types of Nonprofits

There are 27 nonprofit designations based on the numbered subsections of section 501(c) of the tax code. See the list »

### How to Research Tax-Exempt Organizations

We've created a guide for investigating nonprofits for those just getting started as well as for seasoned pros.

### API

The data powering this website is available programmatically, via an API. Read the API documentation »

### Get the Data

For those interested in acquiring the original data from the source, here's where our data comes from:

- Raw filing data. Includes EINs and summary financials as structured data.

- Exempt Organization profiles. Includes organization names, addresses, etc. You can merge this with the raw filing data using EIN numbers.

- Form 990 documents. Prior to 2017, these documents were obtained and processed by Public.Resource.org and ProPublica, and those older files are available at the Internet Archive. Bulk PDF downloads since 2017 are available from the IRS.

- Form 990 documents as XML files. Includes complete filing data (financial details, names of officers, tax schedules, etc.) in machine-readable format. Only available for electronically filed documents.

- Audits. PDFs of single or program-specific audits for nonprofit organizations that spent $750,000 or more in Federal grant money in a single fiscal year. Available for 2016 and later.

ProPublica

ProPublica Illinois

The Data Store

Topics

Series

News Apps

Get Involved

Impact

Corrections

About Us

Board and Advisors

Officers and Staff

Diversity

Jobs and Fellowships

Reports

Media Center

Advertising Policy

Code of Ethics

Privacy Policy

Subscribe by Email

Subscribe by RSS

Twitter

Facebook

iOS and Android

Podcast

Leak to Us

Steal Our Stories

Contact Us

Donate

**PꜱoPublica**

© Copyright 2021 Pro Publica Inc.

**TaxExemptWorld** (https://www.taxexemptworld.com/)
Updated on **November 1, 2021**

# JOSHUA H LANDES AND BRYNA SHUCHAT-LANDES CLAT TR

## 501C Nonprofit Organization Information

GET THE REPORT

Download all available information for this organization to your computer, laptop, and phone.

**ORGANIZATION NAME & ADDRESS**

**Joshua H Landes And Bryna Shuchat-Landes Clat Tr**

740 W 232Nd St

Bronx, NY

10463-1010

**EMPLOYER IDENTIFICATION NUMBER (EIN) / TAX ID**

Nine digit number assigned by the IRS to identify a company

22-6966127

**ASSET AMOUNT**

$0

**INCOME AMOUNT**

$0

**FORM 990 REVENUE AMOUNT**

**taxexemptworld** (https://www.taxexemptworld.com/)

Updated on **November 1, 2021**

$0

---

## IN CARE OF NAME

The o.  cer, director, etc. to whose attention any correspondence should be directed

n/r

---

## CLASSIFICATION(S)

Categories under which an organization may be tax exempt

### 501(C)(90)

○ 4947(a)(2) - Charitable Trust (Form 990 Filer)

---

## FILING REQUIREMENT

The primary return(s) the organization is required to file

form 990 return (http://www.irs.gov/pub/irs-pdf/f990.pdf)  form 990 instructions (http://www.irs.gov/pub/irs-pdf/i990.pdf)

Form 990 - Not required to file(all other)

---

## TAXONOMY

Classifies an exempt Internal Revenue Code 501 (c)(3) organization

n/r

---

## SECONDARY NAME

Another name under which this nonprofit organization does business. Also used for trade names, chapter names, or local numbers for subordinate organizations of group rulings

LANDES JOSHUA H TTEE

---

## AFFILIATION

Defines the organizational grouping

n/r

---

## DEDUCTIBILITY STATUS

n/r

---

## PRINCIPAL ACTIVITIES

Case 2:19-cv-05697-JS Document 167-9 Filed 12/08/21 Page 38 of 147
UofA + Landes DOC000251.0002 Jewish Federation Nonprofit Agency EXO22-66127

○ 4947(a)(2) trust

**TaxExemptWorld** (https://www.taxexemptworld.com/)
Updated on **November 1, 2021**

## FOUNDATION TYPE

All organizations except 501(c)(3)

## TAX PERIOD

The date of the latest return filed

n/r

GET THE REPORT

Download all available information for this organization to your computer, laptop, and phone.

## MENU

Products (https://www.taxexemptworld.com/products.asp)

About (https://www.taxexemptworld.com/about.asp)

Contact (https://www.taxexemptworld.com/contact.asp)

Disclaimer (https://www.taxexemptworld.com/d.asp)

## SEARCH NONPROFIT ORGANIZATIONS BY

Name (https://www.taxexemptworld.com/search.asp?type=on)

City (https://www.taxexemptworld.com/search.asp?type=os)

State (https://www.taxexemptworld.com/search.asp?type=ow)

Metro Area (https://www.taxexemptworld.com/search.asp?type=om)

Zip Code (https://www.taxexemptworld.com/search.asp?type=oz)

County (https://www.taxexemptworld.com/search.asp?type=ot)

Tax ID (EIN) (https://www.taxexemptworld.com/search.asp?type=oe)

501C Classification (https://www.taxexemptworld.com/search.asp?type=oc)

Case 2:19-cv-05697-JS Document 167-9 Filed 12/08/21 Page 39 of 147

© 2021 TaxExemptWorld.com All rights reserved

**TaxExemptWorld** (https://www.taxexemptworld.com/)

Updated on **November 1, 2021**

 PROPUBLICA

  SIGN UP

Donate

## Nonprofit Explorer

Research Tax-Exempt Organizations

# SARAH SCAIFE FOUNDATION INC

PITTSBURGH, PA 15219-6402 | TAX-EXEMPT SINCE JAN. 1960

## Form 990-PF for period ending December 2017

Download

251113452_201712_990PF_201902...  1 / 141  —  32%  +

ProPublica

ProPublica Illinois

The Data Store

Topics

Series

News Apps

Get Involved

Impact

Corrections

About Us

Board and Advisors

Officers and Staff

Diversity

Jobs and Fellowships

Reports

Media Center

Advertising Policy

Code of Ethics

Privacy Policy

Subscribe by Email

Subscribe by RSS

Twitter

Facebook

iOS and Android

Podcast

Leak to Us

Steal Our Stories

Contact Us

Donate

**P**J **ProPublica**

© Copyright 2021 Pro Publica Inc.

 **PROPUBLICA**

  ✉ SIGN UP      Donate

## Nonprofit Explorer

Research Tax-Exempt Organizations

---

# SARAH SCAIFE FOUNDATION INC

PITTSBURGH, PA 15219-6402 | TAX-EXEMPT SINCE JAN. 1960

**EIN**: 25-1113452

**Nonprofit Tax Code Designation: 501(c)(3)**
Defined as: Organizations for any of the following purposes: religious, educational, charitable, scientific, literary, testing for public safety, fostering national or international amateur sports competition (as long as it doesn't provide athletic facilities or equipment), or the prevention of cruelty to children or animals.

**Donations to this organization are tax deductible.**

**More Resources:** ↖ GuideStar

**Get notifications:** Sign up for updates about our data.

---

## Tax Filings by Year

The IRS Form 990 is an annual information return that most organizations claiming federal tax-exempt status must file yearly. Read the IRS instructions for 990 forms.

If this organization has filed an amended return, it may not be reflected in the data below. Duplicated download links may be due to resubmissions or amendments to an organization's original return.

If you would like to download Form 990 document PDFs in bulk, the Internet Archive operates a mirror of the original bulk data.

---

FISCAL YEAR
ENDING DEC.
## 2019

PDF

[ 990-PF ]

### Form 990 documents available

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

---

**Help Keep Nonprofit Explorer Free!**

If you have used our data or site in your research or reporting, add credit and a link to Nonprofit Explorer in your story or publication and let us know.

FISCAL YEAR
ENDING DEC.

# 2018

PDF

990-PF

990-T

## Form 990 documents available

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

---

FISCAL YEAR
ENDING DEC.

# 2017

PDF

990-PF

990-T

## Form 990 documents available

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

---

FISCAL YEAR
ENDING DEC.

# 2016

PDF

990-T

## Form 990 documents available

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

---

FISCAL YEAR
ENDING DEC.

# 2015

PDF

990-PF

990-T

## Total Revenue          $40,905,078

**Total Expenses**          $20,981,796

| **Notable sources of revenue** | | **Percent of total revenue** |
|---|---|---|
| Contributions received | $4,433,013 | 10.8% |
| Interest revenue | $0 | |
| Dividends | $16,875,436 | 41.3% |
| Sales of assets | $19,585,421 | 47.9% |
| Other income | $11,208 | 0.0% |

| **Notable expenses** | | **Percent of total expenses\*** |
|---|---|---|
| Charitable disbursements | $19,877,224 | 94.7% |
| Compensation of officers\* | $617,094 | 2.9% |

**Total Revenue**    **$40,905,078**

**Total Expenses**    **$20,981,796**

**Other**

Total Assets    $580,164,285
Total Liabilities    $1,225,000

\* Officer compensation may be included in charitable disbursements, so values may add up to greater than 100%.

---

FISCAL YEAR
ENDING DEC.

# 2014

PDF

990-PF

990-T

**Total Revenue**    **$376,357,999**

**Total Expenses**    **$14,818,356**

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions received | $364,000,000 | 96.7% |
| Interest revenue | $0 | |
| Dividends | $8,776,262 | 2.3% |
| Sales of assets | $3,618,205 | 1.0% |
| Other income | -$36,468 | |

| Notable expenses | | Percent of total expenses* |
|---|---|---|
| Charitable disbursements | $14,605,576 | 98.6% |
| Compensation of officers* | $471,250 | 3.2% |

**Other**

Total Assets    $538,308,400
Total Liabilities    $1,625,000

\* Officer compensation may be included in charitable disbursements, so values may add up to greater than 100%.

---

FISCAL YEAR
ENDING DEC.

# 2013

PDF

990-PF

990-T

**Total Revenue**    **$14,107,168**

**Total Expenses**    **$14,268,969**

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions received | $0 | |
| Interest revenue | $0 | |
| Dividends | $8,271,635 | 58.6% |
| Sales of assets | $5,544,635 | 39.3% |
| Other income | $290,898 | 2.1% |

| Notable expenses | | Percent of total expenses* |
|---|---|---|
| Charitable disbursements | $15,903,123 | > 100% |
| Compensation of officers* | $472,200 | 3.3% |

**Other**

Total Assets    $177,535,695
Total Liabilities    $2,175,000

**Total Revenue**     **$14,107,168**

**Total Expenses**     <span style="color:red">**$14,268,969**</span>

\* Officer compensation may be included in charitable disbursements, so values may add up to greater than 100%.

---

FISCAL YEAR
ENDING DEC.

# 2012

PDF

[ 990-PF ]

[ 990-T ]

**Total Revenue**     **$17,541,882**

**Total Expenses**     <span style="color:red">**$14,649,753**</span>

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions received | $0 | |
| Interest revenue | $0 | |
| Dividends | $8,549,098 | 48.7% |
| Sales of assets | $9,796,688 | 55.8% |
| Other income | -$803,904 | |

| Notable expenses | | Percent of total expenses* |
|---|---|---|
| Charitable disbursements | $14,889,510 | > 100% |
| Compensation of officers* | $596,333 | 4.1% |

**Other**

| | |
|---|---|
| Total Assets | $180,052,495 |
| Total Liabilities | <span style="color:red">$4,495,000</span> |

\* Officer compensation may be included in charitable disbursements, so values may add up to greater than 100%.

---

FISCAL YEAR
ENDING DEC.

# 2011

PDF

[ 990-PF ]

[ 990-T ]

**Total Revenue**     **$15,000,453**

**Total Expenses**     <span style="color:red">**$15,354,812**</span>

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions received | $0 | |
| Interest revenue | $0 | |
| Dividends | $7,891,839 | 52.6% |
| Sales of assets | $7,398,527 | 49.3% |
| Other income | -$289,913 | |

| Notable expenses | | Percent of total expenses* |
|---|---|---|
| Charitable disbursements | $17,241,382 | > 100% |
| Compensation of officers* | $678,434 | 4.4% |

**Other**

| | |
|---|---|
| Total Assets | $178,168,869 |
| Total Liabilities | <span style="color:red">$5,487,500</span> |

\* Officer compensation may be included in charitable disbursements, so values may add up to greater than 100%.

FISCAL YEAR
ENDING DEC.

# 2010

PDF

**990-PF**

**990-T**

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

---

FISCAL YEAR
ENDING DEC.

# 2009

PDF

**990-PF**

**990-T**

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

---

FISCAL YEAR
ENDING DEC.

# 2008

PDF

**990-PF**

**990-T**

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

---

FISCAL YEAR
ENDING DEC.

# 2007

PDF

**990-PF**

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

FISCAL YEAR
ENDING DEC.

# 2006

PDF

**990-PF**

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

---

FISCAL YEAR
ENDING DEC.

# 2005

PDF

**990-PF**

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

---

FISCAL YEAR
ENDING DEC.

# 2004

PDF

**990-PF**

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

---

FISCAL YEAR
ENDING DEC.

# 2003

PDF

**990-PF**

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

---

FISCAL YEAR
ENDING DEC.

# 2002

PDF

**990-PF**

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.



FISCAL YEAR
ENDING DEC.

# 2001

PDF

990-PF

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.



## Search for a Nonprofit

Enter a nonprofit's name, a keyword, or city

Examples: ProPublica, Research or Minneapolis

| Any State |
| Any Category |
| Any Type |

**SEARCH**

Advanced Search | People Search

## Get Email Updates

Sign up to get ProPublica's biggest stories delivered straight to your inbox.

you@example.com          SUBSCRIBE

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

## About This Data

Nonprofit Explorer includes summary data for nonprofit tax returns and full Form 990 documents, in both PDF and digital formats.

The summary data contains information processed by the IRS during the 2012-2019 calendar years; this generally consists of filings for the 2011-2018 fiscal years, but may include older records. This data release includes only a subset of what can be found in the full Form 990s.

In addition to the raw summary data, we link to PDFs and digital copies of full Form 990 documents wherever possible. This consists of separate releases by the IRS of Form 990 documents processed by the agency, which we update regularly.

We also link to copies of audits nonprofit organizations that spent $750,000 or more in Federal grant money in a single fiscal year since 2016. These audits are copied from the Federal Audit Clearinghouse.

## Which Organizations Are Here?

Every organization that has been recognized as tax exempt by the IRS has to file Form 990 every year, unless they make less than $200,000 in revenue and have less than $500,000 in assets, in which case they have to file form 990-EZ. Organizations making less than $50,000 don't have to file either form but do have to let the IRS they're still in business via a Form 990N "e-Postcard."

Nonprofit Explorer has organizations claiming tax exemption in each of the 27 subsections of the 501(c) section of the tax code, and which have filed a Form 990, Form 990EZ or Form 990PF. Taxable trusts and private foundations that are required to file a form 990PF are also included. Small organizations filing a Form 990N "e-Postcard" are not included in this data.

### Types of Nonprofits

There are 27 nonprofit designations based on the numbered subsections of section 501(c) of the tax code. See the list »

### How to Research Tax-Exempt Organizations

We've created a guide for investigating nonprofits for those just getting started as well as for seasoned pros.

### API

The data powering this website is available programmatically, via an API. Read the API documentation »

### Get the Data

For those interested in acquiring the original data from the source, here's where our data comes from:

- Raw filing data. Includes EINs and summary financials as structured data.
- Exempt Organization profiles. Includes organization names, addresses, etc. You can merge this with the raw filing data using EIN numbers.
- Form 990 documents. Prior to 2017, these documents were obtained and processed by Public.Resource.org and ProPublica, and those older files are available at the Internet Archive. Bulk PDF downloads since 2017 are available from the IRS.
- Form 990 documents as XML files. Includes complete filing data (financial details, names of officers, tax schedules, etc.) in machine-readable format. Only available for electronically filed documents.
- Audits. PDFs of single or program-specific audits for nonprofit organizations that spent $750,000 or more in Federal grant money in a single fiscal year. Available for 2016 and later.

ProPublica

ProPublica Illinois

The Data Store

Topics

Series

News Apps

Get Involved

Impact

Corrections

---

About Us

Board and Advisors

Officers and Staff

Diversity

Jobs and Fellowships

Reports

Media Center

Advertising Policy

Code of Ethics

Privacy Policy

---

Subscribe by Email

Subscribe by RSS

Twitter

Facebook

iOS and Android

Podcast

---

Leak to Us

Steal Our Stories

Contact Us

Donate

PROPUBLICA

© Copyright 2021 Pro Publica Inc.

Case 2:19-cv-05697-JS Document 167-9 Filed 12/02/21 Page 52 of 147

 PROPUBLICA

  SIGN UP

Donate

# Nonprofit Explorer
Research Tax-Exempt Organizations

# PAUL KLINGENSTEIN FAMILY FOUNDATION INC

PITTSFORD, NY 14534-2170 | TAX-EXEMPT SINCE MAY 2012

## Full text of "Full Filing" for fiscal year ending Dec. 2013

Tax returns filed by nonprofit organizations are public records. The Internal Revenue Service releases them in two formats: page images and raw data in XML. The raw data is more useful, especially to researchers, because it can be extracted and analyzed more easily. The pages below are a reconstruction of a tax document using raw data from the IRS.

**Source:** *Data and stylesheets from the Internal Revenue Service. E-file viewer adapted from IRS e-File Viewer by Ben Getson.*

← Back to main page for PAUL KLINGENSTEIN FAMILY FOUNDATION INC

**Jump to Schedule:** [ Form 990PF ⌄ ]

**efile Public Visual Render**   **ObjectId: 201441229349100114 - Submission: 2014-05-02**

Form **990-PF**

Department of the Treasury
Internal Revenue Service

# Return of Private Foundation

## or Section 4947(a)(1) Trust Treated as Private Foundation

▶ **Do not enter Social Security numbers on this form as it may be made public.** the IRS cannot redact the information on the form.

▶ **Information about Form 990-PF and its instructions is at** www.irs.gov/form9

**For calendar year 2013, or tax year beginning 01-01-2013**      **, and ending 12-31-2013**

| Name of foundation | A Employer identif |
|---|---|
| Paul Klingenstein Family Foundation Inc | 45-4288118 |

| Number and street (or P.O. box number if mail is not delivered to street address) | Room/suite | B Telephone number |
|---|---|---|
| 6 Cross Meadow Lane | | (585) 586-4426 |

| City or town, state or province, country, and ZIP or foreign postal code | C If exemption appli |
|---|---|
| Pittsford, NY  14534 | |

**G** Check all that apply:  ☐ Initial return  ☐ Initial return of a former public charity
☐ Final return  ☐ Amended return
☐ Address change  ☐ Name change

**D 1.** Foreign organiza
**2.** Foreign organiza
check here and

**H** Check type of organization:  ☑ Section 501(c)(3) exempt private foundation
☐ Section 4947(a)(1) nonexempt charitable trust  ☐ Other taxable private foundation

**E** If private foundat
under section 50

**I** Fair market value of all assets at end of year *(from Part II, col. (c), line 16)*▶$ 1,811,142

**J** Accounting method:  ☑ Cash  ☐ Accrual
☐ Other (specify)
*(Part I, column (d) must be on cash basis.)*

**F** If the foundation
under section 50

| Part I | Analysis of Revenue and Expenses *(The total of amounts in columns (b), (c), and (d) may not necessarily equal the amounts in column (a) (see instructions).)* | Revenue and expenses per books **(a)** | Net investment income **(b)** | **(c)** |
|---|---|---|---|---|
| | **1** Contributions, gifts, grants, etc., received (attach schedule) | | | |
| | **2** Check ▶ ☑ | | | |
| | **3** Interest on savings and temporary cash investments | | | |
| | **4** Dividends and interest from securities. | 53,803 | 53,803 | |
| | **5a** Gross rents . | | | |
| | **b** Net rental income or (loss) _____ | | | |
| | **6a** Net gain or (loss) from sale of assets not on line 10 | 62,790 | | |
| | **b** Gross sales price for all assets on line 6a  177,205 | | | |
| | **7** Capital gain net income (from Part IV, line 2) | | 62,790 | |
| | **8** Net short-term capital gain | | | |
| | **9** Income modifications . | | | |
| | **10a** Gross sales less returns and allowances . | | | |
| | **b** Less: Cost of goods sold . | | | |
| | **c** Gross profit or (loss) (attach schedule) | | | |
| | **11** Other income (attach schedule) | 99,729 | | |
| | **12** **Total.** Add lines 1 through 11 | 216,322 | 116,593 | |

*(left margin vertical label: Revenue)*

Case 2:19-cv-05697-JS   Document 167-9   Filed 12/02/21   Page 54 of 147

**Operating and Administrative Expenses**

| | | | |
|---|---|---|---|
| 13 | Compensation of officers, directors, trustees, etc. | 21,025 | 2,102 |
| 14 | Other employee salaries and wages | | |
| 15 | Pension plans, employee benefits | | |
| 16a | Legal fees (attach schedule) | 1,133 | 567 |
| b | Accounting fees (attach schedule) | 2,300 | 1,150 |
| c | Other professional fees (attach schedule) | | |
| 17 | Interest | | |
| 18 | Taxes (attach schedule) (see instructions) | 8,671 | 196 |
| 19 | Depreciation (attach schedule) and depletion | | |
| 20 | Occupancy | | |
| 21 | Travel, conferences, and meetings | | |
| 22 | Printing and publications | | |
| 23 | Other expenses (attach schedule) | 15,801 | 8,212 |
| 24 | **Total operating and administrative expenses.** Add lines 13 through 23 | 48,930 | 12,227 |
| 25 | Contributions, gifts, grants paid | 67,000 | |
| 26 | **Total expenses and disbursements.** Add lines 24 and 25 | 115,930 | 12,227 |
| 27 | Subtract line 26 from line 12: | | |
| a | **Excess of revenue over expenses and disbursements** | 100,392 | |
| b | **Net investment income** (if negative, enter -0-) | | 104,366 |
| c | **Adjusted net income** (if negative, enter -0-) | | |

**For Paperwork Reduction Act Notice, see instructions.**                     Cat. No. 11289X

Page 2

Form 990-PF (2013)

**Part II   Balance Sheets**   Attached schedules and amounts in the description column should be for end-of-year amounts only. (See instructions.)

**Assets**

| | | Beginning of year (a) Book Value | (b |
|---|---|---|---|
| 1 | Cash—non-interest-bearing | 84,872 | |
| 2 | Savings and temporary cash investments | | |
| 3 | Accounts receivable ▶ | | |
| | Less: allowance for doubtful accounts ▶ | | |
| 4 | Pledges receivable ▶ | | |
| | Less: allowance for doubtful accounts ▶ | | |
| 5 | Grants receivable | | |
| 6 | Receivables due from officers, directors, trustees, and other disqualified persons (attach schedule) (see instructions) | | |
| 7 | Other notes and loans receivable (attach schedule) ▶ | | |
| | Less: allowance for doubtful accounts ▶ | | |
| 8 | Inventories for sale or use | | |
| 9 | Prepaid expenses and deferred charges | | |
| 10a | Investments—U.S. and state government obligations (attach schedule) | 145,323 | |
| b | Investments—corporate stock (attach schedule) | 1,061,044 | |

| | | | |
|---|---|---|---|
| **c** Investments—corporate bonds (attach schedule) . . . . . . . | | 413,135 | |
| **11** Investments—land, buildings, and equipment: basis ▶ _____ | | | |
| Less: accumulated depreciation (attach schedule) ▶ _____ | | | |
| **12** Investments—mortgage loans . . . . . . . . . . | | | |
| **13** Investments—other (attach schedule) . . . . . . . | | | |
| **14** Land, buildings, and equipment: basis ▶ _____ | | | |
| Less: accumulated depreciation (attach schedule) ▶ _____ | | | |
| **15** Other assets (describe ▶ _____ ) | | 6,117 | |
| **16** **Total assets** (to be completed by all filers—see the instructions. Also, see page 1, item I) | | 1,710,491 | |

**Liabilities**

| | |
|---|---|
| **17** Accounts payable and accrued expenses . . . . . . . | 736 |
| **18** Grants payable . . . . . . . . . . . . . | |
| **19** Deferred revenue . . . . . . . . . . . . | |
| **20** Loans from officers, directors, trustees, and other disqualified persons | |
| **21** Mortgages and other notes payable (attach schedule) . . . . | |
| **22** Other liabilities (describe ▶ _____ ) | |
| **23** **Total liabilities** (add lines 17 through 22) . . . . . . | 736 |

**Net Assets or Fund Balances**

**Foundations that follow SFAS 117, check here ▶** ☑
**and complete lines 24 through 26 and lines 30 and 31.**

| | |
|---|---|
| **24** Unrestricted | 1,709,755 |
| **25** Temporarily restricted | |
| **26** Permanently restricted | |

**Foundations that do not follow SFAS 117, check here ▶** ☐
**and complete lines 27 through 31.**

| | |
|---|---|
| **27** Capital stock, trust principal, or current funds . . . . . | |
| **28** Paid-in or capital surplus, or land, bldg., and equipment fund | |
| **29** Retained earnings, accumulated income, endowment, or other funds | |
| **30** **Total net assets or fund balances** (see page 17 of the instructions) | 1,709,755 |
| **31** **Total liabilities and net assets/fund balances** (see page 17 of the instructions) | 1,710,491 |

## Part III    Analysis of Changes in Net Assets or Fund Balances

| | | |
|---|---|---|
| **1** | Total net assets or fund balances at beginning of year—Part II, column (a), line 30 (must agree with end-of-year figure reported on prior year's return) | |
| **2** | Enter amount from Part I, line 27a . . . . . . . . | |
| **3** | Other increases not included in line 2 (itemize) ▶ _____ | |
| **4** | Add lines 1, 2, and 3 | |
| **5** | Decreases not included in line 2 (itemize) ▶ _____ | |
| **6** | Total net assets or fund balances at end of year (line 4 minus line 5)—Part II, column (b), line 30 | |

Page 3

Form 990-PF (2013)

**Part IV**  **Capital Gains and Losses for Tax on Investment Income**

| | (a) List and describe the kind(s) of property sold (e.g., real estate, 2-story brick warehouse; or common stock, 200 shs. MLC Co.) | (b) How acquired P—Purchase D—Donation | (c) D... |
|---|---|---|---|
| 1 a | Berkshire Hathaway 5% Notes | D | 20 |
| b | Freeport McMoran Copper | D | 20 |
| c | Freeport McMoran Copper | D | 20 |
| d | IBM 150 Shares | D | 20 |
| e | IBM 50 Shs | D | 20 |
| | IBM 200 shs | D | 20 |
| | US Intl .625% Bond | D | 20 |
| | Walmart Stores 5.25% bond | P | 20 |
| | Zimmer Holdings | D | 20 |

| | (e) Gross sales price | (f) Depreciation allowed (or allowable) | (g) Cost or other basis plus expense of sale | |
|---|---|---|---|---|
| a | 16,145 | 0 | 17,612 | |
| b | 8,247 | 0 | 2,192 | |
| c | 6,807 | 0 | 2,192 | |
| d | 28,720 | 0 | 12,310 | |
| e | 10,624 | 0 | 4,103 | |
| | 38,922 | 0 | 16,413 | |
| | 54,683 | 0 | 49,650 | |
| | 5,327 | 0 | 5,882 | |
| | 7,730 | 0 | 4,061 | |

Complete only for assets showing gain in column (h) and owned by the foundation on 12/31/69

| | (i) F.M.V. as of 12/31/69 | (j) Adjusted basis as of 12/31/69 | (k) Excess of col. (i) over col. (j), if any | (l) c |
|---|---|---|---|---|
| a | 0 | 0 | 0 | |
| b | 0 | 0 | 0 | |
| c | 0 | 0 | 0 | |
| d | 0 | 0 | 0 | |
| e | 0 | 0 | 0 | |
| | 0 | 0 | 0 | |
| | 0 | 0 | 0 | |
| | 0 | 0 | 0 | |
| | 0 | 0 | 0 | |

**2** Capital gain net income or (net capital loss)   { If gain, also enter in Part I, line 7 / If (loss), enter -0- in Part I, line 7 }   **2**

**3** Net short-term capital gain or (loss) as defined in sections 1222(5) and (6):

If gain, also enter in Part I, line 8, column (c) (see instructions). If (loss), enter -0- in Part I, line 8   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   **3**

**Part V**   **Qualification Under Section 4940(e) for Reduced Tax on Net Investment Income**

(For optional use by domestic private foundations subject to the section 4940(a) tax on net investment income.) If section 4940(d)(2) applies, leave this part blank.

Was the foundation liable for the section 4942 tax on the distributable amount of any year in the base period? If "Yes," the foundation does not qualify under section 4940(e). Do not complete this part.

**1** Enter the appropriate amount in each column for each year; see page 18 of the instructions before making any

| (a) Base period years Calendar year (or tax year beginning in) | (b) Adjusted qualifying distributions | (c) Net value of noncharitable-use assets |
|---|---|---|

| year (or tax year beginning in) | | | |
|---|---|---|---|
| 2012 | | 92,422 | |
| 2011 | | | |
| 2010 | | | |
| 2009 | | | |
| 2008 | | | |

**2 Total** of line 1, column (d). . . . . . . .  **2**

**3** Average distribution ratio for the 5-year base period—divide the total on line 2 by 5, or by the number of years the foundation has been in existence if less than 5 years  . . .  **3**

**4** Enter the net value of noncharitable-use assets for 2013 from Part X, line 5. . . . . .  **4**

**5** Multiply line 4 by line 3. . . . . . . . . .  **5**

**6** Enter 1% of net investment income (1% of Part I, line 27b). . . . . . . . . .  **6**

**7** Add lines 5 and 6. . . . . . . . . . . . .  **7**

**8** Enter qualifying distributions from Part XII, line 4. . . . . . . . . . . .  **8**

If line 8 is equal to or greater than line 7, check the box in Part VI, line 1b, and complete that part using a the Part VI instructions.

Page 4

Form 990-PF (2013)

| Part VI | Excise Tax Based on Investment Income (Section 4940(a), 4940(b), 4940(e), or 4948—see |
|---|---|

**1a** Exempt operating foundations described in section 4940(d)(2), check here ▶ ☐ and enter "N/A" on line 1.
Date of ruling or determination letter: _____
**(attach copy of letter if necessary–see instructions)**
**b** Domestic foundations that meet the section 4940(e) requirements in Part V, check
here ▶ ☑ and enter 1% of Part I, line 27b
**c** All other domestic foundations enter 2% of line 27b. Exempt foreign organizations enter 4% of Part I, line 12, col. (b)
**2** Tax under section 511 (domestic section 4947(a)(1) trusts and taxable foundations only. Others enter -0-)
**3** Add lines 1 and 2.
**4** Subtitle A (income) tax (domestic section 4947(a)(1) trusts and taxable foundations only. Others enter -0-).
**5 Tax based on investment income.** Subtract line 4 from line 3. If zero or less, enter -0- . . . . .
**6** Credits/Payments:

| | | |
|---|---|---|
| **a** 2013 estimated tax payments and 2012 overpayment credited to 2013 | **6a** | 2,000 |
| **b** Exempt foreign organizations—tax withheld at source . . . . . . | **6b** | |
| **c** Tax paid with application for extension of time to file (Form 8868) | **6c** | |
| **d** Backup withholding erroneously withheld . . . . . . . . | **6d** | |

**7** Total credits and payments. Add lines 6a through 6d . . . . . . . . .
**8** Enter any **penalty** for underpayment of estimated tax. Check here ☐ if Form 2220 is attached.
**9 Tax due.** If the total of lines 5 and 8 is more than line 7, enter **amount owed** . . . . ▶
**10 Overpayment.** If line 7 is more than the total of lines 5 and 8, enter the **amount overpaid.** . . ▶
**11** Enter the amount of line 10 to be: **Credited to 2014 estimated tax** ▶          956          **Refunded** ▶

| Part VII-A | Statements Regarding Activities |
|---|---|

**1a** During the tax year, did the foundation attempt to influence any national, state, or local legislation or did it participate or intervene in any political campaign?  . . . . . . . . . .
**b** Did it spend more than $100 during the year (either directly or indirectly) for political purposes (see page 19 o

the instructions for definition)?

*If the answer is "Yes" to **1a** or **1b**, attach a detailed description of the activities and copies of any materials published or distributed by the foundation in connection with the activities.*

**c** Did the foundation file **Form 1120-POL** for this year?. . . . . . . . . . . . .

**d** Enter the amount (if any) of tax on political expenditures (section 4955) imposed during the year:

**(1)** On the foundation. ▶ $ _____ **(2)** On foundation managers. ▶ $ _____

**e** Enter the reimbursement (if any) paid by the foundation during the year for political expenditure tax imposed on foundation managers. ▶ $ _____

**2** Has the foundation engaged in any activities that have not previously been reported to the IRS? . . .

*If "Yes," attach a detailed description of the activities.*

**3** Has the foundation made any changes, not previously reported to the IRS, in its governing instrument, articles of incorporation, or bylaws, or other similar instruments? *If "Yes," attach a conformed copy of the changes*

**4a** Did the foundation have unrelated business gross income of $1,000 or more during the year?. . . . . .

**b** If "Yes," has it filed a tax return on **Form 990-T** for this year?. . . . . . . . . . .

**5** Was there a liquidation, termination, dissolution, or substantial contraction during the year? . . . . .

*If "Yes," attach the statement required by General Instruction T.*

**6** Are the requirements of section 508(e) (relating to sections 4941 through 4945) satisfied either:

• By language in the governing instrument, or

• By state legislation that effectively amends the governing instrument so that no mandatory directions that conflict with the state law remain in the governing instrument? . . . . . . . . . .

**7** Did the foundation have at least $5,000 in assets at any time during the year? *If "Yes," complete Part II, col. ( XV.*

**8a** Enter the states to which the foundation reports or with which it is registered (see instructions)

▶NY _____

**b** If the answer is "Yes" to line 7, has the foundation furnished a copy of Form 990-PF to the Attorney General (or designate) of each state as required by General Instruction G? *If "No," attach explanation .*

**9** Is the foundation claiming status as a private operating foundation within the meaning of section 4942(j)(3) or 4942(j)(5) for calendar year 2013 or the taxable year beginning in 2013 (see instructions for Part XIV)? *If "Yes," complete Part XIV* . . . . . . . . . . . . . . . . .

**10** Did any persons become substantial contributors during the tax year? *If "Yes," attach a schedule listing their n addresses.*

**11** At any time during the year, did the foundation, directly or indirectly, own a controlled entity within the meaning of section 512(b)(13)? If "Yes," attach schedule. (see instructions). . . . . . . . . .

**12** Did the foundation make a distribution to a donor advised fund over which the foundation or a disqualified pers advisory privileges? If "Yes," attach statement (see instructions) . . . . . . . . . .

**13** Did the foundation comply with the public inspection requirements for its annual returns and exemption applica Website address ▶www.pkff.org _____

**14** The books are in care of ▶Joseph P Grymin CPA _____ Telephone

Located at ▶1173 Pittsford Victor Rd  Pittsford  NY _____ ZIP+4

**15** Section 4947(a)(1) nonexempt charitable trusts filing Form 990-PF in lieu of **Form 1041** —Check here. . . and enter the amount of tax-exempt interest received or accrued during the year . . . . . . ▶

**16** At any time during calendar year 2013, did the foundation have an interest in or a signature or other authority a bank, securities, or other financial account in a foreign country?

See instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes", enter the name of the foreign country ▶

12/7/21, 5:43 PM          Case 2:19-cv-05697-JS Nonprofit Explorer - DOCUMENT 65-9 Filed 12/02/21 ...IN Page 59 of 147 ProPublica

Form 990-PF (2013)

| Part VII-B | Statements Regarding Activities for Which Form 4720 May Be Required |
|---|---|

**File Form 4720 if any item is checked in the "Yes" column, unless an exception applies.**

**1a** During the year did the foundation (either directly or indirectly):

    **(1)** Engage in the sale or exchange, or leasing of property with a disqualified person? ☐

    **(2)** Borrow money from, lend money to, or otherwise extend credit to (or accept it from)

    a disqualified person?. . . . . . . . . . . . . . . . . . . . ☐

    **(3)** Furnish goods, services, or facilities to (or accept them from) a disqualified person? ☐

    **(4)** Pay compensation to, or pay or reimburse the expenses of, a disqualified person? ☐

    **(5)** Transfer any income or assets to a disqualified person (or make any of either available

    for the benefit or use of a disqualified person)?. . . . . . . . . . . . . ☐

    **(6)** Agree to pay money or property to a government official? (**Exception.** Check "No"

    if the foundation agreed to make a grant to or to employ the official for a period

    after termination of government service, if terminating within 90 days.). . . . . . . . ☐

**b** If any answer is "Yes" to 1a(1)–(6), did **any** of the acts fail to qualify under the exceptions described in Regulat

    section 53.4941(d)-3 or in a current notice regarding disaster assistance (see page 20 of the instructions)?. .

    Organizations relying on a current notice regarding disaster assistance check here. . . . . . . .

**c** Did the foundation engage in a prior year in any of the acts described in 1a, other than excepted acts,

    that were not corrected before the first day of the tax year beginning in 2013?. . . . . . . . . .

**2** Taxes on failure to distribute income (section 4942) (does not apply for years the foundation was a private

    operating foundation defined in section 4942(j)(3) or 4942(j)(5)):

**a** At the end of tax year 2013, did the foundation have any undistributed income (lines 6d

    and 6e, Part XIII) for tax year(s) beginning before 2013?. . . . . . . . . . . . ☐

    If "Yes," list the years ▶ 20\_\_\_\_ , 20\_\_\_\_ , 20\_\_\_\_ , 20\_\_\_\_

**b** Are there any years listed in 2a for which the foundation is **not** applying the provisions of section 4942(a)(2)

    (relating to incorrect valuation of assets) to the year's undistributed income? (If applying section 4942(a)(2)

    to **all** years listed, answer "No" and attach statement—see instructions.) . . . . . . . . . .

**c** If the provisions of section 4942(a)(2) are being applied to **any** of the years listed in 2a, list the years here.

    ▶ 20\_\_\_\_ , 20\_\_\_\_ , 20\_\_\_\_ , 20\_\_\_\_

**3a** Did the foundation hold more than a 2% direct or indirect interest in any business enterprise at

    any time during the year?. . . . . . . . . . . . . . . . . . . . . ☐

**b** If "Yes," did it have excess business holdings in 2013 as a result of **(1)** any purchase by the foundation

    or disqualified persons after May 26, 1969; **(2)** the lapse of the 5-year period (or longer period approved

    by the Commissioner under section 4943(c)(7)) to dispose of holdings acquired by gift or bequest; or **(3)**

    the lapse of the 10-, 15-, or 20-year first phase holding period?*(Use Schedule C, Form 4720, to determine*

    *if the foundation had excess business holdings in 2013.).*

**4a** Did the foundation invest during the year any amount in a manner that would jeopardize its charitable purpose

**b** Did the foundation make any investment in a prior year (but after December 31, 1969) that could jeopardize it

    charitable purpose that had not been removed from jeopardy before the first day of the tax year beginning in 2

**5a** During the year did the foundation pay or incur any amount to:

    **(1)** Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))? ☐

    **(2)** Influence the outcome of any specific public election (see section 4955); or to carry

    on, directly or indirectly, any voter registration drive?. . . . . . . . . . . . ☐

    **(3)** Provide a grant to an individual for travel, study, or other similar purposes? ☐

    **(4)** Provide a grant to an organization other than a charitable, etc., organization described

    in section 509(a)(1), (2), or (3), or section 4940(d)(2)? (see instructions). . . . . . . . ☐

    **(5)** Provide for any purpose other than religious, charitable, scientific, literary, or

    educational purposes, or for the prevention of cruelty to children or animals?. . . . . . . ☐

**b** If any answer is "Yes" to 5a(1)–(5), did **any** of the transactions fail to qualify under the exceptions described in

    Regulations section 53.4945 or in a current notice regarding disaster assistance (see instructions)? . . . .

    Organizations relying on a current notice regarding disaster assistance check here. . . . . . . .

| c | If the answer is "Yes" to question 5a(4), does the foundation claim exemption from the tax because it maintained expenditure responsibility for the grant? . . . . . . . . . | ☐ |
|---|---|---|

*If "Yes," attach the statement required by Regulations section 53.4945–5(d).*

**6a** Did the foundation, during the year, receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? . . . . . . . . . . . . . . . ☐

**b** Did the foundation, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . ☐

*If "Yes" to 6b, file Form 8870.*

**7a** At any time during the tax year, was the foundation a party to a prohibited tax shelter transaction? ☐

**b** If yes, did the foundation receive any proceeds or have any net income attributable to the transaction? . . . .

───────────── Page 6 ─────────────

Form 990-PF (2013)

| Part VIII | **Information About Officers, Directors, Trustees, Foundation Managers, Highly [...] and Contractors** |
|---|---|

**1    List all officers, directors, trustees, foundation managers and their compensation (see instructions)**

| **(a)** Name and address | Title, and average hours per week **(b)** devoted to position | **(c)** Compensation (If not paid, enter -0-) | **(d)** Contributions to employee benefit pl[...] and deferred compen[...] |
|---|---|---|---|
| SUZANNE HESS<br>6 Cross Meadow Lane<br>Pittsford, NY 14534 | Treasurer<br>20.00 | 21,025 | |
| IRENE HESS<br>16 Cross Meadow Lane<br>Pittsford, NY 14534 | President<br>1.00 | 0 | |
| STEVEN HESS<br>10 Bay Point Circle<br>Pittsford, NY 14534 | Vice President<br>0.50 | 0 | |

**2    Compensation of five highest-paid employees (other than those included on line 1—see instructions**

| **(a)** Name and address of each employee paid more than $50,000 | Title, and average hours per week **(b)** devoted to position | **(c)** Compensation | Contributi[...] employee be[...] plans and de[...] **(d)**    compensa[...] |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Total** number of other employees paid over $50,000 . . . . . . . . . . . . . . . . .

**3    Five highest-paid independent contractors for professional services (see instructions). If none, ente[...]**

| **(a)** Name and address of each person paid more than $50,000 | **(b)** Type of service |
|---|---|
| NONE | |
| | |
| | |

|  |  |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

**Total** number of others receiving over $50,000 for professional services. . . . . . . . . . . .

---

**Part IX-A**   **Summary of Direct Charitable Activities**

List the foundation's four largest direct charitable activities during the tax year. Include relevant statistical information such as the numbe organizations and other beneficiaries served, conferences convened, research papers produced, etc.

**1** _____

**2** _____

**3** _____

**4** _____

---

Page 7

Form 990-PF (2013)

**Part IX-B**   **Summary of Program-Related Investments** (see instructions)

Describe the two largest program-related investments made by the foundation during the tax year on lines 1 and 2.

**1** _____

**2** _____

All other program-related investments. See page 24 of the instructions.

**3** _____

**Total.** Add lines 1 through 3 . . . . . . . . .

**Part X**   **Minimum Investment Return** (All domestic foundations must complete this part. Foreign see instructions.)

**1** Fair market value of assets not used (or held for use) directly in carrying out charitable, etc.,
purposes:

**a** Average monthly fair market value of securities. . . . . . . . . .

**b** Average of monthly cash balances. . . . . . . . . .

**c** Fair market value of all other assets (see instructions). . . . . . . . .

**d** **Total** (add lines 1a, b, and c). . . . . . . . . .

e   Reduction claimed for blockage or other factors reported on lines 1a and
    1c (attach detailed explanation). . . . . . . . . . . . . . . | **1e** |
**2**   Acquisition indebtedness applicable to line 1 assets. . . . . . . .
**3**   Subtract line 2 from line 1d. . . . . . . . . . . . . .
**4**   Cash deemed held for charitable activities. Enter 1 1/2% of line 3 (for greater amount, see
    instructions). . . . . . . . . . . . . . . . . . . . .
**5**   **Net value of noncharitable-use assets.** Subtract line 4 from line 3. Enter here and on Part V, line 4
**6**   **Minimum investment return.** Enter 5% of line 5. . . . . . . . .

---

**Part XI**   **Distributable Amount** (see instructions) (Section 4942(j)(3) and (j)(5) private operating
foreign organizations check here ▶ ☐ and do not complete this part.)

**1**   Minimum investment return from Part X, line 6. . . . . . . . . .
**2a**  Tax on investment income for 2013 from Part VI, line 5. . . . . . | **2a** | 1,04∎
**b**   Income tax for 2013. (This does not include the tax from Part VI.). . . | **2b** |
**c**   Add lines 2a and 2b. . . . . . . . . . . . . . . .
**3**   Distributable amount before adjustments. Subtract line 2c from line 1. . .
**4**   Recoveries of amounts treated as qualifying distributions. . . . . . .
**5**   Add lines 3 and 4. . . . . . . . . . . . . . . . .
**6**   Deduction from distributable amount (see instructions). . . . . . .
**7**   **Distributable amount** as adjusted. Subtract line 6 from line 5. Enter here and on Part XIII,
    line 1. . . . . . . . . . . . . . . . . . . . . .

---

**Part XII**   **Qualifying Distributions** (see instructions)

**1**   Amounts paid (including administrative expenses) to accomplish charitable, etc., purposes:
**a**   Expenses, contributions, gifts, etc.—total from Part I, column (d), line 26 . . . . .
**b**   Program-related investments—total from Part IX-B . . . . . . . . .
**2**   Amounts paid to acquire assets used (or held for use) directly in carrying out charitable, etc.,
    purposes . . . . . . . . . . . . . . . . . . . .
**3**   Amounts set aside for specific charitable projects that satisfy the:
**a**   Suitability test (prior IRS approval required) . . . . . . . . . .
**b**   Cash distribution test (attach the required schedule) . . . . . . .
**4**   **Qualifying distributions.** Add lines 1a through 3b. Enter here and on Part V, line 8, and Part XIII, line 4
**5**   Foundations that qualify under section 4940(e) for the reduced rate of tax on net investment
    income. Enter 1% of Part I, line 27b (see instructions) . . . . . . . .
**6**   **Adjusted qualifying distributions.** Subtract line 5 from line 4 . . . . .
    **Note:** The amount on line 6 will be used in Part V, column (b), in subsequent years when calculating whether t
    the section 4940(e) reduction of tax in those years.

--- Page 8 ---

Form 990-PF (2013)

**Part XIII**   **Undistributed Income** (see instructions)

|  |  | **(a)** Corpus | **(b)** Years prior to 2012 | **(c** 201 |
|---|---|---|---|---|
| **1** | Distributable amount for 2013 from Part XI, line 7 |  |  |  |
| **2** | Undistributed income, if any, as of the end of 2013: |  |  |  |
| **a** | Enter amount for 2012 only. . . . . . |  |  |  |
| **b** | Total for prior years: 20___ , 20___ , 20___ |  |  |  |
| **3** | Excess distributions carryover, if any, to 2013: |  |  |  |
| **a** | From 2008. . . . . . |  |  |  |
| **b** | From 2009. . . . . . |  |  |  |
|  | From 2010. |  |  |  |

| | | | | |
|---|---|---|---|---|
| **d** From 2011. . . . . | | | | |
| **e** From 2012. . . . . | | | | |
| **f Total** of lines 3a through e. . . . . . | | | | |
| **4** Qualifying distributions for 2013 from Part XII, line 4: ▶ $ 96,989 | | | | |
| **a** Applied to 2012, but not more than line 2a | | | | |
| **b** Applied to undistributed income of prior years (Election required—see instructions). | | | | |
| **c** Treated as distributions out of corpus (Election required—see instructions). . . . . . . | | | | |
| **d** Applied to 2013 distributable amount. . | | | | |
| **e** Remaining amount distributed out of corpus | | 20,026 | | |
| **5** Excess distributions carryover applied to 2013. | | 17,185 | | |
| *(If an amount appears in column (d), the same amount must be shown in column (a).)* | | | | |
| **6 Enter the net total of each column as indicated below:** | | | | |
| **a** Corpus. Add lines 3f, 4c, and 4e. Subtract line 5 | | 2,841 | | |
| **b** Prior years' undistributed income. Subtract line 4b from line 2b . . . . . . . | | | | |
| **c** Enter the amount of prior years' undistributed income for which a notice of deficiency has been issued, or on which the section 4942(a) tax has been previously assessed. . . . . | | | | |
| **d** Subtract line 6c from line 6b. Taxable amount —see instructions . . . . . . | | | | |
| **e** Undistributed income for 2012. Subtract line 4a from line 2a. Taxable amount—see instructions . . . . . . . . . | | | | |
| **f** Undistributed income for 2013. Subtract lines 4d and 5 from line 1. This amount must be distributed in 2014 . . . . . . | | | | |
| **7** Amounts treated as distributions out of corpus to satisfy requirements imposed by section 170(b)(1)(F) or 4942(g)(3) (see instructions) . . . . . . . . . . | | | | |
| **8** Excess distributions carryover from 2008 not applied on line 5 or line 7 (see instructions) . . . | | | | |
| **9 Excess distributions carryover to 2014.** Subtract lines 7 and 8 from line 6a . . . . . . | | 2,841 | | |
| **10** Analysis of line 9: | | | | |
| **a** Excess from 2009. . . . | | | | |
| **b** Excess from 2010. . . . | | | | |
| **c** Excess from 2011. . . . | | | | |
| **d** Excess from 2012. . . . | | | | |
| **e** Excess from 2013. . . . | 2,841 | | | |

Page 9

Form 990-PF (2013)

| **Part XIV** | **Private Operating Foundations** (see instructions and Part VII-A, question 9) |
|---|---|

**1a** If the foundation has received a ruling or determination letter that it is a private operating foundation, and the ruling is effective for 2013, enter the date of the ruling. . . . . . ▶

**b** Check box to indicate whether the organization is a private operating foundation described in section ☐ 4942(

**2a** Enter the lesser of the adjusted net income from Part I or the minimum investment return from Part X for each year listed . . . . . . . .

| | Tax year | Prior 3 years | |
|---|---|---|---|
| | **(a)** 2013 | **(b)** 2012 | **(c)** 2011 |

**b** 85% of line 2a . .

| | | | | |
|---|---|---|---|---|
| **c** Qualifying distributions from Part XII, line 4 for each year listed | | | | |
| **d** Amounts included in line 2c not used directly for active conduct of exempt activities | | | | |
| **e** Qualifying distributions made directly for active conduct of exempt activities. Subtract line 2d from line 2c | | | | |
| **3** Complete 3a, b, or c for the alternative test relied upon: | | | | |
| **a** "Assets" alternative test—enter: | | | | |
|   **(1)** Value of all assets | | | | |
|   **(2)** Value of assets qualifying under section 4942(j)(3)(B)(i) | | | | |
| **b** "Endowment" alternative test— enter 2/3 of minimum investment return shown in Part X, line 6 for each year listed | | | | |
| **c** "Support" alternative test—enter: | | | | |
|   **(1)** Total support other than gross investment income (interest, dividends, rents, payments on securities loans (section 512(a)(5)), or royalties) | | | | |
|   **(2)** Support from general public and 5 or more exempt organizations as provided in section 4942(j)(3)(B)(iii) | | | | |
|   **(3)** Largest amount of support from an exempt organization | | | | |
|   **(4)** Gross investment income | | | | |

**Part XV**    **Supplementary Information (Complete this part only if the organization had $5,0** **assets at any time during the year—see instructions.)**

**1**    **Information Regarding Foundation Managers:**

**a**   List any managers of the foundation who have contributed more than 2% of the total contributions received by t before the close of any tax year (but only if they have contributed more than $5,000). (See section 507(d)(2).)

**b**   List any managers of the foundation who own 10% or more of the stock of a corporation (or an equally large por ownership of a partnership or other entity) of which the foundation has a 10% or greater interest.

**2**    **Information Regarding Contribution, Grant, Gift, Loan, Scholarship, etc., Programs:**

Check here ▶ ☑ if the foundation only makes contributions to preselected charitable organizations and does not unsolicited requests for funds. If the foundation makes gifts, grants, etc. (see instructions) to individuals or org other conditions, complete items 2a, b, c, and d.

**a**   The name, address, and telephone number of the person to whom applications should be addressed:

**b**   The form in which applications should be submitted and information and materials they should include:

**c**   Any submission deadlines:

**d**   Any restrictions or limitations on awards, such as by geographical areas, charitable fields, kinds of institutions, c

Form 990-PF (2013)

| Part XV | Supplementary Information(continued) |

**3 Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution |
|---|---|---|---|
| **a** *Paid during the year* | | | |
| United States Holocaust Memorial Museum<br>100 Raoul Wallenberg Pl SW<br>Washington, DC  200242126 | | 501(c)3 | General Gift |
| Rochester Philharmonic Orchestra<br>108 East Ave<br>Rochester, NY  14604 | | 501(c)3 | General Gift |
| Abraham Joshua Heschell School<br>30 West End Ave<br>New York, NY  10023 | | 501(c)3 | General Gift |
| Lollypop Farm<br>99 Victor Rd<br>Fairport, NY  14450 | | 501(c)3 | General Gift |
| Animal Welfare League of Arlington<br>1650 S Arlington Mill Dr<br>Arlington, VA  22206 | | 501(c)3 | General Gift |
| Middle East Forum<br>1500 Walnut St<br>Philadelphia, PA  19102 | | 501(c)3 | General Gift |
| Jewish Community Center of Greater Rochester<br>1200 Edgewood Ave<br>Rochester, NY  14618 | | 501(c)3 | General Gift |
| Jewish Federation of Greater Rochester<br>441 East Ave<br>Rochester, NY  14607 | | 501(c)3 | General Gift |
| **Total** . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | |
| **b** *Approved for future payment* | | | |

**Total** . . . . . . . . . . . . . . . . . ▶

---
Page 11
---

Form 990-PF (2013)

| Part XVI-A | **Analysis of Income-Producing Activities** |

Enter gross amounts unless otherwise indicated.

| | Unrelated business income | | Excluded by section 512, |
|---|---|---|---|
| | **(a)** Business code | **(b)** Amount | **(c)** Exclusion code |
| **1** Program service revenue: | | | |
| a | | | |
| b | | | |
| c | | | |
| d | | | |
| e | | | |
| f | | | |
| g Fees and contracts from government agencies | | | |
| **2** Membership dues and assessments . . . . | | | |
| **3** Interest on savings and temporary cash investments . . . . . . . . . . | | | |
| **4** Dividends and interest from securities . . . . | | | 14 |
| **5** Net rental income or (loss) from real estate: | | | |
| a Debt-financed property . . . . . . . . | | | |
| b Not debt-financed property. . . . . . . | | | |
| **6** Net rental income or (loss) from personal property | | | |
| **7** Other investment income . . . . . . . . | | | |
| **8** Gain or (loss) from sales of assets other than inventory. . . . . . . . . . . | | | 18 |
| **9** Net income or (loss) from special events: . . . | | | |
| **10** Gross profit or (loss) from sales of inventory . . | | | |
| **11** Other revenue: a | | | |
| b | | | |
| c | | | |
| d | | | |
| e | | | |
| **12** Subtotal. Add columns (b), (d), and (e) . . | | | |

**13 Total.** Add line 12, columns (b), (d), and (e). . . . . . . . . . . . . . . . . **13**___
(See worksheet in line 13 instructions to verify calculations.)

---

| Part XVI-B | **Relationship of Activities to the Accomplishment of Exempt Purposes** |

| Line No. ▼ | Explain below how each activity for which income is reported in column (e) of Part XVI-A contributed importantly to the accomplishment of the foundation's exempt purposes (other than by providing funds for such purposes. (See instructions.) |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Form 990-PF (2013)

| Part XVII | Information Regarding Transfers To and Transactions and Relationships With Exempt Organizations |

**1** Did the organization directly or indirectly engage in any of the following with any other organization described in 501(c) of the Code (other than section 501(c)(3) organizations) or in section 527, relating to political organizatio

**a** Transfers from the reporting foundation to a noncharitable exempt organization of:

   **(1)** Cash.

   **(2)** Other assets.

**b** Other transactions:

   **(1)** Sales of assets to a noncharitable exempt organization.

   **(2)** Purchases of assets from a noncharitable exempt organization.

   **(3)** Rental of facilities, equipment, or other assets.

   **(4)** Reimbursement arrangements.

   **(5)** Loans or loan guarantees.

   **(6)** Performance of services or membership or fundraising solicitations.

**c** Sharing of facilities, equipment, mailing lists, other assets, or paid employees.

**d** If the answer to any of the above is "Yes," complete the following schedule. Column **(b)** should always show the of the goods, other assets, or services given by the reporting foundation. If the foundation received less than fair in any transaction or sharing arrangement, show in column **(d)** the value of the goods, other assets, or services

| **(a)** Line No. | **(b)** Amount involved | **(c)** Name of noncharitable exempt organization | **(d)** Description of transfers, transac |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**2a** Is the foundation directly or indirectly affiliated with, or related to, one or more tax-exempt organizations described in section 501(c) of the Code (other than section 501(c)(3)) or in section 527?. . . . . . . .
 **b** If "Yes," complete the following schedule.

| (a) Name of organization | (b) Type of organization | (c) Descr |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| Sign Here | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules a of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer information of which preparer has any knowledge. | | |
|---|---|---|---|
|  | ▶ Signature of officer or trustee | 2014-05-01 Date | ▶ Title |

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's Signature | Date | Check if self-employed ▶ ☐ |
|---|---|---|---|---|
|  | JOSEPH P GRYMIN CPA |  | 2014-05-02 |  |
|  | Firm's name ▶ Joseph P Grymin CPA PLLC | | | Firm's EIN▶ |
|  | Firm's address ▶ 1173 Pittsford Victor Rd Suite 140 Pittsford, NY 14534 | | | Phone no. (5 |

# Additional Data

## Software ID:
## Software Version:

## Form 990PF - Special Condition Description:

| Special Condition Description |
|---|
|  |

↑ Back to Top

**efile Public Visual Render**    ObjectId: 201441229349100114 - Submission: 2014-05-02

Note: To capture the full content of this document, please select landscape mode (11" x 8.5") when printing.

## TY 2013 IRS 990 e-File Render

**Name:**  Paul Klingenstein Family Foundation Inc

**EIN:**  45-4288118

| Name | Date Acquired | How Acquired | Date Sold | Purchaser Name | Gross Sales Price | Basis | Basis Method | E |
|------|---------------|--------------|-----------|----------------|-------------------|-------|--------------|---|
| Berkshire Hathaway 5% Notes | 2012-01 | Donated | 2013-06 | NA | 16,145 | 17,612 | | |
| Freeport McMoran Copper Stock | 2012-01 | Donated | 2013-04 | NA | 8,247 | 2,192 | | |
| Freeport McMoran Copper Stock | 2012-01 | Donated | 2013-06 | NA | 6,807 | 2,192 | | |
| IBM Stock | 2012-01 | Donated | 2013-01 | NA | 28,720 | 12,310 | | |
| IBM Stock | 2012-01 | Donated | 2013-04 | NA | 10,624 | 4,103 | | |
| IBM Stock | 2012-01 | Donated | 2013-08 | NA | 38,922 | 16,413 | | |
| US Intnl .625% Bond | 2012-01 | Donated | 2013-04 | NA | 54,683 | 49,650 | | |
| Walmart Stores 5.25% Bond | 2012-05 | Purchased | 2013-06 | NA | 5,327 | 5,882 | | |
| Zimmer Holdings Stock | 2013-01 | Donated | 2013-04 | NA | 7,730 | 4,061 | | |

↑ Back to Top

**efile Public Visual Render**    ObjectId: 201441229349100114 - Submission: 2014-05-02

## TY 2013 IRS 990 e-File Render

**Name:**  Paul Klingenstein Family Foundation Inc

**EIN:**  45-4288118

| Name of Bond | End of Year Book Value | End of |
|--------------|------------------------|--------|
| Goldman Sachs 5.35% 01-15-16 | 32,411 | |
| Gannett 9.375% 11-15-17 | 15,769 | |
| General Electric 5.1% 02-15-19 | 109,909 | |
| Kraft Foods 5.375% 02-10-20 | 28,388 | |
| Expedia 5.95% 08-15-20 | 64,887 | |
| Plains Exploration Production 6.5% 11-15-20 | 33,150 | |
| General Electric 5.3% 02-11-21 | 44,622 | |
| Tyson Foods 4.5% 06-15-22 | 50,750 | |
| Walmart 5.25% 09-01-35 | 53,964 | |

| | | |
|---|---:|---|
| Walmart 5.25% 09-01-35 | 33,904 | |
| Microsoft 4.5% 10-01-40 | 33,456 | |

↑ Back to Top

**efile Public Visual Render**    **ObjectId: 201441229349100114 - Submission: 2014-05-02**

# TY 2013 IRS 990 e-File Render

**Name:** Paul Klingenstein Family Foundation Inc

**EIN:** 45-4288118

| Name of Stock | End of Year Book Value | End of |
|---|---:|---|
| Freeport McMoran | 75,480 | |
| Mosaic Co | 28,646 | |
| Occidental Pete | 95,100 | |
| Co Brasileira | 17,868 | |
| Hershey Foods | 29,169 | |
| Pepsico | 103,675 | |
| Proctor & Gamble | 28,493 | |
| Chevron | 43,718 | |
| Exxon Mobil | 32,890 | |
| CBOE Holdings | 25,980 | |
| Equifax | 96,726 | |
| Fidelity National Info Svc | 53,680 | |
| Biogen IDEC | 27,957 | |
| Bristol Meyers Squibb | 42,520 | |
| Edwards Lifesciences | 26,304 | |
| Johnson & Johnson | 27,477 | |
| Zimmer Holdings Inc | 37,276 | |
| 3M Co | 56,100 | |
| General Electric | 21,025 | |
| Golar LNG Ltd | 19,959 | |
| Honeywell Intl | 68,527 | |
| International Bus Machine | 215,705 | |
| KVH Inds Inc | 22,802 | |
| Dominion Resources Va | 32,345 | |

| Dominion Resources va | | 32,343 |
|---|---|---|

↑ Back to Top

**efile Public Visual Render** | ObjectId: 201441229349100114 - Submission: 2014-05-02

# TY 2013 IRS 990 e-File Render

|  | |
|---|---|
| **Name:** | Paul Klingenstein Family Foundation Inc |
| **EIN:** | 45-4288118 |
| **US Government Securities - End of Year Book Value:** | 87,450 |
| **US Government Securities - End of Year Fair Market Value:** | 87,450 |
| **State & Local Government Securities - End of Year Book Value:** | |
| **State & Local Government Securities - End of Year Fair Market Value:** | |

↑ Back to Top

**efile Public Visual Render** | ObjectId: 201441229349100114 - Submission: 2014-05-02

# TY 2013 IRS 990 e-File Render

**Name:** Paul Klingenstein Family Foundation Inc
**EIN:** 45-4288118

| Description | Revenue and Expenses per Books | Net Investment Income | Adjusted Net Incom |
|---|---|---|---|
| Investment Advisory Fees | 7,383 | 7,383 | |
| Office | 972 | 97 | |
| Investment Expenses | 14 | 14 | |
| Health Insurance | 7,182 | 718 | |
| NYS Filing Fees | 250 | | |

↑ Back to Top

**efile Public Visual Render** | ObjectId: 201441229349100114 - Submission: 2014-05-02

# TY 2013 IRS 990 e-File Render

**Name:** Paul Klingenstein Family Foundation Inc
**EIN:** 45-4288118

| Description | Revenue And Expenses Per Books | Net Investment Income |
|---|---|---|

Nonprofit Explorer - PAUL KLINGENSTEIN FAMILY FOUNDATION INC - Full Filing - ProPublica

| Unrealized Gains On Investments | 99,729 | |
|---|---|---|

[↑ Back to Top](#)

| **efile Public Visual Render** | ObjectId: 201441229349100114 - Submission: 2014-05-02 |
|---|---|

## TY 2013 IRS 990 e-File Render

**Name:** Paul Klingenstein Family Foundation Inc

**EIN:** 45-4288118

| Category | Amount | Net Investment Income | Adjusted Net Income |
|---|---|---|---|
| Payroll | 1,957 | 196 | |
| Income Taxes | 6,714 | | |

ProPublica

ProPublica Illinois

The Data Store

Topics

Series

News Apps

Get Involved

Impact

Corrections

About Us

Board and Advisors

Officers and Staff

Diversity

Jobs and Fellowships

Reports

Media Center

Advertising Policy

Code of Ethics

Privacy Policy

Subscribe by Email

Subscribe by RSS

Twitter

Facebook

iOS **and** Android

Podcast

---

Leak to Us

Steal Our Stories

Contact Us

Donate

**PROPUBLICA**

© Copyright 2021 Pro Publica Inc.



 **SIGN UP**

Donate

# Nonprofit Explorer

Research Tax-Exempt Organizations

---

# PAUL KLINGENSTEIN FAMILY FOUNDATION INC

PITTSFORD, NY 14534-2170 | TAX-EXEMPT SINCE MAY 2012

---

## Form 990-PF for period ending December 2014

Download

Form 990PF for PAUL KLINGENSTEIN... 2 / 26 29%

1

2

3

4

5

ProPublica
ProPublica Illinois
The Data Store
Topics
Series
News Apps
Get Involved
Impact
Corrections

About Us
Board and Advisors
Officers and Staff
Diversity
Jobs and Fellowships
Reports
Media Center
Advertising Policy
Code of Ethics
Privacy Policy

Subscribe by Email
Subscribe by RSS
Twitter
Facebook
iOS and Android
Podcast

Leak to Us
Steal Our Stories
Contact Us
Donate

**PROPUBLICA**

© Copyright 2021 Pro Publica Inc.



IRS Form 990 PF          Tax Year 2019

# PAUL KLINGENSTEIN FAMILY FOUNDATION INC

Pittsford, NY

  

## Summary

### Assets
## $1.7M

| Distributions | Contributions |
|---|---|
| $203K | $0 |

| Grant Median | Count | Grant Max |
|---|---|---|
| $50K | 4 | $75K |





| | Latest Tax e-Filing | Published by IRS |
|---|---|---|
| | 2019 | September 2021 |

## People

| # | Name | Title | Hours / Wk | Comp ($) |
|---|---|---|---|---|
| 1 | Suzanne Hess | Treasurer | 20 | 11,520 |
| 2 | Irene Hess | President | 1 | 0 |
| 3 | Steven Hess | Vice President | 1 | 0 |

## Charitable Activities

No Charitable Activities listed on Form 990 PF Part IX-A

Grantmakers.io is an open source project for my friends in the nonprofit community

## Grants

38 results

Tax Years ▾

### Amount

$2K ────────○ $75K

### State

| | |
|---|---|
| NY | 27 |
| PA | 7 |
| DC | 3 |

SHOW MORE

### City

| | |
|---|---|
| Rochester | 16 |
| Fairport | 7 |
| Philadelphia | 7 |

SHOW MORE

### Recipient

| | |
|---|---|
| LOLLYPOP FARM | 7 |
| ALLENDALE COLUMBIA SCHOOL | 5 |
| Abraham Joshua Heschell School | 4 |

SHOW MORE

### Purpose

| | |
|---|---|
| General Gift | 38 |

SHOW MORE

| Amount | Name | Purpose | Location | Year |
|---|---|---|---|---|
| $2,000 | Middle East Forum | General Gift | Philadelphia, PA | 2015 |
| $2,000 | Rochester Philharmonic Orchestra | General Gift | Rochester, NY | 2015 |
| $30,000 | Lollypop Farm | General Gift | Fairport, NY | 2014 |
| $10,000 | Allendale Columbia School | General Gift | Rochester, NY | 2014 |
| $10,000 | Abraham Joshua Heschell School | General Gift | New York, NY | 2014 |
| $5,000 | Jewish Federation of Greater Rochester | General Gift | Rochester, NY | 2014 |
| $5,000 | Jewish Community Center of Greater Rochester | General Gift | Rochester, NY | 2014 |
| $5,000 | Rochester Philharmonic Orchestra | General Gift | Rochester, NY | 2014 |
| $5,000 | United States Holocaust Memorial Museum | General Gift | Washington, DC | 2014 |
| $4,000 | Middle East Forum | General Gift | Philadelphia, PA | 2014 |
| $40,000 | Lollypop Farm | General Gift | Fairport, NY | 2013 |
| $10,000 | Abraham Joshua Heschell School | General Gift | New York, NY | 2013 |
| $5,000 | Rochester Philharmonic Orchestra | General Gift | Rochester, NY | 2013 |
| $2,500 | Jewish Federation of Greater Rochester | General Gift | Rochester, NY | 2013 |
| $2,500 | Jewish Community Center of Greater Rochester | General Gift | Rochester, NY | 2013 |
| $2,500 | Animal Welfare League of Arlington | General Gift | Arlington, VA | 2013 |
| $2,500 | United States Holocaust Memorial Museum | General Gift | Washington, DC | 2013 |
| $2,000 | Middle East Forum | General Gift | Philadelphia, PA | 2013 |

« ‹ 1 2

## Application Guidelines

IRS

🌐 Note: This foundation appears to have a website. We recommend starting your exploration there. Visit Website.

🔒 The foundation has indicated it only makes contributions to preselected charitable organizations and does not accept unsolicited requests for funds.

## About Grantmakers.io

Grantmakers.io is a free community project aimed at giving nonprofits unfettered access to a public dataset of Form 990 tax filings published by the IRS. Read more about the project.

The project republishes the IRS dataset, verbatim, focusing exclusively on Form 990 PF, the form most commonly filed by private foundations.

Note that the IRS dataset only contains information from *electronically-filed* tax returns. Read more about the dataset.

Grantmakers.io is not affiliated, associated, authorized, endorsed by, or in any way officially connected with any foundation appearing on the site.



## Financial Overview

IRS

◼ Assets       🔴 Distributions       🟢 Contributions

$1.7M       $203K       $0

Loading...



## Financial Trends

IRS

Tax e-Filings Available ⓘ       Last Updated by IRS

8       Sep 07, 2021

Loading...

**P**J **PROPUBLICA**        f    🐦    ✉ **SIGN UP**        Donate

# Nonprofit Explorer
Research Tax-Exempt Organizations

# PAUL KLINGENSTEIN FAMILY FOUNDATION INC

PITTSFORD, NY 14534-2170 | TAX-EXEMPT SINCE MAY 2012

**EIN**: 45-4288118

**Classification** (NTEE)
Private Grantmaking Foundations (Philanthropy, Voluntarism and Grantmaking Foundations)

**Nonprofit Tax Code Designation: 501(c)(3)**
Defined as: Organizations for any of the following purposes: religious, educational, charitable, scientific, literary, testing for public safety, fostering national or international amateur sports competition (as long as it doesn't provide athletic facilities or equipment), or the prevention of cruelty to children or animals.

**Donations to this organization are tax deductible.**

**More Resources:** ↖ GuideStar

**Get notifications:** Sign up for updates about our data.

## Tax Filings by Year

The IRS Form 990 is an annual information return that most organizations claiming federal tax-exempt status must file yearly. Read the IRS instructions for 990 forms.

If this organization has filed an amended return, it may not be reflected in the data below. Duplicated download links may be due to resubmissions or amendments to an organization's original return.

If you would like to download Form 990 document PDFs in bulk, the Internet Archive operates a mirror of the original bulk data.

| FISCAL YEAR ENDING DEC. **2019** | **Total Revenue** | **$82,925** | |
|---|---|---|---|
| | **Total Expenses** | **$213,591** | |
| PDF | **Notable sources of revenue** | | **Percent of total revenue** |
| 990-PF | Contributions received | $0 | |
| | Interest revenue | $208 | 0.3% |
| Full Text | Dividends | $41,234 | 49.7% |
| | Sales of assets | $0 | |
| 990PF (FILED ON JUNE 14, 2021) | Other income | $41,483 | 50.0% |
| | **Notable expenses** | | **Percent of total expenses*** |
| | Charitable disbursements | $202,765 | 94.9% |



## Total Revenue    **$82,925**

**Total Expenses**     <span style="color:red">**$213,591**</span>
Compensation of officers*     $11,520 | 5.4%

**Other**
<u>Total Assets</u>     $1,747,117
<u>Total Liabilities</u>     <span style="color:red">$1,036</span>

\* Officer compensation may be included in charitable disbursements, so values may add up to greater than 100%.

| Key Employees and Officers | Compensation |
|---|---|
| Suzanne Hess *(Treasurer)* | $11,520 |
| Irene Hess *(President)* | $0 |
| Steven Hess *(Vice President)* | $0 |

**Help Keep Nonprofit Explorer Free!**

If you have used our data or site in your research or reporting, add credit and a link to Nonprofit Explorer in your story or publication and let us know.



FISCAL YEAR ENDING DEC.
**2018**

### Form 990 documents available

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

| Key Employees and Officers | Compensation |
|---|---|
| Suzanne Hess *(Treasurer)* | $18,000 |
| Irene Hess *(President)* | $0 |
| Steven Hess *(Vice President)* | $0 |

PDF
**990-PF**

Full Text
990PF (FILED ON JULY 19, 2019)
**Full Filing**
**Schedules ▾**

Raw XML
**990PF**

FISCAL YEAR ENDING DEC.
**2017**

### Form 990 documents available

PDF

990-PF

Full Text

990PF (FILED ON
AUG. 7, 2018)

Full Filing

Schedules ▾

Raw XML

990PF

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

| Key Employees and Officers | Compensation |
|---|---|
| SUZANNE HESS *(Treasurer)* | $20,160 |
| IRENE HESS *(President)* | $0 |
| STEVEN HESS *(Vice President)* | $0 |

---

FISCAL YEAR
ENDING DEC.

## 2016

Full Text

990PF (FILED ON
SEPT. 26, 2017)

Full Filing

Schedules ▾

Raw XML

990PF

### Form 990 documents available

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

| Key Employees and Officers | Compensation |
|---|---|
| SUZANNE HESS *(Treasurer)* | $23,760 |
| IRENE HESS *(President)* | $0 |
| STEVEN HESS *(Vice President)* | $0 |

---

FISCAL YEAR
ENDING DEC.

## 2015

PDF

990-PF

Full Text

990PF (FILED ON
SEPT. 16, 2016)

Full Filing

# Total Revenue          **$11,405**

| **Total Expenses** | **$123,016** |
|---|---|

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions received | $0 | |
| Interest revenue | $0 | |
| Dividends | $52,305 | > 100% |
| Sales of assets | $0 | |
| Other income | -$40,900 | |

| Notable expenses | | Percent of total expenses* |
|---|---|---|
| Charitable disbursements | $110,840 | 90.1% |
| Compensation of officers* | $30,240 | 24.6% |

**Other**

## Total Revenue     **$11,405**

**Total Expenses**     **$123,016**
Total Assets     $1,713,662
Total Liabilities     $1,290

\* Officer compensation may be included in charitable disbursements, so values may add up to greater than 100%.

| Key Employees and Officers | Compensation |
| --- | --- |
| SUZANNE HESS *(Treasurer)* | $30,240 |
| IRENE HESS *(President)* | $0 |
| STEVEN HESS *(Vice President)* | $0 |

---

**FISCAL YEAR ENDING DEC.**

# 2014

PDF

**990-PF**

Full Text

990PF (FILED ON AUG. 10, 2015)

**Full Filing**

**Schedules** ⌄

Raw XML

**990PF**

## Total Revenue     **$127,102**

**Total Expenses**     **$113,266**

| Notable sources of revenue | | Percent of total revenue |
| --- | --- | --- |
| Contributions received | $0 | |
| Interest revenue | $0 | |
| Dividends | $52,785 | 41.5% |
| Sales of assets | $0 | |
| Other income | $74,317 | 58.5% |

| Notable expenses | | Percent of total expenses* |
| --- | --- | --- |
| Charitable disbursements | $99,801 | 88.1% |
| Compensation of officers* | $19,720 | 17.4% |

**Other**
Total Assets     $1,824,196
Total Liabilities     $213

\* Officer compensation may be included in charitable disbursements, so values may add up to greater than 100%.

| Key Employees and Officers | Compensation |
| --- | --- |
| SUZANNE HESS *(Treasurer)* | $19,720 |
| IRENE HESS *(President)* | $0 |
| STEVEN HESS *(Vice President)* | $0 |

---

**FISCAL YEAR ENDING DEC.**

# 2013

PDF

**990-PF**

## Total Revenue     **$216,322**

**Total Expenses**     **$115,930**

| Notable sources of revenue | | Percent of total revenue |
| --- | --- | --- |
| Contributions received | $0 | |
| Interest revenue | $0 | |

**Total Revenue**        **$216,322**

| Total Expenses | **$115,930** | |
| --- | --- | --- |
| Dividends | $53,803 | 24.9% |
| Sales of assets | $62,790 | 29.0% |
| Other income | $99,729 | 46.1% |

| Notable expenses | | Percent of total expenses* |
| --- | --- | --- |
| Charitable disbursements | $96,989 | 83.7% |
| Compensation of officers* | $21,025 | 18.1% |

| Other | |
| --- | --- |
| Total Assets | $1,811,142 |
| Total Liabilities | $995 |

\* Officer compensation may be included in charitable disbursements, so values may add up to greater than 100%.

| Key Employees and Officers | Compensation |
| --- | --- |
| SUZANNE HESS *(Treasurer)* | $21,025 |
| IRENE HESS *(President)* | $0 |
| STEVEN HESS *(Vice President)* | $0 |

FISCAL YEAR ENDING DEC.
**2012**

**Total Revenue**        **$1,811,685**

| Total Expenses | **$101,930** | |
| --- | --- | --- |
| Notable sources of revenue | | Percent of total revenue |
| Contributions received | $1,767,138 | 97.5% |
| Interest revenue | $0 | |
| Dividends | $43,997 | 2.4% |
| Sales of assets | $0 | |
| Other income | $550 | 0.0% |

| Notable expenses | | Percent of total expenses* |
| --- | --- | --- |
| Charitable disbursements | $92,422 | 90.7% |
| Compensation of officers* | $8,787 | 8.6% |

| Other | |
| --- | --- |
| Total Assets | $1,710,491 |
| Total Liabilities | $736 |

\* Officer compensation may be included in charitable disbursements, so values may add up to greater than 100%.

# Search for a Nonprofit

Enter a nonprofit's name, a keyword, or city

Examples: ProPublica, Research or Minneapolis



# Get Email Updates

Sign up to get ProPublica's biggest stories delivered straight to your inbox.

you@example.com        SUBSCRIBE

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

# About This Data

Nonprofit Explorer includes summary data for nonprofit tax returns and full Form 990 documents, in both PDF and digital formats.

The summary data contains information processed by the IRS during the 2012-2019 calendar years; this generally consists of filings for the 2011-2018 fiscal years, but may include older records. This data release includes only a subset of what can be found in the full Form 990s.

In addition to the raw summary data, we link to PDFs and digital copies of full Form 990 documents wherever possible. This consists of separate releases by the IRS of Form 990 documents processed by the agency, which we update regularly.

We also link to copies of audits nonprofit organizations that spent $750,000 or more in Federal grant money in a single fiscal year since 2016. These audits are copied from the Federal Audit Clearinghouse.

## Which Organizations Are Here?

Every organization that has been recognized as tax exempt by the IRS has to file Form 990 every year, unless they make less than $200,000 in revenue and have less than $500,000 in assets, in which case they have to file form 990-EZ. Organizations making less than $50,000 don't have to file either form but do have to let the IRS they're still in business via a Form 990N "e-Postcard."

Nonprofit Explorer has organizations claiming tax exemption in each of the 27 subsections of the 501(c) section of the tax code, and which have filed a Form 990, Form 990EZ or Form 990PF. Taxable trusts and private foundations that are required to file a form 990PF are also included. Small organizations filing a Form 990N "e-Postcard" are not included in this data.

## Types of Nonprofits

There are 27 nonprofit designations based on the numbered subsections of section 501(c) of the tax code. See the list »

## How to Research Tax-Exempt Organizations

We've created a guide for investigating nonprofits for those just getting started as well as for seasoned pros.

## API

The data powering this website is available programmatically, via an API. Read the API documentation »

## Get the Data

For those interested in acquiring the original data from the source, here's where our data comes from:

- Raw filing data. Includes EINs and summary financials as structured data.
- Exempt Organization profiles. Includes organization names, addresses, etc. You can merge this with the raw filing data using EIN numbers.
- Form 990 documents. Prior to 2017, these documents were obtained and processed by Public.Resource.org and ProPublica, and those older files are available at the Internet Archive. Bulk PDF downloads since 2017 are available from the IRS.
- Form 990 documents as XML files. Includes complete filing data (financial details, names of officers, tax schedules, etc.) in machine-readable format. Only available for electronically filed documents.
- Audits. PDFs of single or program-specific audits for nonprofit organizations that spent $750,000 or more in Federal grant money in a single fiscal year. Available for 2016 and later.

ProPublica
ProPublica Illinois
The Data Store
Topics
Series
News Apps
Get Involved
Impact
Corrections

About Us

Case 2:19-cv-05697-JS   Document 167-9   Filed 12/08/21   Page 87 of 147

Board and Advisors
Officers and Staff
Diversity
Jobs and Fellowships
Reports
Media Center
Advertising Policy
Code of Ethics
Privacy Policy

Subscribe by Email
Subscribe by RSS
Twitter
Facebook
iOS and Android
Podcast

Leak to Us
Steal Our Stories
Contact Us
Donate

**ProPublica**

© Copyright 2021 Pro Publica Inc.




See a Social Security Number? Say Something!
Report Privacy Problems to https://public.resource.org/privacy
Or call the IRS Identity Theft Hotline at 1-800-908-4490

EXTENDED TO NOVEMBER 15, 2016

Form **990-PF**

Department of the Treasury
Internal Revenue Service

# Return of Private Foundation

or Section 4947(a)(1) Trust Treated as Private Foundation
▶ Do not enter social security numbers on this form as it may be made public.
▶ Information about Form 990-PF and its separate instructions is at www.irs.gov/form990pf.

OMB No 1545-0052

**2015**

Open to Public Inspection

For calendar year 2015 or tax year beginning _____, and ending _____

| Name of foundation | A Employer identification number |
|---|---|
| SEED THE DREAM FOUNDATION | 27-4662369 |

| Number and street (or P O box number if mail is not delivered to street address) | Room/suite | B Telephone number |
|---|---|---|
| PO BOX 768 | | 610-896-3126 |

City or town, state or province, country, and ZIP or foreign postal code
GLADWYNE, PA 19035

**C** If exemption application is pending, check here ▶ ☐

**G** Check all that apply:
☐ Initial return
☐ Final return
☐ Address change
☐ Initial return of a former public charity
☐ Amended return
☐ Name change

**D 1.** Foreign organizations, check here ▶ ☐
**2.** Foreign organizations meeting the 85% test, check here and attach computation ▶ ☐

**H** Check type of organization: ☒ Section 501(c)(3) exempt private foundation
☐ Section 4947(a)(1) nonexempt charitable trust ☐ Other taxable private foundation

**E** If private foundation status was terminated under section 507(b)(1)(A), check here ▶ ☐

**I** Fair market value of all assets at end of year (from Part II, col (c), line 16)
▶$ 2,945,987.

**J** Accounting method: ☒ Cash ☐ Accrual
☐ Other (specify) _____
(Part I, column (d) must be on cash basis.)

**F** If the foundation is in a 60-month termination under section 507(b)(1)(B), check here ▶ ☐

**Part I** Analysis of Revenue and Expenses (The total of amounts in columns (b), (c), and (d) may not necessarily equal the amounts in column (a).)

| | (a) Revenue and expenses per books | (b) Net investment income | (c) Adjusted net income | (d) Disbursements for charitable purposes (cash basis only) |
|---|---|---|---|---|
| **1** Contributions, gifts, grants, etc., received | 2,597,025. | | | |
| **2** Check ▶ ☐ if the foundation is not required to attach Sch B | | | | |
| **3** Interest on savings and temporary cash investments | | | | |
| **4** Dividends and interest from securities | | | | |
| **5a** Gross rents | | | | |
| **b** Net rental income or (loss) | | | | |
| **6a** Net gain or (loss) from sale of assets not on line 10 | -77,761. | | | |
| **b** Gross sales price for all assets on line 6a | 2,519,264. | | | |
| **7** Capital gain net income (from Part IV, line 2) | | 0. | | |
| **8** Net short-term capital gain | | | N/A | |
| **9** Income modifications | | | | |
| **10a** Gross sales less returns and allowances | | | | |
| **b** Less Cost of goods sold | | | | |
| **c** Gross profit or (loss) | | | | |
| **11** Other income | 1,001. | 0. | 1,001. | STATEMENT 1 |
| **12** Total Add lines 1 through 11 | 2,520,265. | 0. | 1,001. | |
| **13** Compensation of officers, directors, trustees, etc | 0. | 0. | 0. | 0. |
| **14** Other employee salaries and wages | 227,847. | 0. | 0. | 0. |
| **15** Pension plans, employee benefits | 28,515. | 0. | 0. | 0. |
| **16a** Legal fees | | | | |
| **b** Accounting fees | | | | |
| **c** Other professional fees STMT 2 | 4,285. | 0. | 0. | 0. |
| **17** Interest | | | | |
| **18** Taxes | | | | |
| **19** Depreciation and depletion | | | | |
| **20** Occupancy | 28,755. | 0. | 0. | 0. |
| **21** Travel, conferences, and meetings | | | | |
| **22** Printing and publications | | | | |
| **23** Other expenses STMT 3 | 59,223. | 0. | 0. | 0. |
| **24** Total operating and administrative expenses Add lines 13 through 23 | 348,625. | 0. | 0. | 0. |
| **25** Contributions, gifts, grants paid | 7,080,771. | | | 7,080,771. |
| **26** Total expenses and disbursements Add lines 24 and 25 | 7,429,396. | 0. | 0. | 7,080,771. |
| **27** Subtract line 26 from line 12. | | | | |
| **a** Excess of revenue over expenses and disbursements | -4,909,131. | | | |
| **b** Net investment income (if negative, enter -0-) | | 0. | | |
| **c** Adjusted net income (if negative, enter -0-) | | | 1,001. | |

523501
11-24 15 LHA **For Paperwork Reduction Act Notice, see instructions**

Form **990-PF** (2015)

1

## Part II  Balance Sheets

Attached schedules and amounts in the description column should be for end-of-year amounts only

| | | Beginning of year | End of year | |
|---|---|---|---|---|
| | | (a) Book Value | (b) Book Value | (c) Fair Market Value |
| **Assets** | 1 Cash - non-interest-bearing | 7,855,118. | 2,945,987. | 2,945,987. |
| | 2 Savings and temporary cash investments | | | |
| | 3 Accounts receivable ▶ | | | |
| | Less: allowance for doubtful accounts ▶ | | | |
| | 4 Pledges receivable ▶ | | | |
| | Less: allowance for doubtful accounts ▶ | | | |
| | 5 Grants receivable | | | |
| | 6 Receivables due from officers, directors, trustees, and other disqualified persons | | | |
| | 7 Other notes and loans receivable ▶ | | | |
| | Less: allowance for doubtful accounts ▶ | | | |
| | 8 Inventories for sale or use | | | |
| | 9 Prepaid expenses and deferred charges | | | |
| | 10a Investments - U.S. and state government obligations | | | |
| | b Investments - corporate stock | | | |
| | c Investments - corporate bonds | | | |
| | 11 Investments - land, buildings, and equipment: basis ▶ | | | |
| | Less accumulated depreciation ▶ | | | |
| | 12 Investments - mortgage loans | | | |
| | 13 Investments - other | | | |
| | 14 Land, buildings, and equipment: basis ▶ | | | |
| | Less accumulated depreciation ▶ | | | |
| | 15 Other assets (describe ▶ ) | | | |
| | 16 Total assets (to be completed by all filers - see the instructions. Also, see page 1, item I) | 7,855,118. | 2,945,987. | 2,945,987. |
| **Liabilities** | 17 Accounts payable and accrued expenses | | | |
| | 18 Grants payable | | | |
| | 19 Deferred revenue | | | |
| | 20 Loans from officers, directors, trustees, and other disqualified persons | | | |
| | 21 Mortgages and other notes payable | | | |
| | 22 Other liabilities (describe ▶ ) | | | |
| | 23 Total liabilities (add lines 17 through 22) | 0. | 0. | |
| **Net Assets or Fund Balances** | Foundations that follow SFAS 117, check here ▶ ☐ and complete lines 24 through 26 and lines 30 and 31 | | | |
| | 24 Unrestricted | | | |
| | 25 Temporarily restricted | | | |
| | 26 Permanently restricted | | | |
| | Foundations that do not follow SFAS 117, check here ▶ ☒ and complete lines 27 through 31 | | | |
| | 27 Capital stock, trust principal, or current funds | 0. | 0. | |
| | 28 Paid-in or capital surplus, or land, bldg., and equipment fund | 0. | 0. | |
| | 29 Retained earnings, accumulated income, endowment, or other funds | 7,855,118. | 2,945,987. | |
| | 30 Total net assets or fund balances | 7,855,118. | 2,945,987. | |
| | 31 Total liabilities and net assets/fund balances | 7,855,118. | 2,945,987. | |

## Part III  Analysis of Changes in Net Assets or Fund Balances

| | | |
|---|---|---|
| 1 Total net assets or fund balances at beginning of year - Part II, column (a), line 30 (must agree with end-of-year figure reported on prior year's return) | 1 | 7,855,118. |
| 2 Enter amount from Part I, line 27a | 2 | -4,909,131. |
| 3 Other increases not included in line 2 (itemize) ▶ | 3 | 0. |
| 4 Add lines 1, 2, and 3 | 4 | 2,945,987. |
| 5 Decreases not included in line 2 (itemize) ▶ | 5 | 0. |
| 6 Total net assets or fund balances at end of year (line 4 minus line 5) - Part II, column (b), line 30 | 6 | 2,945,987. |

Form 990-PF (2015)

## Part IV | Capital Gains and Losses for Tax on Investment Income

| (a) List and describe the kind(s) of property sold (e.g., real estate, 2-story brick warehouse; or common stock, 200 shs MLC Co.) | (b) How acquired P - Purchase D - Donation | (c) Date acquired (mo., day, yr.) | (d) Date sold (mo., day, yr.) |
|---|---|---|---|
| 1a 58 SHS AMERICAN WOODMARK CORP | D | 10/09/15 | 10/09/15 |
| b 1,623 SHS STAMPS.COM INC | D | 10/09/15 | 10/09/15 |
| c 3,332 SHS MANHATTAN ASSOCIATES, INC | D | 10/09/15 | 10/09/15 |
| d 8,363 SHS HORIZON PHARMA INC | D | 10/09/15 | 10/09/15 |
| e 18,300 SHS AMBARELLA, INC | D | 06/12/15 | 06/12/15 |

| | (e) Gross sales price | (f) Depreciation allowed (or allowable) | (g) Cost or other basis plus expense of sale | (h) Gain or (loss) (e) plus (f) minus (g) |
|---|---|---|---|---|
| a | 4,120. | | 4,125. | -5. |
| b | 118,970. | | 117,846. | 1,124. |
| c | 214,363. | | 214,381. | -18. |
| d | 160,624. | | 159,650. | 974. |
| e | 2,021,187. | | 2,101,023. | -79,836. |

Complete only for assets showing gain in column (h) and owned by the foundation on 12/31/69

| | (i) F.M.V. as of 12/31/69 | (j) Adjusted basis as of 12/31/69 | (k) Excess of col. (i) over col. (j), if any | (l) Gains (Col. (h) gain minus col. (k), but not less than -0-) or Losses (from col. (h)) |
|---|---|---|---|---|
| a | | | | -5. |
| b | | | | 1,124. |
| c | | | | -18. |
| d | | | | 974. |
| e | | | | -79,836. |

| | | | |
|---|---|---|---|
| 2 Capital gain net income or (net capital loss) { If gain, also enter in Part I, line 7 / If (loss), enter -0- in Part I, line 7 } | 2 | | -77,761. |
| 3 Net short-term capital gain or (loss) as defined in sections 1222(5) and (6): If gain, also enter in Part I, line 8, column (c). If (loss), enter -0- in Part I, line 8 } | 3 | | -77,761. |

## Part V | Qualification Under Section 4940(e) for Reduced Tax on Net Investment Income

(For optional use by domestic private foundations subject to the section 4940(a) tax on net investment income.)

If section 4940(d)(2) applies, leave this part blank.

Was the foundation liable for the section 4942 tax on the distributable amount of any year in the base period?    ☐ Yes ☒ No

If "Yes," the foundation does not qualify under section 4940(e). Do not complete this part

1   Enter the appropriate amount in each column for each year; see the instructions before making any entries

| (a) Base period years Calendar year (or tax year beginning in) | (b) Adjusted qualifying distributions | (c) Net value of noncharitable-use assets | (d) Distribution ratio (col. (b) divided by col. (c)) |
|---|---|---|---|
| 2014 | 7,110,750. | 4,369,550. | 1.627341 |
| 2013 | 4,151,946. | 1,451,637. | 2.860182 |
| 2012 | 1,958,921. | 902,486. | 2.170583 |
| 2011 | 3,062,556. | 981,483. | 3.120335 |
| 2010 | | | |

| | | | |
|---|---|---|---|
| 2 Total of line 1, column (d) | 2 | | 9.778441 |
| 3 Average distribution ratio for the 5-year base period - divide the total on line 2 by 5, or by the number of years the foundation has been in existence if less than 5 years | 3 | | 2.444610 |
| 4 Enter the net value of noncharitable-use assets for 2015 from Part X, line 5 | 4 | | 5,938,515. |
| 5 Multiply line 4 by line 3 | 5 | | 14,517,353. |
| 6 Enter 1% of net investment income (1% of Part I, line 27b) | 6 | | 0. |
| 7 Add lines 5 and 6 | 7 | | 14,517,353. |
| 8 Enter qualifying distributions from Part XII, line 4 | 8 | | 7,080,771. |

If line 8 is equal to or greater than line 7, check the box in Part VI, line 1b, and complete that part using a 1% tax rate. See the Part VI instructions

12140822 795921 SEED          2015.04010 SEED THE DREAM FOUNDATION     SEED___1

| Part VI | Excise Tax Based on Investment Income (Section 4940(a), 4940(b), 4940(e), or 4948 - see instructions) | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 1a | Exempt operating foundations described in section 4940(d)(2), check here ▶ ☐ and enter "N/A" on line 1. | | |
| | Date of ruling or determination letter: _____ (attach copy of letter if necessary-see instructions) | | |
| b | Domestic foundations that meet the section 4940(e) requirements in Part V, check here ▶ ☐ and enter 1% } | 1 | 0. |
| | of Part I, line 27b | | |
| c | All other domestic foundations enter 2% of line 27b. Exempt foreign organizations enter 4% of Part I, line 12, col. (b). } | | |
| 2 | Tax under section 511 (domestic section 4947(a)(1) trusts and taxable foundations only. Others enter -0-) | 2 | 0. |
| 3 | Add lines 1 and 2 | 3 | 0. |
| 4 | Subtitle A (income) tax (domestic section 4947(a)(1) trusts and taxable foundations only. Others enter -0-) | 4 | 0. |
| 5 | **Tax based on investment income** Subtract line 4 from line 3. If zero or less, enter -0- | 5 | 0. |
| 6 | Credits/Payments: | | |
| a | 2015 estimated tax payments and 2014 overpayment credited to 2015 | 6a | |
| b | Exempt foreign organizations - tax withheld at source | 6b | |
| c | Tax paid with application for extension of time to file (Form 8868) | 6c | |
| d | Backup withholding erroneously withheld | 6d | |
| 7 | Total credits and payments. Add lines 6a through 6d | 7 | 0. |
| 8 | Enter any **penalty** for underpayment of estimated tax. Check here ☐ if Form 2220 is attached | 8 | |
| 9 | **Tax due.** If the total of lines 5 and 8 is more than line 7, enter **amount owed** ▶ | 9 | 0. |
| 10 | **Overpayment.** If line 7 is more than the total of lines 5 and 8, enter the **amount overpaid** ▶ | 10 | |
| 11 | Enter the amount of line 10 to be: **Credited to 2016 estimated tax** ▶ \|Refunded ▶ | 11 | |

| Part VII-A | Statements Regarding Activities | | Yes | No |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 1a | During the tax year, did the foundation attempt to influence any national, state, or local legislation or did it participate or intervene in | | | |
| | any political campaign? | 1a | | X |
| b | Did it spend more than $100 during the year (either directly or indirectly) for political purposes (see instructions for the definition)? | 1b | | X |
| | *If the answer is "Yes" to 1a or 1b, attach a detailed description of the activities and copies of any materials published or* | | | |
| | *distributed by the foundation in connection with the activities* | | | |
| c | Did the foundation file **Form 1120-POL** for this year? | 1c | | X |
| d | Enter the amount (if any) of tax on political expenditures (section 4955) imposed during the year: | | | |
| | (1) On the foundation. ▶ $ _____ 0. (2) On foundation managers.▶ $ _____ 0. | | | |
| e | Enter the reimbursement (if any) paid by the foundation during the year for political expenditure tax imposed on foundation | | | |
| | managers.▶ $ _____ 0. | | | |
| 2 | Has the foundation engaged in any activities that have not previously been reported to the IRS? | 2 | | X |
| | *If "Yes," attach a detailed description of the activities.* | | | |
| 3 | Has the foundation made any changes, not previously reported to the IRS, in its governing instrument, articles of incorporation, or | | | |
| | bylaws, or other similar instruments? *If "Yes," attach a conformed copy of the changes* | 3 | | X |
| 4a | Did the foundation have unrelated business gross income of $1,000 or more during the year? | 4a | | X |
| b | If "Yes," has it filed a tax return on **Form 990-T** for this year? N/A | 4b | | |
| 5 | Was there a liquidation, termination, dissolution, or substantial contraction during the year? | 5 | | X |
| | *If "Yes," attach the statement required by General Instruction T.* | | | |
| 6 | Are the requirements of section 508(e) (relating to sections 4941 through 4945) satisfied either: | | | |
| | ● By language in the governing instrument, or | | | |
| | ● By state legislation that effectively amends the governing instrument so that no mandatory directions that conflict with the state law | | | |
| | remain in the governing instrument? | 6 | X | |
| 7 | Did the foundation have at least $5,000 in assets at any time during the year? *If "Yes," complete Part II, col (c), and Part XV* | 7 | X | |
| 8a | Enter the states to which the foundation reports or with which it is registered (see instructions) ▶ _____ | | | |
| | PA | | | |
| b | If the answer is "Yes" to line 7, has the foundation furnished a copy of Form 990-PF to the Attorney General (or designate) | | | |
| | of each state as required by *General Instruction G?* If "No," attach explanation | 8b | X | |
| 9 | Is the foundation claiming status as a private operating foundation within the meaning of section 4942(j)(3) or 4942(j)(5) for calendar | | | |
| | year 2015 or the taxable year beginning in 2015 (see instructions for Part XIV)? *If "Yes," complete Part XIV* | 9 | | X |
| 10 | Did any persons become substantial contributors during the tax year? *If "Yes," attach a schedule listing their names and addresses* | 10 | | X |

Form **990-PF** (2015)

523531
11-24-15

4

12140822 795921 SEED          2015.04010 SEED THE DREAM FOUNDATION     SEED___1

**Part VII-A** Statements Regarding Activities *(continued)*

|  |  | Yes | No |
|---|---|---|---|
| 11 At any time during the year, did the foundation, directly or indirectly, own a controlled entity within the meaning of section 512(b)(13)? If "Yes," attach schedule (see instructions) | 11 |  | X |
| 12 Did the foundation make a distribution to a donor advised fund over which the foundation or a disqualified person had advisory privileges? If "Yes," attach statement (see instructions) | 12 |  | X |
| 13 Did the foundation comply with the public inspection requirements for its annual returns and exemption application? | 13 | X |  |

Website address ▶ HTTP://SEEDTHEDREAM.ORG/

14 The books are in care of ▶ JOEL GREENBERG          Telephone no. ▶ 610-896-3126

Located at ▶ TWO BALA PLAZA, SUITE 300, BALA CYNWYD, PA          ZIP+4 ▶ 19004

15 Section 4947(a)(1) nonexempt charitable trusts filing Form 990-PF in lieu of **Form 1041** - Check here ▶ ☐
and enter the amount of tax-exempt interest received or accrued during the year ▶ | 15 | N/A

| 16 At any time during calendar year 2015, did the foundation have an interest in or a signature or other authority over a bank, securities, or other financial account in a foreign country? | | Yes | No |
|---|---|---|---|
|  | 16 |  | X |

See the instructions for exceptions and filing requirements for FinCEN Form 114 If "Yes," enter the name of the foreign country ▶

**Part VII-B** Statements Regarding Activities for Which Form 4720 May Be Required

File Form 4720 if any item is checked in the "Yes" column, unless an exception applies.

| | Yes | No |
|---|---|---|
| 1a During the year did the foundation (either directly or indirectly): | | |
| (1) Engage in the sale or exchange, or leasing of property with a disqualified person? ☐ Yes ☒ No | | |
| (2) Borrow money from, lend money to, or otherwise extend credit to (or accept it from) a disqualified person? ☐ Yes ☒ No | | |
| (3) Furnish goods, services, or facilities to (or accept them from) a disqualified person? ☐ Yes ☒ No | | |
| (4) Pay compensation to, or pay or reimburse the expenses of, a disqualified person? ☐ Yes ☒ No | | |
| (5) Transfer any income or assets to a disqualified person (or make any of either available for the benefit or use of a disqualified person)? ☐ Yes ☒ No | | |
| (6) Agree to pay money or property to a government official? (**Exception** Check "No" if the foundation agreed to make a grant to or to employ the official for a period after termination of government service, if terminating within 90 days.) ☐ Yes ☒ No | | |
| b If any answer is "Yes" to 1a(1)-(6), did **any** of the acts fail to qualify under the exceptions described in Regulations section 53.4941(d)-3 or in a current notice regarding disaster assistance (see instructions)?    N/A | 1b | | |
| Organizations relying on a current notice regarding disaster assistance check here ▶ ☐ | | | |
| c Did the foundation engage in a prior year in any of the acts described in 1a, other than excepted acts, that were not corrected before the first day of the tax year beginning in 2015? | 1c | | X |
| 2 Taxes on failure to distribute income (section 4942) (does not apply for years the foundation was a private operating foundation defined in section 4942(j)(3) or 4942(j)(5)). | | | |
| a At the end of tax year 2015, did the foundation have any undistributed income (lines 6d and 6e, Part XIII) for tax year(s) beginning before 2015? ☐ Yes ☒ No | | | |
| If "Yes," list the years ▶ _____ , _____ , _____ , _____ | | | |
| b Are there any years listed in 2a for which the foundation is **not** applying the provisions of section 4942(a)(2) (relating to incorrect valuation of assets) to the year's undistributed income? (If applying section 4942(a)(2) to **all** years listed, answer "No" and attach statement - see instructions.)    N/A | 2b | | |
| c If the provisions of section 4942(a)(2) are being applied to **any** of the years listed in 2a, list the years here. ▶ _____ , _____ , _____ , _____ | | | |
| 3a Did the foundation hold more than a 2% direct or indirect interest in any business enterprise at any time during the year? ☐ Yes ☒ No | | | |
| b If "Yes," did it have excess business holdings in 2015 as a result of (1) any purchase by the foundation or disqualified persons after May 26, 1969; (2) the lapse of the 5-year period (or longer period approved by the Commissioner under section 4943(c)(7)) to dispose of holdings acquired by gift or bequest; or (3) the lapse of the 10-, 15-, or 20-year first phase holding period? *(Use Schedule C, Form 4720, to determine if the foundation had excess business holdings in 2015.)*    N/A | 3b | | |
| 4a Did the foundation invest during the year any amount in a manner that would jeopardize its charitable purposes? | 4a | | X |
| b Did the foundation make any investment in a prior year (but after December 31, 1969) that could jeopardize its charitable purpose that had not been removed from jeopardy before the first day of the tax year beginning in 2015? | 4b | | X |

Form **990-PF** (2015)

| Part VII-B. | Statements Regarding Activities for Which Form 4720 May Be Required *(continued)* |

**5a** During the year did the foundation pay or incur any amount to.

(1) Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))?     ☐ Yes ☒ No

(2) Influence the outcome of any specific public election (see section 4955), or to carry on, directly or indirectly,
any voter registration drive?     ☐ Yes ☒ No

(3) Provide a grant to an individual for travel, study, or other similar purposes?     ☐ Yes ☒ No

(4) Provide a grant to an organization other than a charitable, etc., organization described in section
4945(d)(4)(A)? (see instructions)     ☐ Yes ☒ No

(5) Provide for any purpose other than religious, charitable, scientific, literary, or educational purposes, or for
the prevention of cruelty to children or animals?     ☐ Yes ☒ No

**b** If any answer is "Yes" to 5a(1)-(5), did any of the transactions fail to qualify under the exceptions described in Regulations
section 53 4945 or in a current notice regarding disaster assistance (see instructions)?     **N/A**     **5b**

Organizations relying on a current notice regarding disaster assistance check here     ▶ ☐

**c** If the answer is "Yes" to question 5a(4), does the foundation claim exemption from the tax because it maintained
expenditure responsibility for the grant?     **N/A**     ☐ Yes ☐ No

If "Yes," attach the statement required by Regulations section 53 4945-5(d)

**6a** Did the foundation, during the year, receive any funds, directly or indirectly, to pay premiums on
a personal benefit contract?     ☐ Yes ☒ No

**b** Did the foundation, during the year, pay premiums, directly or indirectly, on a personal benefit contract?     **6b**     **X**

If "Yes" to 6b, file Form 8870.

**7a** At any time during the tax year, was the foundation a party to a prohibited tax shelter transaction?     ☐ Yes ☒ No

**b** If "Yes," did the foundation receive any proceeds or have any net income attributable to the transaction?     **N/A**     **7b**

| Part VIII | Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors |

**1**  List all officers, directors, trustees, foundation managers and their compensation.

| (a) Name and address | (b) Title, and average hours per week devoted to position | (c) Compensation (If not paid, enter -0-) | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account, other allowances |
|---|---|---|---|---|
| MARCY GRINGLAS<br>PO BOX 768<br>GLADWYNE, PA 19035 | PRESIDENT; DIRECTOR<br><br>20.00 | 0. | 0. | 0. |
| JOEL GREENBERG<br>PO BOX 768<br>GLADWYNE, PA 19035 | SECRETARY / TREASURER; DIR<br><br>8.00 | 0. | 0. | 0. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**2**  Compensation of five highest-paid employees (other than those included on line 1). If none, enter "NONE."

| (a) Name and address of each employee paid more than $50,000 | (b) Title, and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account, other allowances |
|---|---|---|---|---|
| TALIA KAPLAN<br>PO BOX 768, GLADWYNE, PA 19035 | DIRECTOR OF GRANT INITIATIVES<br>32.00 | 109,025. | 0. | 0. |
| KAREN SCHIAVELLI<br>PO BOX 768, GLADWYNE, PA 19035 | GRANTS MANAGER<br>40.00 | 70,107. | 0. | 0. |
| TZOFIA DOROT<br>PO BOX 768, GLADWYNE, PA 19035 | PROGRAM DIRECTOR<br>40.00 | 46,489. | 0. | 0. |
| SARI J. ZLOTNICK<br>PO BOX 768, GLADWYNE, PA 19035 | ASSISTANT<br>40.00 | 13,077. | 0. | 0. |
| | | | | |
| | | | | |

Total number of other employees paid over $50,000     ▶     0

Form **990-PF** (2015)

PP

| Part VIII | Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors *(continued)* |
|---|---|

**3  Five highest-paid independent contractors for professional services. If none, enter "NONE."**

| (a) Name and address of each person paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| NONE | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total** number of others receiving over $50,000 for professional services | ▶ | 0 |

| Part IX-A | Summary of Direct Charitable Activities |
|---|---|

| List the foundation's four largest direct charitable activities during the tax year. Include relevant statistical information such as the number of organizations and other beneficiaries served, conferences convened, research papers produced, etc. | Expenses |
|---|---|
| 1 BIRTHRIGHT ISRAEL | |
| | 1,937,988. |
| 2 FRIENDS OF THE IDF | |
| | 514,041. |
| 3 THE BALDWIN SCHOOL | |
| | 412,700. |
| 4 THE JERUSALEM FOUNDATION, INC. | |
| | 326,910. |

| Part IX-B | Summary of Program-Related Investments |
|---|---|

| Describe the two largest program-related investments made by the foundation during the tax year on lines 1 and 2. | Amount |
|---|---|
| 1    N/A | |
| 2 | |
| All other program-related investments. See instructions. | |
| 3 | |
| **Total.** Add lines 1 through 3 | ▶ | 0. |

Form **990-PF** (2015)

## Part X | Minimum Investment Return (All domestic foundations must complete this part Foreign foundations, see instructions )

| | | | |
|---|---|---|---|
| 1 | Fair market value of assets not used (or held for use) directly in carrying out charitable, etc., purposes | | |
| a | Average monthly fair market value of securities | 1a | 0. |
| b | Average of monthly cash balances | 1b | 6,028,949. |
| c | Fair market value of all other assets | 1c | |
| d | **Total** (add lines 1a, b, and c) | 1d | 6,028,949. |
| e | Reduction claimed for blockage or other factors reported on lines 1a and 1c (attach detailed explanation)      1e      0. | | |
| 2 | Acquisition indebtedness applicable to line 1 assets | 2 | 0. |
| 3 | Subtract line 2 from line 1d | 3 | 6,028,949. |
| 4 | Cash deemed held for charitable activities Enter 1 1/2% of line 3 (for greater amount, see instructions) | 4 | 90,434. |
| 5 | **Net value of noncharitable-use assets** Subtract line 4 from line 3. Enter here and on Part V, line 4 | 5 | 5,938,515. |
| 6 | **Minimum investment return** Enter 5% of line 5 | 6 | 296,926. |

## Part XI | Distributable Amount (see instructions) (Section 4942(j)(3) and (j)(5) private operating foundations and certain foreign organizations check here ▶ ☐ and do not complete this part.)

| | | | |
|---|---|---|---|
| 1 | Minimum investment return from Part X, line 6 | 1 | 296,926. |
| 2a | Tax on investment income for 2015 from Part VI, line 5      2a | | |
| b | Income tax for 2015. (This does not include the tax from Part VI )      2b | | |
| c | Add lines 2a and 2b | 2c | 0. |
| 3 | Distributable amount before adjustments. Subtract line 2c from line 1 | 3 | 296,926. |
| 4 | Recoveries of amounts treated as qualifying distributions | 4 | 0. |
| 5 | Add lines 3 and 4 | 5 | 296,926. |
| 6 | Deduction from distributable amount (see instructions) | 6 | 0. |
| 7 | **Distributable amount** as adjusted. Subtract line 6 from line 5. Enter here and on Part XIII, line 1 | 7 | 296,926. |

## Part XIII | Qualifying Distributions (see instructions)

| | | | |
|---|---|---|---|
| 1 | Amounts paid (including administrative expenses) to accomplish charitable, etc., purposes: | | |
| a | Expenses, contributions, gifts, etc. - total from Part I, column (d), line 26 | 1a | 7,080,771. |
| b | Program-related investments - total from Part IX-B | 1b | 0. |
| 2 | Amounts paid to acquire assets used (or held for use) directly in carrying out charitable, etc., purposes | 2 | |
| 3 | Amounts set aside for specific charitable projects that satisfy the: | | |
| a | Suitability test (prior IRS approval required) | 3a | |
| b | Cash distribution test (attach the required schedule) | 3b | |
| 4 | **Qualifying distributions.** Add lines 1a through 3b. Enter here and on Part V, line 8, and Part XIII, line 4 | 4 | 7,080,771. |
| 5 | Foundations that qualify under section 4940(e) for the reduced rate of tax on net investment income. Enter 1% of Part I, line 27b | 5 | 0. |
| 6 | **Adjusted qualifying distributions.** Subtract line 5 from line 4 | 6 | 7,080,771. |

**Note.** The amount on line 6 will be used in Part V, column (b), in subsequent years when calculating whether the foundation qualifies for the section 4940(e) reduction of tax in those years.

Form **990-PF** (2015)

## Part XIII  Undistributed Income (see instructions)

| | (a) Corpus | (b) Years prior to 2014 | (c) 2014 | (d) 2015 |
|---|---|---|---|---|
| 1 Distributable amount for 2015 from Part XI, line 7 | | | | 296,926. |
| 2 Undistributed income, if any, as of the end of 2015 | | | | |
| a Enter amount for 2014 only | | | 0. | |
| b Total for prior years: | | 0. | | |
| 3 Excess distributions carryover, if any, to 2015: | | | | |
| a From 2010 | | | | |
| b From 2011 | 3,013,482. | | | |
| c From 2012 | 1,913,797. | | | |
| d From 2013 | 4,079,364. | | | |
| e From 2014 | 6,892,272. | | | |
| f Total of lines 3a through e | 15,898,915. | | | |
| 4 Qualifying distributions for 2015 from Part XII, line 4: ▶ $ 7,080,771. | | | | |
| a Applied to 2014, but not more than line 2a | | | 0. | |
| b Applied to undistributed income of prior years (Election required - see instructions) | | 0. | | |
| c Treated as distributions out of corpus (Election required - see instructions) | 0. | | | |
| d Applied to 2015 distributable amount | | | | 296,926. |
| e Remaining amount distributed out of corpus | 6,783,845. | | | |
| 5 Excess distributions carryover applied to 2015 (If an amount appears in column (d), the same amount must be shown in column (a)) | 0. | | | 0. |
| 6 Enter the net total of each column as indicated below: | | | | |
| a Corpus. Add lines 3f, 4c, and 4e. Subtract line 5 | 22,682,760. | | | |
| b Prior years' undistributed income. Subtract line 4b from line 2b | | | | |
| c Enter the amount of prior years' undistributed income for which a notice of deficiency has been issued, or on which the section 4942(a) tax has been previously assessed | | 0. | | |
| d Subtract line 6c from line 6b. Taxable amount - see instructions | | 0. | | |
| e Undistributed income for 2014. Subtract line 4a from line 2a. Taxable amount - see instr. | | | 0. | |
| f Undistributed income for 2015. Subtract lines 4d and 5 from line 1. This amount must be distributed in 2016 | | | | 0. |
| 7 Amounts treated as distributions out of corpus to satisfy requirements imposed by section 170(b)(1)(F) or 4942(g)(3) (Election may be required - see instructions) | 0. | | | |
| 8 Excess distributions carryover from 2010 not applied on line 5 or line 7 | 0. | | | |
| 9 Excess distributions carryover to 2016. Subtract lines 7 and 8 from line 6a | 22,682,760. | | | |
| 10 Analysis of line 9: | | | | |
| a Excess from 2011 | 3,013,482. | | | |
| b Excess from 2012 | 1,913,797. | | | |
| c Excess from 2013 | 4,079,364. | | | |
| d Excess from 2014 | 6,892,272. | | | |
| e Excess from 2015 | 6,783,845. | | | |

523581 11-24-15

Form 990-PF (2015)

12140822 795921 SEED          2015.04010 SEED THE DREAM FOUNDATION    SEED___1

| Part XIV | Private Operating Foundations (see instructions and Part VII-A, question 9) | N/A |
|---|---|---|

1 a If the foundation has received a ruling or determination letter that it is a private operating
　　foundation, and the ruling is effective for 2015, enter the date of the ruling　　　▶

　b Check box to indicate whether the foundation is a private operating foundation described in section　　☐ 4942(j)(3) or　☐ 4942(j)(5)

| 2 a Enter the lesser of the adjusted net | Tax year | | Prior 3 years | | |
|---|---|---|---|---|---|
| income from Part I or the minimum | (a) 2015 | (b) 2014 | (c) 2013 | (d) 2012 | (e) Total |
| investment return from Part X for | | | | | |
| each year listed | | | | | |
| b 85% of line 2a | | | | | |
| c Qualifying distributions from Part XII, line 4 for each year listed | | | | | |
| d Amounts included in line 2c not used directly for active conduct of exempt activities | | | | | |
| e Qualifying distributions made directly for active conduct of exempt activities. Subtract line 2d from line 2c | | | | | |
| 3 Complete 3a, b, or c for the alternative test relied upon: | | | | | |
| a "Assets" alternative test - enter: | | | | | |
| (1) Value of all assets | | | | | |
| (2) Value of assets qualifying under section 4942(j)(3)(B)(i) | | | | | |
| b "Endowment" alternative test - enter 2/3 of minimum investment return shown in Part X, line 6 for each year listed | | | | | |
| c "Support" alternative test - enter: | | | | | |
| (1) Total support other than gross investment income (interest, dividends, rents, payments on securities loans (section 512(a)(5)), or royalties) | | | | | |
| (2) Support from general public and 5 or more exempt organizations as provided in section 4942(j)(3)(B)(iii) | | | | | |
| (3) Largest amount of support from an exempt organization | | | | | |
| (4) Gross investment income | | | | | |

| Part XV | Supplementary Information (Complete this part only if the foundation had $5,000 or more in assets at any time during the year-see instructions.) |
|---|---|

1　Information Regarding Foundation Managers:

　a List any managers of the foundation who have contributed more than 2% of the total contributions received by the foundation before the close of any tax
　　year (but only if they have contributed more than $5,000). (See section 507(d)(2).)

SEE STATEMENT 4

　b List any managers of the foundation who own 10% or more of the stock of a corporation (or an equally large portion of the ownership of a partnership or
　　other entity) of which the foundation has a 10% or greater interest.

NONE

2　Information Regarding Contribution, Grant, Gift, Loan, Scholarship, etc., Programs:

　　Check here　▶ ☒ if the foundation only makes contributions to preselected charitable organizations and does not accept unsolicited requests for funds If
　　the foundation makes gifts, grants, etc. (see instructions) to individuals or organizations under other conditions, complete items 2a, b, c, and d.

　a The name, address, and telephone number or e-mail address of the person to whom applications should be addressed


　b The form in which applications should be submitted and information and materials they should include.


　c Any submission deadlines:


　d Any restrictions or limitations on awards, such as by geographical areas, charitable fields, kinds of institutions, or other factors:

| Part XV | Supplementary Information (continued) |
|---|---|

**3    Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual,<br>show any relationship to<br>any foundation manager<br>or substantial contributor | Foundation<br>status of<br>recipient | Purpose of grant or<br>contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| ACADEMY OF MUSIC<br>1 SOUTH BROAD STREET, 14TH FLOOR<br>PHILADELPHIA, PA 19107 | NONE | PUBLIC CHARITY | GENERAL FUND | 4,000. |
| AGAHOZO-SHALOM YOUTH VILLAGE<br>498 SEVENTH AVE., 15TH FLOOR<br>NEW YORK, NY 10018 | NONE | PUBLIC CHARITY | GENERAL FUND | 10,000. |
| AMERICA ISRAEL FRIENDSHIP LEAGUE<br>134 EAST 39TH STREET, 3RD FLOOR<br>NEW YORK, NY 10016 | NONE | PUBLIC CHARITY | GENERAL FUND | 10,000. |
| AMERICAN FRIENDS OF MIGDAL OHR<br>1560 BROADWAY, SUITE 807<br>NEW YORK, NY 10036 | NONE | PUBLIC CHARITY | GENERAL FUND | 36,000. |
| AMERICAN FRIENDS OF THE GHETTO<br>FIGHTERS' HOUSE MUSEUM<br>PO BOX 277<br>NEW YORK, NY 10034 | NONE | PUBLIC CHARITY | GENERAL FUND | 3,600. |
| Total                SEE CONTINUATION SHEET(S) | | | ▶ 3a | 7,080,771. |
| **b** *Approved for future payment* | | | | |
| NONE | | | | |
| Total | | | ▶ 3b | 0. |

523611
11-24-15

12140822 795921 SEED                2015.04010 SEED THE DREAM FOUNDATION         SEED___1

## Part XVI-A   Analysis of Income-Producing Activities

Enter gross amounts unless otherwise indicated.

| | Unrelated business income | | Excluded by section 512, 513, or 514 | | (e) Related or exempt function income |
|---|---|---|---|---|---|
| | (a) Business code | (b) Amount | (c) Exclusion code | (d) Amount | |
| 1 Program service revenue: | | | | | |
| a _____ | | | | | |
| b _____ | | | | | |
| c _____ | | | | | |
| d _____ | | | | | |
| e _____ | | | | | |
| f _____ | | | | | |
| g Fees and contracts from government agencies | | | | | |
| 2 Membership dues and assessments | | | | | |
| 3 Interest on savings and temporary cash investments | | | | | |
| 4 Dividends and interest from securities | | | | | |
| 5 Net rental income or (loss) from real estate: | | | | | |
| a Debt-financed property | | | | | |
| b Not debt-financed property | | | | | |
| 6 Net rental income or (loss) from personal property | | | | | |
| 7 Other investment income | | | | | |
| 8 Gain or (loss) from sales of assets other than inventory | 523000 | -77,761. | | | |
| 9 Net income or (loss) from special events | | | | | |
| 10 Gross profit or (loss) from sales of inventory | | | | | |
| 11 Other revenue: | | | | | |
| a OTHER INCOME | 900099 | 1,001. | | | |
| b _____ | | | | | |
| c _____ | | | | | |
| d _____ | | | | | |
| e _____ | | | | | |
| 12 Subtotal. Add columns (b), (d), and (e) | | -76,760. | | 0. | 0. |
| 13 Total. Add line 12, columns (b), (d), and (e) | | | | 13 | -76,760. |

(See worksheet in line 13 instructions to verify calculations.)

## Part XVI-B   Relationship of Activities to the Accomplishment of Exempt Purposes

| Line No. ▼ | Explain below how each activity for which income is reported in column (e) of Part XVI-A contributed importantly to the accomplishment of the foundation's exempt purposes (other than by providing funds for such purposes). |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| Part XVII | Information Regarding Transfers To and Transactions and Relationships With Noncharitable Exempt Organizations |
|---|---|

1  Did the organization directly or indirectly engage in any of the following with any other organization described in section 501(c) of the Code (other than section 501(c)(3) organizations) or in section 527, relating to political organizations?

|   |   | Yes | No |
|---|---|---|---|
| a | Transfers from the reporting foundation to a noncharitable exempt organization of: | | |
| (1) | Cash | 1a(1) | X |
| (2) | Other assets | 1a(2) | X |
| b | Other transactions | | |
| (1) | Sales of assets to a noncharitable exempt organization | 1b(1) | X |
| (2) | Purchases of assets from a noncharitable exempt organization | 1b(2) | X |
| (3) | Rental of facilities, equipment, or other assets | 1b(3) | X |
| (4) | Reimbursement arrangements | 1b(4) | X |
| (5) | Loans or loan guarantees | 1b(5) | X |
| (6) | Performance of services or membership or fundraising solicitations | 1b(6) | X |
| c | Sharing of facilities, equipment, mailing lists, other assets, or paid employees | 1c | X |

d  If the answer to any of the above is "Yes," complete the following schedule. Column (b) should always show the fair market value of the goods, other assets, or services given by the reporting foundation. If the foundation received less than fair market value in any transaction or sharing arrangement, show in column (d) the value of the goods, other assets, or services received.

| (a) Line no | (b) Amount involved | (c) Name of noncharitable exempt organization | (d) Description of transfers, transactions, and sharing arrangements |
|---|---|---|---|
| | | N/A | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

2a  Is the foundation directly or indirectly affiliated with, or related to, one or more tax-exempt organizations described in section 501(c) of the Code (other than section 501(c)(3)) or in section 527?      ☐ Yes   ☒ No

b  If "Yes," complete the following schedule.

| (a) Name of organization | (b) Type of organization | (c) Description of relationship |
|---|---|---|
| N/A | | |
| | | |
| | | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge

► Signature of officer or trustee      8/23/2016  Date      ► TREASURER  Title

May the IRS discuss this return with the preparer shown below (see instr.)?   ☐ Yes   ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| | | | | |
| Firm's name ► | | | Firm's EIN ► | |
| Firm's address ► | | | Phone no. | |

Form **990-PF** (2015)

# Schedule B
**(Form 990, 990-EZ, or 990-PF)**

Department of the Treasury
Internal Revenue Service

## Schedule of Contributors

▶ Attach to Form 990, Form 990-EZ, or Form 990-PF.
▶ Information about Schedule B (Form 990, 990-EZ, or 990-PF) and
its instructions is at www.irs.gov/form990.

OMB No 1545-0047

# 2015

| Name of the organization | Employer identification number |
|---|---|
| SEED THE DREAM FOUNDATION | 27-4662369 |

**Organization type** (check one)

**Filers of:**                  **Section:**

Form 990 or 990 EZ            ☐  501(c)( ) (enter number) organization

                             ☐  4947(a)(1) nonexempt charitable trust **not** treated as a private foundation

                             ☐  527 political organization

Form 990-PF                  ☒  501(c)(3) exempt private foundation

                             ☐  4947(a)(1) nonexempt charitable trust treated as a private foundation

                             ☐  501(c)(3) taxable private foundation

Check if your organization is covered by the **General Rule** or a **Special Rule.**
**Note.** Only a section 501(c)(7), (8), or (10) organization can check boxes for both the General Rule and a Special Rule See instructions

## General Rule

☒  For an organization filing Form 990, 990-EZ, or 990-PF that received, during the year, contributions totaling $5,000 or more (in money or property) from any one contributor. Complete Parts I and II See instructions for determining a contributor's total contributions

## Special Rules

☐  For an organization described in section 501(c)(3) filing Form 990 or 990-EZ that met the 33 1/3% support test of the regulations under sections 509(a)(1) and 170(b)(1)(A)(vi), that checked Schedule A (Form 990 or 990-EZ), Part II, line 13, 16a, or 16b, and that received from any one contributor, during the year, total contributions of the greater of **(1)** $5,000 or **(2)** 2% of the amount on (i) Form 990, Part VIII, line 1h, or (ii) Form 990-EZ, line 1. Complete Parts I and II

☐  For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, total contributions of more than $1,000 *exclusively* for religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals Complete Parts I, II, and III

☐  For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990 EZ that received from any one contributor, during the year, contributions *exclusively* for religious, charitable, etc , purposes, but no such contributions totaled more than $1,000 If this box is checked, enter here the total contributions that were received during the year for an *exclusively* religious, charitable, etc , purpose Do not complete any of the parts unless the **General Rule** applies to this organization because it received *nonexclusively* religious, charitable, etc , contributions totaling $5,000 or more during the year ▶ $ _____

**Caution.** An organization that is not covered by the General Rule and/or the Special Rules does not file Schedule B (Form 990, 990-EZ, or 990-PF), but it **must** answer "No" on Part IV, line 2, of its Form 990, or check the box on line H of its Form 990 EZ or on its Form 990 PF, Part I, line 2, to certify that it does not meet the filing requirements of Schedule B (Form 990, 990-EZ, or 990 PF)

LHA  For Paperwork Reduction Act Notice, see the Instructions for Form 990, 990-EZ, or 990-PF.    Schedule B (Form 990, 990-EZ, or 990-PF) (2015)

| Name of organization | Employer identification number |
|---|---|
| SEED THE DREAM FOUNDATION | 27-4662369 |

**Part I**    Contributors (see instructions) Use duplicate copies of Part I if additional space is needed

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 1 | JOEL GREENBERG AND MARCY GRINGLAS <br> PO BOX 768 <br> GLADWYNE, PA 19035 | $ 4,125. | Person ☐ <br> Payroll ☐ <br> Noncash ☒ <br> (Complete Part II for noncash contributions ) |
| 2 | JOEL GREENBERG AND MARCY GRINGLAS <br> PO BOX 768 <br> GLADWYNE, PA 19035 | $ 117,846. | Person ☐ <br> Payroll ☐ <br> Noncash ☒ <br> (Complete Part II for noncash contributions ) |
| 3 | JOEL GREENBERG AND MARCY GRINGLAS <br> PO BOX 768 <br> GLADWYNE, PA 19035 | $ 214,381. | Person ☐ <br> Payroll ☐ <br> Noncash ☒ <br> (Complete Part II for noncash contributions ) |
| 4 | JOEL GREENBERG AND MARCY GRINGLAS <br> PO BOX 768 <br> GLADWYNE, PA 19035 | $ 159,650. | Person ☐ <br> Payroll ☐ <br> Noncash ☒ <br> (Complete Part II for noncash contributions ) |
| 5 | JOEL GREENBERG AND MARCY GRINGLAS <br> PO BOX 768 <br> GLADWYNE, PA 19035 | $ 2,101,023. | Person ☐ <br> Payroll ☐ <br> Noncash ☒ <br> (Complete Part II for noncash contributions ) |
|  |  | $ | Person ☐ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions ) |

| Name of organization | Employer identification number |
|---|---|
| SEED THE DREAM FOUNDATION | 27-4662369 |

**Part II** Noncash Property (see instructions) Use duplicate copies of Part II if additional space is needed

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (see instructions) | (d) Date received |
|---|---|---|---|
| 1 | 58 SHS AMERICAN WOODMARK CORP. | $ 4,125. | 10/09/15 |
| 2 | 1,623 SHS STAMPS.COM INC | $ 117,846. | 10/09/15 |
| 3 | 3,332 SHS MANHATTAN ASSOCIATES, INC. | $ 214,381. | 10/09/15 |
| 4 | 8,363 SHS HORIZON PHARMA INC. | $ 159,650. | 10/09/15 |
| 5 | 18,300 SHS AMBARELLA, INC. | $ 2,101,023. | 06/12/15 |
| | | $ | |

12140822 795921 SEED          2015.04010 SEED THE DREAM FOUNDATION          SEED___1

| Name of organization | Employer identification number |
|---|---|
| SEED THE DREAM FOUNDATION | 27-4662369 |

**Part III** Exclusively religious, charitable, etc., contributions to organizations described in section 501(c)(7), (8), or (10) that total more than $1,000 for the year from any one contributor. Complete columns (a) through (e) and the following line entry For organizations completing Part III, enter the total of exclusively religious, charitable, etc., contributions of $1,000 or less for the year (Enter this info once) ▶ $_____
Use duplicate copies of Part III if additional space is needed

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |

(e) Transfer of gift

| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
|---|---|
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |

(e) Transfer of gift

| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
|---|---|
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |

(e) Transfer of gift

| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
|---|---|
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |

(e) Transfer of gift

| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
|---|---|
| | |

523454 10-26-15

12140822 795921 SEED                    2015.04010 SEED THE DREAM FOUNDATION        SEED___1

| Part XV | Supplementary Information |
|---------|---------------------------|

**3   Grants and Contributions Paid During the Year (Continuation)**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| AMERICAN FRIENDS OF YAHAD IN UNUM<br>25 WEST 45TH STREET, SUITE 1405<br>NEW YORK, NY 10036 | NONE | PUBLIC CHARITY | GENERAL FUND | 75,000. |
| AMERICAN GATHERING OF JEWISH<br>HOLOCAUST SURVIVORS<br>122 WEST 30TH STREET, SUITE 304A<br>NEW YORK, NY 10001 | NONE | PUBLIC CHARITY | GENERAL FUND | 20,000. |
| AMERICAN JEWISH JOINT DISTRIBUTION<br>COMMITTEE<br>711 THIRD AVENUE<br>NEW YORK, NY 10017-4017 | NONE | PUBLIC CHARITY | GENERAL FUND | 50,000. |
| AMERICAN SOCIETY FOR YAD VASHEM<br>500 FIFTH AVE, 42ND FLOOR<br>NEW YORK, NY 10110-4299 | NONE | PUBLIC CHARITY | GENERAL FUND | 5,000. |
| ANTI-DEFAMATION LEAGUE<br>1500 MARKET STREET, SUITE 2415, WEST<br>TOWER  PHILADELPHIA, PA 19102-2100 | NONE | PUBLIC CHARITY | GENERAL FUND | 297,595. |
| BIRTHRIGHT ISRAEL<br>33 EAST 33RD STREET, 7TH FLOOR<br>NEW YORK, NY 10016 | NONE | PUBLIC CHARITY | GENERAL FUND | 1,937,988. |
| CAMERA<br>PO BOX 35040<br>BOSTON, MA 02135-0001 | NONE | PUBLIC CHARITY | GENERAL FUND | 66,000. |
| CHABAD HOUSE FOR STUDENTS OF THE ARTS<br>1432 CATHARINE STREET<br>PHILADELPHIA, PA 19146 | NONE | PUBLIC CHARITY | GENERAL FUND | 10,000. |
| CHILDREN OF JEWISH HOLOCAUST<br>SURVIVORS<br>PO BOX 1127<br>JENKINTOWN, PA 19046 | NONE | PUBLIC CHARITY | GENERAL FUND | 1,000. |
| CHILDREN'S CRISIS TREATMENT CENTER<br>1080 NORTH DELAWARE AVE, SUITE 600<br>PHILADELPHIA, PA 19125 | NONE | PUBLIC CHARITY | GENERAL FUND | 12,500. |
| Total from continuation sheets | | | | 7,017,171. |

| Part XV | Supplementary Information |
|---------|---------------------------|

**3 , Grants and Contributions Paid During the Year (Continuation)**

| Recipient<br>Name and address (home or business) | If recipient is an individual,<br>show any relationship to<br>any foundation manager<br>or substantial contributor | Foundation<br>status of<br>recipient | Purpose of grant or<br>contribution | Amount |
|---|---|---|---|---|
| CHILDREN'S VILLAGE<br>125 NORTH 8TH STREET<br>PHILADELPHIA, PA 19106 | NONE | PUBLIC CHARITY | GENERAL FUND | 1,000. |
| COMMUNITY PARTNERSHIP SCHOOL<br>1936 NORTH JUDSON STREET<br>PHILADELPHIA, PA 19121 | NONE | PUBLIC CHARITY | GENERAL FUND | 10,000. |
| CURTIS INSTITUTE OF MUSIC<br>1726 LOCUST STREET<br>PHILADELPHIA, PA 19103 | NONE | PUBLIC CHARITY | GENERAL FUND | 25,000. |
| EYES FROM THE ASHES<br>PO BOX 1136<br>BRYN MAWR, PA 19010 | NONE | PUBLIC CHARITY | GENERAL FUND | 3,600. |
| FACING HISTORY AND OURSELVES<br>16 HURD ROAD<br>BROOKLINE, MA 02445 | NONE | PUBLIC CHARITY | GENERAL FUND | 48,700. |
| FAITH IN THE FUTURE<br>550 AMERICAN AVENUE, SUITE 300<br>KING OF PRUSSIA, PA 19406 | NONE | PUBLIC CHARITY | GENERAL FUND | 1,000. |
| FAME<br>4553 CRIMSONWOOD DRIVE<br>REDDING, CA 96001 | NONE | PUBLIC CHARITY | GENERAL FUND | 50,000. |
| FEMALE HEBREW BENEVOLENT SOCIETY<br>2125 DELANCEY PLACE<br>PHILADELPHIA, PA 19103-6511 | NONE | PUBLIC CHARITY | GENERAL FUND | 10,000. |
| FRIENDS OF HOLOCAUST & TOLERANCE<br>CENTRE INC.<br>100 CRESCENT BEACH RD<br>GLEN COVE, NY 11542 | NONE | PUBLIC CHARITY | GENERAL FUND | 32,500. |
| FRIENDS OF THE IDF<br>1430 BROADWAY<br>NEW YORK, NY 10018 | NONE | PUBLIC CHARITY | GENERAL FUND | 514,041. |
| Total from continuation sheets | | | | |

523631
04-01-15

| Part XV | Supplementary Information |

### 3   Grants and Contributions Paid During the Year (Continuation)

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| FROM THE DEPTHS<br>6033 W. CENTURY BLVD, SUITE 350<br>LOS ANGELES, CA 90045 | NONE | PUBLIC CHARITY | GENERAL FUND | 5,000. |
| GERSHMAN Y<br>401 S BROAD STREET<br>PHILADELPHIA, PA 19147 | NONE | PUBLIC CHARITY | GENERAL FUND | 10,000. |
| GMU HILLEL<br>4400 UNIVERSITY DRIVE, MSN 2C7<br>FAIRFAX, VA 22030 | NONE | PUBLIC CHARITY | GENERAL FUND | 180. |
| HASBARA FELLOWSHIPS<br>505 8TH AVE, SUITE 601<br>NEW YORK, NY 10018 | NONE | PUBLIC CHARITY | GENERAL FUND | 150,000. |
| HEBREW CHARTER SCHOOL CENTER<br>729 SEVENTH AVE, 9TH FLOOR<br>NEW YORK, NY 10019 | NONE | PUBLIC CHARITY | GENERAL FUND | 18,000. |
| HILLEL OF GREATER PHILADELPHIA<br>215 S 39TH STREET<br>PHILADELPHIA, PA 19104 | NONE | PUBLIC CHARITY | GENERAL FUND | 5,000. |
| HILLEL: THE FOUNDATION FOR JEWISH CAMPUS LIFE<br>800 EIGHTH STREET, NW<br>WASHINGTON, DC 20001 | NONE | PUBLIC CHARITY | GENERAL FUND | 56,768. |
| HIILLEL SILICON VALLEY<br>44 SOUTH 11TH STREET<br>SAN JOSE, CA 95112 | NONE | PUBLIC CHARITY | GENERAL FUND | 10,000. |
| HILLEL AT STANFORD OA<br>565 MAYFIELD AVENUE,<br>STANFORD, CA 94305 | NONE | PUBLIC CHARITY | GENERAL FUND | 1,800. |
| HOLOCAUST AWARENESS MUSEUM AND EDUCATION CENTER<br>10100 JAMISON AVE, ROOM 210<br>PHILADELPHIA, PA 19116 | NONE | PUBLIC CHARITY | GENERAL FUND | 2,050. |
| Total from continuation sheets | | | | |

| Part XV | Supplementary Information |
|---------|---------------------------|

**3 . Grants and Contributions Paid During the Year (Continuation)**

| Recipient<br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| HOPE FOR HEROISM<br>270 SOUTH HANFORD STREET #207<br>SEATTLE, WA 98134 | NONE | PUBLIC CHARITY | GENERAL FUND | 10,000. |
| HUMAN RIGHTS FIRST<br>75 BROAD STREET, 31ST FLOOR<br>NEW YORK, NY 10004 | NONE | PUBLIC CHARITY | GENERAL FUND | 5,000. |
| IMAGINATION PRODUCTIONS, INC. D/B/A<br>JERUSALEM U<br>11110 W OAKLAND PARK BLVD SUITE 288<br>SUNRISE, FL 33351-6808 | NONE | PUBLIC CHARITY | GENERAL FUND | 175,000. |
| ISRAEL LACROSSE ASSOCIATION<br>1501 BROADWAY, FLOOR 21<br>NEW YORK, NY 10036 | NONE | PUBLIC CHARITY | GENERAL FUND | 10,000. |
| ISRAEL ON CAMPUS COALITION<br>800 8TH STREET, NW<br>WASHINGTON, DC 20001 | NONE | PUBLIC CHARITY | GENERAL FUND | 25,000. |
| JAFINA<br>633 THIRD AVE<br>NEW YORK, NY 10017 | NONE | PUBLIC CHARITY | GENERAL FUND | 199,520. |
| JEWISH FAMILY AND CHILDREN'S SERVICE<br>OF GREATER PHILADELPHIA<br>2100 ARCH STREET, 5TH FLOOR<br>PHILADELPHIA, PA 19103 | NONE | PUBLIC CHARITY | GENERAL FUND | 101,800. |
| JEWISH FEDERATION OF GREATER<br>PHILADELPHIA<br>2100 ARCH STREET<br>PHILADELPHIA, PA 19103 | NONE | PUBLIC CHARITY | GENERAL FUND | 196,000. |
| JEWISH FEDERATION OF NORTH AMERICA<br>25 BROADWAY, SUITE 1700<br>NEW YORK, NY 10004-1010 | NONE | PUBLIC CHARITY | GENERAL FUND | 50,000. |
| JEWISH RELIEF AGENCY<br>116 BALA AVENUE<br>BALA CYNWYD, PA 19004 | NONE | PUBLIC CHARITY | GENERAL FUND | 25,000. |
| Total from continuation sheets | | | | |

523631
04-01-15

| Part XV | Supplementary Information | | | | |
|---|---|---|---|---|---|

**3  Grants and Contributions Paid During the Year (Continuation)**

| Recipient — Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| JEWISH STUDENT ENRICHMENT CENTER, INC. 780 COLLEGE AVE HAVERFORD, PA 19041 | NONE | PUBLIC CHARITY | GENERAL FUND | 25,000. |
| JEWISH NATIONAL FUND 42 EAST 69TH STREET NEW YORK, NY 10021 | NONE | PUBLIC CHARITY | GENERAL FUND | 20,000. |
| KIM AND GARY HEIMAN FAMILY FOUNDATION PO BOX 371805 CINCINNATI, OH 45222-180 | NONE | PUBLIC CHARITY | GENERAL FUND | 75,000. |
| KIPP FOUNDATION 135 MAIN STREET, SUITE 1700 SAN FRANCISCO, CA 94105 | NONE | PUBLIC CHARITY | GENERAL FUND | 50,000. |
| LEO BAECK EDUCATION CENTER FOUNDATION 90 DERECH TSARFAT, P.O.B 6283 HAIFA, ISRAEL 31062 | NONE | PUBLIC CHARITY | GENERAL FUND | 250,000. |
| LIVECONNECTIONS 3025 WALNUT STREET PHILADELPHIA, PA 19104 | NONE | PUBLIC CHARITY | GENERAL FUND | 500. |
| MARCH OF DIMES 1019 WEST NINTH AVE KING OF PRUSSIA, PA 19406 | NONE | PUBLIC CHARITY | GENERAL FUND | 10,000. |
| MIGHTY WRITERS 1501 CHRISTIAN STREET PHILADELPHIA, PA 19146 | NONE | PUBLIC CHARITY | GENERAL FUND | 5,000. |
| MINDING YOUR MIND 42 WEST LANCASTER AVE, 2ND FLOOR ARDMORE, PA 19003 | NONE | PUBLIC CHARITY | GENERAL FUND | 5,000. |
| MUSICOPIA 2001 MARKET STREET, SUITE 700 PHILADELPHIA, PA 19103-7080 | NONE | PUBLIC CHARITY | GENERAL FUND | 5,000. |
| Total from continuation sheets | | | | |

| Part XV | Supplementary Information |
|---------|---------------------------|

### 3. Grants and Contributions Paid During the Year (Continuation)

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| NATIONAL COUNCIL OF JEWISH WOMEN<br>475 RIVERSIDE DRIVE, SUITE 1901<br>NEW YORK, NY 10115 | NONE | PUBLIC CHARITY | GENERAL FUND | 500. |
| NATIONAL MUSEUM OF AMERICAN JEWISH HISTORY<br>101 SOUTH INDEPENDENCE MALL EAST<br>PHILADELPHIA, PA 19106-2517 | NONE | PUBLIC CHARITY | GENERAL FUND | 10,000. |
| OROT<br>7601 OLD YORK ROAD<br>MELROSE PARK, PA 19027 | NONE | PUBLIC CHARITY | GENERAL FUND | 3,600. |
| OUR SOLDIERS SPEAK<br>P.O BOX 138 MIDTOWN STATION<br>NEW YORK, NY 10018 | NONE | PUBLIC CHARITY | GENERAL FUND | 5,000. |
| PEF ISRAEL ENDOWMENT FUNDS<br>630 THIRD AVENUE, 15TH FLOOR<br>NEW YORK, NY 10017-6745 | NONE | PUBLIC CHARITY | GENERAL FUND | 15,000. |
| PEOPLE'S EMERGENCY CENTER<br>325 N 39TH STREET<br>PHILADELPHIA, PA 19104 | NONE | PUBLIC CHARITY | GENERAL FUND | 10,000. |
| PHILADELPHIA MURAL ARTS ADVOCATES<br>1727-29 MOUNT VERNON ST<br>PHILADELPHIA, PA 19130 | NONE | PUBLIC CHARITY | GENERAL FUND | 100,000. |
| PIG IRON THEATRE COMPANY<br>1417 N 2ND STREET<br>PHILADELPHIA, PA 19122 | NONE | PUBLIC CHARITY | GENERAL FUND | 2,500. |
| PLAY ON, PHILLY'<br>1620 LOCUST STREET<br>PHILADELPHIA, PA 19103 | NONE | PUBLIC CHARITY | GENERAL FUND | 100,136. |
| POLICE ATHLETIC LEAGUE OF PHILADELPHIA<br>2524 E CLEARFIELD STREET<br>PHILADELPHIA, PA 19134-5098 | NONE | PUBLIC CHARITY | GENERAL FUND | 1,000. |
| Total from continuation sheets | | | | |

| Part XV | Supplementary Information |
| --- | --- |

**3. Grants and Contributions Paid During the Year (Continuation)**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
| --- | --- | --- | --- | --- |
| PROJECT WITNESS<br>201 FOSTER AVENUE<br>BROOKLYN, NY 11230 | NONE | PUBLIC CHARITY | GENERAL FUND | 3,600. |
| REFUGEPOINT<br>689 MASSACHUSETTS AVE<br>CAMBRIDGE, MA 02139 | NONE | PUBLIC CHARITY | GENERAL FUND | 5,000. |
| REPORT, INC.<br>100 SPRINGDALE ROAD, SUITE A3<br>CHERRY HILL, NJ 08003 | NONE | PUBLIC CHARITY | GENERAL FUND | 100,000. |
| SAVE A MIND<br>1 BELMONT AVE, SUITE 602<br>BALA CYNWYD, PA 19004 | NONE | PUBLIC CHARITY | GENERAL FUND | 1,000. |
| SELFHELP COMMUNITY SERVICES<br>520 EIGHTH AVE, 5TH FLOOR<br>NEW YORK, NY 10018 | NONE | PUBLIC CHARITY | GENERAL FUND | 10,000. |
| SETTLEMENT MUSIC SCHOOL<br>PO BOX 63966<br>PHILADELPHIA, PA 19147 | NONE | PUBLIC CHARITY | GENERAL FUND | 2,000. |
| SIMON WIESENTHAL CENTER<br>1399 ROXBURY DRIVE<br>LOS ANGELES, CA 90035 | NONE | PUBLIC CHARITY | GENERAL FUND | 25,000. |
| STANDWITHUS<br>PO BOX 341069<br>LOS ANGELES, CA 90034-1069 | NONE | PUBLIC CHARITY | GENERAL FUND | 298,483. |
| STEPPINGSTONE SCHOLARS, INC.<br>4112 STATION STREET, UNIT D<br>PHILADELPHIA, PA 19127 | NONE | PUBLIC CHARITY | GENERAL FUND | 50,000. |
| SUPPORT CENTER FOR CHILD ADVOCATES<br>1900 CHERRY STREET<br>PHILADELPHIA, PA 19103 | NONE | PUBLIC CHARITY | GENERAL FUND | 2,000. |
| Total from continuation sheets | | | | |

523631
04-01-15

| Part XV | Supplementary Information |
| --- | --- |

**3 Grants and Contributions Paid During the Year (Continuation)**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
| --- | --- | --- | --- | --- |
| TANZANIAN CHILDREN'S FUND<br>2 ATLANTIC AVE, 4TH FLOOR<br>BOSTON, MA 02110 | NONE | PUBLIC CHARITY | GENERAL FUND | 52,000. |
| THE BALDWIN SCHOOL<br>701 MONTGOMERY AVENUE<br>BRYN MAWR, PA 19010 | NONE | PUBLIC CHARITY | GENERAL FUND | 412,700. |
| THE BLUE CARD, INC.<br>171 MADISON AVE, SUITE 1405<br>NEW YORK, NY 10016 | NONE | PUBLIC CHARITY | GENERAL FUND | 19,000. |
| THE DAVID PROJECT<br>PO BOX 52390<br>BOSTON, MA 2205 | NONE | PUBLIC CHARITY | GENERAL FUND | 40,000. |
| THE FRANKLIN INSTITUTE<br>222 NORTH 20TH STREET<br>PHILADELPHIA, PA 19103 | NONE | PUBLIC CHARITY | GENERAL FUND | 5,000. |
| THE FREIRE CHARTER SCHOOL FOUNDATION<br>2027 CHESTNUT STREET<br>PHILADELPHIA, PA 19103 | NONE | PUBLIC CHARITY | GENERAL FUND | 250,000. |
| THE FRIENDSHIP CIRCLE<br>754 SOUTH 9TH STREET<br>PHILADELPHIA, PA 19147 | NONE | PUBLIC CHARITY | GENERAL FUND | 1,800. |
| THE GLADWYNE FREE LIBRARY<br>362 RIGHTERS MILL ROAD<br>GLADWYNE, PA 19035 | NONE | PUBLIC CHARITY | GENERAL FUND | 1,000. |
| THE JERUSALEM FOUNDATION, INC.<br>420 LEXINGTON AVE, SUITE 1645<br>NEW YORK, NY 10170 | NONE | PUBLIC CHARITY | GENERAL FUND | 326,910. |
| THE JEWISH FOUNDATION FOR THE RIGHTEOUS<br>305 SEVENTH AVE, 19TH FLOOR<br>NEW YORK, NY 10001-6008 | NONE | PUBLIC CHARITY | GENERAL FUND | 5,000. |
| Total from continuation sheets | | | | |

523631
04-01-15

| Part XV | Supplementary Information |
|---------|---------------------------|

**3  Grants and Contributions Paid During the Year (Continuation)**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| THE LOUIS D. BRANDEIS CENTER, INC.<br>1717 PENNSYLVANIA AVENUE, NW, SUITE<br>1025  WASHINGTON, DC 20006 | NONE | PUBLIC CHARITY | GENERAL FUND | 30,000. |
| THE MORTY FRANK MEMORIAL FUND<br>444 EAST 82ND STREET, APT 4B<br>NEW YORK, NY 10028 | NONE | PUBLIC CHARITY | GENERAL FUND | 1,800. |
| THE PHILADELPHIA ORCHESTRA<br>1 SOUTH BROAD STREET, 14TH FLOOR<br>PHILADELPHIA, PA 19107 | NONE | PUBLIC CHARITY | GENERAL FUND | 10,000. |
| UNITED STATES HOLOCAUST MEMORIAL<br>MUSEUM<br>100 RAOUL WALLENBERG PLACE, SW<br>WASHINGTON, DC 20024-2126 | NONE | PUBLIC CHARITY | GENERAL FUND | 168,000. |
| UNIVERSITY OF THE ARTS<br>320 SOUTH BROAD STREET<br>PHILADELPHIA, PA 19102 | NONE | PUBLIC CHARITY | GENERAL FUND | 500. |
| USC SHOAH FOUNDATION<br>650 W 35TH STREET, SUITE 114<br>LOS ANGELES, CA 90089-2571 | NONE | PUBLIC CHARITY | GENERAL FUND | 203,600. |
| VERGE INSPIRE<br>250 LANCASTER AVENUE<br>WAYNE, PA 19087 | NONE | PUBLIC CHARITY | GENERAL FUND | 5,000. |
| WEST PHILADELPHIA CATHOLIC HIGH<br>SCHOOL<br>4501 CHESTNUT STREET<br>PHILADELPHIA, PA 19139 | NONE | PUBLIC CHARITY | GENERAL FUND | 35,000. |
| WOLF PERFORMING ARTS CENTER<br>PO BOX 434<br>NARBERTH, PA 19072 | NONE | PUBLIC CHARITY | GENERAL FUND | 10,000. |
| YMCA CAMP OCKANICKON, INC.<br>1303 STOKES ROAD<br>MEDFORD, NJ 8055 | NONE | PUBLIC CHARITY | GENERAL FUND | 12,500. |
| Total from continuation sheets | | | | |

523631
04-01-15

| Part XV | Supplementary Information |

3   Grants and Contributions Paid During the Year (Continuation)

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| YOUTH EMPOWERMENT SERVICES<br>1231 N. BROAD STREET, 2ND FLOOR<br>PHILADELPHIA, PA 19122 | NONE | PUBLIC CHARITY | GENERAL FUND | 10,000. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total from continuation sheets | | | | |

523631
04-01-15

12140822 795921 SEED            2015.04010 SEED THE DREAM FOUNDATION      SEED___1

| FORM 990-PF | OTHER INCOME | | STATEMENT 1 |

| DESCRIPTION | (A) REVENUE PER BOOKS | (B) NET INVEST-MENT INCOME | (C) ADJUSTED NET INCOME |
|---|---|---|---|
| OTHER INCOME | 1,001. | 0. | 1,001. |
| TOTAL TO FORM 990-PF, PART I, LINE 11 | 1,001. | 0. | 1,001. |

| FORM 990-PF | OTHER PROFESSIONAL FEES | | | STATEMENT 2 |

| DESCRIPTION | (A) EXPENSES PER BOOKS | (B) NET INVEST-MENT INCOME | (C) ADJUSTED NET INCOME | (D) CHARITABLE PURPOSES |
|---|---|---|---|---|
| ADP PAYROLL PROCESSING | 1,754. | 0. | 0. | 0. |
| NEXTAGE FEES | 2,531. | 0. | 0. | 0. |
| TO FORM 990-PF, PG 1, LN 16C | 4,285. | 0. | 0. | 0. |

| FORM 990-PF | OTHER EXPENSES | | | STATEMENT 3 |

| DESCRIPTION | (A) EXPENSES PER BOOKS | (B) NET INVEST-MENT INCOME | (C) ADJUSTED NET INCOME | (D) CHARITABLE PURPOSES |
|---|---|---|---|---|
| REGISTRATION FEE | 15. | 0. | 0. | 0. |
| POST OFFICE BOX | 232. | 0. | 0. | 0. |
| ADVERTISING EXPENSE | 5,292. | 0. | 0. | 0. |
| OFFICE SUPPLIES | 988. | 0. | 0. | 0. |
| INSURANCE | 5,684. | 0. | 0. | 0. |
| WEBSITE | 2,445. | 0. | 0. | 0. |
| CONSULTING | 10,285. | 0. | 0. | 0. |
| WIRE TRANSFER FEES | 295. | 0. | 0. | 0. |
| STOP PAYMENT FEES | 60. | 0. | 0. | 0. |
| MISCELLANEOUS | 26,908. | 0. | 0. | 0. |
| SOFTWARE EXPENSE | 7,000. | 0. | 0. | 0. |
| ORDERED CHECKS | 7. | 0. | 0. | 0. |
| BANK FEES | 12. | 0. | 0. | 0. |
| TO FORM 990-PF, PG 1, LN 23 | 59,223. | 0. | 0. | 0. |

FORM 990-PF                    PART XV - LINE 1A              STATEMENT    4
                          LIST OF FOUNDATION MANAGERS

NAME OF MANAGER
─────────────────

MARCY GRINGLAS
JOEL GREENBERG



Home     Donors and Donations     Contact Us



## REPORT, INC.

REPORT: Research + Evaluation = Promoting Organizational Responsibility and Transparency, Inc.

REPORT, Inc.'s mission is to educate about and advance civic responsibility through systematic research and analysis of the activities and transparency of governments and non-governmental organizations, their funders, and associated frameworks.

## We are grateful to our generous donors

- Helen Diller Family Foundation, San Francisco
- The Immerman Foundation, a supporting foundation of the Jewish Federation of Cleveland
- Klarman Family Foundation, Boston
- Koret Foundation, San Francisco
- Linden Trust for Conservation (NY)
- Middle East Forum Education Project, Philadelphia
- JCEF as recommended by the MZ Philanthropic Fund
- Ben & Esther Rosenbloom Foundation, Baltimore
- Paul E. Singer
- Seed the Dream Foundation
- Goodman Family Supporting Foundation of The Jewish Community Foundation
- Julis Foundation for Multidisciplinary Thinking
- Wechsler Family Foundation (MA)

## Contributions

All contributions must be in US dollars made payable to REPORT, Inc. and may carry a recommendation for the use of the funds. Grants from REPORT, Inc. are subject to the direction and control of the REPORT, Inc. Board of Directors, which approves all grants.

REPORT Inc. is a recognized 501(c)3, EIN 26-2971061

A copy of the official registration and financial information may be obtained from the division of consumer services by calling toll-free 1-800-HELP-FLA (435-7352) or online at http://www.floridaconsumerhelp.com/. Registration does not imply endorsement, approval, or recommendation by the state. Registration # CH36951.

Copyright © 2019 REPORT, Inc. ©All rights reserved.

## Give Now!

Help Us by
Making a Donation

**Checks may be mailed to:**
PMB 225
1121 N. Bethlehem Pike, Ste 60
Spring House, PA 19477

For more information:
202-241-1399

**Donate Online Now:**





**Guidestar Platinum**

Seed the Dream Foundation - Nonprofit Explorer - ProPublica

**PJ** **PROPUBLICA**                    f    🐦    ✉ **SIGN UP**                    Donate

## Nonprofit Explorer
Research Tax-Exempt Organizations

# SEED THE DREAM FOUNDATION

GLADWYNE, PA 19035-0768 | TAX-EXEMPT SINCE AUG. 2011

**EIN**: 27-4662369

**Classification (**NTEE**)**
Private Independent Foundations (Philanthropy, Voluntarism and Grantmaking Foundations)

**Nonprofit Tax Code Designation: 501(c)(3)**
Defined as: Organizations for any of the following purposes: religious, educational, charitable, scientific, literary, testing for public safety, fostering national or international amateur sports competition (as long as it doesn't provide athletic facilities or equipment), or the prevention of cruelty to children or animals.

**Donations to this organization are tax deductible.**

**More Resources:** ◤ GuideStar

**Get notifications:** Sign up for updates about our data.

## Tax Filings by Year

The IRS Form 990 is an annual information return that most organizations claiming federal tax-exempt status must file yearly. Read the IRS instructions for 990 forms.

If this organization has filed an amended return, it may not be reflected in the data below. Duplicated download links may be due to resubmissions or amendments to an organization's original return.

If you would like to download Form 990 document PDFs in bulk, the Internet Archive operates a mirror of the original bulk data.

| FISCAL YEAR ENDING DEC. **2019** | **Total Revenue** | **$143,473** |
| --- | --- | --- |
| | **Total Expenses** | **$8,528,595** |

PDF

990-PF

Full Text

990PF (FILED ON JUNE 11, 2021)

Full Filing

| **Notable sources of revenue** | | **Percent of total revenue** |
| --- | --- | --- |
| Contributions received | $0 | |
| Interest revenue | $143,473 | 100% |
| Dividends | $0 | |
| Sales of assets | $0 | |
| Other income | $0 | |

| **Notable expenses** | | **Percent of total expenses*** |
| --- | --- | --- |
| Charitable disbursements | $7,755,295 | 90.9% |
| Compensation of officers* | $0 | |

12/7/21, 5:45 PM

Schedules ▾

Raw XML

990PF

# Total Revenue $143,473

**Total Expenses** $8,528,595

**Other**
Total Assets $3,554,812
Total Liabilities $1

\* Officer compensation may be included in charitable disbursements, so values may add up to greater than 100%.

| Key Employees and Officers | Compensation |
|---|---|
| TALIA KAPLAN *(EXECUTOR DIRECTOR)* | $180,960 |
| KAREN SCHIAVELLI *(GRANTS MANAGER)* | $125,559 |
| DEBORAH A KOWAL *(FINANCIAL MANAGER)* | $87,503 |

+ Show more

## Help Keep Nonprofit Explorer Free!

If you have used our data or site in your research or reporting, add credit and a link to Nonprofit Explorer in your story or publication and let us know.

FISCAL YEAR ENDING DEC.
## 2018
PDF
990-PF

### Form 990 documents available

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

FISCAL YEAR ENDING DEC.
## 2015
PDF
990-PF

# Total Revenue $2,520,265

**Total Expenses** $7,429,396

| Notable sources of revenue | | Percent of total revenue | |
|---|---|---|---|
| Contributions received | $2,597,025 | > 100% | |
| Interest revenue | $0 | | |
| Dividends | $0 | | |
| Sales of assets | $0 | | |
| Other income | $1,001 | 0.0% | |

| Notable expenses | | Percent of total expenses* | |
|---|---|---|---|
| Charitable disbursements | $7,080,771 | 95.3% | |
| Compensation of officers* | $0 | | |

**Other**
Total Assets $2,945,987

**Total Revenue**            **$2,520,265**

**Total Expenses**            <span style="color:red">**$7,429,396**</span>
Total Liabilities             <span style="color:red">$0</span>

\* Officer compensation may be included in charitable disbursements,
so values may add up to greater than 100%.

---

FISCAL YEAR
ENDING DEC.
**2014**

PDF

[ 990-PF ]

**Total Revenue**            **$12,552,421**

**Total Expenses**            <span style="color:red">**$7,351,331**</span>

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions received | $12,726,288 | > 100% |
| Interest revenue | $0 | |
| Dividends | $0 | |
| Sales of assets | $0 | |
| Other income | $0 | |

| Notable expenses | | Percent of total expenses* |
|---|---|---|
| Charitable disbursements | $7,110,750 | 96.7% |
| Compensation of officers* | $0 | |

**Other**
Total Assets        $7,855,118
Total Liabilities   <span style="color:red">$0</span>

\* Officer compensation may be included in charitable disbursements,
so values may add up to greater than 100%.

---

FISCAL YEAR
ENDING DEC.
**2013**

PDF

[ 990-PF ]

**Total Revenue**            **$6,668,023**

**Total Expenses**            <span style="color:red">**$4,206,991**</span>

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions received | $6,463,822 | 96.9% |
| Interest revenue | $0 | |
| Dividends | $0 | |
| Sales of assets | $0 | |
| Other income | $254,500 | 3.8% |

| Notable expenses | | Percent of total expenses* |
|---|---|---|
| Charitable disbursements | $4,151,946 | 98.7% |
| Compensation of officers* | $0 | |

**Other**
Total Assets        $2,654,028
Total Liabilities   <span style="color:red">$0</span>

\* Officer compensation may be included in charitable disbursements,
so values may add up to greater than 100%.

| | FISCAL YEAR ENDING DEC. **2012** |
|---|---|

PDF

990-PF

**Total Revenue**    **$250,100**

**Total Expenses**    **$1,992,839**

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions received | $250,100 | 100% |
| Interest revenue | $0 | |
| Dividends | $0 | |
| Sales of assets | $0 | |
| Other income | $0 | |

| Notable expenses | | Percent of total expenses* |
|---|---|---|
| Charitable disbursements | $1,958,921 | 98.3% |
| Compensation of officers* | $0 | |

**Other**

| | |
|---|---|
| Total Assets | $192,996 |
| Total Liabilities | $0 |

* Officer compensation may be included in charitable disbursements, so values may add up to greater than 100%.

---

| | FISCAL YEAR ENDING DEC. **2011** |
|---|---|

PDF

990-PF

**Total Revenue**    **$5,000,100**

**Total Expenses**    **$3,064,365**

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions received | $5,000,100 | 100% |
| Interest revenue | $0 | |
| Dividends | $0 | |
| Sales of assets | $0 | |
| Other income | $0 | |

| Notable expenses | | Percent of total expenses* |
|---|---|---|
| Charitable disbursements | $3,062,556 | 99.9% |
| Compensation of officers* | $0 | |

**Other**

| | |
|---|---|
| Total Assets | $1,935,735 |
| Total Liabilities | $0 |

* Officer compensation may be included in charitable disbursements, so values may add up to greater than 100%.

---

## Search for a Nonprofit

Enter a nonprofit's name, a keyword, or city

Examples: ProPublica, Research or Minneapolis

Any State ▾



Any Type

**SEARCH**

Advanced Search | People Search

## Get Email Updates

Sign up to get ProPublica's biggest stories delivered straight to your inbox.

you@example.com    SUBSCRIBE

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

## About This Data

Nonprofit Explorer includes summary data for nonprofit tax returns and full Form 990 documents, in both PDF and digital formats.

The summary data contains information processed by the IRS during the 2012-2019 calendar years; this generally consists of filings for the 2011-2018 fiscal years, but may include older records. This data release includes only a subset of what can be found in the full Form 990s.

In addition to the raw summary data, we link to PDFs and digital copies of full Form 990 documents wherever possible. This consists of separate releases by the IRS of Form 990 documents processed by the agency, which we update regularly.

We also link to copies of audits nonprofit organizations that spent $750,000 or more in Federal grant money in a single fiscal year since 2016. These audits are copied from the Federal Audit Clearinghouse.

### Which Organizations Are Here?

Every organization that has been recognized as tax exempt by the IRS has to file Form 990 every year, unless they make less than $200,000 in revenue and have less than $500,000 in assets, in which case they have to file form 990-EZ. Organizations making less than $50,000 don't have to file either form but do have to let the IRS they're still in business via a Form 990N "e-Postcard."

Nonprofit Explorer has organizations claiming tax exemption in each of the 27 subsections of the 501(c) section of the tax code, and which have filed a Form 990, Form 990EZ or Form 990PF. Taxable trusts and private foundations that are required to file a form 990PF are also included. Small organizations filing a Form 990N "e-Postcard" are not included in this data.

### Types of Nonprofits

There are 27 nonprofit designations based on the numbered subsections of section 501(c) of the tax code. See the list »

### How to Research Tax-Exempt Organizations

We've created a guide for investigating nonprofits for those just getting started as well as for seasoned pros.

## API

The data powering this website is available programmatically, via an API. Read the API documentation »

## Get the Data

For those interested in acquiring the original data from the source, here's where our data comes from:

- Raw filing data. Includes EINs and summary financials as structured data.
- Exempt Organization profiles. Includes organization names, addresses, etc. You can merge this with the raw filing data using EIN numbers.
- Form 990 documents. Prior to 2017, these documents were obtained and processed by Public.Resource.org and ProPublica, and those older files are available at the Internet Archive. Bulk PDF downloads since 2017 are available from the IRS.
- Form 990 documents as XML files. Includes complete filing data (financial details, names of officers, tax schedules, etc.) in machine-readable format. Only available for electronically filed documents.
- Audits. PDFs of single or program-specific audits for nonprofit organizations that spent $750,000 or more in Federal grant money in a single fiscal year. Available for 2016 and later.

ProPublica

ProPublica Illinois

The Data Store

Topics

Series

News Apps

Get Involved

Impact

Corrections

About Us

Board and Advisors

Officers and Staff

Diversity

Jobs and Fellowships

Reports
Media Center
Advertising Policy
Code of Ethics
Privacy Policy

Subscribe by Email
Subscribe by RSS
Twitter
Facebook
iOS and Android
Podcast

Leak to Us
Steal Our Stories
Contact Us
Donate

## ProPublica

© Copyright 2021 Pro Publica Inc.

 **ProPublica**

   ✉ **SIGN UP**

Donate

## Nonprofit Explorer
Research Tax-Exempt Organizations

---

# DAVID HOROWITZ FREEDOM CENTER

SHERMAN OAKS, CA 91403-3508 | TAX-EXEMPT SINCE JUNE 1993

**EIN**: 95-4194642

**Nonprofit Tax Code Designation: 501(c)(3)**
Defined as: Organizations for any of the following purposes: religious, educational, charitable, scientific, literary, testing for public safety, fostering national or international amateur sports competition (as long as it doesn't provide athletic facilities or equipment), or the prevention of cruelty to children or animals.

**Donations to this organization are tax deductible.**

**More Resources:** ↖ GuideStar

**Get notifications:** Sign up for updates about our data.

---

## Tax Filings by Year

The IRS Form 990 is an annual information return that most organizations claiming federal tax-exempt status must file yearly. Read the IRS instructions for 990 forms.

If this organization has filed an amended return, it may not be reflected in the data below. Duplicated download links may be due to resubmissions or amendments to an organization's original return.

If you would like to download Form 990 document PDFs in bulk, the Internet Archive operates a mirror of the original bulk data.

---

| FISCAL YEAR ENDING DEC. **2019** | | | |
|---|---|---|---|
| PDF | **Total Revenue** | **$7,695,272** | |
| 990 | **Total Functional Expenses** | **$7,842,727** | |
| Full Text | **Net income** | **-$147,455** | |
| 990 (FILED ON MARCH 31, 2021) | **Notable sources of revenue** | | **Percent of total revenue** |
| Full Filing | Contributions | $6,500,281 | 84.5% |
| | Program services | $1,083,267 | 14.1% |
| | Investment income | $93 | 0.0% |
| | Bond proceeds | $0 | |
| | Royalties | $0 | |
| | Rental property income | $0 | |
| | Net fundraising | -$95,286 | |
| | Sales of assets | $139 | 0.0% |
| | Net inventory sales | $114,122 | 1.5% |



**Total Revenue**        **$7,695,272**

**Total Functional Expenses**    $7,842,727
**Net income**              -$147,455
Other revenue            $92,656    1.2%

**Notable expenses**              **Percent of total expenses**
Executive compensation      $992,456    12.7%
Professional fundraising fees   $281,930    3.6%
Other salaries and wages     $844,798    10.8%

**Other**
Total Assets          $1,447,229
Total Liabilities        $1,048,608
Net Assets           $398,621

**Key Employees and Officers**          **Compensation**

DAVID HOROWITZ *(CEO/FOUNDER)*                $545,526

ROBERT SPENCER *(JIHAD WATCH DIRECTOR)*         $254,000

MICHAEL FINCH *(PRESIDENT)*                  $210,345

+ Show more

**Help Keep Nonprofit Explorer Free!**

If you have used our data or site in your research or reporting, add credit and a link to Nonprofit Explorer in your story or publication and let us know.



FISCAL YEAR
ENDING DEC.
**2018**

Full Text

990 (FILED ON
JAN. 21, 2020)

Full Filing

Schedules ▾

Raw XML

990

**Total Revenue**        **$6,849,077**

**Total Functional Expenses**    $6,845,810
**Net income**              $3,267

**Notable sources of revenue**          **Percent of total revenue**
Contributions        $5,809,736           84.8%
Program services      $958,876    14.0%
Investment income      $33    0.0%
Bond proceeds        $0
Royalties          $0
Rental property income   $0
Net fundraising       -$48,381
Sales of assets       -$10,536
Net inventory sales     $86,833    1.3%
Other revenue        $52,516    0.8%

**Notable expenses**              **Percent of total expenses**
Executive compensation      $1,091,983    16.0%
Professional fundraising fees   $251,060    3.7%
Other salaries and wages     $775,749    11.3%

**Other**
Total Assets          $1,594,114

## Total Revenue $6,849,077

**Total Functional Expenses** $6,845,810
**Net income** $3,267
Total Liabilities $1,035,538
Net Assets $558,576

| Key Employees and Officers | Compensation |
|---|---|
| DAVID HOROWITZ *(CEO/FOUNDER)* | $598,049 |
| MICHAEL FINCH *(PRESIDENT)* | $223,492 |
| PETER COLLIER *(VICE PRESIDENT OF PROGRAMS)* | $195,965 |

+ Show more

FISCAL YEAR ENDING DEC.

# 2017

PDF

990

990-T

Full Text

990 (FILED ON DEC. 20, 2018)

Full Filing

Schedules ▾

Raw XML

990

## Total Revenue $5,838,333

**Total Functional Expenses** $5,895,782
**Net income** -$57,449

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions | $4,950,724 | 84.8% |
| Program services | $804,485 | 13.8% |
| Investment income | $874 | 0.0% |
| Bond proceeds | $0 | |
| Royalties | $0 | |
| Rental property income | $0 | |
| Net fundraising | -$82,060 | |
| Sales of assets | $0 | |
| Net inventory sales | $45,358 | 0.8% |
| Other revenue | $118,952 | 2.0% |

| Notable expenses | | Percent of total expenses |
|---|---|---|
| Executive compensation | $1,077,788 | 18.3% |
| Professional fundraising fees | $88,399 | 1.5% |
| Other salaries and wages | $783,592 | 13.3% |

**Other**
Total Assets $1,499,905
Total Liabilities $906,782
Net Assets $593,123

| Key Employees and Officers | Compensation |
|---|---|
| DAVID HOROWITZ *(CEO/FOUNDER)* | $585,335 |
| MICHAEL FINCH *(PRESIDENT)* | $214,963 |
| ROBERT SPENCER *(JIHAD WATCH DIRECTOR)* | $193,500 |

+ Show more

David Horowitz Freedom Center - Nonprofit Explorer - ProPublica

## FISCAL YEAR ENDING DEC.

# 2016

### PDF

990

990-T

### Full Text

990 (FILED ON
DEC. 29, 2017)

Full Filing

Schedules ▾

### Raw XML

990

## Total Revenue            $5,976,459

**Total Functional Expenses**    <span style="color:red">$5,975,926</span>
**Net income**                   **$533**

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions | $4,812,601 | 80.5% |
| Program services | $908,935 | 15.2% |
| Investment income | $33 | 0.0% |
| Bond proceeds | $0 | |
| Royalties | $0 | |
| Rental property income | $0 | |
| Net fundraising | $0 | |
| Sales of assets | $0 | |
| Net inventory sales | $120,440 | 2.0% |
| Other revenue | $134,450 | 2.2% |

| Notable expenses | | Percent of total expenses |
|---|---|---|
| Executive compensation | $824,051 | 13.8% |
| Professional fundraising fees | $86,301 | 1.4% |
| Other salaries and wages | $1,027,833 | 17.2% |

| Other | |
|---|---|
| Total Assets | $1,423,288 |
| Total Liabilities | <span style="color:red">$772,716</span> |
| Net Assets | $650,572 |

| Key Employees and Officers | Compensation |
|---|---|
| DAVID HOROWITZ *(CEO/FOUNDER)* | $569,756 |
| MICHAEL FINCH *(PRESIDENT)* | $210,345 |
| ROBERT SPENCER *(JIHAD WATCH DIRECTOR)* | $182,500 |

**+ Show more**

## FISCAL YEAR ENDING DEC.

# 2015

### PDF

990

990-T

### Full Text

990 (FILED ON
MARCH 2, 2017)

Full Filing

Schedules ▾

## Total Revenue            $6,287,589

**Total Functional Expenses**    <span style="color:red">$6,864,525</span>
**Net income**                   <span style="color:red">-$576,936</span>

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions | $5,383,233 | 85.6% |
| Program services | $761,637 | 12.1% |
| Investment income | $42 | 0.0% |
| Bond proceeds | $0 | |
| Royalties | $0 | |
| Rental property income | $0 | |
| Net fundraising | $0 | |
| Sales of assets | $0 | |
| Net inventory sales | -$45,704 | |
| Other revenue | $188,381 | 3.0% |

| Notable expenses | | Percent of total expenses |
|---|---|---|
| Executive compensation | $889,514 | 13.0% |

Raw XML

990

## Total Revenue        **$6,287,589**

**Total Functional Expenses**    <span style="color:red">$6,864,525</span>
**Net income**                   <span style="color:red">-$576,936</span>
Professional fundraising fees    $115,865 | 1.7%
Other salaries and wages         $1,231,381 | 17.9%

**Other**
Total Assets        $1,235,397
Total Liabilities   <span style="color:red">$585,358</span>
Net Assets          $650,039

| Key Employees and Officers | Compensation |
|---|---|
| DAVID HOROWITZ *(CEO/FOUNDER)* | $553,374 |
| MICHAEL FINCH *(PRESIDENT)* | $210,345 |
| PETER COLLIER *(VICE PRESIDENT OF PROGRAMS)* | $177,852 |

+ Show more

FISCAL YEAR
ENDING DEC.
**2014**

PDF

990

990-T

Full Text

990 (FILED ON
FEB. 22, 2016)

Full Filing

Schedules ▾

Raw XML

990

## Total Revenue        **$7,532,891**

**Total Functional Expenses**    <span style="color:red">$7,622,148</span>
**Net income**                   <span style="color:red">-$89,257</span>

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions | $6,260,535 | 83.1% |
| Program services | $1,080,327 | 14.3% |
| Investment income | $234 | 0.0% |
| Bond proceeds | $0 | |
| Royalties | $0 | |
| Rental property income | $0 | |
| Net fundraising | $0 | |
| Sales of assets | $0 | |
| Net inventory sales | -$19,585 | |
| Other revenue | $211,380 | 2.8% |

| Notable expenses | | Percent of total expenses |
|---|---|---|
| Executive compensation | $1,057,334 | 13.9% |
| Professional fundraising fees | $130,740 | 1.7% |
| Other salaries and wages | $1,275,154 | 16.7% |

**Other**
Total Assets        $2,112,347
Total Liabilities   <span style="color:red">$885,372</span>
Net Assets          $1,226,975

| Key Employees and Officers | Compensation |
|---|---|
| DAVID HOROWITZ *(CEO/FOUNDER)* | $566,977 |
| MICHAEL FINCH *(PRESIDENT)* | $224,837 |
| BEN SHAPIRO *(VICE PRESIDENT OF OPERATIONS)* | $190,791 |

---

+ Show more

---

FISCAL YEAR
ENDING DEC.

# 2013

PDF

990

990-T

Full Text

990 (FILED ON
DEC. 29, 2014)

Full Filing

Schedules ˅

Raw XML

990

## Total Revenue    **$7,095,015**

**Total Functional Expenses**    <span style="color:red">**$7,040,068**</span>
**Net income**    **$54,947**

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions | $5,889,609 | 83.0% |
| Program services | $972,586 | 13.7% |
| Investment income | $1,241 | 0.0% |
| Bond proceeds | $0 | |
| Royalties | $0 | |
| Rental property income | $0 | |
| Net fundraising | $0 | |
| Sales of assets | $0 | |
| Net inventory sales | $55,312 | 0.8% |
| Other revenue | $176,267 | 2.5% |

| Notable expenses | | Percent of total expenses |
|---|---|---|
| Executive compensation | $845,600 | 12.0% |
| Professional fundraising fees | $165,764 | 2.4% |
| Other salaries and wages | $1,296,393 | 18.4% |

### Other
| | |
|---|---|
| Total Assets | $2,012,245 |
| Total Liabilities | <span style="color:red">$696,013</span> |
| Net Assets | $1,316,232 |

| Key Employees and Officers | Compensation |
|---|---|
| DAVID HOROWITZ *(CEO/FOUNDER)* | $525,631 |
| MICHAEL FINCH *(PRESIDENT)* | $212,915 |
| PETER COLLIER *(VICE PRESIDENT OF PROGRAMS)* | $182,149 |

+ Show more

---

FISCAL YEAR
ENDING DEC.

# 2012

PDF

990

990-T

Raw XML

990

## Total Revenue    **$7,278,178**

**Total Functional Expenses**    <span style="color:red">**$7,280,576**</span>
**Net income**    **-$2,398**

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions | $6,053,852 | 83.2% |
| Program services | $1,133,342 | 15.6% |
| Investment income | $1,593 | 0.0% |
| Bond proceeds | $0 | |
| Royalties | $0 | |
| Rental property income | $0 | |
| Net fundraising | $0 | |
| Sales of assets | $0 | |

**Total Revenue**    **$7,278,178**

**Total Functional Expenses**    $7,280,576
**Net income**    -$2,398
Net inventory sales    $13,565 | 0.2%
Other revenue    $75,826 | 1.0%

**Notable expenses**    **Percent of total expenses**
Executive compensation    $799,738 | 11.0%
Professional fundraising fees    $191,758 | 2.6%
Other salaries and wages    $1,096,398 | 15.1%

**Other**
Total Assets    $2,084,555
Total Liabilities    $823,270
Net Assets    $1,261,285

---

FISCAL YEAR
ENDING DEC.

# 2011

PDF

990

990-T

Raw XML

990

**Total Revenue**    **$6,413,176**

**Total Functional Expenses**    $6,093,715
**Net income**    $319,461

**Notable sources of revenue**    **Percent of total revenue**
Contributions    $5,349,490 | 83.4%
Program services    $914,293 | 14.3%
Investment income    $4,482 | 0.1%
Bond proceeds    $0
Royalties    $0
Rental property income    $0
Net fundraising    $0
Sales of assets    $0
Net inventory sales    $81,112 | 1.3%
Other revenue    $63,799 | 1.0%

**Notable expenses**    **Percent of total expenses**
Executive compensation    $767,699 | 12.6%
Professional fundraising fees    $142,543 | 2.3%
Other salaries and wages    $954,970 | 15.7%

**Other**
Total Assets    $2,021,355
Total Liabilities    $757,672
Net Assets    $1,263,683

---

FISCAL YEAR
ENDING DEC.

# 2010

PDF

990

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

990-T

Raw XML

990

---

FISCAL YEAR
ENDING DEC.

# 2009

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

PDF

990

990-T

---

FISCAL YEAR
ENDING DEC.

# 2008

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

PDF

990

990-T

---

FISCAL YEAR
ENDING DEC.

# 2007

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

PDF

990

---

FISCAL YEAR
ENDING DEC.

# 2006

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

PDF

990

FISCAL YEAR
ENDING DEC.
**2005**

PDF

990

### Form 990 documents available

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

FISCAL YEAR
ENDING DEC.
**2004**

PDF

990

### Form 990 documents available

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

FISCAL YEAR
ENDING DEC.
**2003**

PDF

990

### Form 990 documents available

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

FISCAL YEAR
ENDING DEC.
**2002**

PDF

990

### Form 990 documents available

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.



**FISCAL YEAR ENDING DEC.**

# 2001

PDF

[ 990 ]

**Form 990 documents available**

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.



## Search for a Nonprofit

Enter a nonprofit's name, a keyword, or city

Examples: ProPublica, Research or Minneapolis

Any State

Any Category

Any Type

SEARCH

Advanced Search | People Search

## Get Email Updates

Sign up to get ProPublica's biggest stories delivered straight to your inbox.

you@example.com    SUBSCRIBE

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

## About This Data

Nonprofit Explorer includes summary data for nonprofit tax returns and full Form 990 documents, in both PDF and digital formats.

The summary data contains information processed by the IRS during the 2012-2019 calendar years; this generally consists of filings for the 2011-2018 fiscal years, but may include older records. This data release includes only a subset of what can be found in the full Form 990s.

In addition to the raw summary data, we link to PDFs and digital copies of full Form 990 documents wherever possible. This consists of separate releases by the IRS of Form 990 documents processed by the agency, which we update regularly.

We also link to copies of audits nonprofit organizations that spent $750,000 or more in Federal grant money in a single fiscal year since 2016. These audits are copied from the Federal Audit Clearinghouse.

## Which Organizations Are Here?

Every organization that has been recognized as tax exempt by the IRS has to file Form 990 every year, unless they make less than $200,000 in revenue and have less than $500,000 in assets, in which case they have to file form 990-EZ. Organizations making less than $50,000 don't have to file either form but do have to let the IRS they're still in business via a Form 990N "e-Postcard."

Nonprofit Explorer has organizations claiming tax exemption in each of the 27 subsections of the 501(c) section of the tax code, and which have filed a Form 990, Form 990EZ or Form 990PF. Taxable trusts and private foundations that are required to file a form 990PF are also included. Small organizations filing a Form 990N "e-Postcard" are not included in this data.

## Types of Nonprofits

There are 27 nonprofit designations based on the numbered subsections of section 501(c) of the tax code. See the list »

## How to Research Tax-Exempt Organizations

We've created a guide for investigating nonprofits for those just getting started as well as for seasoned pros.

## API

The data powering this website is available programmatically, via an API. Read the API documentation »

## Get the Data

For those interested in acquiring the original data from the source, here's where our data comes from:

- Raw filing data. Includes EINs and summary financials as structured data.
- Exempt Organization profiles. Includes organization names, addresses, etc. You can merge this with the raw filing data using EIN numbers.
- Form 990 documents. Prior to 2017, these documents were obtained and processed by Public.Resource.org and ProPublica, and those older files are available at the Internet Archive. Bulk PDF downloads since 2017 are available from the IRS.
- Form 990 documents as XML files. Includes complete filing data (financial details, names of officers, tax schedules, etc.) in machine-readable format. Only available for electronically filed documents.
- Audits. PDFs of single or program-specific audits for nonprofit organizations that spent $750,000 or more in Federal grant money in a single fiscal year. Available for 2016 and later.

ProPublica
ProPublica Illinois
The Data Store
Topics
Series
News Apps
Get Involved
Impact
Corrections

About Us
Board and Advisors
Officers and Staff
Diversity
Jobs and Fellowships
Reports
Media Center
Advertising Policy
Code of Ethics
Privacy Policy

Subscribe by Email
Subscribe by RSS
Twitter
Facebook
iOS and Android
Podcast

Leak to Us
Steal Our Stories
Contact Us
Donate

**ProPublica**

© Copyright 2021 Pro Publica Inc.

**PROPUBLICA**

f    𝕏    ✉ SIGN UP                    Donate

# Nonprofit Explorer
Research Tax-Exempt Organizations

---

# SUSAN & DAVID HOROWITZ FOUNDATION

NEW YORK, NY 10150-5028 | TAX-EXEMPT SINCE MAY 1991

**EIN**: 13-3593961

**Nonprofit Tax Code Designation: 501(c)(3)**
Defined as: Organizations for any of the following purposes: religious, educational, charitable, scientific, literary, testing for public safety, fostering national or international amateur sports competition (as long as it doesn't provide athletic facilities or equipment), or the prevention of cruelty to children or animals.

**Donations to this organization are tax deductible.**

**More Resources:** ↖ GuideStar

**Get notifications:** Sign up for updates about our data.

---

# Tax Filings by Year

The IRS Form 990 is an annual information return that most organizations claiming federal tax-exempt status must file yearly. Read the IRS instructions for 990 forms.

If this organization has filed an amended return, it may not be reflected in the data below. Duplicated download links may be due to resubmissions or amendments to an organization's original return.

If you would like to download Form 990 document PDFs in bulk, the Internet Archive operates a mirror of the original bulk data.

---

FISCAL YEAR
ENDING JUNE

## 2020

PDF

[ IRS Filing ]

## Total Revenue          **$1**

**Total Expenses**          **$1,745**

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions received | $0 | |
| Interest revenue | $0 | |
| Dividends | $0 | |
| Sales of assets | $0 | |
| Other income | $0 | |

| Notable expenses | | Percent of total expenses* |
|---|---|---|
| Charitable disbursements | $1,720 | 98.6% |
| Compensation of officers* | $0 | |

## Total Revenue          **$1**

**Total Expenses**          **$1,745**

**Other**
Total Assets          $4,438
Total Liabilities          $1

\* Officer compensation may be included in charitable
disbursements, so values may add up to greater than 100%.

## Help Keep Nonprofit Explorer Free!

If you have used our data or site in your research or reporting, add credit and a link to Nonprofit
Explorer in your story or publication and let us know.

FISCAL YEAR
ENDING JUNE
**2019**

PDF

990-PF

Full Text

990PF (FILED ON
JAN. 16, 2020)

Full Filing

Schedules ▾

Raw XML

990PF

### Form 990 documents available

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

**Key Employees and Officers**          **Compensation**
SIDNEY ITZKOWITZ *(TRUSTEE)*          $0

FISCAL YEAR
ENDING JUNE
**2018**

Full Text

990PF (FILED ON
NOV. 28, 2018)

Full Filing

### Form 990 documents available

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

**Key Employees and Officers**          **Compensation**
SIDNEY ITZKOWITZ *(TRUSTEE)*          $0

Schedules ▾

Raw XML

990PF

---

FISCAL YEAR
ENDING JUNE

# 2017

Full Text

990PF (FILED ON
MARCH 2, 2018)

Full Filing

Schedules ▾

Raw XML

990PF

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

| **Key Employees and Officers** | **Compensation** |
|---|---|
| SIDNEY ITZKOWITZ *(TRUSTEE)* | $0 |

---

FISCAL YEAR
ENDING JUNE

# 2016

Full Text

990PF (FILED ON
AUG. 3, 2017)

Full Filing

Schedules ▾

Raw XML

990PF

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

| **Key Employees and Officers** | **Compensation** |
|---|---|
| SIDNEY ITZKOWITZ *(TRUSTEE)* | $0 |

---

FISCAL YEAR
ENDING JUNE

# 2015

| **Total Revenue** | **$17** |
|---|---|
| **Total Expenses** | **$126,260** |

| **Notable sources of revenue** | **Percent of total revenue** |
|---|---|

PDF

990-PF

Full Text

990PF (FILED ON
AUG. 2, 2016)

Full Filing

Schedules ▾

Raw XML

990PF

**Total Revenue** **$17**

| Total Expenses | **$126,260** | |
|---|---|---|
| Contributions received | $0 | |
| Interest revenue | $7 | 41.2% |
| Dividends | $0 | |
| Sales of assets | $0 | |
| Other income | $10 | 58.8% |

| Notable expenses | | Percent of total expenses* |
|---|---|---|
| Charitable disbursements | $126,110 | 99.9% |
| Compensation of officers* | $0 | |

**Other**

| Total Assets | $42,327 |
|---|---|
| Total Liabilities | $1 |

* Officer compensation may be included in charitable disbursements, so values may add up to greater than 100%.

| Key Employees and Officers | Compensation |
|---|---|
| SIDNEY ITZKOWITZ *(TRUSTEE)* | $0 |

---

FISCAL YEAR
ENDING JUNE
**2014**

PDF

990-PF

**Total Revenue** **$200**

**Total Expenses** **$25,125**

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions received | $0 | |
| Interest revenue | $200 | 100% |
| Dividends | $0 | |
| Sales of assets | $0 | |
| Other income | $0 | |

| Notable expenses | | Percent of total expenses* |
|---|---|---|
| Charitable disbursements | $21,900 | 87.2% |
| Compensation of officers* | $0 | |

**Other**

| Total Assets | $168,570 |
|---|---|
| Total Liabilities | $0 |

* Officer compensation may be included in charitable disbursements, so values may add up to greater than 100%.

---

FISCAL YEAR
ENDING JUNE
**2013**

PDF

**Total Revenue** **$592**

**Total Expenses** **$24,913**

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions received | $0 | |

990-PF

## Total Revenue          **$592**

| | | |
|---|---|---|
| **Total Expenses** | **$24,913** | |
| Interest revenue | $592 | 100% |
| Dividends | $0 | |
| Sales of assets | $0 | |
| Other income | $0 | |

| **Notable expenses** | | **Percent of total expenses*** |
|---|---|---|
| Charitable disbursements | $21,700 | 87.1% |
| Compensation of officers* | $0 | |

| **Other** | |
|---|---|
| Total Assets | $193,495 |
| Total Liabilities | $0 |

* Officer compensation may be included in charitable disbursements, so values may add up to greater than 100%.

---

FISCAL YEAR
ENDING JUNE

## 2012

PDF

990-PF

## Total Revenue          **$654**

**Total Expenses**          **$6,473**

| **Notable sources of revenue** | | **Percent of total revenue** |
|---|---|---|
| Contributions received | $0 | |
| Interest revenue | $654 | 100% |
| Dividends | $0 | |
| Sales of assets | $0 | |
| Other income | $0 | |

| **Notable expenses** | | **Percent of total expenses*** |
|---|---|---|
| Charitable disbursements | $0 | |
| Compensation of officers* | $0 | |

| **Other** | |
|---|---|
| Total Assets | $217,816 |
| Total Liabilities | $0 |

* Officer compensation may be included in charitable disbursements, so values may add up to greater than 100%.

---

FISCAL YEAR
ENDING JUNE

## 2011

PDF

990-PF

### Form 990 documents available

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

FISCAL YEAR
ENDING JUNE

# 2010

PDF

990-PF

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

---

FISCAL YEAR
ENDING JUNE

# 2009

PDF

990-PF

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

---

FISCAL YEAR
ENDING JUNE

# 2008

PDF

990-PF

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

---

FISCAL YEAR
ENDING JUNE

# 2007

PDF

990-PF

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

---

FISCAL YEAR
ENDING JUNE

# 2006

PDF

990-PF

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

FISCAL YEAR
ENDING JUNE
# 2005

PDF

990-PF

## Form 990 documents available

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

FISCAL YEAR
ENDING JUNE
# 2004

PDF

990-PF

## Form 990 documents available

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

FISCAL YEAR
ENDING JUNE
# 2003

PDF

990-PF

## Form 990 documents available

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

FISCAL YEAR
ENDING JUNE
# 2002

PDF

990-PF

## Form 990 documents available

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

# Search for a Nonprofit

Enter a nonprofit's name, a keyword, or city

Examples: ProPublica, Research or Minneapolis

| Any State | ⌄ |

| Any Category | ⌄ |

| Any Type | ⌄ |

| SEARCH |

Advanced Search | People Search

# Get Email Updates

Sign up to get ProPublica's biggest stories delivered straight to your inbox.

| you@example.com | SUBSCRIBE |

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

# About This Data

Nonprofit Explorer includes summary data for nonprofit tax returns and full Form 990 documents, in both PDF and digital formats.

The summary data contains information processed by the IRS during the 2012-2019 calendar years; this generally consists of filings for the 2011-2018 fiscal years, but may include older records. This data release includes only a subset of what can be found in the full Form 990s.

In addition to the raw summary data, we link to PDFs and digital copies of full Form 990 documents wherever possible. This consists of separate releases by the IRS of Form 990 documents processed by the agency, which we update regularly.

We also link to copies of audits nonprofit organizations that spent $750,000 or more in Federal grant money in a single fiscal year since 2016. These audits are copied from the Federal Audit Clearinghouse.

## Which Organizations Are Here?

Every organization that has been recognized as tax exempt by the IRS has to file Form 990 every year, unless they make less than $200,000 in revenue and have less than $500,000 in assets, in which case they have to file form 990-EZ. Organizations making less than $50,000 don't have to file either form but do have to let the IRS they're still in business via a Form 990N "e-Postcard."

Nonprofit Explorer has organizations claiming tax exemption in each of the 27 subsections of the 501(c) section of the tax code, and which have filed a Form 990, Form 990EZ or Form 990PF. Taxable trusts and private foundations that are required to file a form 990PF are also included. Small organizations filing a Form 990N "e-Postcard" are not included in this data.

## Types of Nonprofits

There are 27 nonprofit designations based on the numbered subsections of section 501(c) of the tax code. See the list »

## How to Research Tax-Exempt Organizations

We've created a guide for investigating nonprofits for those just getting started as well as for seasoned pros.

## API

The data powering this website is available programmatically, via an API. Read the API documentation »

## Get the Data

For those interested in acquiring the original data from the source, here's where our data comes from:

- Raw filing data. Includes EINs and summary financials as structured data.
- Exempt Organization profiles. Includes organization names, addresses, etc. You can merge this with the raw filing data using EIN numbers.
- Form 990 documents. Prior to 2017, these documents were obtained and processed by Public.Resource.org and ProPublica, and those older files are available at the Internet Archive. Bulk PDF downloads since 2017 are available from the IRS.
- Form 990 documents as XML files. Includes complete filing data (financial details, names of officers, tax schedules, etc.) in machine-readable format. Only available for electronically filed documents.
- Audits. PDFs of single or program-specific audits for nonprofit organizations that spent $750,000 or more in Federal grant money in a single fiscal year. Available for 2016 and later.

ProPublica

ProPublica Illinois

The Data Store

Topics

Series

News Apps

Get Involved

Impact

Corrections

About Us

Board and Advisors

Officers and Staff

Diversity

Jobs and Fellowships

Reports

Media Center

Advertising Policy

Code of Ethics

Privacy Policy

---

Subscribe by Email

Subscribe by RSS

Twitter

Facebook

iOS and Android

Podcast

---

Leak to Us

Steal Our Stories

Contact Us

Donate

**PROPUBLICA**

© Copyright 2021 Pro Publica Inc.