IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-5697 |
| | : | |
| LISA REYNOLDS-BARBOUNIS | : | |

## ORDER

AND NOW, this 8th day of December 2021, upon consideration of Plaintiff Middle East Forum's Emergency Motion to Strike, it is ORDERED the Motion (Document Number 167) is GRANTED IN PART in so far as Defendant shall be restricted to offering only those exhibits specifically identified or hyperlinked in the Pretrial Memorandum (Document Number 154) at trial.[1] The Court DENIES WITHOUT PREJUDICE to be reasserted at trial the portion of Plaintiff's motion that objects to the relevance of, and authentication of, Defendants' exhibits.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.

---

[1] The Court reminds Mr. Carson that deadlines exist under the Federal Rules of Civil Procedure to avoid this type of last-minute document production. The fact that Mr. Carson missed not only the pretrial memorandum deadline, but also missed the subsequent deadline of 5 p.m. on December 7, 2021, is deeply troubling to the Court.

1