# EXHIBIT A

Middle East Forum v. Lisa Reynolds-Barbounis, Case No. 2:19-cv-05697-JS
**Table of Contents**

| Ex. | Vol. | Document Name | Admitted | Not Admitted |
|---|---|---|---|---|
| 180. | | Public Record – 2019 tax returns for Achelis Bodman Foundation.  https://achelisbodman.org/files/2019/02/grants_18.pdf | | |
| 181. | | Public Record - Achelis Bodman Foundation 2015 grant list  https://achelisbodman.org/files/2018/07/grants_15.pdf | | |
| 182. | | Public Record - Achelis Bodman Foundation 2017 grant list  https://achelisbodman.org/files/2018/07/grants_17.pdf | | |
| 183. | | Public Record - Achelis Bodman Foundation contact page  https://achelisbodman.org/contact/ | | |
| 184. | | Public Record - Achelis Bodman Foundation Google search  Link to the Google Search | | |
| 185. | | Public Record - Achelis Bodman Foundation Google search | | |
| 186. | | Public Record - Achelis Bodman Foundation 2010 grant list  https://docplayer.net/10256396-2010-grants-the-achelis-foundation-pp-1-5-the-bodman-foundation-pp-6-13-arts-and-culture.html | | |
| 187. | | Public Record - Achelis Bodman Foundation 2018 grant list  https://achelisbodman.org/files/2019/02/grants_18.pdf | | |
| 188. | | Bialkin Foundation tax returns  https://projects.propublica.org/nonprofits/organizations/237003181 | | |
| 189. | | Bialkin 2010 tax returns | | |
| 190. | | Bialkin 2011 tax returns | | |
| 191. | | Bialkin 2017 tax returns | | |
| 192. | | Bialkin 2018 tax returns | | |

4881-6523-0854.1

Middle East Forum v. Lisa Reynolds-Barbounis, Case No. 2:19-cv-05697-JS
**Table of Contents**

| Ex. | Vol. | Document Name | Admitted | Not Admitted |
|---|---|---|---|---|
| 193. | | Bialkin Foundation donations<br><br>https://powerbase.info/index.php/Bialkin_Family_Foundation | | |
| 194. | | Donor Report<br><br>https://ca.cair.com/losangeles/wp-content/uploads/sites/6/2019/05/CAIR-Islamophobia-Report.pdf | | |
| 195. | | Jewish Heritage<br><br>https://www.taubephilanthropies.org/sites/default/files/pdf/2020-08/JHIP-IntermRprt.pdf | | |
| 196. | | MEF Monitor<br><br>https://militarist-monitor.org/profile/middle_east_forum/ | | |
| 197. | | Donor Trust tax returns<br><br>https://projects.propublica.org/nonprofits/organizations/236681161/202033039349101603/full | | |
| 198. | | Donor Trust 2011 tax returns | | |
| 199. | | Donor Trust 2010 tax returns | | |
| 200. | | Edgerly Foundation tax returns<br><br>https://projects.propublica.org/nonprofits/organizations/43165980 | | |
| 201. | | Edgerly Foundations 2014 tax returns | | |
| 202. | | Social Worker<br><br>https://socialistworker.co.uk/art/46969/The+disgusting+US+racists+funding+Tommy+Robinson | | |
| 203. | | Google search MEF and Edgerly<br><br>https://www.google.com/search?q=middle+east+forum+and+edgerly+foundation&rlz=1C1CHBD_enUS950US950&oq=middle+east+forum+and+edgerl&aqs=chrome.1.69i57j35i39.6739j0j7&sourceid=chrome&ie=UTF-8 | | |
| 204. | | MEF Powerbase<br><br>https://powerbase.info/index.php/Middle_East_Forum | | |
| 205. | | Edgerly Foundation 2015 tax returns | | |

Middle East Forum v. Lisa Reynolds-Barbounis, Case No. 2:19-cv-05697-JS
**Table of Contents**

| Ex. | Vol. | Document Name | Admitted | Not Admitted |
|---|---|---|---|---|
| 206. | | Newton and Rochelle Tax returns<br><br>https://projects.propublica.org/nonprofits/organizations/203822168 | | |
| 207. | | Becker Source-watch<br><br>https://www.sourcewatch.org/index.php/Becker_Foundation | | |
| 208. | | MEF Recipients<br><br>https://islamophobianetwork.com/funder/newton-d-and-rochelle-f-becker-foundations-and-charitable-trust/ | | |
| 209. | | Newton and Rochelle - grants | | |
| 210. | | MEF Grants<br><br>https://islamophobianetwork.com/organization/middle-east-forum/ | | |
| 211. | | Becker Charitable Trust home<br><br>https://www.beckertrust.org/the-becker-foundation | | |
| 212. | | Becker Charitable Trust Newton and Rochelle<br><br>https://www.beckertrust.org/the-becker-foundation | | |
| 213. | | Newton and Rochelle – grants updated<br><br>https://islamophobianetwork.com/funder/newton-d-and-rochelle-f-becker-foundations-and-charitable-trust/ | | |
| 214. | | MEF Transparency<br><br>http://conservativetransparency.org/recipient/middle-east-forum/page/5/?order_by=year%20DESC | | |
| 215. | | Dorothy Phillips tax returns<br><br>https://projects.propublica.org/nonprofits/organizations/870778040 | | |
| 216. | | Dorothy Phillips 2017 tax returns | | |
| 217. | | Dorothy Phillips 2015 tax returns | | |

4881-6523-0854.1

Middle East Forum v. Lisa Reynolds-Barbounis, Case No. 2:19-cv-05697-JS
**Table of Contents**

| Ex. | Vol. | Document Name | Admitted | Not Admitted |
|---|---|---|---|---|
| 218. | | Paul Singer Foundation tax returns<br><br>https://projects.propublica.org/nonprofits/organizations/272009342 | | |
| 219. | | Pride with prejudice<br><br>https://static1.squarespace.com/static/5b572cf60dbda33f837c0ae1/t/5c72f3b19b747a1582c318b4/1551037363459/Pride+With+Prejudice.pdf | | |
| 220. | | Paul Singer Foundation search<br><br>https://www.google.com/search?q=paul+singer+foundation+and+middle+east+forum&rlz=1C1CHBD_enUS950US950&sxsrf=AOaemvLRwYw1RDeh8E5ayjaNoYkoGenGEQ%3A1638937102550&ei=DjKwYdj_IKOp_QbA4bPIBQ&oq=paul+singer+foundation+&gs_lcp=Cgdnd3Mtd2l6EAMYATIECCMQJzIECCMQJzIFCAAQgAQyBggAEBYQHjIJCAAQyQMQFhAeMgYIABAWEB4yBggAEBYQHjIGCAAQFhAeMgYIABAWEB4yBggAEBYQHjoHCCMQsAMQJzoHCAAQRxCwA0oECEEYAFDxA1i2BmC6HGgBcAJ4AIABvAGIAZMDkgEDMS4ymAEAoAEByAEEwAEB&sclient=gws-wiz | | |
| 221. | | Paul Singer Foundation search | | |
| 222. | | Vernon Krieble Foundation tax returns<br><br>https://projects.propublica.org/nonprofits/organizations/222538914 | | |
| 223. | | Horowitz Watch<br><br>https://powerbase.info/index.php/David_Horowitz_Freedom_Center | | |
| 224. | | Immerman Foundation tax returns<br><br>https://projects.propublica.org/nonprofits/organizations/341533181 | | |
| 225. | | Immerman 2013 tax returns | | |
| 226. | | Immerman 2018 tax returns | | |
| 227. | | Immerman 2017 tax returns | | |
| 228. | | Robert Immerman Powerbase<br><br>https://powerbase.info/index.php/Robert_Immerman | | |

4881-6523-0854.1

Middle East Forum v. Lisa Reynolds-Barbounis, Case No. 2:19-cv-05697-JS
**Table of Contents**

| Ex. | Vol. | Document Name | Admitted | Not Admitted |
|---|---|---|---|---|
| 229. | | Robert Immerman Family Foundation https://littlesis.org/org/266872-Robert_A_Immerman_Family_Foundation | | |
| 230. | | James E. and Patricia D. Tr. 2014 tax returns | | |
| 231. | | James E. and Patricia D. Cayne Chtb. Tr. Powerbase https://powerbase.info/index.php/%EF%BB%BF%EF%BB%BF%EF%BB%BFJames_E_and_Patricia_D_Cayne_Charitable_Trust | | |
| 232. | | Morton and Dinah Danseyar Family Foundation 2017 tax returns | | |
| 233. | | Morton and Dinah grant makers https://www.grantmakers.io/profiles/v0/061359689-morton-and-dinah-danseyar-family-foundation-inc/ | | |
| 234. | | Morton and Dinah Google Search https://www.google.com/search?q=morton+and+dinah+danseyar+family+foundation+middle+east+forum&rlz=1C1CHBD_enUS950US950&sxsrf=AOaemvK4f17G8rkv_la8C1RlPhLwhIMM6g%3A1638938640729&ei=EDiwYdH1K4HI_Qa-ppzIBQ&oq=mor&gs_lcp=Cgdnd3Mtd2l6EAMYADIECCMQJzIECCMQJzIKCC4QxwEQrwEQJzILCAAQsQMQgwEQkQIyBQgAEJECMgQILhBDMgQIABBDMgQILhBDMgcILhCxAxBDMg0ILhCxAxDHARDRAxBDOgUILhCRAjoOCC4QgAQQsQMQxwEQowI6CAgAELEDEIMBOggIABCABBCxAzoLCC4QgAQQxwEQowI6BAgAEEM6DgguEIAEELEDxAxCDARDHARCjAjoLCAAQgAQQsQMQgwE6DQguEIAEEIcCELEDEBRKBAhBGABQAFi7CmD2FWgBcAJ4AIABeIgB4AaSAQMxLjeYAQCgAQGwAQrAAQE&sclient=gws-wiz | | |
| 235. | | Morton and Dinah Family Foundation Inc. https://relationshipscience.com/organization/morton-and-dinah-danseyar-family-foundation-inc-25711343 | | |
| 236. | | MEF Powerbase https://powerbase.info/index.php/Middle_East_Forum | | |
| 237. | | Shillman Fellows appointed https://www.meforum.org/3714/new-shillman-ginsburg-fellows-appointed | | |
| 238. | | Satel Institute | | |

4881-6523-0854.1

Middle East Forum v. Lisa Reynolds-Barbounis, Case No. 2:19-cv-05697-JS
**Table of Contents**

| Ex. | Vol. | Document Name | Admitted | Not Admitted |
|---|---|---|---|---|
|  |  | https://www.satellinstitute.org/do-tank/partnerships/partnership-the-stan-and-arlene-ginsburg-family-foundation-and-middleeastforum/ |  |  |
| 239. |  | Bridge – MEF Fact Sheet<br><br>https://bridge.georgetown.edu/research/factsheet-middle-east-forum/ |  |  |
| 240. |  | MZ Foundation Powerbase<br><br>https://powerbase.info/index.php/MZ_Foundation |  |  |
| 241. |  | MZ Foundation<br><br>https://islamophobia.org/islamophobic-organizations/mz-foundation/ |  |  |
| 242. |  | Fieldstead 2017 tax returns<br><br>https://projects.propublica.org/nonprofits/organizations/330127363/201833189349103293/full |  |  |
| 243. |  | MEF Network<br><br>https://islamophobianetwork.com/organization/middle-east-forum/ |  |  |
| 244. |  | Millstein Family Fund and MEF Search<br><br>https://www.google.com/search?q=milstein+family+fund+and+middle+east+forum&rlz=1C1CHBD_enUS950US950&sxsrf=AOaemvKIbjli-rrTJO6WS8oFL24XkMumyw%3A1638939883781&ei=6zywYduML623ggek7bbIBQ&oq=millstein+family&gs_lcp=Cgdnd3Mtd2l6EAMYADIHCCMQsQIQJzIECAAQQzIECAAQQCjIECAAQCjIECAAQCjIKCC4QxwEQrwEQCjIECAAQCjIECAAQCjIGCAAQFhAeOgQIIxAnOgUIABCRAjoRC4QgAQQsQMQgwEQxwEQowI6DgguEIAEELEDEMcBEKMCOggIABCABBKMCOggIABCABBxAzoKCC4QxwEQ0QMQQzoKCC4QxwEQrwEQQzoHCAAQsQMMQQzoQCC4QgAQQhwIQxwEQrwEQFDoICC4QgAQQsQM6CwguEIAEEMcBEK8BOgUILhCABDoFCAAQgAQ6BwAEIAEEAo6DQguEIAEEMcBEK8BEApKBAhBGABGABQAFj6IWCKO2gAcAJ4AIAB7gGIAZoPkgEFOS40LjOYAQCgAQHAAQE&sclient=gws-wiz |  |  |
| 245. |  | Millstein online<br><br>https://www.milsteinff.org/supported-organizations/middle-east-forum/ |  |  |
| 246. |  | MEF report<br><br>https://relationshipscience.com/organization/middle-east-forum-1592829 |  |  |

4881-6523-0854.1

Middle East Forum v. Lisa Reynolds-Barbounis, Case No. 2:19-cv-05697-JS
**Table of Contents**

| Ex. | Vol. | Document Name | Admitted | Not Admitted |
|---|---|---|---|---|
| 247. | | Millstein watch<br><br>https://powerbase.info/index.php/Middle_East_Forum | | |
| 248. | | Millstein Family Foundation<br><br>https://www.milsteinff.org/who-we-support/ | | |
| 249. | | David and Janet Polak Foundation search<br><br>https://www.google.com/search?q=david+and+janet+polak+foundation+and+middle+east+forum&rlz=1C1CHBD_enUS950US950&sxsrf=AOaemvIeU0pOVkS7_hyGQb2u0SVHvfmRhQ%3A1638913604250&ei=RNavYYnlDojXytMPs-qouAs&oq=David+and+Janet+Polak+Foundation&gs_lcp=Cgdnd3Mtd2l6EAMYADIECCMQJzIFCAAQgAQ6BAguEEM6BQgAEJECOg4ILhCABBCxAxDHARCjAjoICAAQgAQQsQNKBAhBGABQAFjvBWD5FWgAcAJ4AIAB3gGIAZ8EkgEFMC4xLjGYAQCgAQGgAQLAAQE&sclient=gws-wiz | | |
| 250. | | David and Janet Polak Foundation 2015 tax return | | |
| 251. | | David and Janet Polak Foundation 2013 tax return | | |
| 252. | | Koret Foundation tax returns<br><br>https://projects.propublica.org/nonprofits/organizations/941624987 | | |
| 253. | | Koret Foundation and MEF search<br><br>https://www.google.com/search?q=koret+foundation+and+middle+east+forum&rlz=1C1CHBD_enUS950US950&sxsrf=AOaemvKOCNQoyL0VYm5LCbV8nK8oRHegsQ%3A1638940535379&ei=dz-wYa3HFpHv_QaLqrHIBQ&oq=koret+foundation+and&gs_lcp=Cgdnd3Mtd2l6EAMYADIECCMQJzoHCCMQsAMQJzoHCAAQRxCwAzoGCAAQFhAeOgUIABCABEoECEEYAFC2CVjvGGDRJWgCcAJ4AIAB6QGIAd4NkgEFNS44LjGYAQCgAQHIAQHAAQE&sclient=gws-wiz | | |
| 254. | | Ronald Lauder tax returns<br><br>https://projects.propublica.org/nonprofits/organizations/133445910 | | |
| 255. | | Ronald Lauder article<br><br>https://www.meforum.org/62636/germany-jewish-leadership-vs-israel | | |
| 256. | | Thadeus Taube - Taube Philanthropies tax returns<br><br>https://projects.propublica.org/nonprofits/organizations/943244838 | | |

7

Middle East Forum v. Lisa Reynolds-Barbounis, Case No. 2:19-cv-05697-JS
**Table of Contents**

| Ex. | Vol. | Document Name | Admitted | Not Admitted |
|---|---|---|---|---|
| 257. | | Thaddeus taube - taube philanthropies and middle east forum search<br><br>https://www.google.com/search?q=thaddeus+taube+-+taube+philanthropies+and+middle+east+forum&rlz=1C1CHBD_enUS950US950&oq=tha&aqs=chrome.2.69i59l3j46i67j69i57j69i65j69i60l2.4848j0j7&sourceid=chrome&ie=UTF-8 | | |
| 258. | | Taube Foundation report<br><br>https://www.taubephilanthropies.org/sites/default/files/pdf/2020-08/Taube_AnnualReport_2011_2013_FINAL.pdf | | |
| 259. | | Bryna and Joshua Landes and Family Philanth report<br><br>https://jcfny.org/app/uploads/2020/01/JCF-2019-Annual-Report.pdf | | |
| 260. | | Tax Exempt World<br><br>https://www.taxexemptworld.com/organization.asp?tn=1847393 | | |
| 261. | | Sarah Scaife Foundation tax returns<br><br>https://projects.propublica.org/nonprofits/organizations/251113452 | | |
| 262. | | Sarah Scaife Foundation 2017 tax returns | | |
| 263. | | Center for American Progress<br><br>https://cdn.americanprogress.org/wp-content/uploads/issues/2011/08/pdf/islamophobia.pdf | | |
| 264. | | Donors to Network<br><br>https://cdn.americanprogress.org/wp-content/uploads/issues/2011/08/pdf/islamophobia_chapter1.pdf | | |
| 265. | | Paul Klingenstein Family Foundation Inc Tax Returns<br><br>https://projects.propublica.org/nonprofits/organizations/454288118 | | |
| 266. | | Paul Klingenstein Family Foundation 2014 Inc Tax Returns | | |
| 267. | | Paul Klingenstein Family Foundation 2013 Inc Tax Returns<br><br>https://projects.propublica.org/nonprofits/organizations/454288118/201441229349100114/full | | |

4881-6523-0854.1

Middle East Forum v. Lisa Reynolds-Barbounis, Case No. 2:19-cv-05697-JS
**Table of Contents**

| Ex. | Vol. | Document Name | Admitted | Not Admitted |
|---|---|---|---|---|
| 268. | | Paul Klingenstein grants<br><br>https://www.grantmakers.io/profiles/v0/454288118-paul-klingenstein-family-foundation-inc/?page=2 | | |
| 269. | | Seed Dream Foundation tax returns<br><br>https://projects.propublica.org/nonprofits/organizations/274662369 | | |
| 270. | | Seed Dream Foundation 2015 tax returns | | |
| 271. | | Seed Dream Foundation 2014 tax returns | | |
| 272. | | Seed Dream Foundation 2013 tax returns | | |
| 273. | | Seed Dream Foundation Report<br><br>http://reportorg.org/donate.html | | |
| 274. | | Council on American Islamic Relations<br><br>https://www.jstor.org/stable/pdf/resrep31098.10.pdf | | |
| 275. | | David Horowitz Freedom Center tax returns<br><br>https://projects.propublica.org/nonprofits/organizations/954194642 | | |
| 276. | | David Horowitz Foundation and MEF search<br><br>https://www.google.com/search?q=david+horowitz+foundation+and+middle+east+forum&rlz=1C1CHBD_enUS950US950&sxsrf=AOaemvJOU8OMkNZCRAdeKimTia5vKB6P4w%3A1638942752122&ei=IEiwYYXcBqiIggfZ9KvIBQ&oq=david+horowitz+fo&gs_lcp=Cgdnd3Mtd2l6EAMYADIECCMQJzIECCMQJzIECCMQJzIFCAAQgAQyBggAEBYQHjIGCAAQFhAeMgYIABAWEB4yBggAEBYQHjIGCAAQFhAeMgYIABAWEB46BwgjELADECc6BwgAEEcQsAM6CwguEIAEEMcBEK8BOgUIIAAQsAMSwg2RnCAAQgAQQhwIQyQMQFEoECEEYAFDMBVjsB2CDFGgBcAJ4AIAB3AGIAB3AGIAB3AkgBADEMDkgEFMS4xLjGYAQCgAQHIAQHAAQE&sclient=gws-wiz | | |
| 277. | | Chapter 1 Donors | | |