IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-5697 |
| | : | |
| LISA REYNOLDS-BARBOUNIS | : | |

## **ORDER**

AND NOW, this 10th day of December 2021, upon consideration of Defendant Lisa Reynolds-Barbounis's First Motion in Limine to preclude Defendant's from presenting witnesses and documents at trial, Plaintiff Middle East Forum's (MEF) opposition, and the arguments presented during the December 6, 2021 pre-trial conference, it is ORDERED the motion (Document No. 134) is hereby DENIED.

Upon consideration of Plaintiff MEF's Second Motion in Limine to exclude unauthenticated hearsay evidence regarding MEF donors, Defendant Reynolds-Barbounis's opposition, and the arguments presented during the December 6, 2021 pre-trial conference, it is FURTHER ORDERED the motion (Document No. 137) is hereby DENIED WITHOUT PREJUDICE to be reasserted at trial.

Upon consideration of Defendant Reynolds-Barbounis's Third Motion in Limine to preclude Plaintiff from claiming that publicly available information that can be accessed by anyone with a smart phone is a trade secret, Plaintiff's opposition, and the arguments presented during the December 6, 2021 pre-trial conference, it is FURTHER ORDERED the motion (Document No. 138) is hereby DENIED.

Upon consideration of Plaintiff MEF's Motion in Limine for an adverse inference against the Defendant regarding spoliation of evidence, Defendant Reynold-Barbounis's opposition, and

1

the arguments presented during the December 6, 2021 pre-trial conference, it is FURTHER ORDERED the motion (Document No. 144) is hereby RESERVED for ruling after testimony.

Upon consideration of Plaintiff MEF's Motion to Strike Defendant's Tardy and Non-Compliant Pretrial Memorandum, it is FURTHER ORDERED the motion (Document No. 156) is DENIED insofar as it attempts to strike Defendants' Pretrial Memorandum.

Upon consideration of Plaintiff MEF's Motion to Seal Pretrial Conference and Trial, it is FURTHER ORDERED the motion (Document No. 165) is GRANTED IN PART. The Pretrial conference transcript is sealed. Regarding the trial, the motion is granted in so far as the portions of the pretrial conference and trial which contain the alleged trade secret or portions thereof will be sealed from members of the public, but available to the judge, jury, and parties. The remainder of the trial will be available to the public, in keeping with the right of access.

An appropriate memorandum will follow within 30 days.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.