IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-5697 |
| | : | |
| REYNOLDS-BARBOUNIS | : | |

# **ORDER**

AND NOW, this 14th day of December, 2021, it is ORDERED that transcripts of trial in this case shall be filed under seal. The Clerk of Court is DIRECTED to provide complete copies of the transcripts of trial in this case to counsel of record, only. Counsel of record shall be responsible for identifying and confirming which portions of the record should be under seal, in keeping with the representations made during the trial. After the conclusion of trial, the portions of the transcript that are not sealed shall be made available to the public.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.