IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EASTERN FORUM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-5697 |
| | : | |
| LISA REYNOLDS-BARBOUNIS | : | |

## **ORDER**

AND NOW, this 15th day of December, 2021, it is ORDERED that, in light of the potential exposure to COVID-19 that occurred during the above captioned trial, all jurors are hereby REQUIRED to get a COVID-19 test today, December 15, 2021. Either a COVID-19 Rapid Antigen or PCR test is acceptable for the purpose of this order.

After having the jury on call and available to the Court this day, and having instructed the jurors to obtain COVID-19 testing, it is FURTHER ORDERED that the jurors shall be paid for this day of service and shall be reimbursed for any out-of-pocket medical expenses related to COVID-19 testing as directed by the Court.

It is FURTHER ORDERED that each juror must be tested *daily* the morning before each subsequent day of the proceedings until jury deliberation has concluded and the verdict has been entered.

BY THE COURT:


  /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.