# EXHIBIT A



**CAPSICUM GROUP**™

Digital Forensics & Investigations
Paper & Electronic Discovery
Data & Tape Recovery
Technology Security & Compliance

# Invoice

| Date | Invoice # |
|---|---|
| 2/29/2020 | 19209 |

Bill To

**Derek Smith Law Group**
**Seth Carson**
**1835 Market Street**
**Suite 2950**
**Philadelphia, PA 19103**

| P.O. No. | Terms |
|---|---|
| 2020-000028 | |

| Item | Date of Service | Description | Qty / Hrs | Rate | Amount |
|---|---|---|---|---|---|
| | | ***MEF v Barbounis*** | | | |
| Forensic Imaging | 2/25/2020 | Imaged two iPhone's belonging to Lisa B. Call with Lisa re: iTunes passwords for PH002. AM | 4.25 | 275.00 | 1,168.75 |
| Correspondence - CF | 2/26/2020 | Call with Seth re: opposing counsel requests. AM | 0.25 | 275.00 | 68.75 |

EIN

**Total**   $1,237.50

Please make checks payable to:
Capsicum Group, LLC
Two Liberty Place
50 S. 16th Street, Suite 2525
Philadelphia, PA 19102
215-222-3101

An 18% per annum late fees will be added to any and every month's bill that is not received within 30 days of the invoice date.



# Invoice

| Date | Invoice # |
|---|---|
| 3/31/2020 | 19271 |

Digital Forensics & Investigations
Paper & Electronic Discovery
Data & Tape Recovery
Technology Security & Compliance

Bill To

**Derek Smith Law Group**
**Seth Carson**
**1835 Market Street**
**Suite 2950**
**Philadelphia, PA 19103**

| P.O. No. | Terms |
|---|---|
| 2020-000028 | |

| Item | Date of Service | Description | Qty / Hrs | Rate | Amount |
|---|---|---|---|---|---|
| | | ***MEF v Barbounis*** | | | |
| Correspondence - CF | 3/17/2020 | Calls with Seth re: KWS, Review and signed Attorney's Eyes only document. AM | 1.5 | 275.00 | 412.50 |
| Mobile Device Forensics | 3/17/2020 | Exported reports for iPhone XS. AM | 1 | 275.00 | 275.00 |
| Forensic Reporting | 3/18/2020 | Preparing cellphone report. RJ | 2 | 275.00 | 550.00 |
| Conference - CF | 3/19/2020 | Call with SCarson re: search hits and webmail collection. Upload of spreadsheet to Dropbox. AM | 0.75 | 275.00 | 206.25 |
| Forensic Reporting | 3/19/2020 | Review of the search terms reports. FK | 1.75 | 275.00 | 481.25 |
| Forensic Reporting | 3/19/2020 | Preparing cellphone report. RJ | 2 | 275.00 | 550.00 |
| Conference - CF | 3/19/2020 | Call with Seth Carson re: search hits and webmail collection. Upload of spreadsheet to Dropbox. AM | 0.75 | 275.00 | 206.25 |
| Forensic Reporting | 3/20/2020 | Data prep and review of report from A1920|\Apple_iPhone Xs. FK | 1.5 | 275.00 | 412.50 |
| Forensic Reporting | 3/20/2020 | Preparing cellphone report. RJ | 2 | 275.00 | 550.00 |
| Conference - CF | 3/24/2020 | Call with counsel re status of case and produced "hits" reports for one of the two iPhones and production of a report with hyperlinks via FTP. BH | 0.75 | 375.00 | 281.25 |
| Forensic Analysis | 3/24/2020 | Mounting of second iPhone image and initiation of extracting spreadsheet reports for anticipated searching. BH | 0.25 | 375.00 | 93.75 |

EIN

**Total**

An 18% per annum late fees will be added to any and every month's bill that is not received within 30 days of the invoice date.

Page 1



**Digital Forensics & Investigations**
**Paper & Electronic Discovery**
**Data & Tape Recovery**
**Technology Security & Compliance**

# Invoice

| Date | Invoice # |
|---|---|
| 3/31/2020 | 19271 |

Bill To

**Derek Smith Law Group**
**Seth Carson**
**1835 Market Street**
**Suite 2950**
**Philadelphia, PA 19103**

| P.O. No. | Terms |
|---|---|
| 2020-000028 | |

| Item | Date of Service | Description | Qty / Hrs | Rate | Amount |
|---|---|---|---|---|---|
| Forensic Analysis | 3/25/2020 | Reporting from the second iPhone extracted and prep for indexing for anticipated searching. BH | 0.5 | 375.00 | 187.50 |
| Forensic Reporting | 3/25/2020 | Preparing cellphone report. RJ | 2 | 275.00 | 550.00 |
| Forensic Reporting | 3/26/2020 | Preparing cellphone report. RJ | 2 | 275.00 | 550.00 |
| Forensic Reporting | 3/27/2020 | Preparing cellphone report. RJ | 2 | 275.00 | 550.00 |
| Forensic Reporting | 3/29/2020 | Review of PH1_Report from phone export and prep the files for client delivery. FK | 3.25 | 275.00 | 893.75 |
| Forensic Analysis | 3/30/2020 | Initiated production logistics - 50GB of spreadsheet and attachment data; call with counsel to discuss next steps regarding same and gmail collections. BH | 0.25 | 375.00 | 93.75 |
| Conference - CF | 3/31/2020 | Call with counsel re Gmail accounts acquisitions; created a backup of the two iPhone productions for Fed Ex delivery to counsel's residence. BH | 0.5 | 375.00 | 187.50 |
| Forensic Imaging | 3/31/2020 | Downloaded emails from two Gmail accounts. JS | 4 | 275.00 | 1,100.00 |
| Expenses | 3/3/2020 | FedEx - AM to LB - Washington DC | | 50.00 | 50.00 |

EIN ███

**Total**  $8,181.25

Please make checks payable to:
Capsicum Group, LLC
Two Liberty Place
50 S. 16th Street, Suite 2525
Philadelphia, PA 19102
215-222-3101

An 18% per annum late fees will be added to any and every month's bill that is not received within 30 days of the invoice date.



**Digital Forensics & Investigations**
**Paper & Electronic Discovery**
**Data & Tape Recovery**
**Technology Security & Compliance**

# Invoice

| Date | Invoice # |
|---|---|
| 4/22/2020 | 19314 |

Bill To

**Derek Smith Law Group**
**Seth Carson**
**1835 Market Street**
**Suite 2950**
**Philadelphia, PA 19103**

| P.O. No. | Terms |
|---|---|
| 2020-000028 | |

| Item | Date of Service | Description | Qty / Hrs | Rate | Amount |
|---|---|---|---|---|---|
| Forensic Indexing | 4/2/2020 | ***MEF v Barbounis***<br>Converted two MBOX files to PSTs. Extracted and indexed emails from the above PSTs. JS | 2 | 275.00 | 550.00 |

EIN ████

**Total** $550.00

Please make checks payable to:
Capsicum Group, LLC
Two Liberty Place
50 S. 16th Street, Suite 2525
Philadelphia, PA 19102
215-222-3101

An 18% per annum late fees will be added to any and every month's bill that is not received within 30 days of the invoice date.



**Digital Forensics & Investigations**
**Paper & Electronic Discovery**
**Data & Tape Recovery**
**Technology Security & Compliance**

# Invoice

| Date | Invoice # |
|---|---|
| 5/31/2020 | 19372 |

Bill To

**Derek Smith Law Group**
**Seth Carson**
**1835 Market Street**
**Suite 2950**
**Philadelphia, PA 19103**

| P.O. No. | Terms |
|---|---|
| 2020-000028 | |

| Item | Date of Service | Description | Qty / Hrs | Rate | Amount |
|---|---|---|---|---|---|
| | | ***MEF v Barbounis*** | | | |
| Conference - CF | 5/28/2020 | Call re discovery requests and productions and new focused searches. BH | 0.5 | 375.00 | 187.50 |
| Meetings - CF | 5/28/2020 | Call with Brian and Seth to discuss reviewing and redacting Search Reports. RJ | 0.5 | 250.00 | 125.00 |
| Forensic Searching | 5/29/2020 | Running Updated Search terms on Cellphone data. RJ | 2 | 250.00 | 500.00 |

EIN ███████

**Total**  $812.50

Please make checks payable to:
Capsicum Group, LLC
Two Liberty Place
50 S. 16th Street, Suite 2525
Philadelphia, PA 19102
215-222-3101

An 18% per annum late fees will be added to any and every month's bill that is not received within 30 days of the invoice date.



**CAPSICUM GROUP™**

Digital Forensics & Investigations
Paper & Electronic Discovery
Data & Tape Recovery
Technology Security & Compliance

# Invoice

| Date | Invoice # |
|---|---|
| 6/30/2020 | 19429 |

Bill To

**Derek Smith Law Group**
**Seth Carson**
**1835 Market Street**
**Suite 2950**
**Philadelphia, PA 19103**

| P.O. No. | Terms |
|---|---|
| 2020-000028 | |

| Item | Date of Service | Description | Qty / Hrs | Rate | Amount |
|---|---|---|---|---|---|
| | | ***MEF v Barbounis*** | | | |
| Conference - CF | 6/1/2020 | Zipped the iPhone 1 data returning hits on new search criteria, uploaded to make available, summary of data to counsel. BH | 0.25 | 375.00 | 93.75 |
| Conference - CF | 6/2/2020 | Call with counsel to review the iPhone 1 new hit results and reporting in anticipation of case hearing on 6/4. BH | 0.5 | 375.00 | 187.50 |
| Forensic Searching | 6/11/2020 | Exporting search results of PHONE002. RJ | 2 | 275.00 | 550.00 |
| Conference - CF | 6/12/2020 | Follow-up with counsel and production of data related to searches of Phone 2 to counsel for review. BH | 0.25 | 375.00 | 93.75 |
| Conference - CF | 6/17/2020 | Call with counsel and adversary re work done to data; follow-up initiation of kws for 800+ terms. BH | 1.25 | 375.00 | 468.75 |
| Conference - CF | 6/17/2020 | Call with counsel. RJ | 1.25 | 275.00 | 343.75 |
| Conference - CF | 6/19/2020 | Follow-up hit counts reports to counsel as well as number of files in categories. Review of spreadsheet contact list. BH | 0.5 | 375.00 | 187.50 |
| Meetings - CF | 6/19/2020 | Initiated investigation regarding the origins of an xls document of interest. ALP | 0.5 | 275.00 | 137.50 |
| Forensic Investigation | 6/19/2020 | Continued exam into origin of the xls file of interest and research re Apple Pages App. ALP | 3 | 275.00 | 825.00 |
| Meetings - CF | 6/22/2020 | Internal review of findings related to xls file of interest. ALP | 0.25 | 275.00 | 68.75 |

EIN

**Total**

An 18% per annum late fees will be added to any and every month's bill that is not received within 30 days of the invoice date.

Page 1



**Digital Forensics & Investigations**
**Paper & Electronic Discovery**
**Data & Tape Recovery**
**Technology Security & Compliance**

# Invoice

| Date | Invoice # |
|---|---|
| 6/30/2020 | 19429 |

Bill To

**Derek Smith Law Group**
**Seth Carson**
**1835 Market Street**
**Suite 2950**
**Philadelphia, PA 19103**

| P.O. No. | Terms |
|---|---|
| 2020-000028 | |

| Item | Date of Service | Description | Qty / Hrs | Rate | Amount |
|---|---|---|---|---|---|
| Conference - CF | 6/30/2020 | Call and emails with counsel re next steps and delivery of data to Cornerstone. BH | 0.25 | 375.00 | 93.75 |
| Forensic Exports | 6/30/2020 | Copy of two iPhone Cellebrite images (90+GB) to external media for anticipated delivery to adversary consultant. BH | 1 | 375.00 | 375.00 |
| Hard drive | 6/19/2020 | Hard drive - 4TB | 1 | 400.00 | 400.00 |
| Retainer | 9/16/2020 | Retainer applied | | -1,000.00 | -1,000.00 |

EIN

**Total** $2,825.00

Please make checks payable to:
Capsicum Group, LLC
Two Liberty Place
50 S. 16th Street, Suite 2525
Philadelphia, PA 19102
215-222-3101

An 18% per annum late fees will be added to any and every month's bill that is not received within 30 days of the invoice date.



**CAPSICUM GROUP**™

Digital Forensics & Investigations
Paper & Electronic Discovery
Data & Tape Recovery
Technology Security & Compliance

# Invoice

| Date | Invoice # |
|---|---|
| 7/31/2020 | 19476 |

Bill To

**Derek Smith Law Group**
**Seth Carson**
**1835 Market Street**
**Suite 2950**
**Philadelphia, PA 19103**

| P.O. No. | Terms |
|---|---|
| 2020-000028 | |

| Item | Date of Service | Description | Qty / Hrs | Rate | Amount |
|---|---|---|---|---|---|
| Conference - CF | 7/1/2020 | \*\*\*MEF v Barbounis\*\*\*<br>Travel to/from FedEx to mail Phone images to Cornerstone. BH | 0.25 | 375.00 | 93.75 |

EIN ███████

**Total** $93.75

Please make checks payable to:
Capsicum Group, LLC
Two Liberty Place
50 S. 16th Street, Suite 2525
Philadelphia, PA 19102
215-222-3101

An 18% per annum late fees will be added to any and every month's bill that is not received within 30 days of the invoice date.