# EXHIBIT B

# I N V O I C E

1 of 1

Everest Court Reporting LLC
100 N. 18th St
Suite 2001
Philadelphia, PA 19103
T: 215-341-3616

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16559 | 9/22/2021 | 9490 |

| Job Date | Case No. |
|---|---|
| 9/2/2021 | 2:19-cv-05697-JS |

| Case Name |
|---|
| The Middle East Forum v. Lisa Reynolds-Barbounis |

Seth D. Carson
Derek Smith Law Group, PLLC
1835 Market St
Suite 2950
Philadelphia, PA 19103

| Payment Terms |
|---|
| Due upon receipt |

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Daniel Pipes | | 193.00 | Pages | @ | 2.750 | 530.75 |
| Exhibit Technician | | 5.00 | Hours | @ | 0.000 | 0.00 |
| Videographer | | 5.00 | Hours | @ | 0.000 | 225.00 |
| Videoconference | | 1.00 | | @ | 0.000 | 0.00 |

| | |
|---|---|
| TOTAL DUE  >>> | **$755.75** |

| | |
|---|---|
| **(-) Payments/Credits:** | 755.75 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** ▓▓▓▓▓▓

*Please detach bottom portion and return with payment.*

Seth D. Carson
Derek Smith Law Group, PLLC
1835 Market St
Suite 2950
Philadelphia, PA 19103

Job No.      : 9490                    BU ID        : B
Case No.     : 2:19-cv-05697-JS
Case Name    : The Middle East Forum v. Lisa Reynolds-
               Barbounis
Invoice No.  : 16559           Invoice Date : 9/22/2021
**Total Due**    : **$0.00**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To: **Everest Court Reporting**
          **12 Penns Trail**
          **Newtown, PA 18940**