# EXHIBIT C

# I N V O I C E

1 of 1

Everest Court Reporting LLC
100 N. 18th St
Suite 2001
Philadelphia, PA 19103
T: 215-341-3616

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16481 | 9/28/2021 | 9491 |
| **Job Date** | **Case No.** | |
| 9/3/2021 | 2:19-cv-05697-JS | |
| **Case Name** | | |
| The Middle East Forum v. Lisa Reynolds-Barbounis | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Seth D. Carson
Derek Smith Law Group, PLLC
1835 Market St
Suite 2950
Philadelphia, PA 19103

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| GREGG ROMAN | 249.00 | Pages | @ | 2.750 | 684.75 |
| Exhibit | 149.00 | Pages | @ | 0.000 | 0.00 |
| Exhibit Technician | 5.25 | Hours | @ | 0.000 | 0.00 |
| Videographer | 5.25 | Hours | @ | 0.000 | 225.00 |
| Videoconference | 1.00 | | @ | 0.000 | 0.00 |

**TOTAL DUE >>>**   $909.75

(-) Payments/Credits:   909.75
(+) Finance Charges/Debits:   0.00
(=) New Balance:   $0.00

**Tax ID:** ▮▮▮▮▮▮

*Please detach bottom portion and return with payment.*

Seth D. Carson
Derek Smith Law Group, PLLC
1835 Market St
Suite 2950
Philadelphia, PA 19103

Job No.        : 9491           BU ID        : B
Case No.       : 2:19-cv-05697-JS
Case Name      : The Middle East Forum v. Lisa Reynolds-
                 Barbounis
Invoice No.    : 16481          Invoice Date : 9/28/2021
**Total Due**  : **$0.00**

Remit To: **Everest Court Reporting**
          **12 Penns Trail**
          **Newtown, PA 18940**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                   Phone#:
Billing Address:
Zip:                         Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email: