# EXHIBIT C

```
              Staples
              Connect
           1500 Chestnut St.
          Philadelphia, PA 19102
              215-864-9520

Sale

Store: 756            Register: 3
Date: 12/13/21        Time: 10:24 AM
Transaction: 3032     Cashier: 1980709

Qty  Item              Price      Amount
     SHARPIE UF RT BLAC
 1   071641338272       8.99        8.99
     READY INDEX BLKWHT
 1   072782111281       9.99        9.99
     READY INDEX BLKWHT
 1   072782111281       9.99        9.99
     READY INDEX BLKWHT
 1   072782111281       9.99        9.99
     READY INDEX BLKWHT
 1   072782111281       9.99        9.99
     BIC WITE-OUT CORRE *
 1   070330505896       6.71        5.49
     Instant Savings              (1.22)

                   Subtotal        54.44
              PENNSYLVANIA 8%       4.36

                      Total        58.80
                              USD$58.80
CHASE MASTERCARD
Card No. : XXXXXXXXXXXX2242 [C]
Chip Read
Auth No. : 02063Z
AID.: A0000000041010
```

*Item is currently on promotion. Some coupons are only valid on regular priced items. Please see the coupon terms and conditions for details.

Staples Connect,
the working and learning store.
Discover every tool to take on tomorrow
including products, services
and inspiration that help you
unlock what is possible.

Shop Smarter. Get Rewarded.
Staples Rewards members get up to