# EXHIBIT E

O'Connor Legal, Medical & Media Services Inc.
127 F Street, Suite 103
Brunswick, Georgia 31520
United States
6038651255



| | |
|---|---|
| Derek Smith Law Group PLLC | **Invoice Number** 0005176 |
| 1835 Market Street | **Date of Issue** 12/23/2021 |
| Suite 2950 | **Due Date** 01/22/2022 |
| Philadelphia, Pennsylvania 19103 US | |
| | **Amount Due (USD)** $0.00 |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Copy of Transcript<br>The Middle East Forum v. Lisa Reynolds-Barbounis, 2:19-cv-05697-JS, Sanctions Hearing, 10/26/21 | $0 75 | 133 | $99 75 |

| | |
|---|---|
| Subtotal | 99 75 |
| Tax | 0 00 |
| Total | 99.75 |
| Amount Paid | 99.75 |
| **Amount Due (USD)** | $0 00 |

**Notes**
EIN # ███████

**Terms**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States

*[signature]*