# EXHIBIT F

# Receipt from OCONNOR LEGAL MEDICAL & MEDIA SERVICES INC

Receipt #1250-9758

**AMOUNT PAID**
$1,091.25

**DATE PAID**
December 29, 2021

**PAYMENT METHOD**
Visa - 2711

**SUMMARY**

| | |
|---|---|
| Transcript - Deposit | $1,091.25 |
| **Amount charged** | **$1,091.25** |

If you have any questions, contact us at accounting@oconnorlmms.com or call at +1 603-865-1255.

Something wrong with the email? View it in your browser.

You're receiving this email because you made a purchase at OCONNOR LEGAL MEDICAL & MEDIA SERVICES INC, which partners with Stripe to provide invoicing and payment processing.