# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-5697 |
| | : | |
| LISA REYNOLDS-BARBOUNIS | : | |

## CIVIL JUDGMENT

AND NOW, this 16th day of December, 2021, in accordance with the verdict of the jury, it is ORDERED that Judgment be and the same is hereby entered in favor of Defendant Lisa Reynolds-Barbounis as to Counts 1 – 8.

BY THE COURT:

ATTEST:

/s/ Stacy Wertz
Deputy Clerk to the
Honorable Juan R. Sánchez