# Exhibit B

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THE MIDDLE EAST FORUM,<br><br>      Plaintiff,<br><br> v.<br><br>LISA REYNOLDS-BARBOUNIS,<br><br>      Defendant. | Civil Action No.: 19-5697 |

**DECLARATION OF SETH CARSON IN SUPPORT OF COUNSEL'S MOTION FOR ATTORNEYS' FESS AND LITIGATION EXPENSES**

I Seth Carson declare as follows:

1. I am an attorney that was admitted to the Pennsylvania Bar in 2014.

2. I have been lead counsel in well over 200 lawsuits.

3. Every year for the past 3 years I have been voted a Pennsylvania Rising Star by the Super Lawyers platform.

4. I acted as lead counsel in the instant matter since the case was filed to its conclusions where I secured a jury verdict for my client on all counts.

5. Based on my experience and practicing law in Pennsylvania, I charged an hourly rate of $500.00 per hour for this case.

6. Since before the instant matter was filed I represented Lisa Barbounis and tried to resolve this matter without the need for litigation.

7. I was directly involved in all aspects of this lawsuit from beginning to end.

8. I spent at least 1700 working on the instant matter. This includes reviewing all the discovery which was approximately half a million documents.

9.  My bill for legal services rendered is (1700 hours) * ($500.00) = $850,000.

10. I swear to the above under penalty of perjury.

                                                Seth D. Carson
                                                December 30, 2021