**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THE MIDDLE EAST FORUM,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LISA BARBOUNIS,<br><br>　　　　　　　Defendant. | Civil Action No.  2:19-cv-05697-JS |

## STIPULATION OF DISMISSAL OF BILL OF COSTS

The parties, through their undersigned counsel, hereby stipulate to the dismissal of the

Defendant's Bill of Costs filed on December 30, 2021 (ECF Docket No.: 186) in the above-

captioned action with prejudice and with each party to bear their respective cost.

**SO STIPULATED:**

By:　*/s/ Seth Carson, Esq.*　　　　　By:　*/s/ Attison Barnes, III, Esq.*
　　　Seth D. Carson, Esquire　　　　　　　　Attison L. Barnes, Esquire
　　　**DEREK SMITH LAW GROUP**　　　　**WILEY LAW**
　　　1835 Market Street, Suite 2950　　　　 2050 M Street NW
　　　Philadelphia, PA 19103　　　　　　　Washington, Dc 20036

　　　*/s/ Scott Diamond, Esq.*　　　　　　*/s/ Sidney Gold, Esq.*
　　　Scott Diamond, Esquire　　　　　　　Sidney L. Gold, Esquire.
　　　DEREK SMITH LAW GROUP　　　　　**SIDNEY L. GOLD & ASSOCIATES**
　　　1835 Market Street, Suite 2950　　　　1835 Market Street, Suite 515
　　　Philadelphia, PA 19103　　　　　　　Philadelphia, PA 19103

　　　*Attorneys for Defendant*　　　　　　 */s/ Jonathan Cavalier, Esq.*
　　　　　　　　　　　　　　　　　　　Jonathan R. Caviler, Esquire
　　　　　　　　　　　　　　　　　　　**COZEN O'CONNOR**
　　　　　　　　　　　　　　　　　　　 1650 Market Street, Suite 2800
　　　　　　　　　　　　　　　　　　　 Philadelphia, PA 19103

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　**[Signature block on following page]**

1

**SO ORDERED:**

_____

**Honorable Juan R. Sanchez**
**United States District Court Judge**
**Eastern District of Pennsylvania**