# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE MIDDLE EAST FORUM, | : |
| Plaintiff, | : |
| v. | : |
| LISA REYNOLDS-BARBOUNIS, | : Civil Action No.: 19-5697 |
| Defendant. | : |

## ORDER

Upon consideration of Plaintiff's Motion for Leave to File an Overlength Memorandum of Law, all papers filed in support of and in opposition to the Motion, any argument, and for good cause shown, it is hereby

ORDERED that Plaintiff's Motion shall be, and hereby is GRANTED. Plaintiff shall be permitted to file a Memorandum of Law in Support of its Motion for New Trial no longer than 23 pages.

ENTERED this _____ day of _____, 2022.

_____
The Hon. Juan R. Sánchez
United States District Judge