IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EASTERN FORUM | : | |
| | : | CIVIL ACTION |
| v. | : | No. 19-5697 |
| | : | |
| LISA REYNOLDS-BARBOUNIS | : | |

## **ORDER**

AND NOW, this 13th day of January, 2022, upon consideration of Plaintiff's Motion for Leave to File an Overlength Memorandum of Law, it is hereby ORDERED that the Middle Eastern Forum's motion (ECF Doc. No. 189) is GRANTED. Plaintiff shall be permitted to file a Memorandum of Law in Support of its Motion for New Trial no longer than 23 pages.

BY THE COURT:

  /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.