# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIDDLE EAST FORUM<br><br>                    Plaintiff,<br><br>v.<br><br>LISA REYNOLDS-BARBOUNIS,<br><br>                    Defendant. | Civil Action No. 2:19-cv-05697-JS |

For the reasons set forth in the accompanying Memorandum, Defendant, Lisa Barbounis moves for an Order denying Defendant's Motion for a New Trial (Document 199). Defendant also requests an opportunity to update her Petition for Attorney Fees due to the significant time and expense incurred in responding to Plaintiff's Motion for a New Trial. In support of her Motion, Lisa Barbounis submits the accompanying Memorandum of Laws and Fact.

**DEREK SMITH LAW GROUP, PLLC**

BY: ____/s/ Seth D. Carson_____
　　　Seth D. Carson, Esquire
　　　Derek Smith Law Group, PLLC
　　　1835 Market Street, Suite 2950
　　　Philadelphia, PA 19103
　　　Phone: 215.391.4790
　　　Email: Seth@ DerekSmithLaw.com
　　　Counsel for Plaintiff

DATED: January 27, 2022

## CERTIFICATE OF SERVICE

    I hereby certify that on this date that I caused a true and correct copy of Defendant's Motion to be served via ECF.

        Sidney L. Gold sgold@discrimlaw.
        Sidney L. Gold & Associates P.C.
        1835 Market Street, Suite 515
        Philadelphia, PA 19103
        Tel: (215) 569-1999
        Fax: (215) 569-3870
        Counsel for The Middle East Forum

        **DEREK SMITH LAW GROUP, PLLC**

    BY:  /s/ Seth D. Carson
        SETH D. CARSON
        Derek Smith Law Group, PLLC
        1835 Market Street
        Suite 2950
        Philadelphia, PA 19103
        Phone: 215.391.4790
        Facsimile: 215.893.5288
        Email: Seth@DerekSmithLaw.com

DATED: January 27, 2022