IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIDDLE EAST FORUM<br><br>                     Plaintiff,<br><br>   v.<br><br>LISA REYNOLDS-BARBOUNIS,<br><br>                     Defendant. | Civil Action No. 2:19-cv-05697-JS |

### **ORDER**

Upon consideration of Plaintiff's Motion for New Trial, all papers filed in support of and in opposition to the Motion, any argument, and for good cause shown, it is hereby ORDERED that Plaintiff's Motion for New Trial is, DENIED.  It is further ORDERED that Defendant may submit an updated Petition for Attorney's Fees.

ENTERED this _____ day of _____, 2022.

 

_____
Honorable JUAN SANCHEZ, U.S.D.J.