IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIDDLE EAST FORUM,<br><br>                 Plaintiff,<br><br>v.<br><br>LISA REYNOLDS-BARBOUNIS,<br><br>                 Defendant. | Civil Action No. 2:19-cv-05697-JS |

**DEFENDANT'S MOTION TO FILE A REPLY BRIEF IN
RESPONSE TO PLAINTIFF'S REPLY AND IN OPPOSITION TO A NEW TRIAL**

Defendant, Lisa Barbounis requests the Court allow her to file very short (2 page) Reply, in response to Plaintiff, Middle East Forum's Reply in Support of Plaintiff's Motion for New Trial. Defendant responds only to the arguments Plaintiff raised in Plaintiff's Reply. Defendant's Reply Brief is attached to this Motion as Exhibit A.

                                                               BY: _____/s/ Seth D. Carson_____
                                                                     Seth D. Carson, Esquire
                                                                     Derek Smith Law Group, PLLC
                                                                     1835 Market Street, Suite 2950
                                                                     Philadelphia, PA 19103
                                                                     Phone: 215.391.4790
                                                                     Email: Seth@ DerekSmithLaw.com
                                                                     Counsel for Plaintiff

DATED: February 13, 2022

## CERTIFICATE OF SERVICE

  I hereby certify that on this date that I caused a true and correct copy of Defendant's Motion to be served via ECF.

    Sidney L. Gold sgold@discrimlaw.
    Sidney L. Gold & Associates P.C.
    1835 Market Street, Suite 515
    Philadelphia, PA 19103
    Tel: (215) 569-1999
    Fax: (215) 569-3870
    Counsel for The Middle East Forum

    **DEREK SMITH LAW GROUP, PLLC**

  BY:  /s/ Seth D. Carson
    SETH D. CARSON
    Derek Smith Law Group, PLLC
    1835 Market Street
    Suite 2950
    Philadelphia, PA 19103
    Phone: 215.391.4790
    Facsimile: 215.893.5288
    Email: Seth@DerekSmithLaw.com

DATED: February 13, 2022