IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE MIDDLE EASTERN FORUM : | |
| : | CIVIL ACTION |
| v. : | No. 19-5697 |
| : | |
| LISA REYNOLDS-BARBOUNIS : | |

## **ORDER**

AND NOW, this 10th day of May, 2022, it is hereby ORDERED that Mr. Carson will submit his and his colleagues time sheets for review. Mr. Carson must do so by May 16, 2022.

To the extent that Mr. Carson's time sheets raise new concerns, or there are points MEF must make regarding the time sheets after reviewing them, the Court will permit *brief* supplemental briefing. The Court requests that MEF wait until receiving the time sheets for said briefing to avoid duplicitous or moot briefing.

BY THE COURT:

　/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.