# Exhibit A

# Middle East Forum's Damages



| Claim | Damages |
|---|---|
| Breach of Contract (NDA) | $531,917 |
| Breach of Contract (BYOD) | $531,917 |
| Pennsylvania Uniform Trade Secrets Act | $531,917 in compensatory damages *plus up to an additional* $1,063,834 in exemplary damages, and **attorneys' fees** |
| Defend Trade Secrets Act | $531,917 in compensatory damages *plus up to an additional* $1,063,834 in exemplary damages, and **attorneys' fees** |
| Breach of Fiduciary Duty | $531,917, plus $25,331 (four months of salary & benefits) = $557,248, plus **punitive damages** |
| Computer Fraud and Abuse Act | $6,712.00 (Contact), plus $72,872.60 (Cornerstone) = $75,900.60 |
| Stored Communications Act | $29,000 (**29 violations** multiplied by $1,000), plus **punitive damages** and **attorneys' fees** |
| Conversion of Confidential Information | $531,917 |