IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-5697 |
| | : | |
| LISA REYNOLDS-BARBOUNIS | : | |

## ORDER

AND NOW, on this 31st day of August, 2022, upon consideration of Plaintiff The Middle East Forum's Motion for New Trial, and Defendant Lisa Reynolds-Barbounis' opposition, it is hereby ORDERED the Motion (Document No. 199) is DENIED.

The Clerk of Court is DIRECTED to remove the "motion" designation from ECF No. 203 because the document is a response to ECF No. 199, not an actual motion.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.