IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE MIDDLE EAST FORUM<br>           Plaintiff<br>v.<br><br>LISA REYNOLDS-BARBOUNIS<br>           Defendant | Civil Action No. 2:19-cv-05697-JS |

## WITHDRAWAL OF APPEARANCE FOR SCOTT E. DIAMOND, ESQ. ON BEHALF OF DEFENDANT, LISA REYNOLDS-BARBOUNIS

Kindly withdraw my appearance in the above captioned matter on behalf of the Defendant, Lisa Reynolds-Barbounis.

**DEREK SMITH LAW GROUP, PLLC**

*/s/ Scott D. Diamond*
SCOTT E. DIAMOND, ESQ.
*Attorney I.D. No. 44449*
1835 Market Street, Suite 2950
Philadelphia, PA 19103
T: 215-391-4790
Fax: 215-501-5911
Email: scott@dereksmithlaw.com

Date:   October 20, 2022

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE MIDDLE EAST FOREIGN<br>                      Plaintiff<br><br>    v.<br><br>LISA REYNOLDS-BARBOUNIS<br>                      Defendant | Civil Action No. 2:19-cv-05697-JS |

## **CERTIFICATE OF SERVICE**

       I, Scott Diamond, Esquire, hereby certify that a true and accurate copy of my *Withdrawal of Appearance* was sent to- and/or made available to counsel of record via the Eastern District's ECF system, as follows:

**SIDNEY L. GOLD**
**TRACI M. GREENBERG**
**WILLIAM RIESER**
SIDNEY L. GOLD & ASSOCIATES, PC
ELEVEN PENN CTR SUITE 515
1835 MARKET ST
PHILADELPHIA, PA 19103
sgold@discrimlaw.net
tgreenberg@discrimlaw.net
brieser@discrimlaw.net

**LEANNE LANE COYLE**
Post & Schell, P.C.
DEREK SMITH LAW GROUP, PLLC
Four Penn Center
1600 John F. Kennedy Blvd., Ste 14th Floor
Philadelphia, PA 19103
lcoyle@postschell.com

Date: October 20, 2022

**JONATHAN R. CAVALIER**
COZEN O'CONNOR
1650 MARKET ST. 27TH FL.
ONE LIBERTY PLACE, STE 2800
PHILADELPHIA, PA 19103
jonathan.cavalier@jacksonlewis.com

**ATTISON L. BARNES , III**
WILEY REIN LLP
1776 K STREET NW
WASHINGTON, DC 20006
abarnes@wiley.law

*/s/ Scott D. Diamond*
SCOTT E. DIAMOND, ESQ.
*Attorney I.D. No. 44449*
1835 Market Street, Suite 2950
Philadelphia, PA 19103
T: 215-391-4790
scott@dereksmithlaw.com