IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-5697 |
| | : | |
| LISA REYNOLDS-BARBOUNIS | : | |

## **ORDER**

AND NOW, this 8th day of November, 2022, upon consideration of Plaintiff's unopposed letter request for a continuance, it is ORDERED the hearing on Plaintiff's Motion for Contempt and Sanctions (Document 110) is CONTINUED to December 20, 2022, at 2:00 p.m. in Courtroom 14B.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.