UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM, | : | Case No. 2:19-cv-05697-JS |
| | : | |
| Plaintiff, | : | |
| v. | : | Philadelphia, Pennsylvania |
| | : | December 20, 2022 |
| LISA REYNOLDS-BARBOUNIS, | : | 2:10 p.m. |
| | : | |
| Defendant. | : | |
| . . . . . . . . . . . | | |

TRANSCRIPT OF MOTION FOR SANCTIONS HEARING
BEFORE THE HONORABLE JUAN R. SANCHEZ
UNITED STATES DISTRICT COURT CHIEF JUDGE


APPEARANCES:

For The Middle East Forum:      Attison L. Barnes, III, Esquire
                                Wiley Rein LLP
                                1776 K Street NW
                                Washington, DC 20006

                                Jonathan R. Cavalier, Esquire
                                Cozen O'Connor
                                1650 Market Street 27th Floor
                                One Liberty Place, Suite 2800
                                Philadelphia, PA 19103

                                Sidney L. Gold, Esquire
                                Sidney L. Gold & Associates, PC
                                Eleven Penn Center, Suite 515
                                1835 Market Street
                                Philadelphia, PA 19103


For Lisa Reynolds-Barbounis:    Seth Carson, Esquire.
                                Derek Smith Law Group PLLC
                                1835 Market Street, Suite 2950
                                Philadelphia, PA 19103


For Seth Carson, Esquire:       Catherine Smith, Esquire
                                Derek Smith Law Group PLLC
                                1835 Market Street, Suite 2950
                                Philadelphia, PA 19103

```
Transcription Service:        O'Connor Legal, Medical & Media
                              Services, LLC
                              P.O. Box 384
                              South Sutton, NH 03273


ESR:                          Nancy DeLisle
```

Proceedings recorded by electronic sound recording; transcript
produced by transcription service.

```
1        (Call to Order of the Court)

2             THE DEPUTY CLERK:   All, rise.  This Court's now in

3   session.  The Honorable Chief Judge, Juan R. Sanchez,

4   presiding.

5             THE COURT:   Good afternoon, everyone.

6             ATTISON BARNES:   Good afternoon, Your Honor.

7             SIDNEY GOLD:   Afternoon, Your Honor.

8             CATHERINE SMITH:   Afternoon, Your Honor.

9             THE COURT:   You may be seated.  So we have

10  Middle East Forum, Attison Barnes, Sidney Gold.  I think we

11  have another Lawyer, Jonathan Cavalier.  And we have

12  Attorney Catherine Smith, representing Attorney Seth Carson.

13            MS. SMITH:   Correct, Your Honor.

14            THE COURT:   And we have Attorney Carson.

15            SETH CARSON:   Good afternoon, Your Honor.

16            THE COURT:   I scheduled this Motion for Contempt,

17  because I think it was outstanding.  But I tried the case to

18  the jury.  You got a verdict.  I think you appealed the verdict

19  and here we are.  Are you ready to proceed to present your

20  case?

21            JONATHAN CAVALIER:   We are.

22            THE COURT:   Okay.  And Attorney Carson, you're

23  ready?

24            MR. CARSON:   Yes, Your Honor.  Yes, Your Honor.

25            THE COURT:   Okay.  Well, give me a brief opening.
```

```
 1   Tell me.
 2           MR. CAVALIER:   Certainly, Your Honor.  As
 3   Your Honor -
 4           THE COURT:   Come forward.  Come forward.
 5           MR. CAVALIER:   As -
 6           THE COURT:   So -
 7           MR. CAVALIER:   - Your Honor mentioned and is surely
 8   fully aware, this matter's been extensively briefed already.
 9   We've had -
10           THE COURT:   Right; so you -- maybe if you answer my
11   questions, I don't know whether you want to -
12           MR. CAVALIER:   Sure.
13           THE COURT:   - develop the record, or you want to
14   rely on the record we have.
15           MR. CAVALIER:   As a matter of fact, Your Honor, I
16   was going to ask what the Court wanted us to present today.
17           THE COURT:   Yeah.
18           MR. CAVALIER:   We don't want to go over the record
19   that's already been presented, waste -
20           THE COURT:   Yeah.
21           MR. CAVALIER:   - the Court's time.
22           THE COURT:   So if you're okay, I think that we have
23   -- if everybody's standing by the record we have, I'm okay with
24   that.  And you could answer many questions that I have with
25   regards to your case for contempt.
```

```
 1              MR. CAVALIER:   Certainly.

 2              THE COURT:   But if you have anything else to offer,

 3    I'll be happy to listen to whatever you have to offer.

 4              MR. CAVALIER:   I think it might depend on the

 5    questions Your Honor asks.  But the record certainly contains

 6    evidence of the sanction -- the conduct that resulted in the

 7    Sanctions Motion, the attorneys' fees that were actually

 8    billed.

 9              THE COURT:   Right.

10              MR. CAVALIER:   Actually paid by the Client; I think

11    Your Honor took two rounds of briefing and held two hearings on

12    this, already -

13              THE COURT:   Right.

14              MR. CAVALIER:   - where Mr. Roman and Mr. Barnes have

15    already -

16              THE COURT:   Yeah.

17              MR. CAVALIER:   - testified.

18              THE COURT:   Two rounds of hearing; yeah, I had two

19    rounds of hearing -

20              MR. CAVALIER:   Yes.

21              THE COURT:   - by your request.

22              MR. CAVALIER:   I think that's right, Your Honor.

23              THE COURT:   All right.  Oh, so, I think the record

24    is clear.  You'd stipulate to the record?

25              MR. CARSON:   I will, Your Honor.
```

1          THE COURT:   All right.  So, tell me.  How did one

2    single misfiled document leads to $65,000 in attorney fees?  I

3    want to know your calculations.  What was the hourly rate you

4    charged EMF?  And why, why am I going to impose almost a half a

5    million dollars in sanction that you're requesting in terms of

6    basically you want me to undo the jury verdict?

7          MR. CAVALIER:   So, Your Honor, as far as there was a

8    request at some point in time for half a million dollars, we're

9    not pursuing that.

10          THE COURT:   So you're abandoning that, because -

11          MR. CAVALIER:   We are -

12          THE COURT:   - that's ridiculous -

13          MR. CAVALIER:   - certainly -

14          THE COURT:   - right?

15          MR. CAVALIER:   - not -

16          THE COURT:   You will agree to me that's ridiculous?

17          MR. CAVALIER:   I'd have to look into -

18          THE COURT:   Whoever requested -

19          MR. CAVALIER:   - why it was presented.

20          THE COURT:   - that -

21          MR. CAVALIER:   But -

22          THE COURT:   Whoever requested that in the pleadings

23    some time ago was a ridiculous request, because jury basically

24    told you go pound sand.  You're not entitled to a half a

25    million dollar verdict.

```
 1                MR. CAVALIER:   I wasn't Trial Counsel, but I -

 2                THE COURT:   All right.

 3                MR. CAVALIER:   - am aware of that.  And certainly,

 4   Your Honor, to the extent it's still pending, we withdraw it.

 5                THE COURT:   Tell me what was the actual harm, if

 6   any, if any?  Can you prove to me the actual harm by the

 7   misfiled document, because, as I understand it correctly from

 8   the record, the document was pretty much -- the Report was on

 9   the net for approximately less than eight hours and there was

10   efforts to remove it from the two Providers --

11   Third-Party Providers that did not remove it until November 5th

12   of 2021?  So it's a very short period of time -

13                MR. CAVALIER:   So -

14                THE COURT:   - that the Report was accessible by

15   anyone.  But my question to you, because you, at trial, could

16   not prove any actual damage.

17                And you rely on this -- in my view -- sketchy theory

18   of damages and restitution.  You don't have today any damages'

19   calculations -- actual damage calculations, as a result of the

20   disclosure, right?

21                MR. CAVALIER:   So, Your Honor, I would submit to you

22   that the harm was the work required by the Attorneys in this

23   case to remedy the contempt -

24                THE COURT:   All right.  So what?

25                MR. CAVALIER:   - to prevent that harm.
```

```
 1              THE COURT:   So what was -- you filed a whole bunch
 2  of Motions.  You duplicated the efforts here of litigation.
 3  It's your doing.  You're the one that's coming into court
 4  multiple times claiming multiple violations.  So -
 5              MR. CAVALIER:   Your Honor -
 6              THE COURT:   - what?
 7              MR. CAVALIER:   - I think that was -
 8              THE COURT:   And you're charging for that $65,000?
 9              MR. CAVALIER:   I think that was necessitated by the
10  inability to gain Mr. Carson's compliance with the Protective
11  Order and with the Order that Your Honor issued after the first
12  hearing.
13              If you recall, during the discussion on these issues,
14  we got a bunch of differing defenses from Mr. Carson.  First,
15  it was -
16              THE COURT:   I'm not -
17              MR. CAVALIER:   - he -
18              THE COURT:   - going to relitigate the case that was
19  relitigated before the trial, before you were trying to have me
20  admit that evidence in your case in chief.  And I did not.  I
21  did not admit it in your case in chief.
22              But, really, do you want for these two pleadings that
23  you filed, $65,000?  How do you reach those calculations?
24              MR. CAVALIER:   So -
25              THE COURT:   Tell me.
```

```
1              MR. CAVALIER:   - Your Honor, let me say two things.
2    We provided the Court with the actual amount of fees that were
3    billed and paid by the Client.  What we're asking the Court to
4    reward is whatever it finds to be a reasonable fee.
5              THE COURT:   Yeah.  Well, seems to me you were trying
6    to shoot a mosquito with a bazooka.  So, the other question I
7    have is, so you don't have any actual damages, as a result of
8    the disclosure, right?
9              MR. CAVALIER:   I think -
10             THE COURT:   You don't.
11             MR. CAVALIER:   - we would state it as we prevented
12   any actual damages through our own efforts.
13             THE COURT:   What are the actual damages that you
14   prevented from the disclosure?  Tell me.
15             MR. CAVALIER:   Disclosure of the Report, the -
16             THE COURT:   But -
17             MR. CAVALIER:   - fact that anybody out in the public
18   could have obtained the Report, used it against our -
19             THE COURT:   - nobody -
20             MR. CAVALIER:   - Client.
21             THE COURT:   - did.  Nobody did, right?
22             MR. CAVALIER:   I -
23             THE COURT:   You can't prove that.
24             MR. CAVALIER:   No, Your Honor.  We agree no one did.
25   We submit to you that the reason no one was able to is because
```

```
 1   our efforts cured the contempt.

 2           THE COURT:   What did you do, other than he, himself,

 3   begrudgingly, negligent, reluctantly, however you want to call

 4   it?  What did you do other than had him, eventually, remove it?

 5           MR. CAVALIER:   Well, in order to get him to even try

 6   to do that, we had to come to court twice.

 7           THE COURT:   You could have talked to him.

 8           MR. CAVALIER:   We tried.

 9           THE COURT:   You could have talked to him.

10           MR. CAVALIER:   We tried to do that, Your Honor.

11           THE COURT:   As difficult as he might be, you could

12   have talked to him.

13           MR. CAVALIER:   Your Honor, we tried.  And his

14   response was, well, I didn't file it.  I didn't file the

15   confidential part of the Expert Report -

16           THE COURT:   Well, I agree -

17           MR. CAVALIER:   - which we proved -

18           THE COURT:   - with you that -

19           MR. CAVALIER:   - was -

20           THE COURT:   - he's sloppy -

21           MR. CAVALIER:   - incorrect.

22           THE COURT:   - and he was sloppy, and all of that.

23   But, coming to court when you really could not point to any

24   actual damages, as a result of disclosure.  And it was less

25   than eight hours.  It was less -
```

```
 1              MR. CAVALIER:   It was -

 2              THE COURT:   Is it -

 3              MR. CAVALIER:   - a month.

 4              THE COURT:   It -

 5              MR. CAVALIER:   It was a month -

 6              THE COURT:   No, that was -

 7              MR. CAVALIER:   - but it was -

 8              THE COURT:   - for the two.  It was less than eight
```
hours, because, if I understand it correctly from the
pleadings, you gave a copy.

        The copy that he included that was in violation of
the Protective Order was released at 12:57 a.m. on October 1st,
as part of his Motion to Strike, and included the Report as an
exhibit.

        At 3:30, he instructed his Assistant to remove it.
It was removed at 9:00 a.m.  The bulk of it was Report.  That
Report, only two third-party websites did not remove it until
later on, on November 5th.

        So, either eight hours, most of it was removed.
Eventually the two websites that had it removed it on
November 5th.  But there was no harm to you, right?

              MR. CAVALIER:   Again, Your Honor, I don't know that
we know that for sure.  But the harm again is that we had to
expend -

              THE COURT:   That was -

```
 1              MR. CAVALIER:   - Attorney -

 2              THE COURT:   - the problem with this case.  You

 3   cannot prove harm at any point in time.  You have not been able

 4   to prove harm.

 5              And you've gone after the Plaintiff [sic] for a

 6   technical violation, because the trial testimony was that she

 7   released it to a friend.  She did not use it.

 8              You couldn't prove that she used it for any purpose,

 9   nor could you prove that her friend used it.  And you know that

10   the jury knew that, because you could not prove damages.  And

11   then, you came up with this theory of restitution to the tune

12   of a half a million dollars.

13              MR. CAVALIER:   So, again, Your Honor, I wasn't

14   Trial Counsel.  But I'll grant you what you just said.  I will

15   submit, though, that, according to the Federal Rules of Civil

16   Procedure, there's no requirement to demonstrate actual harm.

17              THE COURT:   So if I find that this was neglectful,

18   it was not intentional, game -

19              MR. CAVALIER:   Yes.

20              THE COURT:   - over, right?

21              MR. CAVALIER:   Yes.

22              THE COURT:   All right.

23              MR. CAVALIER:   But fees are mandatory, according to

24   the Rules.

25              THE COURT:   Unless it's intentional -- it's if this
```

 1   is intentional.  If it's unintentional, it's not mandatory.

 2           MR. CAVALIER:  No, I don't believe there's an

 3   intentionality requirement, Your Honor.  You actually invited

 4   Mr. Carson to brief that precise issue back in November of last

 5   year.  And instead of briefing that issue, he submitted a brief

 6   effectively calling my Co-Counsel liars.

 7           THE COURT:  Very well.

 8           MR. CAVALIER:  But, according to Rule 37 of the

 9   Federal Rules of Civil Procedure, if there's a violation of a

10   Protective Order, an award of reasonable fees is mandatory.

11           THE COURT:  Right; let me ask another question.

12   Hasn't he shown substantial compliant [sic] with the Protective

13   Order by trying to retrieve it?  Retrieved the first bulk

14   within eight hours, and then eventually retrieving the other

15   two by November 5th.  If he's in substantial complying [sic],

16   why should I sanction him to the tune of $65,000?

17           MR. CAVALIER:  So -

18           THE COURT:  And at one point, you were asking me for

19   the verdict, basically.

20           MR. CAVALIER:  - again, I didn't ask you for that.

21   But I will -

22           THE COURT:  Yeah.

23           MR. CAVALIER:  - grant you that, at some point -

24           THE COURT:  Which shows -

25           MR. CAVALIER:  - in the case, someone may have.

1              THE COURT:   - how ridiculous this is, okay?  So,

2   tell me why.  So -

3              MR. CAVALIER:   Again, Your Honor, I would submit

4   that the reason -- if he is in substantial compliance, or if he

5   substantially complied over the month of November 2021, the

6   reason he substantially complied was because we forced him to

7   do so by coming to court, getting Orders from you that directed

8   him to go out to these third-party websites and take the stuff

9   down.  Were it not for the efforts that we made, compliance

10  never would have been obtained.

11             THE COURT:   Do you agree that the Report was live on

12  PACER less than eight hours?

13             MR. CAVALIER:   I believe that's correct.

14             THE COURT:   All right.  He removed that, not you.

15  You had not filed a lawsuit until that time.

16             MR. CAVALIER:   Well, he removed it and then claimed

17  he never filed it.  But -- yes, it -

18             THE COURT:   Well, it doesn't -

19             MR. CAVALIER:   - was removed.

20             THE COURT:   - matter what he claims.  It was removed

21  within the first eight hours, live on ECF, right?

22             MR. CAVALIER:   I believe so.

23             THE COURT:   All right.  So isn't that substantial

24  compliance?

25             MR. CAVALIER:   Again, Your Honor, I don't think it

1    is.  And I think you touched on this.

2              THE COURT:   Why not?

3              MR. CAVALIER:   Because the Protective Order is there

4    for a reason; he admitted during his testimony that he knew

5    about it.  He admitted that the Report was marked confidential.

6    He admitted that -

7              THE COURT:   But even if he makes a mistake, it's not

8    commensurable with what you're requesting.

9              MR. CAVALIER:   I would then ask Your Honor, why

10   should my Client have to pay for yet another -

11             THE COURT:   Because -

12             MR. CAVALIER:   - mistake -

13             THE COURT:   - your Client -

14             MR. CAVALIER:   - in failing to file a -

15             THE COURT:   - was -

16             MR. CAVALIER:   - Court Order?

17             THE COURT:   - after this Plaintiff [sic] because of

18   the other lawsuit and the harassment.  You had a motivation to

19   pursue this.

20             And it's like going, killing a mosquito with a

21   bazooka.  I kept all that out, out of the trial, if you

22   remember.

23             I don't know.  You didn't -- you were not

24   Trial Counsel.  But it's clear to me that that's what's going

25   on here.

```
 1              MR. CAVALIER:   Respectfully, as I can, I would -
 2              THE COURT:  All right.
 3              MR. CAVALIER:  - disagree, Your Honor.  These are -
 4              THE COURT:  All right.
 5              MR. CAVALIER:  - actually fees that we didn't Jim
 6    these up.  These fees were incurred and actually paid by my
 7    Client, which, by the way, is a 501(c)(3) nonprofit.
 8              THE COURT:  So what?
 9              MR. CAVALIER:  So I'm noting for the record that
10    they don't -- I would -
11              THE COURT:  Don't get -
12              MR. CAVALIER:  - resist your effort -
13              THE COURT:  Yeah.
14              MR. CAVALIER:  - to consider this -
15              THE COURT:  They're not entitled to -
16              MR. CAVALIER:  - flagrantly -
17              THE COURT:  - attorney fees -
18              MR. CAVALIER:  - unreasonable fees.
19              THE COURT:  - just because they are nonprofit doing
20    God's will.
21              MR. CAVALIER:  No, I agree.
22              THE COURT:  Right.
23              MR. CAVALIER:  I agree.
24              THE COURT:  Right, okay.  Let me ask.  So, at one
25    point in time, I thought that this Motion is an attempt to
```

```
1   disturb the jury's Finding and the Enter of Default against
2   Ms. Barbounis, basically, is what you're asking.  You're not
3   pursuing that, right?
4            MR. CAVALIER:   No, absolutely.
5            THE COURT:   That argument, all right.
6            MR. CAVALIER:   We're pursuing our right, under
7   Rule 37, to have a reasonable attorneys' fee compensated to us
8   for our efforts, but for the violation of your Order.
9            THE COURT:   Okay.
10       (Asides)
11           THE COURT:   The only person who has filed multiple
12  proceedings is you, right?
13           MR. CAVALIER:   Filed multiple proceedings?
14           THE COURT:   You filed multiple Contempt Actions in
15  this case.
16           MR. CAVALIER:   I believe we filed one Contempt
17  Action that resulted in a hearing.  And we were required to
18  come back to you on the same Contempt Action to remedy the
19  continuing violation that was ongoing throughout the month of
20  November.
21           THE COURT:   All right.  All right.  Anything else I
22  need to hear from you, anything else?
23           MR. CAVALIER:   No, Your Honor.  Again, I'd just
24  submit that, under Rule 37, it's up to the Court as to what's a
25  reasonable fee to remedy the contempt.  We would agree with
```

1    that, whatever Your Honor would determine is reasonable under

2    the circumstances.

3           But I would respectfully submit one last time that,

4    under Rule 37, when there's a violation of a Protective Order

5    -- and there's no dispute that there was a violation here -- a

6    reasonable fee is mandatory for the Party who brings the

7    Motion.

8           THE COURT:  Oh, but the problem I have here is that

9    the material was not on the website for a long time.  Assume

10   for a minute that I agree with you.  He violated it -- the

11   Protective Order, because it was a release.

12          But it's not intentional and it was sloppy, in an

13   effort to try to respond to your many pleadings at the

14   11th hour of the day he files something and mistakenly releases

15   it.

16          Within eight hours, it was removed.  It was not live

17   on PACER.  And by the month of November 5th, 2021, the two

18   third-party websites that had not updated their Dockets

19   reporting immediately removed it.  So, if it's not intentional,

20   I do consider and factor that in, in determining to what

21   extent, if any -

22          MR. CAVALIER:   I -

23          THE COURT:  - do I give you anything -

24          MR. CAVALIER:  - don't think -

25          THE COURT:  - right?

1              MR. CAVALIER:   - that intentionality is a factor as

2   to whether we are due a reasonable fee.  But if Your Honor

3   believes that intentionality is part of the reasonable-fee

4   analysis -

5              THE COURT:  Right.

6              MR. CAVALIER:   - I would grant you that that's

7   possible.

8              THE COURT:  Right; so, tell me where in the Rule

9   does it said that it's mandatory?

10             MR. CAVALIER:  So that's Rule -

11             THE COURT:  That sanctions are mandatory.

12             MR. CAVALIER:   - 37, Your Honor.

13             THE COURT:  Yeah, where, in Rule 37, does it say

14  that sanctions are mandatory?

15             MR. CAVALIER:  I believe it's -

16             THE COURT:  Where?

17             MR. CAVALIER:   - in the commentary under the Rule.

18             THE COURT:  Okay.

19             MR. CAVALIER:  I don't have my Federal -

20             THE COURT:  It -

21             MR. CAVALIER:   - Procedure Rulebook.  But it was

22  briefed and cited, if you want me to give you -

23             THE COURT:  All right.

24             MR. CAVALIER:   - the previous -

25             THE COURT:  But -

```
 1              MR. CAVALIER:   - filing.

 2              THE COURT:   - I'm asking you, because it was briefed

 3   and cited, but it's just cited.  Tell me exactly where does it

 4   say that it is mandatory that this is automatic, whether it is

 5   neglectful or sloppy work that is mandatory, because -

 6              MR. CAVALIER:   So, Your Honor, in -

 7              THE COURT:   Let me look at the Rule.

 8              MR. CAVALIER:   - our previous briefing, as my

 9   Co-Counsel has just pointed out to me, we laid out that the

10   Court both need not find intentional conduct to impose

11   sanctions -

12              THE COURT:   Right.

13              MR. CAVALIER:   - under Rule 37, and also that the

14   Court need not find actual harm.  Beyond that, again, according

15   to Rule 37 -

16              THE COURT:   Doesn't say mandatory -

17              MR. CAVALIER:   Well -

18              THE COURT:   - does it?

19              MR. CAVALIER:   - what I have in this Brief,

20   Your Honor, I will read it to Your Honor, if you'll grant me

21   the permission.

22              THE COURT:   You seem not to be able to answer my

23   question -

24              MR. CAVALIER:   Well -

25              THE COURT:   - as to -
```

```
 1              MR. CAVALIER:   - I'm -
 2              THE COURT:   - whether it's mandatory.  And point me
 3    to where does it said shall order -
 4              MR. CAVALIER:   - quoting -
 5              THE COURT:   - sanctions?
 6              MR. CAVALIER:   - from Rule 37(b)(2)(C).
 7              THE COURT:   All right.
 8              MR. CAVALIER:   "The Court must order the disobedient
 9    Party, the Attorney advising that Party, or both to pay the
10    reasonable expenses, including the attorneys' fees, caused by
11    the failure to abide the Order, unless the failure was
12    substantially justified or other circumstances make an award of
13    expenses unjust."  That's a direct quote from Rule 73(b)(2)(C).
14              THE COURT:   So the fact that it was only there for
15    eight hours, fact that it was on there at most a month, I
16    consider that in determining whether I order -- must order a
17    sanctions and the extent of the sanctions, if any.
18              MR. CAVALIER:   I think -
19              THE COURT:   Agree?
20              MR. CAVALIER:   Well, I would agree that Your Honor
21    can consider other circumstances that would make an award of
22    expenses unjust.
23              THE COURT:   Right.
24              MR. CAVALIER:   I think that's the standard.
25              THE COURT:   Okay.  Such as the fact that -- whether
```

1   he did it intentional or not -- although I don't think he did

2   it intentionally, more like sloppy, at 11th hour, 3:00 in the

3   morning, or whatnot.

4           It was removed even before you filed your Motion,

5   within eight hours, because, if I remember the facts, it was

6   12:57 a.m. when the Report was attached to the Motion.  And

7   then, it was taken by 9:00 a.m.  And at 3:30, there was a

8   request to remove it.  And it was removed at 3:00.  So that's

9   less than eight hours.

10           And then, eventually, the only two websites that

11   updated their Docket reporting -- that they failed to update

12   their Docket immediately, but eventually removed it by

13   November 5th.  And you cannot prove any damages as a result.

14           Those are all factors that I consider in deciding

15   whether they must pay or not pay.  You agree, right?

16           MR. CAVALIER:   I would agree, with just a small

17   clarification.  And I mean that with all due respect,

18   Your Honor.

19           I do think that you can consider those factors in

20   determining what the reasonable fee is.  I think you could also

21   consider other factors that would make the entire award

22   "unjust".

23           And I think when the Rule talks about the

24   circumstances that would make an award of expenses unjust, it's

25   really referring to ability of the other Party to pay, not the

```
 1   circumstances giving rise to the contempt or the violation of
 2   the Order.  But I do agree with you.
 3             THE COURT:   If somebody is negligent, makes a
 4   mistake -- inadvertent mistake, and releases the Report
 5   inadvertently, and makes effort to correct it before anything
 6   is done, like here, within eight hours.  And then, at least
 7   steps to remove it, which it was a little more difficult
 8   afterwards, right?
 9             Certainly, that is a significant unfairness if I was
10   to impose a substantial amount of almost recovering all your
11   attorney fees, when I believe this could have been resolved
12   really easily by talking to each other.
13             MR. CAVALIER:   Your Honor, I would suggest and
14   submit, based on the prior record in the case, that we tried to
15   talk about it.  We tried.
16             Mr. Barnes tried repeatedly via email, via phone
17   calls, to induce compliance with the Order.  And ultimately, we
18   were required to come back -
19             THE COURT:   The -
20             MR. CAVALIER:   - to court.
21             THE COURT:   - relationship here between the Lawyers
22   and the Clients is very contentious.  And that's what happens
23   when you have contentions Clients and contentioned [phonetic]
24   Lawyers in any one.  Anything else you want me to consider?
25             MR. CAVALIER:   No, Your Honor, I will say, my
```

1  relationship with Mr. Carson is not contentious at all.  I like

2  Mr. Carson.  Personally, we get along very well.

3         THE COURT:  You were not litigating this case.  You

4  did not file the Motion for Contempt, right?

5         MR. CAVALIER:  That's fair.

6         THE COURT:  Okay.  You're just arguing.  You had

7  nothing to do with the contentions.  I had to deal with both

8  sides.  So I got the brunt of both sides.

9         And this is what happened when Lawyers don't get

10 along and work well together.  But be that as it may, I think I

11 understand your position.  I'll take a close look at the Rule.

12 Let me hear from Mr. Carson.

13        MR. CAVALIER:  Thank you, Your Honor.

14        THE COURT:  Or Carson's Attorney.

15        MS. SMITH:  Yes, thank you, Your Honor.

16        THE COURT:  So, again, I'm not happy with you,

17 either.  So, Carson was aware that the Report was covered by

18 the June 12th, 2020 Protective Order.

19        MS. SMITH:  Yes, Your Honor.

20        THE COURT:  And he kept on arguing that it's not

21 protected material.  It's not protected material.  But he

22 agreed that it was protected and it was the eyes only.

23        And he attached it anyway -- attached the Report,

24 which resulted in the disclosure, however de minimis it may be.

25 It was out in the ECF PACER for approximately eight hours.  And

1   it was out almost the month in those two websites.

2          So, tell me.  And I think when asked for an

3   explanation, he was all over the place saying that only

4   25 pages were part of the Report, that the Report was not

5   entirely disclosed, and turned out to be wrong.  So, anyway,

6   why I shouldn't impose sanctions?

7          MS. SMITH:   Your Honor, I think because your very

8   questions for Defense Counsel -- or Plaintiff's Counsel, which

9   they were not able to answer, are those reasons.  It would make

10  it unjust.  The first is that Mr. Carson -

11         THE COURT:   But you agree, then, that it's

12  mandatory, if -

13         MS. SMITH:   I -

14         THE COURT:   - I find a violation?  It's mandatory?

15         MS. SMITH:   - don't believe -

16         THE COURT:   He's argued to me that it's mandatory.

17  That mean it must.  I must impose it if I find however

18  technical the violation may be.

19         I could rectify it by saying, well, I could just give

20  them a dollar to recognize that there was a violation, because

21  it's my discretion.  But you'd agree with that?

22         MS. SMITH:   No, I don't agree -

23         THE COURT:   Why not?

24         MS. SMITH:   - with that, because unless there's

25  reasons that make it unjust.  So I think Your Honor's approach

1  to it, you could rectify it by giving a dollar, is one

2  approach.

3          But the other reasons, or other circumstances, which

4  would render a sanctions imposition on Mr. Carson as unjust,

5  the things like that it was not intentional, that he rectified

6  it as soon as possible with the Clerk once they opened.

7          That he took steps in his Declaration; he took

8  affirmative steps that almost no other Counsel probably would

9  have taken, and went to extreme efforts to rectify the issues.

10  That there was no harm; that Counsel can't stand before you and

11  tell you any actual articulable harm that has come to them or

12  their Client.

13          Mr. Carson should not be sanctioned simply because

14  Defense -- or Plaintiff's Counsel advised their Client to

15  pursue killing a mosquito with a bazooka, because of their

16  animosity towards the Plaintiff [sic] and Mr. Carson in this

17  case.

18          The Rules do not -- that's not what the Rules of

19  Sanctions are for.  They are for intentional bad-faith acts,

20  duplicative proceedings.

21          If anything -- and we are not seeking them against

22  Plaintiff's Counsel -- if anything, Plaintiff's Counsel should

23  be sanctioned for bringing us in here a number of times.  Not

24  only did they bring us in here a number of times for something

25  that could have been rectified by a conversation, and, in fact,

1    was, when they -

2            THE COURT:   But they claim that Mr. Carson was

3    difficult.  This was not an easy case on both sides.  And both

4    sides were difficult.

5            MS. SMITH:   I agree.

6            THE COURT:   So he was not.  All they had to do is

7    pick up the phone and talk to each other.

8            MS. SMITH:   And Mr. -

9            THE COURT:   I had many discovery dispute with this

10   [sic] Parties, of which I would have sanctioned them both.

11           MS. SMITH:   And Mr. Cavalier and I both come here

12   without perfect Clients.  I'm sure we'd both can probably admit

13   to that and Your Honor's made that clear.

14           But Mr. Carson's conduct was not intentional.  It was

15   not in bad faith.  It was not vexious [phonetic].  It was not

16   in any capacity that would warrant sanctions.

17           He rectified it as soon as he could.  He called a

18   number of Third-Party Providers.  He took a number of hours of

19   his own time to rectify an issue that resulted in no harm to

20   the Plaintiffs -

21           THE COURT:   Tell me -

22           MS. SMITH:   - in this case.

23           THE COURT:   - how many hours did he spend?  And what

24   did he do?  And how many hours did he spend that could offset

25   their $65,000 -

```
 1                 MS. SMITH:    Your Honor -

 2                 THE COURT:    - of -

 3                 MS. SMITH:    - he provided a -

 4                 THE COURT:    Because I could impose -- go ahead.

 5                 MS. SMITH:    It's Docket 159.  Mr. Carson filed a

 6    Declaration.  It is 31 paragraphs of attempts.  Phone calls

 7    that he made, Third-Party Docket individuals who he spoke with

 8    to ensure.

 9                 Checking, doublechecking, logging on, signing up for

10    accounts that he undertook active steps, he undertook to ensure

11    that not only was it off the public ECF Docket, but that these

12    Third-Party Providers, it was no longer on there.

13                 And I understand that not necessarily of entire

14    moment, but the information that Mr. Carson submitted was

15    testified by to Mr. Roman as not being trade secrets.  The only

16    thing in the Report that was filed by Mr. Carson that could

17    have -- or in the original Report, not the filed Report.

18                 The original Report that Mr. Roman testified to that

19    was a trade secret were the individuals' emails.  Those emails

20    were not submitted in the Report.

21                 Mr. Roman, himself, said that the information that

22    Mr. Carson filed was public knowledge.  The amount the person

23    giving -- the organization giving the donation, the amount of

24    the donations, all of those things were public knowledge.

25                 Now, Mr. Carson should have probably taken a
```

1    different step and just not filed the Report, or filed it under

2    seal, because it was in contention.  Is that the easier way to

3    do things?  Yes.

4            Did he not do it the easier way?  Maybe because it

5    was 12:00 a.m. and overworked, yes.  And Mr. Carson apologizes

6    for that.

7            But it did not come to any harm -- result in any harm

8    to the Plaintiff in this case.  That information was public

9    knowledge.

10           The emails, which Mr. Roman alleges are trade

11   secrets, but the jury has decided differently, those things

12   were not included in that Report.  So there was no harm that

13   Mr. Carson caused the Plaintiffs.

14           And in fact, despite the fact that there was no harm,

15   he still undertook 31 paragraphs of Declaration of active steps

16   to ensure that no additional potential harm, alleged harm.  He

17   took all those efforts, despite that.

18           And Mr. Cavalier -- or not Mr. Cavalier, because he

19   was not the individual who could have picked up the phone.  But

20   they never picked up the phone and asked him to do these

21   things.

22           When they did, he did undertake those things, and

23   undertook them before even being asked to do some of those

24   things.  So, Mr. Carson took steps to mitigate the harm that

25   allegedly potentially could have come to the Plaintiffs in this

```
 1    case.  Additionally -

 2              THE COURT:  It -

 3              MS. SMITH:  - when those phones were picked up,

 4    Your Honor, there were settlement discussions.  And settlement

 5    discussions, pursuant to Equal Employment Opportunity

 6    Commission v. Dart Container Corp., settlement discussions

 7    undercut the request for sanctions.

 8              They don't want sanctions in this case because

 9    sanctions are warranted.  They want sanctions in this case

10    because they're trying to kill a mosquito with a bazooka,

11    because they had animosity towards the Plaintiff [sic] and they

12    have animosity towards Mr. Carson.

13              THE COURT:  So, let me ask.  If I was to ask

14    Mr. Carson to tell me how many hours, at what rate did he spend

15    at mitigating, what is that amount amounts to?

16              MS. SMITH:  May I offer him up for that, so he can

17    give you an exact number, Your Honor?

18              THE COURT:  Yeah, did he do that?

19              MS. SMITH:  He can -

20              THE COURT:  Because it's hard to get numbers from

21    him, as you well know.

22              MS. SMITH:  - give you an estimate.  And if that's

23    something Your Honor would like particulars on, we can recreate

24    that for Your Honor.

25              THE COURT:  All right.  Well, tell me.  Talk to him
```

1    and tell me how many hours.  In other words, I want to know the

2    exact amount of hours and time that it took him to mitigate,

3    and the cost to him, if he was to be charging his fees.

4              MS. SMITH:   May I have the -

5              THE COURT:   I want to know that.

6              MS. SMITH:   - Court's indulgence?

7              THE COURT:   Yeah, you may talk to him.

8              MS. SMITH:   Thank you, Your Honor.

9         (Asides)

10             MS. SMITH:   Your Honor, Mr. Carson estimates that he

11   spent 50 hours, conservatively.  Obviously we could do a

12   recreation of the hours through emails.

13             It's not billed to our Client.  We did not seek it on

14   the Fee Petition.  We don't plan to.  Those are things that our

15   firm, Mr. Carson has agreed to undertake on his own doing.

16             THE COURT:   All right.  Fine, but, in other words,

17   the Petition caused him to spend time and money mitigating it?

18             MS. SMITH:   Yes, he -

19             THE COURT:   All right.  Okay.

20             MS. SMITH:   Yes.

21             THE COURT:   Anything else?

22             MS. SMITH:   I don't believe so, Your Honor.

23             THE COURT:   All right.  Counsel, any rebuttal?  Oh,

24   I have one more question.

25             MS. SMITH:   Yes.

```
 1              THE COURT:   Something that bugged me, because why
 2   did he use UTC time zone in the Motion to Strike?  The UTC, he
 3   used.
 4              When he sent the thing, he used the UTC time zone.
 5   He knows what I'm talking about.  Why did you use that time
 6   zone?
 7              MR. CARSON:   It was just that my computer was set to
 8   the wrong time, and it was telling my email address to report
 9   the wrong time.  And I fixed it.  It just was a stupid mistake.
10   That's all it was.
11              THE COURT:   All right, thank you.
12              MS. SMITH:   Thank you, Your Honor.
13              THE COURT:   Any rebuttal?
14              MR. CAVALIER:   Just a very brief rebuttal,
15   Your Honor.  I just wanted to note, for the record, since much
16   of our discussion today has been about actual harm, that,
17   according to Third Circuit precedent, a "actual harm" is not an
18   element for proving civil contempt.
19              And that is -- there's several cites.  But I'll give
20   you John T., which is 318 F.3d 545 at 552, Third Circuit
21   (2003).  Just standing for the proposition that the violation
22   of the Order and the -
23              THE COURT:   I know, but -
24              MR. CAVALIER:   - expense that it generates -
25              THE COURT:   - as to whether -
```

1          MR. CAVALIER:   - causes the harm.

2          THE COURT:   - it's fair or not, the imposition of

3   the sanction, I could factor that in, in deciding, well --

4   yeah, but there was no harm.  Don't tell me that I cannot

5   consider that in deciding whether or not -

6          MR. CAVALIER:  No, it's -

7          THE COURT:   -- if and to what extent I impose

8   sanctions.

9          MR. CAVALIER:   Your Honor, I will grant you that you

10  have very broad discretion -

11         THE COURT:   Right.

12         MR. CAVALIER:   - to determine the amount of a

13  reasonable sanction, under these circumstances, when your

14  Order's been violated.  I agree with you, wholeheartedly.

15         THE COURT:   Right.

16         MR. CAVALIER:   The second thing I just wanted to

17  note, in rebuttal to my -

18         THE COURT:   But, Mr. Barnes, what was the law firm?

19  Refresh my recollection, the $65,000.  How do you come up?

20  What was the share of the calculation?  How do you come up with

21  that amount?

22         MR. CAVALIER:  So, first off -

23         THE COURT:   You filed two Motions and you had a

24  briefing on the two Motions.  But what was the total amount of

25  hours and total amount of rate?  Refresh my recollection from

```
 1   the filed pleadings.
 2            MR. CAVALIER:   Sure, Your Honor.  First, let me just
 3   point out that it was actually more than that.  Mr. Gold worked
 4   on these matters, too.  We didn't seek -
 5            THE COURT:   You could put 20 Lawyers to do what one
 6   Lawyer could do and it's not going to change the -- it's just
 7   going to -
 8            MR. CAVALIER:   Right.
 9            THE COURT:   - add to -
10            MR. CAVALIER:   You were -
11            THE COURT:   - cost.
12            MR. CAVALIER:   You asked me how we calculated
13   their -
14            THE COURT:   Yes.
15            MR. CAVALIER:   - fee.
16            THE COURT:   Tell me.
17            MR. CAVALIER:   I wanted to let you know that we
18   calculated the fee, first off, by waiving Mr. Gold's time.
19            THE COURT:   Okay.
20            MR. CAVALIER:   And then, discounting Mr. Barnes'
21   time.  And I have here -- I could give you the exact breakdown.
22            THE COURT:   Why will you need a whole bunch of
23   Lawyers to file a Petition for Attorney Fees and brief it?
24   That -
25            MR. CAVALIER:   Yeah, Your Honor, it was -
```

```
1              THE COURT:   And why does it have to be the Partners

2    who are trying the case, and not an Associate?

3              MR. CAVALIER:   I think that the record that was

4    created before you demonstrates why it was necessary.  I mean,

5    these are complicated issues.  Your Honor was present for -

6              THE COURT:   There was nothing -

7              MR. CAVALIER:   - the runup -

8              THE COURT:   - complicated -

9              MR. CAVALIER:   - to the trial.

10             THE COURT:   - about this case.  You got a verdict.

11   It's on appeal.

12             MR. CAVALIER:   But I'm not talking about the case.

13   I'm talking about the sanctions issue.  This was a hard-fought

14   battle trying to gain compliance with Your Honor's Protective

15   Order, which, by the way, Your Honor, I heard a lot of talk

16   about trade secrets and the jury's finding.

17             The trade secret issue has nothing to do with the

18   Protective Order.  The Protective Order governs confidential

19   information.  And if another Party believes that that

20   information's been designated confidential in error, there's a

21   procedure laid out as to how to deal with it -

22             THE COURT:   Okay.

23             MR. CAVALIER:   - so we can make sure this kind of

24   thing doesn't happen.

25             ESR:   One second -
```

```
 1              THE COURT:   Okay.

 2              ESR:   - please.

 3        (Asides)

 4              MR. CAVALIER:   And Your Honor -

 5              THE COURT:   We've been having -

 6              MR. CAVALIER:   - sorry.

 7              THE COURT:   We've been having issues with our

 8    electronics.  Can I go back?

 9              ESR:   You got it.  It's caught everything -

10              THE COURT:   Okay.

11              ESR:   - on the recording.

12              THE COURT:   Could you refresh my recollection,

13    because I remember being in discovery dispute with these

14    Parties too many times from the beginning?  Do you remember how

15    many?

16              MR. CAVALIER:   How many discovery -

17              THE COURT:   Did you review -

18              MR. CAVALIER:   - disputes were -

19              THE COURT:   - the Docket?

20              MR. CAVALIER:   - had?

21              THE COURT:   Yeah, how many discovery disputes we

22    had.

23              MR. CAVALIER:   Well, again, Your Honor, I wasn't

24    Primary Counsel during that time.  But I -

25              THE COURT:   You review the Docket, right?
```

```
 1              MR. CAVALIER:   - do, but Mr. Carson and I also had

 2    numerous other cases where discovery issues were in play.  So

 3    it's hard for me to separate the ones that occurred in this

 4    case out from the -

 5              THE COURT:  All right.

 6              MR. CAVALIER:   - grayer mess.

 7              THE COURT:  All right.

 8              MR. CAVALIER:   But I think there was another

 9    discovery dispute, yes, concerning Plaintiff's nonproduction of

10    documents, I want to say, sometime in early 2021.

11              THE COURT:  All right.

12              MR. CAVALIER:   I believe -

13              THE COURT:  Anything -

14              MR. CAVALIER:   - that's correct.

15              THE COURT:   - else?  Anything else that you want to

16    place before the Court before I rule on your request for

17    sanctions?

18              MR. CAVALIER:   Just to answer your question, you

19    asked about the hours' breakdown and the -

20              THE COURT:   Right.

21              MR. CAVALIER:   - rates.  So this is in our original

22    filing.  But it's Mr. Barnes, 37.8 hours, at the rate of $895

23    an hour, which is a -

24              THE COURT:   At what?

25              MR. CAVALIER:   - 15 -- pardon?
```

```
 1              THE COURT:   Eight hundred and what?
 2              MR. CAVALIER:   Eight ninety-five is his rate.
 3    That's a 15-percent discount off his standard, customary rate.
 4    Rebecca -
 5              THE COURT:   I'm in the wrong job.
 6              MR. CAVALIER:   - Rebecca Sita is 12.6 hours at 815.
 7    Ashley Bouche is 18.9 hours at 550.  And Shane Roberts is
 8    20.7 hours at 495.  And I guess, Your Honor, the last thing I
 9    would want to say -
10              THE COURT:   Well -- yeah, let me -
11              MR. CAVALIER:   - that's -
12              THE COURT:   - ask then.  I have you here.
13              MR. CAVALIER:   Sure.
14              THE COURT:   Mr. Carson said about 50 hours.  What is
15    your rate, Mr. Carson?  I know you didn't charge your Client.
16    But you said 50 hours at what rate?
17              MR. CARSON:   When I filed a Fee Petition,
18    Your Honor, I'd asked for $500 an hour.
19              THE COURT:   Excuse me, say what was your rate?
20              MR. CARSON:   Sorry, when I filed my Fee Petition
21    with the Court, we asked for $500 an hour for my time.
22              THE COURT:   All right.
23              MR. CARSON:   And that's -- they're billing $495 an
24    hour for non-Attorneys.  The last person he mentioned wasn't
25    even an Attorney.
```

```
1              THE COURT:   Right; so have I acted on your Attorney
2    Fee Petitions?
3              MR. CARSON:   You have, Your Honor.
4              THE COURT:   Okay.  I have that under advisement.
5    Okay.
6              MR. CAVALIER:   Your Honor, just lastly, since we're
7    now talking about the reasonableness of the rate, I have a
8    Bench Brief here that -
9              THE COURT:   He's -
10             MR. CAVALIER:   - I'd like to -
11             THE COURT:   Go ahead.
12             MR. CAVALIER:   - offer up.
13             THE COURT:   Go ahead.
14             MR. CAVALIER:   Simply establishing, under
15   Third Circuit precedent, that when, unlike Mr. Carson's rate,
16   which is theoretical, we will call it, these cases established
17   that when a rate is actually charged, billed to, and paid by a
18   Client, it's presumptively reasonable.  These cases will save
19   your Law Clerk some time if -
20             THE COURT:   Okay.
21             MR. CAVALIER:   - you'll accept the submission.
22             THE COURT:   Very well.
23       (Asides)
24             THE COURT:   Anything else that I need to consider?
25             MR. CAVALIER:   Not from us.
```

```
 1            THE COURT:   Okay.  Attorney -- I think -

 2            MS. SMITH:   Smith, but -- no -

 3            THE COURT:   Well, what?

 4            MS. SMITH:   - Your Honor, not from us, either.

 5            THE COURT:   Anything else from your side?

 6            MS. SMITH:   No, we thank you.

 7            THE COURT:   Okay, thank you.

 8            MS. SMITH:   Thank you, Your Honor.

 9            THE COURT:   I'll take it under advisement.  I should

10  issue an Order in short course.  And this issue and this issue,

11  only.

12            I still have the other issue of the Attorney

13  Petition.  And you have -

14            MR. CAVALIER:   No, it's -

15            THE COURT:   That's right, right?  The request for

16  attorney fees from -

17            MR. CAVALIER:   That -

18            THE COURT:   - your side?

19            MR. CAVALIER:   - was denied.

20            THE COURT:   Oh.

21            MR. CAVALIER:   This is the only issue -

22            THE COURT:   Oh, that's right.

23            MR. CAVALIER:   - left in the case.

24            THE COURT:   That's right.  I dealt with that

25  already.
```

```
 1            MR. CAVALIER:   You have.

 2            THE COURT:   And this is the only one that is

 3   pending, okay.

 4            MR. CARSON:   Yeah, I think, Your Honor, there was

 5   also a Motion for a New Trial that was outstanding in this

 6   case.

 7            THE COURT:   Right, but there's no pending Motion for

 8   a New Trial.  I think I disposed of that, right?

 9            MR. CARSON:   Okay.

10            THE COURT:   I denied it and -

11            MR. CAVALIER:   Yes.

12            MR. CARSON:   You denied it already.

13            THE COURT:   - you've -

14            MR. CARSON:   Sorry, Your Honor.

15            THE COURT:   Has there been -

16            MR. CAVALIER:   It's -

17            THE COURT:   - an appeal in this case?

18            MR. BARNES:   No.

19            MR. CAVALIER:   No.

20            MR. BARNES:   No appeal, Your Honor.

21            MR. CAVALIER:   No appeal.

22            MR. BARNES:   No appeal.

23            THE COURT:   All right.  So, thank you.

24            MR. CARSON:   Thank you.

25            THE COURT:   So the only thing I have pending in this
```

1   case is the Attorney Fee Petition, right?

2            MR. CAVALIER:   Yes, correct, Your Honor.

3            THE COURT:   Nothing else?

4            MR. CAVALIER:   Correct.

5            MS. SMITH:   The -

6            THE COURT:   Your Petition was denied.  Request for

7   attorney fee, I think I explained to you why in a very thorough

8   Opinion.

9            And you brought to my attention that this has not

10  been disposed of and it was still pending.  So that's why I

11  scheduled argument.  Is there anything else you want me to

12  consider?

13           MR. CAVALIER:   Not from the Plaintiff.

14           THE COURT:   All right.  Thank you very much.

15           MS. SMITH:   Thank you, Your Honor.

16           THE DEPUTY CLERK:   All, rise.

17       (Proceedings concluded at 2:46 p.m.)

18

19

20

21

22

23

24

25

**C E R T I F I C A T I O N**


       I, <u>VICTORIA O'CONNOR</u>, court-approved transcriber,

certify that the foregoing is a correct transcript from the

official electronic sound recording of the proceedings in the

above-entitled matter.


_____      _____

    Victoria O'Connor, CET             December 24, 2022

                                             Date

```
        WORD INDEX
```

**#**

**$495** [1] **38**:23
**$500** [2] **38**:18,21
**$65,000** [6] **6**:2
**8**:8,23 **13**:16
**27**:25 **33**:19
**$895** [1] **37**:22
**03273** [1] **2**:25
**11th** [2] **18**:14
**22**:2
**12.6** [1] **38**:6
**12:00** [1] **29**:5
**12:57** [2] **11**:12
**22**:6
**12th** [1] **24**:18
**15** [1] **37**:25
**159** [1] **28**:5
**15-percent** [1]
**38**:3
**1650** [1] **2**:1
**1776** [1] **1**:20
**18.9** [1] **38**:7
**1835** [3]
**2**:8,14,20
**19103** [4]
**2**:3,9,15,21
**1st** [1] **11**:12
**2:46** [1] **42**:17
**20** [1] **34**:5
**20.7** [1] **38**:8
**20006** [1] **1**:21
**2003** [1] **32**:21
**2020** [1] **24**:18
**2021** [4] **7**:12
**14**:5 **18**:17 **37**:10
**25** [1] **25**:4
**27th** [1] **2**:1
**2800** [1] **2**:2
**2950** [2] **2**:14,20
**3:00** [2] **22**:2,8
**3:30** [2] **11**:15
**22**:7
**31** [2] **28**:6 **29**:15
**318** [1] **32**:20
**37** [8] **13**:8
**17**:7,24 **18**:4
**19**:12,13 **20**:13,15

**37(b)(2)(c** [1]
**21**:6
**37.8** [1] **37**:22
**384** [1] **2**:24
**495** [1] **38**:8
**50** [3] **31**:11
**38**:14,16
**501(c)(3** [1] **16**:7
**515** [1] **2**:7
**545** [1] **32**:20
**550** [1] **38**:7
**552** [1] **32**:20
**5th** [6] **7**:11
**11**:18,21 **13**:15
**18**:17 **22**:13
**73(b)(2)(c** [1]
**21**:13
**815** [1] **38**:6
**9:00** [2] **11**:16
**22**:7

**A**

**abandoning** [1]
**6**:10
**abide** [1] **21**:11
**ability** [1] **22**:25
**able** [4] **9**:25
**12**:3 **20**:22 **25**:9
**about** [12] **15**:5
**22**:23 **23**:15
**32**:5,16
**35**:10,12,13,16
**37**:19 **38**:14 **39**:7
**above-entitled**
[1] **42**:22
**absolutely** [1]
**17**:4
**accept** [1] **39**:21
**accessible** [1]
**7**:14
**according** [5]
**12**:15,23 **13**:8
**20**:14 **32**:17
**accounts** [1]
**28**:10
**acted** [1] **39**:1
**action** [2]
**17**:17,18
**actions** [1] **17**:14

**active** [2] **28**:10
**29**:15
**acts** [1] **26**:19
**actual** [14]
**7**:5,6,16,19
**9**:2,7,12,13 **10**:24
**12**:16 **20**:14 **26**:11
**32**:16,17
**actually** [7]
**5**:7,10 **13**:3
**16**:5,6 **34**:3 **39**:17
**add** [1] **34**:9
**additional** [1]
**29**:16
**additionally** [1]
**30**:1
**address** [1] **32**:8
**admit** [3] **8**:20,21
**27**:12
**admitted** [3]
**15**:4,5,6
**advised** [1] **26**:14
**advisement** [2]
**39**:4 **40**:9
**advising** [1] **21**:9
**affirmative** [1]
**26**:8
**after** [3] **8**:11
**12**:5 **15**:17
**afternoon** [5]
**3**:5,6,7,8,15
**afterwards** [1]
**23**:8
**again** [10]
**11**:22,23 **12**:13
**13**:20 **14**:3,25
**17**:23 **20**:14 **24**:16
**36**:23
**against** [3] **9**:18
**17**:1 **26**:21
**ago** [1] **6**:23
**agree** [18] **6**:16
**9**:24 **10**:16 **14**:11
**16**:21,23 **17**:25
**18**:10 **21**:19,20
**22**:15,16 **23**:2
**25**:11,21,22 **27**:5
**33**:14

**agreed** [2] **24:22**
**31:15**
**ahead** [3] **28:4**
**39:11,13**
**all** [38] **3:2 5:23**
**6:1 7:2,24 10:22**
**12:22 14:14,23**
**15:21 16:2,4**
**17:5,21,21 19:23**
**21:7 22:14,17**
**23:10 24:1 25:3**
**27:6 28:24 29:17**
**30:25 31:16,19,23**
**32:10,11**
**37:5,7,11 38:22**
**41:23 42:14,16**
**alleged** [1] **29:16**
**allegedly** [1]
**29:25**
**alleges** [1] **29:10**
**almost** [4] **6:4**
**23:10 25:1 26:8**
**along** [2] **24:2,10**
**already** [6]
**4:8,19 5:12,15**
**40:25 41:12**
**also** [4] **20:13**
**22:20 37:1 41:5**
**although** [1] **22:1**
**am** [2] **6:4 7:3**
**amount** [10] **9:2**
**23:10 28:22,23**
**30:15 31:2**
**33:12,21,24,25**
**amounts** [1] **30:15**
**an** [22] **11:13**
**13:2,10 16:25**
**18:12 21:12,21**
**22:24 25:2**
**27:3,19 30:17,22**
**32:17 35:2 37:23**
**38:18,21,23,25**
**40:10 41:17**
**analysis** [1] **19:4**
**animosity** [3]
**26:16 30:11,12**
**another** [5] **3:11**
**13:11 15:10 35:19**
**37:8**

**answer** [5]
**4:10,24 20:22**
**25:9 37:18**
**any** [19]
**7:6,6,16,18**
**9:7,12 10:23**
**12:3,8 18:21**
**21:17 22:13 23:24**
**26:11 27:16**
**29:7,7 31:23**
**32:13**
**anybody** [1] **9:17**
**anyone** [1] **7:15**
**anything** [14] **5:2**
**17:21,22 18:23**
**23:5,24 26:21,22**
**31:21 37:13,15**
**39:24 40:5 42:11**
**anyway** [2] **24:23**
**25:5**
**apologizes** [1]
**29:5**
**appeal** [5] **35:11**
**41:17,20,21,22**
**appealed** [1] **3:18**
**appearances** [1]
**1:17**
**approach** [2]
**25:25 26:2**
**approximately** [2]
**7:9 24:25**
**are** [21]
**3:19,19,21 6:11**
**9:13 12:23**
**16:3,19**
**19:2,11,14 22:14**
**25:9 26:19,19,21**
**29:10 30:9 31:14**
**35:2,5**
**argued** [1] **25:16**
**arguing** [2]
**24:6,20**
**argument** [2] **17:5**
**42:11**
**articulable** [1]
**26:11**
**as** [31] **4:2,5,15**
**6:7,7 7:7,19**
**9:7,11**

**10:11,11,24**
**11:13,13 16:1**
**17:24 19:1**
**20:8,25 21:25**
**22:13 24:10**
**26:4,6,6 27:17,17**
**28:15 30:21 32:25**
**35:21**
**Ashley** [1] **38:7**
**asides** [4] **17:10**
**31:9 36:3 39:23**
**ask** [8] **4:16**
**13:11,20 15:5**
**16:24 30:13,13**
**38:12**
**asked** [7] **25:2**
**29:20,23 34:12**
**37:19 38:18,21**
**asking** [4] **9:3**
**13:18 17:2 20:2**
**asks** [1] **5:5**
**assistant** [1]
**11:15**
**associate** [1]
**35:2**
**associates** [1]
**2:6**
**assume** [1] **18:9**
**at** [28] **6:8 7:15**
**11:12,15,16 12:3**
**13:18,23 16:24**
**18:13 20:7 21:15**
**22:2,7,8 23:6**
**24:1,11 30:14,15**
**32:20 37:22,24**
**38:6,7,8,16 42:17**
**attached** [3] **22:6**
**24:23,23**
**attempt** [1] **16:25**
**attempts** [1] **28:6**
**attention** [1]
**42:9**
**attison** [3] **1:18**
**3:6,10**
**attorney** [18]
**3:12,12,14,22 6:2**
**12:1 16:17 21:9**
**23:11 24:14 34:23**

38:25 39:1
40:1,12,16 42:1,7
**attorneys** [1]
7:22
**attorneys'** [3]
5:7 17:7 21:10
**automatic** [1]
20:4
**award** [5] 13:10
21:12,21 22:21,24
**aware** [3] 4:8 7:3
24:17

**B**
**back** [4] 13:4
17:18 23:18 36:8
**bad** [1] 27:15
**bad-faith** [1]
26:19
**Barbounis** [1]
17:2
**Barnes** [10] 1:18
3:6,10 5:14 23:16
33:18 37:22
41:18,20,22
**Barnes'** [1] 34:20
**based** [1] 23:14
**basically** [4]
6:6,23 13:19 17:2
**battle** [1] 35:14
**bazooka** [4] 9:6
15:21 26:15 30:10
**be** [13] 3:9 5:3
9:4 10:11 20:22
24:10,24 25:5,18
26:13,23 31:3
35:1
**because** [33] 3:17
6:10,23 7:7,15
9:25 11:9 12:6,10
14:6 15:3,11,17
16:19 18:11
20:2,5 22:5
25:7,20,24
26:13,15 28:4
29:2,4,18
30:8,10,11,20
32:1 36:13

**been** [13] 4:8,19
12:3 14:10 23:11
26:25 32:16 33:14
35:20 36:5,7
41:15 42:10
**before** [10] 1:13
8:19,19 22:4 23:5
26:10 29:23 35:4
37:16,16
**beginning** [1]
36:14
**begrudgingly** [1]
10:3
**being** [3] 28:15
29:23 36:13
**believe** [9] 13:2
14:13,22 17:16
19:15 23:11 25:15
31:22 37:12
**believes** [2] 19:3
35:19
**bench** [1] 39:8
**between** [1] 23:21
**beyond** [1] 20:14
**billed** [4] 5:8
9:3 31:13 39:17
**billing** [1] 38:23
**both** [9] 20:10
21:9 24:7,8
27:3,3,10,11,12
**bouche** [1] 38:7
**box** [1] 2:24
**breakdown** [2]
34:21 37:19
**brief** [7] 3:25
13:4,5 20:19
32:14 34:23 39:8
**briefed** [3] 4:8
19:22 20:2
**briefing** [4] 5:11
13:5 20:8 33:24
**bring** [1] 26:24
**bringing** [1]
26:23
**brings** [1] 18:6
**broad** [1] 33:10
**brought** [1] 42:9
**brunt** [1] 24:8
**bugged** [1] 32:1

**bulk** [2] 11:16
13:13
**bunch** [3] 8:1,14
34:22
**but** [55] 3:17
5:2,5 6:21 7:1,15
8:22 9:16 10:23
11:7,21,23
12:14,23 13:8,21
14:17 15:7,24
17:8 18:3,8,12
19:2,21,25 20:3
22:12 23:2
24:10,21 25:11,21
26:3 27:2,14
28:11,14
29:7,11,19 31:16
32:19,23
33:4,18,24 35:12
36:24 37:1,8,22
38:16 40:2 41:7
**by** [27] 4:23
5:10,21 7:6,14,22
8:9 9:3 13:13,15
14:7 16:6,7 18:17
21:10 22:7,12
23:12 24:17 25:19
26:1,25 28:15,16
34:18 35:15 39:17

**C**
**calculated** [2]
34:12,18
**calculation** [1]
33:20
**calculations** [4]
6:3 7:19,19 8:23
**call** [3] 3:1 10:3
39:16
**called** [1] 27:17
**calling** [1] 13:6
**calls** [2] 23:17
28:6
**came** [1] 12:11
**can** [10] 7:6 16:1
21:21 22:19 27:12
30:16,19,23 35:23
36:8

**cannot** [3] **12**:3
**22**:13 **33**:4
**can't** [2] **9**:23
**26**:10
**capacity** [1]
**27**:16
**Carson** [44]
**2**:12,18
**3**:12,14,15,22,24
**5**:25 **8**:14 **13**:4
**24**:1,2,12,17
**25**:10 **26**:4,13,16
**27**:2
**28**:5,14,16,22,25
**29**:5,13,24
**30**:12,14 **31**:10,15
**32**:7 **37**:1
**38**:14,15,17,20,23
**39**:3
**41**:4,9,12,14,24
**Carson's** [4] **8**:10
**24**:14 **27**:14 **39**:15
**case** [27] **3**:17,20
**4**:25 **7**:23
**8**:18,20,21 **12**:2
**13**:25 **17**:15 **23**:14
**24**:3 **26**:17
**27**:3,22 **29**:8
**30**:1,8,9
**35**:2,10,12 **37**:4
**40**:23 **41**:6,17
**42**:1
**cases** [3] **37**:2
**39**:16,18
**Catherine** [3]
**2**:18 **3**:8,12
**caught** [1] **36**:9
**caused** [3] **21**:10
**29**:13 **31**:17
**causes** [1] **33**:1
**center** [1] **2**:7
**certainly** [6] **4**:2
**5**:1,5 **6**:13 **7**:3
**23**:9
**certify** [1] **42**:20
**change** [1] **34**:6
**charge** [1] **38**:15
**charged** [2] **6**:4
**39**:17

**charging** [2] **8**:8
**31**:3
**checking** [1] **28**:9
**chief** [4] **1**:14
**3**:3 **8**:20,21
**circuit** [3]
**32**:17,20 **39**:15
**circumstances** [7]
**18**:2 **21**:12,21
**22**:24 **23**:1 **26**:3
**33**:13
**cited** [3] **19**:22
**20**:3,3
**cites** [1] **32**:19
**civil** [3] **12**:15
**13**:9 **32**:18
**claim** [1] **27**:2
**claimed** [1] **14**:16
**claiming** [1] **8**:4
**claims** [1] **14**:20
**clarification** [1]
**22**:17
**clear** [3] **5**:24
**15**:24 **27**:13
**clerk** [4] **3**:2
**26**:6 **39**:19 **42**:16
**client** [11] **5**:10
**9**:3,20 **15**:10,13
**16**:7 **26**:12,14
**31**:13 **38**:15 **39**:18
**clients** [3]
**23**:22,23 **27**:12
**close** [1] **24**:11
**co-counsel** [2]
**13**:6 **20**:9
**come** [11] **4**:4,4
**10**:6 **17**:18 **23**:18
**26**:11 **27**:11
**29**:7,25 **33**:19,20
**coming** [3] **8**:3
**10**:23 **14**:7
**commensurable** [1]
**15**:8
**commentary** [1]
**19**:17
**commission** [1]
**30**:6
**compensated** [1]
**17**:7

**compliance** [6]
**8**:10 **14**:4,9,24
**23**:17 **35**:14
**compliant** [1]
**13**:12
**complicated** [2]
**35**:5,8
**complied** [2]
**14**:5,6
**complying** [1]
**13**:15
**computer** [1] **32**:7
**concerning** [1]
**37**:9
**concluded** [1]
**42**:17
**conduct** [3] **5**:6
**20**:10 **27**:14
**confidential** [4]
**10**:15 **15**:5
**35**:18,20
**conservatively**
[1] **31**:11
**consider** [11]
**16**:14 **18**:20
**21**:16,21
**22**:14,19,21 **23**:24
**33**:5 **39**:24 **42**:12
**container** [1]
**30**:6
**contains** [1] **5**:5
**contempt** [11]
**3**:16 **4**:25 **7**:23
**10**:1
**17**:14,16,18,25
**23**:1 **24**:4 **32**:18
**contention** [1]
**29**:2
**contentioned** [1]
**23**:23
**contentions** [2]
**23**:23 **24**:7
**contentious** [2]
**23**:22 **24**:1
**continuing** [1]
**17**:19
**conversation** [1]
**26**:25
**copy** [2] **11**:10,11

**Corp** [1] **30**:6
**correct** [7] **3**:13
**14**:13 **23**:5 **37**:14
**42**:2,4,20
**correctly** [2] **7**:7
**11**:9
**cost** [2] **31**:3
**34**:11
**could** [27] **4**:24
**7**:15 **9**:18
**10**:7,9,11,23
**12**:9,10 **22**:20
**23**:11 **25**:19,19
**26**:1,25 **27**:17,24
**28**:4,16 **29**:19,25
**31**:11 **33**:3
**couldn't** [1] **12**:8
**counsel** [12] **7**:1
**12**:14 **15**:24
**25**:8,8
**26**:8,10,14,22,22
**31**:23 **36**:24
**course** [1] **40**:10
**court-approved**
[1] **42**:19
**court's** [3] **3**:2
**4**:21 **31**:6
**covered** [1] **24**:17
**cozen** [1] **1**:24
**created** [1] **35**:4
**cured** [1] **10**:1
**customary** [1]
**38**:3

D
**damage** [2]
**7**:16,19
**damages** [7] **7**:18
**9**:7,12,13 **10**:24
**12**:10 **22**:13
**damages'** [1] **7**:18
**dart** [1] **30**:6
**date** [1] **42**:23
**day** [1] **18**:14
**dc** [1] **1**:21
**de** [1] **24**:24
**deal** [2] **24**:7
**35**:21

**dealt** [1] **40**:24
**decided** [1] **29**:11
**deciding** [3]
**22**:14 **33**:3,5
**declaration** [3]
**26**:7 **28**:6 **29**:15
**default** [1] **17**:1
**defendant** [1]
**1**:10
**defense** [2] **25**:8
**26**:14
**defenses** [1] **8**:14
**demonstrate** [1]
**12**:16
**demonstrates** [1]
**35**:4
**denied** [4] **40**:19
**41**:10,12 **42**:6
**depend** [1] **5**:4
**deputy** [2] **3**:2
**42**:16
**Derek** [2] **2**:13,19
**designated** [1]
**35**:20
**despite** [2]
**29**:14,17
**determine** [2]
**18**:1 **33**:12
**determining** [3]
**18**:20 **21**:16 **22**:20
**develop** [1] **4**:13
**did** [28] **6**:1 **7**:11
**8**:20,21
**9**:21,21,24 **10**:2,4
**11**:17 **12**:7 **22**:1,1
**24**:4 **26**:24
**27**:23,24,24
**29**:4,7,22,22
**30**:14,18 **31**:13
**32**:2,5 **36**:17
**didn't** [7]
**10**:14,14 **13**:20
**15**:23 **16**:5 **34**:4
**38**:15
**different** [1]
**29**:1
**differently** [1]
**29**:11

**differing** [1]
**8**:14
**difficult** [4]
**10**:11 **23**:7 **27**:3,4
**direct** [1] **21**:13
**directed** [1] **14**:7
**disagree** [1] **16**:3
**disclosed** [1]
**25**:5
**disclosure** [6]
**7**:20 **9**:8,14,15
**10**:24 **24**:24
**discount** [1] **38**:3
**discounting** [1]
**34**:20
**discovery** [6]
**27**:9 **36**:13,16,21
**37**:2,9
**discretion** [2]
**25**:21 **33**:10
**discussion** [2]
**8**:13 **32**:16
**discussions** [3]
**30**:4,5,6
**disobedient** [1]
**21**:8
**disposed** [2] **41**:8
**42**:10
**dispute** [4] **18**:5
**27**:9 **36**:13 **37**:9
**disputes** [2]
**36**:18,21
**district** [3]
**1**:1,2,14
**disturb** [1] **17**:1
**do** [29] **8**:22,23
**10**:2,4,6,10
**14**:7,11 **18**:20,23
**22**:19 **23**:2 **24**:7
**26**:18 **27**:6,24
**29**:3,4,20,23
**30**:18 **31**:11
**33**:19,20 **34**:5,6
**35**:17 **36**:14 **37**:1
**docket** [7]
**22**:11,12
**28**:5,7,11
**36**:19,25
**dockets** [1] **18**:18

**document** [3] **6**:2 **7**:7,8

**documents** [1] **37**:10

**does** [6] **19**:9,13 **20**:3,18 **21**:3 **35**:1

**doesn't** [3] **14**:18 **20**:16 **35**:24

**doing** [3] **8**:3 **16**:19 **31**:15

**dollar** [3] **6**:25 **25**:20 **26**:1

**dollars** [3] **6**:5,8 **12**:12

**donation** [1] **28**:23

**donations** [1] **28**:24

**done** [1] **23**:6

**don't** [21] **4**:11,18 **7**:18 **9**:7,10 **11**:22 **13**:2 **14**:25 **15**:23 **16**:10,11 **18**:24 **19**:19 **22**:1 **24**:9 **25**:15,22 **30**:8 **31**:14,22 **33**:4

**doublechecking** [1] **28**:9

**down** [1] **14**:9

**due** [2] **19**:2 **22**:17

**duplicated** [1] **8**:2

**duplicative** [1] **26**:20

**during** [3] **8**:13 **15**:4 **36**:24

**E**

**each** [2] **23**:12 **27**:7

**early** [1] **37**:10

**easier** [2] **29**:2,4

**easily** [1] **23**:12

**east** [3] **1**:3,18 **3**:10

**eastern** [1] **1**:2

**easy** [1] **27**:3

**ECF** [3] **14**:21 **24**:25 **28**:11

**effectively** [1] **13**:6

**effort** [3] **16**:12 **18**:13 **23**:5

**efforts** [8] **7**:10 **8**:2 **9**:12 **10**:1 **14**:9 **17**:8 **26**:9 **29**:17

**eight** [15] **7**:9 **10**:25 **11**:8,19 **13**:14 **14**:12,21 **18**:16 **21**:15 **22**:5,9 **23**:6 **24**:25 **38**:1,2

**either** [3] **11**:19 **24**:17 **40**:4

**electronic** [1] **42**:21

**electronics** [1] **36**:8

**element** [1] **32**:18

**eleven** [1] **2**:7

**else** [11] **5**:2 **17**:21,22 **23**:24 **31**:21 **37**:15,15 **39**:24 **40**:5 **42**:3,11

**email** [2] **23**:16 **32**:8

**emails** [4] **28**:19,19 **29**:10 **31**:12

**emf** [1] **6**:4

**employment** [1] **30**:5

**ensure** [3] **28**:8,10 **29**:16

**enter** [1] **17**:1

**entire** [2] **22**:21 **28**:13

**entirely** [1] **25**:5

**entitled** [2] **6**:24 **16**:15

**equal** [1] **30**:5

**error** [1] **35**:20

**esquire** [6] **1**:18,23 **2**:5,12,18,18

**ESR** [4] **35**:25 **36**:2,9,11

**established** [1] **39**:16

**establishing** [1] **39**:14

**estimate** [1] **30**:22

**estimates** [1] **31**:10

**even** [5] **10**:5 **15**:7 **22**:4 **29**:23 **38**:25

**eventually** [5] **10**:4 **11**:20 **13**:14 **22**:10,12

**everybody's** [1] **4**:23

**everyone** [1] **3**:5

**everything** [1] **36**:9

**evidence** [2] **5**:6 **8**:20

**exact** [3] **30**:17 **31**:2 **34**:21

**exactly** [1] **20**:3

**excuse** [1] **38**:19

**exhibit** [1] **11**:14

**expend** [1] **11**:24

**expense** [1] **32**:24

**expenses** [4] **21**:10,13,22 **22**:24

**expert** [1] **10**:15

**explained** [1] **42**:7

**explanation** [1] **25**:3

**extensively** [1] **4**:8

**extent** [4] **7**:4 **18**:21 **21**:17 **33**:7

**extreme** [1] **26**:9

**eyes** [1] **24**:22

**F**

**f.3d** [1] **32**:20

**fact** [8] **4**:15
**9**:17 **21**:14,15,25
**26**:25 **29**:14,14
**factor** [3] **18**:20
**19**:1 **33**:3
**factors** [3]
**22**:14,19,21
**facts** [1] **22**:5
**failed** [1] **22**:11
**failing** [1] **15**:14
**failure** [2]
**21**:11,11
**fair** [2] **24**:5
**33**:2
**faith** [1] **27**:15
**far** [1] **6**:7
**federal** [3] **12**:15
**13**:9 **19**:19
**fee** [14] **9**:4
**17**:7,25 **18**:6 **19**:2
**22**:20 **31**:14
**34**:15,18 **38**:17,20
**39**:2 **42**:1,7
**fees** [14] **5**:7 **6**:2
**9**:2 **12**:23 **13**:10
**16**:5,6,17,18
**21**:10 **23**:11 **31**:3
**34**:23 **40**:16
**file** [5] **10**:14,14
**15**:14 **24**:4 **34**:23
**filed** [19] **8**:1,23
**14**:15,17
**17**:11,13,14,16
**22**:4
**28**:5,16,17,22
**29**:1,1 **33**:23 **34**:1
**38**:17,20
**files** [1] **18**:14
**filing** [2] **20**:1
**37**:22
**find** [5] **12**:17
**20**:10,14 **25**:14,17
**finding** [2] **17**:1
**35**:16
**finds** [1] **9**:4
**fine** [1] **31**:16
**firm** [2] **31**:15
**33**:18

**first** [8] **8**:11,14
**13**:13 **14**:21 **25**:10
**33**:22 **34**:2,18
**fixed** [1] **32**:9
**flagrantly** [1]
**16**:16
**floor** [1] **2**:1
**for** [54] **1**:12,18
**2**:12,18 **3**:16 **4**:25
**6**:8 **7**:9 **8**:8,22
**11**:8,23 **12**:5,8
**13**:18,20 **14**:9
**15**:4,10 **16**:9
**17**:8,8 **18**:6,9,10
**21**:14 **24**:4,25
**25**:2,8
**26**:19,19,23,24
**28**:9 **29**:6
**30**:7,16,24
**32**:15,18,21 **34**:23
**35**:5 **37**:3,16
**38**:18,21,21,24
**40**:15 **41**:5,7 **42**:6
**forced** [1] **14**:6
**foregoing** [1]
**42**:20
**forum** [3] **1**:3,18
**3**:10
**forward** [2] **4**:4,4
**friend** [2] **12**:7,9
**from** [20] **7**:7,10
**8**:14 **9**:14 **11**:9
**14**:7 **17**:22
**21**:6,13 **24**:12
**30**:20 **33**:25 **36**:14
**37**:4 **39**:25
**40**:4,5,16
**42**:13,20
**fully** [1] **4**:8

**G**
**gain** [2] **8**:10
**35**:14
**game** [1] **12**:18
**gave** [1] **11**:10
**generates** [1]
**32**:24

**get** [5] **10**:5
**16**:11 **24**:2,9
**30**:20
**getting** [1] **14**:7
**give** [8] **3**:25
**18**:23 **19**:22 **25**:19
**30**:17,22 **32**:19
**34**:21
**giving** [4] **23**:1
**26**:1 **28**:23,23
**go** [7] **4**:18 **6**:24
**14**:8 **28**:4 **36**:8
**39**:11,13
**god's** [1] **16**:20
**going** [7] **4**:16
**6**:4 **8**:18 **15**:20,24
**34**:6,7
**gold** [5] **2**:5,6
**3**:7,10 **34**:3
**gold's** [1] **34**:18
**gone** [1] **12**:5
**good** [3] **3**:5,6,15
**got** [5] **3**:18 **8**:14
**24**:8 **35**:10 **36**:9
**governs** [1] **35**:18
**grant** [5] **12**:14
**13**:23 **19**:6 **20**:20
**33**:9
**grayer** [1] **37**:6
**group** [2] **2**:13,19
**guess** [1] **38**:8

**H**
**had** [18] **4**:9 **5**:18
**10**:4,6 **11**:20,23
**14**:15 **15**:18 **18**:18
**24**:6,7 **27**:6,9
**30**:11 **33**:23
**36**:20,22 **37**:1
**half** [4] **6**:4,8,24
**12**:12
**happen** [1] **35**:24
**happened** [1] **24**:9
**happens** [1] **23**:22
**happy** [2] **5**:3
**24**:16
**harassment** [1]
**15**:18

**hard** [2] **30**:20
**37**:3
**hard-fought** [1]
**35**:13
**harm** [24]
**7**:5,6,22,25
**11**:21,23
**12**:3,4,16 **20**:14
**26**:10,11 **27**:19
**29**:7,7,12,14,16,1
6,24 **32**:16,17
**33**:1,4
**has** [9] **17**:11
**20**:9 **26**:11 **29**:11
**31**:15 **32**:16 **35**:17
**41**:15 **42**:9
**hasn't** [1] **13**:12
**have** [52]
**3**:9,11,11,14
**4**:14,22,23,24
**5**:2,3,14 **6**:17
**7**:18 **8**:19
**9**:7,7,18
**10**:7,9,12 **12**:3
**13**:25 **14**:10 **15**:10
**17**:7 **18**:8 **19**:19
**20**:19 **23**:11,23
**26**:9,25 **27**:10
**28**:17,25 **29**:19,25
**30**:12 **31**:4,24
**33**:10 **34**:21 **35**:1
**38**:12 **39**:1,3,4,7
**40**:12,13 **41**:1,25
**having** [2] **36**:5,7
**he** [62] **8**:17
**10**:2,11,22
**11**:11,15 **13**:5,12
**14**:4,4,6,14,16,17
,20 **15**:4,4,5,6,7
**18**:10,14 **22**:1,1
**24**:20,21,23 **25**:3
**26**:5,7,7
**27**:6,17,17,17,18,
23,24,24
**28**:3,7,7,10,10
**29**:4,15,16,18,22
**30**:14,16,18,19
**31**:3,10,18

**32**:2,2,4,4,5
**38**:24
**hear** [2] **17**:22
**24**:12
**heard** [1] **35**:15
**hearing** [5] **1**:12
**5**:18,19 **8**:12
**17**:17
**hearings** [1] **5**:11
**held** [1] **5**:11
**her** [1] **12**:9
**here** [13] **3**:19
**8**:2 **15**:25 **18**:5,8
**23**:6,21 **26**:23,24
**27**:11 **34**:21 **38**:12
**39**:8
**he's** [4] **10**:20
**13**:15 **25**:16 **39**:9
**him** [16]
**10**:4,5,7,9,12
**13**:16 **14**:6,8
**29**:20 **30**:16,21,25
**31**:2,3,7,17
**himself** [2] **10**:2
**28**:21
**his** [10] **10**:13
**11**:13,15 **15**:4
**26**:7 **27**:19
**31**:3,15 **38**:2,3
**honor** [74]
**3**:6,7,8,13,15,24,
24 **4**:2,3,7,15
**5**:5,11,22,25 **6**:7
**7**:4,21 **8**:5,11
**9**:1,24 **10**:10,13
**11**:22 **12**:13 **13**:3
**14**:3,25 **15**:9 **16**:3
**17**:23 **18**:1
**19**:2,12
**20**:6,20,20 **21**:20
**22**:18 **23**:13,25
**24**:13,15,19 **25**:7
**28**:1
**30**:4,17,23,24
**31**:8,10,22
**32**:12,15 **33**:9
**34**:2,25 **35**:5,15
**36**:4,23 **38**:8,18
**39**:3,6 **40**:4,8

**41**:4,14,20
**42**:2,15
**honorable** [2]
**1**:13 **3**:3
**honor's** [3] **25**:25
**27**:13 **35**:14
**hour** [6] **18**:14
**22**:2 **37**:23
**38**:18,21,24
**hourly** [1] **6**:3
**hours** [28] **7**:9
**10**:25 **11**:9,19
**13**:14 **14**:12,21
**18**:16 **21**:15
**22**:5,9 **23**:6 **24**:25
**27**:18,23,24 **30**:14
**31**:1,2,11,12
**33**:25 **37**:22
**38**:6,7,8,14,16
**hours'** [1] **37**:19
**how** [14] **6**:1 **8**:23
**14**:1 **27**:23,24
**30**:14 **31**:1
**33**:19,20 **34**:12
**35**:21 **36**:14,16,21
**however** [3] **10**:3
**24**:24 **25**:17
**hundred** [1] **38**:1

**I**
**if** [36]
**4**:10,22,23 **5**:2
**7**:5,6 **8**:13 **11**:9
**12**:17,25
**13**:1,9,15 **14**:4,4
**15**:7,21 **18**:19,21
**19**:2,22 **20**:20
**21**:17 **22**:5 **23**:3,9
**25**:12,17 **26**:21,22
**30**:13,22 **31**:3
**33**:7 **35**:19 **39**:19
**iii** [1] **1**:18
**I'll** [5] **5**:3
**12**:14 **24**:11 **32**:19
**40**:9
**I'm** [11] **4**:23
**8**:16 **16**:9 **20**:2
**21**:1 **24**:16 **27**:12

**32:**5 **35:**12,13
**38:**5
**immediately** [2]
**18:**19 **22:**12
**impose** [7] **6:**4
**20:**10 **23:**10
**25:**6,17 **28:**4 **33:**7
**imposition** [2]
**26:**4 **33:**2
**in** [83] **3:**2 **5:**6
**6:**2,5,5,8,22
**7:**17,22
**8:**20,20,21,21
**9:**17 **10:**5 **11:**11
**12:**3 **13:**4,15,25
**14:**4 **15:**14 **16:**25
**17:**14,17
**18:**12,20,20
**19:**8,13,17
**20:**6,19 **21:**16
**22:**2,14,19
**23:**14,24 **24:**24,25
**25:**1
**26:**7,16,23,24,25
**27:**15,16,19,22
**28:**16,17,20
**29:**2,7,8,12,14,25
**30:**8,9 **31:**1,16
**32:**2 **33:**3,3,5,17
**35:**20 **36:**13
**37:**2,3,10,21 **38:**5
**40:**10,23
**41:**5,17,25
**42:**7,21
**inability** [1]
**8:**10
**inadvertent** [1]
**23:**4
**inadvertently** [1]
**23:**5
**included** [3]
**11:**11,13 **29:**12
**including** [1]
**21:**10
**incorrect** [1]
**10:**21
**incurred** [1] **16:**6
**index** [1] **42:**24

**individual** [1]
**29:**19
**individuals** [1]
**28:**7
**individuals'** [1]
**28:**19
**induce** [1] **23:**17
**indulgence** [1]
**31:**6
**information** [4]
**28:**14,21 **29:**8
**35:**19
**information's** [1]
**35:**20
**instead** [1] **13:**5
**instructed** [1]
**11:**15
**intentional** [10]
**12:**18,25 **13:**1
**18:**12,19 **20:**10
**22:**1 **26:**5,19
**27:**14
**intentionality**
[3] **13:**3 **19:**1,3
**intentionally** [1]
**22:**2
**into** [2] **6:**17 **8:**3
**invited** [1] **13:**3
**is** [57] **4:**7 **5:**24
**9:**4,7,25 **11:**2,23
**13:**1,10 **14:**1,4
**15:**1,3 **16:**7,25
**17:**2,12 **18:**1,6,8
**19:**1,3 **20:**4,4,4,5
**22:**20 **23:**3,6,9,22
**24:**1,9 **25:**10 **26:**1
**27:**6 **28:**6 **29:**2
**30:**15 **32:**17,19,20
**37:**21,23
**38:**2,6,7,7,14
**39:**16,17 **40:**21
**41:**2,2 **42:**1,11,20
**isn't** [1] **14:**23
**issue** [10] **13:**4,5
**27:**19 **35:**13,17
**40:**10,10,10,12,21
**issued** [1] **8:**11

**issues** [5] **8:**13
**26:**9 **35:**5 **36:**7
**37:**2
**it's** [38] **7:**4,12
**8:**3 **12:**25,25
**13:**1,1 **15:**7,20,24
**17:**24 **18:**12,19
**19:**9,15 **20:**3 **21:**2
**22:**24 **24:**20,21
**25:**11,14,16,21
**28:**5 **30:**20 **31:**13
**33:**2,6 **34:**6,6
**35:**11 **36:**9
**37:**3,22 **39:**18
**40:**14 **41:**16

**J**
**Jim** [1] **16:**5
**job** [1] **38:**5
**john** [1] **32:**20
**Jonathan** [3] **1:**23
**3:**11,21
**Juan** [2] **1:**13 **3:**3
**judge** [2] **1:**14
**3:**3
**June** [1] **24:**18
**jury** [5] **3:**18
**6:**6,23 **12:**10
**29:**11
**jury's** [2] **17:**1
**35:**16
**just** [19] **12:**14
**16:**19 **17:**23
**20:**3,9 **22:**16 **24:**6
**25:**19 **29:**1
**32:**7,9,14,15,21
**33:**16 **34:**2,6
**37:**18 **39:**6
**justified** [1]
**21:**12

**K**
**kept** [2] **15:**21
**24:**20
**kill** [1] **30:**10
**killing** [2] **15:**20
**26:**15
**kind** [1] **35:**23

**knew** [2] **12**:10
**15**:4
**know** [12] **4**:11
**6**:3 **11**:22,23 **12**:9
**15**:23 **30**:21
**31**:1,5 **32**:23
**34**:17 **38**:15
**knowledge** [3]
**28**:22,24 **29**:9
**knows** [1] **32**:5

**L**
**laid** [2] **20**:9
**35**:21
**last** [4] **13**:4
**18**:3 **38**:8,24
**lastly** [1] **39**:6
**later** [1] **11**:18
**law** [4] **2**:13,19
**33**:18 **39**:19
**lawsuit** [2] **14**:15
**15**:18
**lawyer** [2] **3**:11
**34**:6
**lawyers** [5]
**23**:21,24 **24**:9
**34**:5,23
**leads** [1] **6**:2
**least** [1] **23**:6
**left** [1] **40**:23
**legal** [1] **2**:22
**less** [6] **7**:9
**10**:24,25 **11**:8
**14**:12 **22**:9
**let** [9] **9**:1 **13**:11
**16**:24 **20**:7 **24**:12
**30**:13 **34**:2,17
**38**:10
**liars** [1] **13**:6
**liberty** [1] **2**:2
**like** [7] **15**:20
**22**:2 **23**:6 **24**:1
**26**:5 **30**:23 **39**:10
**listen** [1] **5**:3
**litigating** [1]
**24**:3
**litigation** [1]
**8**:2
**little** [1] **23**:7

**live** [3] **14**:11,21
**18**:16
**logging** [1] **28**:9
**long** [1] **18**:9
**longer** [1] **28**:12
**look** [3] **6**:17
**20**:7 **24**:11
**lot** [1] **35**:15

**M**
**made** [3] **14**:9
**27**:13 **28**:7
**make** [7] **21**:12,21
**22**:21,24 **25**:9,25
**35**:23
**makes** [3] **15**:7
**23**:3,5
**mandatory** [14]
**12**:23 **13**:1,10
**18**:6 **19**:9,11,14
**20**:4,5,16 **21**:2
**25**:12,14,16
**many** [11] **4**:24
**18**:13 **27**:9,23,24
**30**:14 **31**:1
**36**:14,15,16,21
**marked** [1] **15**:5
**market** [4]
**2**:1,8,14,20
**material** [3] **18**:9
**24**:21,21
**matter** [3] **4**:15
**14**:20 **42**:22
**matters** [1] **34**:4
**matter's** [1] **4**:8
**may** [8] **3**:9 **13**:25
**24**:10,24 **25**:18
**30**:16 **31**:4,7
**maybe** [2] **4**:10
**29**:4
**me** [42] **3**:25 **4**:1
**6**:1,6,16 **7**:5,6
**8**:19,25 **9**:1,5,14
**13**:11,18 **14**:2
**15**:24 **16**:24
**19**:8,22
**20**:3,7,9,20 **21**:2
**23**:24 **24**:12
**25**:2,16 **27**:21

**30**:13,14,25 **31**:1
**32**:1 **33**:4
**34**:2,12,16 **37**:3
**38**:10,19 **42**:11
**mean** [3] **22**:17
**25**:17 **35**:4
**media** [1] **2**:22
**medical** [1] **2**:22
**mentioned** [2] **4**:7
**38**:24
**mess** [1] **37**:6
**middle** [3] **1**:3,18
**3**:10
**might** [2] **5**:4
**10**:11
**million** [4]
**6**:5,8,25 **12**:12
**minimis** [1] **24**:24
**minute** [1] **18**:10
**misfiled** [2] **6**:2
**7**:7
**mistake** [5]
**15**:7,12 **23**:4,4
**32**:9
**mistakenly** [1]
**18**:14
**mitigate** [2]
**29**:24 **31**:2
**mitigating** [2]
**30**:15 **31**:17
**moment** [1] **28**:14
**money** [1] **31**:17
**month** [7] **11**:3,5
**14**:5 **17**:19 **18**:17
**21**:15 **25**:1
**more** [4] **22**:2
**23**:7 **31**:24 **34**:3
**morning** [1] **22**:3
**mosquito** [4] **9**:6
**15**:20 **26**:15 **30**:10
**most** [2] **11**:19
**21**:15
**motion** [12] **1**:12
**3**:16 **5**:7 **11**:13
**16**:25 **18**:7 **22**:4,6
**24**:4 **32**:2 **41**:5,7
**motions** [3] **8**:2
**33**:23,24

**motivation** [1]
**15**:18
**Ms.** [35] **3**:13
**17**:2 **24**:15,19
**25**:7,13,15,22,24
**27**:5,8,11,22
**28**:1,3,5
**30**:3,16,19,22
**31**:4,6,8,10,18,20
,22,25 **32**:12
**40**:2,4,6,8
**42**:5,15
**much** [3] **7**:8
**32**:15 **42**:14
**multiple** [5]
**8**:4,4 **17**:11,13,14
**must** [5] **21**:8,16
**22**:15 **25**:17,17
**my** [20] **4**:10
**7**:15,17 **13**:6
**15**:10 **16**:6 **19**:19
**20**:8,22 **23**:25
**25**:21 **32**:7,8
**33**:17,19,25 **36**:12
**38**:20,21 **42**:9

**N**
**necessarily** [1]
**28**:13
**necessary** [1]
**35**:4
**necessitated** [1]
**8**:9
**need** [5] **17**:22
**20**:10,14 **34**:22
**39**:24
**neglectful** [2]
**12**:17 **20**:5
**negligent** [2]
**10**:3 **23**:3
**net** [1] **7**:9
**never** [3]
**14**:10,17 **29**:20
**new** [2] **41**:5,8
**nh** [1] **2**:25
**ninety-five** [1]
**38**:2
**no** [31]
**9**:24,24,25

**11**:6,21 **12**:16
**13**:2 **16**:21
**17**:4,23 **18**:5
**23**:25 **25**:22
**26**:8,10 **27**:19
**28**:12 **29**:12,14,16
**33**:4,6 **40**:2,6,14
**41**:7,18,19,20,21,
22
**nobody** [2]
**9**:19,21
**non-attorneys** [1]
**38**:24
**nonproduction** [1]
**37**:9
**nonprofit** [2]
**16**:7,19
**nor** [1] **12**:9
**not** [78]
**6**:9,15,24 **7**:11,16
**8**:16,20,21 **10**:23
**11**:17
**12**:3,7,10,18 **13**:1
**14**:9,14,15
**15**:2,7,23 **16**:15
**17**:2
**18**:9,12,16,18,19
**20**:10,14,22
**22**:1,15,25
**24**:1,3,4,16,20,21
**25**:4,9,23
**26**:5,13,18,18,21,
23
**27**:3,6,14,15,15,1
5
**28**:11,13,15,17,20
**29**:1,4,7,12,18,19
**31**:13,13 **32**:17
**33**:2,5 **34**:6
**35**:2,12 **39**:25
**40**:4 **42**:9,13
**note** [2] **32**:15
**33**:17
**nothing** [4] **24**:7
**35**:6,17 **42**:3
**noting** [1] **16**:9
**November** [9] **7**:11
**11**:18,21 **13**:4,15

**14**:5 **17**:20 **18**:17
**22**:13
**now** [3] **3**:2 **28**:25
**39**:7
**number** [5]
**26**:23,24 **27**:18,18
**30**:17
**numbers** [1] **30**:20
**numerous** [1] **37**:2

**O**
**obtained** [2] **9**:18
**14**:10
**obviously** [1]
**31**:11
**occurred** [1] **37**:3
**October** [1] **11**:12
**of** [91] **1**:2,12
**3**:1 **4**:15
**5**:6,11,18,19 **6**:5
**7**:3,12,12,18,19
**8**:2,2,14 **9**:2,7,15
**10**:15,22,24
**11**:11,13,16,19
**12**:11,12,15
**13**:4,5,8,9,9,10,1
6 **14**:5 **15**:17,21
**17**:1,8,19
**18**:4,14,17 **19**:3
**21**:12,17,21
**22**:24,25 **23**:1,10
**24**:8 **25**:4
**26**:15,18,23,24
**27**:10,18,18,18
**28**:2,6,13,23,24
**29**:15,15,23
**31**:2,12 **32**:16,22
**33**:2,12,20,24,25
**34**:22 **35**:15,23
**37**:9,22 **39**:7
**40**:12 **41**:8
**42**:10,21
**off** [4] **28**:11
**33**:22 **34**:18 **38**:3
**offer** [4] **5**:2,3
**30**:16 **39**:12
**official** [1]
**42**:21
**offset** [1] **27**:24

**oh** [5] **5:**23 **18:**8
**31:**23 **40:**20,22
**okay** [22] **3:**22,25
**4:**22,23 **14:**1
**16:**24 **17:**9 **19:**18
**21:**25 **24:**6 **31:**19
**34:**19 **35:**22
**36:**1,10 **39:**4,5,20
**40:**1,7 **41:**3,9
**on** [33] **4:**14
**5:**4,11 **7:**8,17
**8:**13
**11:**12,18,18,20
**14:**11,21 **15:**1,25
**17:**18 **18:**9,17
**21:**15 **23:**14 **24:**20
**26:**4 **27:**3 **28:**9,12
**30:**23 **31:**13,15
**33:**24 **34:**4 **35:**11
**36:**11 **37:**16 **39:**1
**once** [1] **26:**6
**one** [15] **2:**2 **6:**1
**8:**3 **9:**24,25 **13:**18
**16:**24 **17:**16 **18:**3
**23:**24 **26:**1 **31:**24
**34:**5 **35:**25 **41:**2
**ones** [1] **37:**3
**ongoing** [1] **17:**19
**only** [13] **11:**17
**17:**11 **21:**14 **22:**10
**24:**22 **25:**3 **26:**24
**28:**11,15 **40:**11,21
**41:**2,25
**opened** [1] **26:**6
**opening** [1] **3:**25
**opinion** [1] **42:**8
**opportunity** [1]
**30:**5
**or** [19] **4:**13 **14:**4
**20:**5 **21:**9,12
**22:**1,3,15 **23:**1
**24:**14 **25:**8
**26:**3,11,14 **28:**17
**29:**1,18 **33:**2,5
**order** [25] **3:**1
**8:**11,11 **10:**5
**11:**12 **13:**10,13
**15:**3,16 **17:**8
**18:**4,11

**21:**3,8,11,16,16
**23:**2,17 **24:**18
**32:**22 **35:**15,18,18
**40:**10
**orders** [1] **14:**7
**order's** [1] **33:**14
**organization** [1]
**28:**23
**original** [3]
**28:**17,18 **37:**21
**other** [18] **9:**6
**10:**2,4 **13:**14
**15:**18 **21:**12,21
**22:**21,25 **23:**12
**26:**3,8 **27:**7
**31:**1,16 **37:**2
**40:**12
**our** [11] **9:**12,18
**10:**1 **17:**6,8 **20:**8
**31:**13,14 **32:**16
**36:**7 **37:**21
**out** [12] **9:**17
**14:**8 **15:**21,21
**20:**9,9 **24:**25
**25:**1,5 **34:**3 **35:**21
**37:**4
**outstanding** [2]
**3:**17 **41:**5
**over** [4] **4:**18
**12:**20 **14:**5 **25:**3
**overworked** [1]
**29:**5
**own** [3] **9:**12
**27:**19 **31:**15

**P**

**pacer** [3] **14:**12
**18:**17 **24:**25
**pages** [1] **25:**4
**paid** [4] **5:**10 **9:**3
**16:**6 **39:**17
**paragraphs** [2]
**28:**6 **29:**15
**pardon** [1] **37:**25
**part** [4] **10:**15
**11:**13 **19:**3 **25:**4
**particulars** [1]
**30:**23

**parties** [2] **27:**10
**36:**14
**partners** [1] **35:**1
**party** [5] **18:**6
**21:**9,9 **22:**25
**35:**19
**pay** [5] **15:**10
**21:**9 **22:**15,15,25
**pc** [1] **2:**6
**pending** [5] **7:**4
**41:**3,7,25 **42:**10
**perfect** [1] **27:**12
**period** [1] **7:**12
**permission** [1]
**20:**21
**person** [3] **17:**11
**28:**22 **38:**24
**personally** [1]
**24:**2
**petition** [8]
**31:**14,17 **34:**23
**38:**17,20 **40:**13
**42:**1,6
**petitions** [1]
**39:**2
**phone** [5] **23:**16
**27:**7 **28:**6
**29:**19,20
**phones** [1] **30:**3
**phonetic** [2]
**23:**23 **27:**15
**pick** [1] **27:**7
**picked** [3]
**29:**19,20 **30:**3
**place** [3] **2:**2
**25:**3 **37:**16
**plaintiff** [7] **1:**5
**12:**5 **15:**17 **26:**16
**29:**8 **30:**11 **42:**13
**plaintiffs** [3]
**27:**20 **29:**13,25
**plaintiff's** [5]
**25:**8 **26:**14,22,22
**37:**9
**plan** [1] **31:**14
**play** [1] **37:**2
**pleadings** [5]
**6:**22 **8:**22 **11:**10
**18:**13 **34:**1

**please** [1] **36**:2
**point** [8] **6**:8
**10**:23 **12**:3
**13**:18,23 **16**:25
**21**:2 **34**:3
**pointed** [1] **20**:9
**position** [1]
**24**:11
**possible** [2] **19**:7
**26**:6
**potential** [1]
**29**:16
**potentially** [1]
**29**:25
**pound** [1] **6**:24
**precedent** [2]
**32**:17 **39**:15
**precise** [1] **13**:4
**present** [3] **3**:19
**4**:16 **35**:5
**presented** [2]
**4**:19 **6**:19
**presiding** [1] **3**:4
**presumptively** [1]
**39**:18
**pretty** [1] **7**:8
**prevent** [1] **7**:25
**prevented** [2]
**9**:11,14
**previous** [2]
**19**:24 **20**:8
**primary** [1] **36**:24
**prior** [1] **23**:14
**probably** [3] **26**:8
**27**:12 **28**:25
**problem** [2] **12**:2
**18**:8
**procedure** [4]
**12**:16 **13**:9 **19**:21
**35**:21
**proceed** [1] **3**:19
**proceedings** [5]
**17**:12,13 **26**:20
**42**:17,21
**proposition** [1]
**32**:21
**protected** [3]
**24**:21,21,22

**protective** [11]
**8**:10 **11**:12
**13**:10,12 **15**:3
**18**:4,11 **24**:18
**35**:14,18,18
**prove** [9] **7**:6,16
**9**:23
**12**:3,4,8,9,10
**22**:13
**proved** [1] **10**:17
**provided** [2] **9**:2
**28**:3
**providers** [4]
**7**:10,11 **27**:18
**28**:12
**proving** [1] **32**:18
**public** [5] **9**:17
**28**:11,22,24 **29**:8
**purpose** [1] **12**:8
**pursuant** [1] **30**:5
**pursue** [2] **15**:19
**26**:15
**pursuing** [3] **6**:9
**17**:3,6
**put** [1] **34**:5

**Q**

**question** [6] **7**:15
**9**:6 **13**:11 **20**:23
**31**:24 **37**:18
**questions** [4]
**4**:11,24 **5**:5 **25**:8
**quote** [1] **21**:13
**quoting** [1] **21**:4

**R**

**rate** [12] **6**:3
**30**:14 **33**:25 **37**:22
**38**:2,3,15,16,19
**39**:7,15,17
**rates** [1] **37**:21
**reach** [1] **8**:23
**read** [1] **20**:20
**ready** [2] **3**:19,23
**really** [4] **8**:22
**10**:23 **22**:25 **23**:12
**reason** [4] **9**:25
**14**:4,6 **15**:4

**reasonable** [11]
**9**:4 **13**:10 **17**:7,25
**18**:1,6 **19**:2 **21**:10
**22**:20 **33**:13 **39**:18
**reasonable-fee**
[1] **19**:3
**reasonableness**
[1] **39**:7
**reasons** [3]
**25**:9,25 **26**:3
**Rebecca** [2]
**38**:4,6
**rebuttal** [4]
**31**:23 **32**:13,14
**33**:17
**recall** [1] **8**:13
**recognize** [1]
**25**:20
**recollection** [3]
**33**:19,25 **36**:12
**record** [12]
**4**:13,14,18,23
**5**:5,23,24 **7**:8
**16**:9 **23**:14 **32**:15
**35**:3
**recording** [2]
**36**:11 **42**:21
**recovering** [1]
**23**:10
**recreate** [1]
**30**:23
**recreation** [1]
**31**:12
**rectified** [3]
**26**:5,25 **27**:17
**rectify** [4] **25**:19
**26**:1,9 **27**:19
**referring** [1]
**22**:25
**refresh** [3]
**33**:19,25 **36**:12
**regards** [1] **4**:25
**rein** [1] **1**:19
**relationship** [2]
**23**:21 **24**:1
**release** [1] **18**:11
**released** [2]
**11**:12 **12**:7

**releases** [2]
**18**:14 **23**:4
**relitigate** [1]
**8**:18
**relitigated** [1]
**8**:19
**reluctantly** [1]
**10**:3
**rely** [2] **4**:14
**7**:17
**remedy** [3] **7**:23
**17**:18,25
**remember** [4]
**15**:22 **22**:5
**36**:13,14
**remove** [7]
**7**:10,11 **10**:4
**11**:15,17 **22**:8
**23**:7
**removed** [12]
**11**:16,19,20
**14**:14,16,19,20
**18**:16,19
**22**:4,8,12
**render** [1] **26**:4
**repeatedly** [1]
**23**:16
**report** [24]
**7**:8,14 **9**:15,18
**10**:15 **11**:13,16,17
**14**:11 **15**:5 **22**:6
**23**:4 **24**:17,23
**25**:4,4
**28**:16,17,17,18,20
**29**:1,12 **32**:8
**reporting** [2]
**18**:19 **22**:11
**representing** [1]
**3**:12
**request** [8] **5**:21
**6**:8,23 **22**:8 **30**:7
**37**:16 **40**:15 **42**:6
**requested** [2]
**6**:18,22
**requesting** [2]
**6**:5 **15**:8
**required** [3] **7**:22
**17**:17 **23**:18

**requirement** [2]
**12**:16 **13**:3
**resist** [1] **16**:12
**resolved** [1]
**23**:11
**respect** [1] **22**:17
**respectfully** [2]
**16**:1 **18**:3
**respond** [1] **18**:13
**response** [1]
**10**:14
**restitution** [2]
**7**:18 **12**:11
**result** [5] **7**:19
**9**:7 **10**:24 **22**:13
**29**:7
**resulted** [4] **5**:6
**17**:17 **24**:24 **27**:19
**retrieve** [1]
**13**:13
**retrieved** [1]
**13**:13
**retrieving** [1]
**13**:14
**review** [2]
**36**:17,25
**reward** [1] **9**:4
**ridiculous** [4]
**6**:12,16,23 **14**:1
**right** [63] **4**:10
**5**:9,13,22,23
**6**:1,14 **7**:2,20,24
**9**:8,21 **11**:21
**12**:20,22 **13**:11
**14**:14,21,23
**16**:2,4,22,24
**17**:3,5,6,12,21,21
**18**:25 **19**:5,8,23
**20**:12 **21**:7,23
**22**:15 **23**:8 **24**:4
**30**:25 **31**:16,19,23
**32**:11 **33**:11,15
**34**:8 **36**:25
**37**:5,7,11,20
**38**:22 **39**:1
**40**:15,15,22,24
**41**:7,8,23 **42**:1,14
**rise** [3] **3**:2 **23**:1
**42**:16

**Roberts** [1] **38**:7
**roman** [5] **5**:14
**28**:15,18,21 **29**:10
**rounds** [3]
**5**:11,18,19
**rule** [16] **13**:8
**17**:7,24 **18**:4
**19**:8,10,13,17
**20**:7,13,15
**21**:6,13 **22**:23
**24**:11 **37**:16
**rulebook** [1]
**19**:21
**rules** [5]
**12**:15,24 **13**:9
**26**:18,18
**runup** [1] **35**:7


**S**

**said** [6] **12**:14
**19**:9 **21**:3 **28**:21
**38**:14,16
**same** [1] **17**:18
**Sanchez** [2] **1**:13
**3**:3
**sanction** [5] **5**:6
**6**:5 **13**:16 **33**:3,13
**sanctioned** [3]
**26**:13,23 **27**:10
**sanctions** [19]
**1**:12 **5**:7 **19**:11,14
**20**:11 **21**:5,17,17
**25**:6 **26**:4,19
**27**:16 **30**:7,8,9,9
**33**:8 **35**:13 **37**:17
**sand** [1] **6**:24
**save** [1] **39**:18
**say** [8] **9**:1 **19**:13
**20**:4,16 **23**:25
**37**:10 **38**:9,19
**saying** [2]
**25**:3,19
**scheduled** [2]
**3**:16 **42**:11
**seal** [1] **29**:2
**seated** [1] **3**:9
**second** [2] **33**:16
**35**:25

secret [2] 28:19
35:17
secrets [3] 28:15
29:11 35:16
seek [2] 31:13
34:4
seeking [1] 26:21
seem [1] 20:22
seems [1] 9:5
sent [1] 32:4
separate [1] 37:3
service [1] 2:22
services [1] 2:23
session [1] 3:3
set [1] 32:7
Seth [4] 2:12,18
3:12,15
settlement [3]
30:4,4,6
several [1] 32:19
shall [1] 21:3
Shane [1] 38:7
share [1] 33:20
she [3] 12:6,7,8
shoot [1] 9:6
short [2] 7:12
40:10
should [6] 13:16
15:10 26:13,22
28:25 40:9
shouldn't [1]
25:6
shown [1] 13:12
shows [1] 13:24
sic [7] 12:5
13:12,15 15:17
26:16 27:10 30:11
side [2] 40:5,18
sides [4] 24:8,8
27:3,4
Sidney [4] 2:5,6
3:7,10
significant [1]
23:9
signing [1] 28:9
simply [2] 26:13
39:14
since [2] 32:15
39:6

single [1] 6:2
Sita [1] 38:6
sketchy [1] 7:17
sloppy [5]
10:20,22 18:12
20:5 22:2
small [1] 22:16
smith [40]
2:13,18,19
3:8,12,13
24:15,19
25:7,13,15,22,24
27:5,8,11,22
28:1,3,5
30:3,16,19,22
31:4,6,8,10,18,20
,22,25 32:12
40:2,2,4,6,8
42:5,15
so [55] 3:9
4:6,10,22 5:23
6:1,7,10
7:12,13,21,24
8:1,4,24 9:6,7
11:19 12:13,17
13:17
14:1,2,7,22,23
16:8,9,24 18:19
19:8,10 20:6
21:14 22:8
24:8,16,17
25:2,5,25 27:6
29:12,24 30:13,16
31:22 33:22 35:23
37:2,21 39:1
41:23,25 42:10
some [5] 6:8,23
13:23 29:23 39:19
somebody [1] 23:3
someone [1] 13:25
something [4]
18:14 26:24 30:23
32:1
sometime [1]
37:10
soon [2] 26:6
27:17
sorry [3] 36:6
38:20 41:14

sound [1] 42:21
south [1] 2:25
spend [4]
27:23,24 30:14
31:17
spent [1] 31:11
spoke [1] 28:7
stand [1] 26:10
standard [2]
21:24 38:3
standing [2] 4:23
32:21
state [1] 9:11
states [2] 1:1,14
step [1] 29:1
steps [6] 23:7
26:7,8 28:10
29:15,24
still [1] 7:4
29:15 40:12 42:10
stipulate [1]
5:24
street [5] 1:20
2:1,8,14,20
strike [2] 11:13
32:2
stuff [1] 14:8
stupid [1] 32:9
submission [1]
39:21
submit [7] 7:21
9:25 12:15 14:3
17:24 18:3 23:14
submitted [3]
13:5 28:14,20
substantial [5]
13:12,15 14:4,23
23:10
substantially [3]
14:5,6 21:12
such [1] 21:25
suggest [1] 23:13
suite [4]
2:2,7,14,20
sure [6] 4:12
11:23 27:12 34:2
35:23 38:13
surely [1] 4:7

**T**

**take** [3] **14**:8
**24**:11 **40**:9
**taken** [3] **22**:7
**26**:9 **28**:25
**talk** [5] **23**:15
**27**:7 **30**:25 **31**:7
**35**:15
**talked** [3]
**10**:7,9,12
**talking** [5] **23**:12
**32**:5 **35**:12,13
**39**:7
**talks** [1] **22**:23
**technical** [2]
**12**:6 **25**:18
**tell** [16] **4**:1 **6**:1
**7**:5 **8**:25 **9**:14
**14**:2 **19**:8 **20**:3
**25**:2 **26**:11 **27**:21
**30**:14,25 **31**:1
**33**:4 **34**:16
**telling** [1] **32**:8
**terms** [1] **6**:5
**testified** [3]
**5**:17 **28**:15,18
**testimony** [2]
**12**:6 **15**:4
**than** [8] **7**:9
**10**:2,4,25 **11**:8
**14**:12 **22**:9 **34**:3
**thank** [12]
**24**:13,15 **31**:8
**32**:11,12 **40**:6,7,8
**41**:23,24 **42**:14,15
**that's** [25] **4**:19
**5**:22 **6**:12,16 **8**:3
**14**:13 **15**:24
**19**:6,10 **21**:13,24
**22**:8 **23**:22 **24**:5
**26**:18 **30**:22 **32**:10
**37**:14 **38**:3,11,23
**40**:15,22,24 **42**:10
**their** [8] **18**:18
**22**:11,12
**26**:12,14,15 **27**:25
**34**:13

**them** [5] **25**:20
**26**:11,21 **27**:10
**29**:23
**then** [10] **12**:11
**13**:14 **14**:16 **15**:9
**22**:7,10 **23**:6
**25**:11 **34**:20 **38**:12
**theoretical** [1]
**39**:16
**theory** [2] **7**:17
**12**:11
**there** [20] **6**:7
**7**:9 **11**:21 **15**:3
**18**:5 **21**:14,15
**22**:7 **25**:20 **26**:10
**28**:12 **29**:12,14
**30**:4 **33**:4 **35**:6
**37**:8 **41**:4,15
**42**:11
**there's** [9] **12**:16
**13**:2,9 **18**:4,5
**25**:24 **32**:19 **35**:20
**41**:7
**these** [14]
**8**:13,22 **14**:8
**16**:3,6,6 **28**:11
**29**:20 **33**:13 **34**:4
**35**:5 **36**:13
**39**:16,18
**they** [17]
**16**:10,19 **22**:11,15
**25**:9 **26**:6,19,24
**27**:1,2,6 **29**:20,22
**30**:8,9,11,11
**they're** [3] **16**:15
**30**:10 **38**:23
**thing** [6] **28**:16
**32**:4 **33**:16 **35**:24
**38**:8 **41**:25
**things** [9] **9**:1
**26**:5 **28**:24
**29**:3,11,21,22,24
**31**:14
**think** [30]
**3**:10,17,18 **4**:22
**5**:4,10,22,23
**8**:7,9 **9**:9 **14**:25
**15**:1 **18**:24
**21**:18,24

**22**:1,19,20,23
**24**:10 **25**:2,7,25
**35**:3 **37**:8 **40**:1
**41**:4,8 **42**:7
**third** [3]
**32**:17,20 **39**:15
**third-party** [7]
**7**:11 **11**:17 **14**:8
**18**:18 **27**:18
**28**:7,12
**this** [43] **3**:2,16
**4**:8 **5**:12 **7**:17,22
**12**:2,11,17,25
**14**:1 **15**:1,17,19
**16**:14,25 **17**:15
**20**:4,19 **23**:11
**24**:3,9 **26**:16
**27**:3,9,22 **29**:8,25
**30**:8,9
**35**:10,13,23
**37**:3,21
**40**:10,10,21
**41**:2,5,17,25 **42**:9
**thorough** [1] **42**:7
**those** [13] **8**:23
**22**:14,19 **25**:1,9
**28**:19,24
**29**:11,17,22,23
**30**:3 **31**:14
**though** [1] **12**:15
**thought** [1] **16**:25
**through** [2] **9**:12
**31**:12
**throughout** [1]
**17**:19
**time** [22] **4**:21
**6**:8,23 **7**:12 **12**:3
**14**:15 **16**:25
**18**:3,9 **27**:19
**31**:2,17
**32**:2,4,5,8,9
**34**:18,21 **36**:24
**38**:21 **39**:19
**times** [4] **8**:4
**26**:23,24 **36**:14
**today** [3] **4**:16
**7**:18 **32**:16
**together** [1]
**24**:10

told [1] 6:24
too [2] 34:4
36:14
took [7] 5:11
26:7,7 27:18
29:17,24 31:2
total [2]
33:24,25
touched [1] 15:1
towards [3] 26:16
30:11,12
trade [5]
28:15,19 29:10
35:16,17
transcriber [1]
42:19
transcript [2]
1:12 42:20
transcription [1]
2:22
trial [10] 7:1,15
8:19 12:6,14
15:21,24 35:9
41:5,8
tried [7] 3:17
10:8,10,13
23:14,15,16
try [2] 10:5
18:13
trying [6] 8:19
9:5 13:13 30:10
35:2,14
tune [2] 12:11
13:16
turned [1] 25:5
twice [1] 10:6
two [16]
5:11,11,18,18
7:10 8:22 9:1
11:8,17,20 13:15
18:17 22:10 25:1
33:23,24

**U**
ultimately [1]
23:17
under [11]
17:6,24 18:1,4
19:17 20:13 29:1

33:13 39:4,14
40:9
undercut [1] 30:7
understand [4]
7:7 11:9 24:11
28:13
undertake [2]
29:22 31:15
undertook [4]
28:10,10 29:15,23
undo [1] 6:6
unfairness [1]
23:9
unintentional [1]
13:1
united [2] 1:1,14
unjust [7]
21:13,22 22:22,24
25:10,25 26:4
unless [3] 12:25
21:11 25:24
unlike [1] 39:15
unreasonable [1]
16:18
until [3] 7:11
11:17 14:15
up [12] 12:11
16:6 17:24 27:7
28:9 29:19,20
30:3,16 33:19,20
39:12
update [1] 22:11
updated [2] 18:18
22:11
us [6] 4:16 17:7
26:23,24 39:25
40:4
use [3] 12:7
32:2,5
used [5] 9:18
12:8,9 32:3,4
UTC [3] 32:2,2,4

**V**
verdict [6]
3:18,18 6:6,25
13:19 35:10
very [10] 7:12
13:7 23:22 24:2

25:7 32:14 33:10
39:22 42:7,14
vexious [1] 27:15
via [2] 23:16,16
view [1] 7:17
violated [2]
18:10 33:14
violation [12]
11:11 12:6 13:9
17:8,19 18:4,5
23:1 25:14,18,20
32:21
violations [1]
8:4

**W**
waiving [1] 34:18
want [17]
4:11,13,18 6:3,6
8:22 10:3 19:22
23:24 30:8,9
31:1,5 37:10,15
38:9 42:11
wanted [4] 4:16
32:15 33:16 34:17
warrant [1] 27:16
warranted [1]
30:9
wasn't [4] 7:1
12:13 36:23 38:24
waste [1] 4:19
way [4] 16:7
29:2,4 35:15
we [50]
3:9,10,11,14,19,2
1 4:14,18,22,23
6:11 7:4 8:14
9:2,11,11,24,25
10:6,8,10,13,17
11:23,23 14:6,9
16:5 17:16,17,25
19:2 20:9
23:14,15,17 24:2
26:21 30:23
31:11,13,14
34:4,12,17 35:23
36:21 38:21 39:16
40:6
website [1] 18:9

**websites** [6]
**11**:17,20 **14**:8
**18**:18 **22**:10 **25**:1
**we'd** [1] **27**:12
**well** [21] **3**:25
**9**:5 **10**:5,14,16
**13**:7 **14**:16,18
**20**:17,24 **21**:20
**24**:2,10 **25**:19
**30**:21,25 **33**:3
**36**:23 **38**:10 **39**:22
**40**:3
**went** [1] **26**:9
**were** [23] **5**:7
**8**:19 **9**:2,5 **13**:18
**14**:9 **15**:23 **16**:6
**17**:17 **23**:18 **24**:3
**25**:4,9 **27**:4
**28**:19,20,24 **29**:12
**30**:3,4 **34**:10
**36**:18 **37**:2
**we're** [4] **6**:8 **9**:3
**17**:6 **39**:6
**we've** [3] **4**:9
**36**:5,7
**what** [36] **4**:16
**6**:3 **7**:5,24 **8**:1,6
**9**:3,13 **10**:2,4
**12**:14 **14**:20 **15**:8
**16**:8 **17**:2 **18**:20
**20**:19 **22**:20 **23**:22
**24**:9 **26**:18 **27**:23
**30**:14,15 **32**:5
**33**:7,18,20,24
**34**:5 **37**:24
**38**:1,14,16,19
**40**:3
**whatever** [3] **5**:3
**9**:4 **18**:1
**whatnot** [1] **22**:3
**what's** [2] **15**:24
**17**:24
**when** [17] **10**:23
**18**:4 **22**:6,23
**23**:11,23 **24**:9
**25**:2 **27**:1 **29**:22
**30**:3 **32**:4 **33**:13
**38**:17,20 **39**:15,17

**where** [7] **5**:14
**19**:8,13,16 **20**:3
**21**:3 **37**:2
**whether** [9] **4**:11
**19**:2 **20**:4
**21**:2,16,25 **22**:15
**32**:25 **33**:5
**which** [13] **10**:17
**13**:24 **16**:7 **23**:7
**24**:24 **25**:8 **26**:3
**27**:10 **29**:10 **32**:20
**35**:15 **37**:23 **39**:16
**who** [5] **17**:11
**18**:6 **28**:7 **29**:19
**35**:2
**whoever** [2]
**6**:18,22
**whole** [2] **8**:1
**34**:22
**wholeheartedly**
[1] **33**:14
**why** [16] **6**:4,4,19
**13**:16 **14**:2 **15**:2,9
**25**:6,23 **32**:1,5
**34**:22 **35**:1,4
**42**:7,10
**will** [11] **5**:25
**6**:16 **12**:14 **13**:21
**16**:20 **20**:20 **23**:25
**33**:9 **34**:22
**39**:16,18
**with** [38] **4**:23,24
**8**:10,11 **9**:2,6
**10**:18 **12**:2,11
**13**:12 **15**:8,20
**17**:25 **18**:10
**22**:16,17 **23**:2,17
**24**:1,7,7,16
**25**:21,24 **26**:6,15
**27**:9 **28**:7 **30**:10
**33**:14,20
**35**:14,17,21
**36**:7,13 **38**:21
**40**:24
**withdraw** [1] **7**:4
**within** [5] **13**:14
**14**:21 **18**:16 **22**:5
**23**:6
**without** [1] **27**:12

**word** [1] **42**:24
**words** [2] **31**:1,16
**work** [3] **7**:22
**20**:5 **24**:10
**worked** [1] **34**:3
**would** [24] **7**:21
**9**:11 **14**:3,10 **15**:9
**16**:1,10 **17**:25
**18**:1,3 **19**:6
**21**:20,21
**22**:16,21,24 **23**:13
**25**:9 **26**:4,8
**27**:10,16 **30**:23
**38**:9
**wrong** [4] **25**:5
**32**:8,9 **38**:5

**Y**

**yeah** [15] **4**:17,20
**5**:16,18 **9**:5 **13**:22
**16**:13 **19**:13 **30**:18
**31**:7 **33**:4 **34**:25
**36**:21 **38**:10 **41**:4
**year** [1] **13**:5
**yes** [17] **3**:24,24
**5**:20 **12**:19,21
**14**:17 **24**:15,19
**29**:3,5
**31**:18,20,25 **34**:14
**37**:9 **41**:11 **42**:2
**yet** [1] **15**:10
**you'd** [2] **5**:24
**25**:21
**you'll** [2] **20**:20
**39**:21
**you're** [11] **3**:22
**4**:22 **6**:5,10,24
**8**:3,8 **15**:8 **17**:2,2
**24**:6
**you've** [2] **12**:5
**41**:13

**Z**

**zone** [3] **32**:2,4,6